## Exhibit A.  Index to Partial Administrative Record

This includes the Administrative Record to the extent possessed by Plaintiff, Faith Fellowship Church:

§a.  Rezoning Application (May 11, 2007, and May 18, 2007) and related correspondence.
    1.  Initial application. May 11, 2006.
    2.  Application with property owner signature.  May 18, 2006.
    3.  Letter from Jim Lee, Faith Fellowship. May 11, 2006.  Receipt, etc.
    4.  City acceptance letter.  Planning Manager Debbie Pollart to Faith Fellowship.  June 29, 2006.

§b. Business Development Subcommittee (of City Council).  June 8, 2006
    1.  Agenda.  (needed)
    2.  Staff Report.    (needed)
    3.  Minutes.  (needed).

§c.  City Council.  Meeting Open to Public.  October (2nd or 16th), 2006
    1.  Minutes of pleas by Faith Fellowship members for action.  (needed)

§d.  Business Development Committee (of City Council).  October 12, 2006
    1.  Agenda.  (needed)
    2.  Staff Report.  (needed)
    3.  Minutes.  (needed)

§e.  Joint Work Session.  Planning Commission and Board of Zoning Adjustments.  October 19, 2006.
    1.  Agenda.
    2.  Staff Report. (needed)
    3.  Minutes.

§f.  Letter from Pacific Justice Institute to City on behalf of Faith Fellowship.  November 1, 2006.

Index to the Administrative Record
Page 2

§g.  Board of Zoning Adjustments.  Work Session re Assembly Uses.  December 7, 2006.
   1. Agenda.
   2. Staff Report.
   3. Minutes.

§h.  West San Leandro/MacArthur Boulevard Redevelopment Advisory Committee.
   1. Minutes.
   2. Powerpoint presented by Debbie Pollart.  (needed)

§i.  Redevelopment Advisory Committee, Joint Redevelopment Project Area.  January 17, 2007.
   1. Agenda.
   2. Staff Report.  (needed)
   3. Minutes.

§j.  Planning Commission.  February 22, 2007.   Re adoption of Assembly Use Overlay District, and rezoning 196 parcels AU Overlay.
   1. Agenda.
   2. Staff Report.
   3. Minutes.

§k.  City Council.  March 19, 2007.   Re adoption of Assembly Use Overlay District, and rezoning 196 parcels AU Overlay.
   1. Agenda.
   2. Staff Report.
   3. Minutes.
   4. Adopted Ordinance No.  2007-005
   5. Adopted Ordinance No. 2007-006

§l.  Revised Zoning Application from Faith Fellowship.  March __, 2007.

§m.  Conditional Use Permit Application for Entertainment Activity in Industrial Park District at 14600 Catalina Court.  March 2007.
   1. Application.  (needed)
   2. Site Plan
   2. Required "proposed CUP findings".

Index to the Administrative Record
Page 3

§n. Planning Commission. April 12, 2007. Re Application for rezone of Catalina Court property to AU Overlay District.
    1. Agenda.
    2. Staff Report with attachments.
    3. Letter from Peter MacDonald on behalf of Faith Fellowship Church. April 9, 2007.
    4. Statement by Paul Gannt, Hazardous Materials Expert.
    5. Petition signed by approx. 1700 supporters (in City possession).
    6. Minutes.

§o. City Council. May 7, 2007. Re Application for rezone of Catalina Court property to AU Overlay District.
    1. Agenda.
    2. Staff Report with attachments.
    3. Letter from Peter MacDonald on behalf of Faith Fellowship Church. May 4, 2007.
        4. Attachment to Peter's Letter
        6. Attachment to Peter's Letter
        7. Attachment to Peter's Letter
    4. Minutes
    5. Minute Order denying application.
    6. Letter requesting Reconsideration, Mortara to Jermanis. May 15, 2007.

§p. City Documents: General Plan Excerpts:
    Cover and Table of Contents
    pp. 3.51-3.54. Planning Issues: Land Use Compatibility.
    pp. 3.59-3.65. Industrial and Office Districts.
    pp. 3.73-3.75. Land Use Compatibility.
    pp. 4.30-4.32. Coordinating Land Use and Transportation.
    pp. 6,37-6.39. Hazardous Materials.

§q. City Documents: Zoning Code Excerpts:
    Article 1. Title, Components, and Purposes.
    Article 3. Definitions:
        -Assembly Use.
        -Entertainment Activity.
        -Commercial Recreation.
    Article 7. Industrial Districts.

Index to the Administrative Record
Page 4