# Exhibit A

# Administrative Resources

# §a(1)

**CITY OF SAN LEANDRO**
Community Development Department • Planning Services Division
835 East 14th Street • San Leandro, CA 94577 • (510) 577-3371 • Fax: (510) 577-6007

**PLANNING PERMIT APPLICATION**

*Please type or print legibly.*

Project Address: 14600 Catalina St
Assessor's Parcel Number: 080-G-0933-022-01

Please check all applicable permits.
- ☐ Conditional Use Permit
- ☐ Fence Modification
- ☐ Planned Development
- ☐ Site Plan Review:
- ☐ Variance
- ☒ Zoning Map Amendment
- ☐ Other _____
- Δ Major
- ☐ Parking Exception
- ☐ Tentative Map
- Δ Minor
- Δ RS-VP

Please describe the project associated with your application request. (Attach additional sheets if necessary.)
Purchase and occupation of property located at 14600 Catalina, for the purpose of a house of worship

Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)
See attached sheet

Applicant (☐ owner ☐ lessee ☐ other): pending owner
Legal Name (☐ individual ☒ corporation ☐ joint venture ☐ partnership): ICFG San Leandro #2
Mailing Address: 577 Manor blvd          Work Phone: (510) 357-5723
City: San Leandro   State: CA   Zip: 94579   Home Phone: (510) 656-5695
Email Address (optional): jm@faith-fellowship.us   Cell Phone: (510) 773-8500

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date: 5-11-06   Applicant's Signature: _____ for pastor Gary Mortara

Property Owner (if the applicant is not the owner): _____
Legal Name (☐ individual ☐ corporation ☐ joint venture ☐ partnership): _____
City: _____ State: _____ Zip: _____ Home Phone: ( )
Email Address (optional): _____ Cell Phone: ( )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date: _____   Property Owner's Signature: _____

**TO BE COMPLETED BY CITY STAFF**

Project #: PLN _____   Date/Received: _____ By: _____   Zoning District: _____
Reviewing Body: _____   Fee/Deposit paid: _____   Code Section: _____
Hearing Date: _____   Receipt #: _____   Redevelopment: ☐ Plaza ☐ Joint ☐ WSL/Mac
Customer #: _____   Environmental: ☐ Exempt ☐ Neg Dec ☐ EIR

Staff Comments: _____

Exhibit A
§a(1)
Page 1