# Exhibit A

# Administrative Resources

# §a(2)

**CITY OF SAN LEANDRO**
Community Development Department • Planning Services Division
835 East 14th Street • San Leandro, CA 94577 • (510) 577-3371 • Fax: (510) 577-6007

**AGREEMENT FOR PAYMENT OF FEES FOR APPLICATION PROCESSING**

Project Address/Name: 14600 Catalina St

PLN _____  APN: 080-G-0933-022-01

Applicant (☐ owner ☐ lessee ☐ agent of owner ☒ other): Buyer

Legal Name (☐ individual ☒ corporation ☐ joint venture ☐ partnership): Faith Fellowship Church, San Leandro #2

Mailing Address: 527 Manor Blvd    Daytime Phone: (510) 357 5223

City: San Leandro   State: CA   Zip: 94579   Fax: (   )

Email Address (optional): Jim@Faith-Fellowship.US   Cell Phone: (510) 773 8568

I (We) hereby agree to pay all personnel and related direct and indirect costs (including 205% of employee benefits and overhead) for the review and processing of application(s) for the subject project, at such time as requested by the Community Development Director. Direct costs include, but are not limited to review of project application for completeness by all applicable City Departments; telephone or written communication with applicant/property owner/architect, engineer, etc.; preparation of staff reports; and attendance by staff at public hearings. If applicable, I (we) also hereby agree to pay all contract costs for preparing an environmental document in compliance with the California Environmental Quality Act.

Payments are due and payable within 30 days. Interest will accrue on all costs unpaid 30 days after billing at the maximum legal rate and the City is entitled to recover its costs, including attorney's fees, in collecting unpaid accounts.

If the City is unable to collect all costs from the applicant or authorized agent, the property owner will be responsible for the amount due. Delinquent accounts may result in a lien being placed on the property.

Furthermore, I (we) hereby agree to hold the City harmless from all costs and expenses, including attorney's fees, incurred by the City or held to be the liability of the City in connection with the City's defense of its actions in any proceeding brought in any State or Federal Court challenging the City's actions with respect to my (our) project.

Date: 5-18-06    Applicant's Signature: [signature] for Pastor Gary Mortara

Property Owner (if the applicant is not the owner): _____

Legal Name (☐ individual ☐ corporation ☐ joint venture ☐ partnership): _____

Mailing Address: _____   Daytime Phone: _____

City: _____   State: ____   Zip: ____   Cell/Fax: _____

Date: _____   Property Owner's Signature: _____

Date Stamp Received/Paid

**TO BE COMPLETED BY CITY STAFF**

Deposit: _____   Receipt #: _____   cc: ____ Finance
                                              ____ Eng/Trans
Customer #: _____   Date: _____          ____ Fire

Staff Comments: _____

Exhibit A
§a(2)
Page 1