# Exhibit A

# Administrative Resources

# #k(3)

SUMMARY
MARCH 19, 2007

Civic Center 835 East
14th Street San
Leandro, California

| REGULAR MEETING | 7:00 PM—City Council Chambers |
|---|---|

### 1. CALL TO ORDER

The meeting was called to order at 7:01 p.m.

**CITY OF SAN LEANDRO CITY COUNCIL AND SAN LEANDRO REDEVELOPMENT AGENCY JOINT MEETING**

A. Pledge of Allegiance to the Flag

B. Roll Call

PRESENT: Members Grant (arrived at 7:05 p.m.), Gregory, Prola, Souza, Starosciak, Stephens; Mayor Santos

ABSENT: None

### 2. PRESENTATIONS/RECOGNITIONS

A.  Matter of Commendations of Board and Commission Members (approves ceremonial resolutions of the City Council).

- **Minute Order No. 2007-030**, Resolution Commending Cynthia Eliason for Her Years of Service on the Board of Zoning Adjustments. (1019)

   The City Council approved the resolution commending Cynthia Elaison for her years of service on the Board of Zoning Adjustments.

- **Minute Order No. 2007-031**, Resolution Commending Gil Raposo for His Years of Service on the Board of Zoning Adjustments. (1019)

   The City Council approved the resolution commending Gil Raposo for his years of service on the Board of Zoning Adjustments.

- **Minute Order No. 2007-032**, Resolution Commending Joseph T. Flynn for His Years of Service on the Human Services Commission. (2024)

**The City Council approved the resolution commending Joseph T. Flynn for his years of service on the Human Services Commission.**

Exhibit A
§k(3)
Page 1

- **Minute Order No. 2007-033**, Resolution Commending Geraldine Mellen for Her Years of Service on the Human Services Commission. (2024)

    **The City Council approved the resolution commending Geraldine Mellen for her years of service on the Human Services Commission.**

- **Minute Order No. 2007-034**, Resolution Commending Susan Kleebauer for Her Years of Service on the Planning Commission. (1018)

    **The City Council approved the resolution commending Susan Kleebauer for her years of service on the Planning Commission.**

- **Minute Order No. 2007-035**, Resolution Commending Elmer Costa for His Years of Service on the Recreation and Parks Commission. (1020)

    **The City Council approved the resolution commending Elmer Costa for his years of service on the Recreation and Parks Commission.**

**M/S/C Starosciak and Stephens. Ayes: 6; Noes: 0; Absent: 1 (Grant)**

 B. Matter of Appointments and Reappointments of Board and Commission Members.

    **Resolution No. 2007-028**, Resolution Appointing Darryl Shields as District 3 Member to Board of Zoning Adjustments. (1019)
    **Resolution No. 2007-029**, Resolution Appointing Debra Vandiver as District 3 Member to Human Services Commission. (2024)
    **Resolution No. 2007-030**, Resolution Appointing Renee Souza as District 3 Member to Library-Historical Commission. (1017)
    **Resolution No. 2007-031**, Resolution Appointing Anna Brannan and Reappointing Shirley McManus as At Large Members to Personnel Relations Board. (1016)
    **Resolution No. 2007-032**, Resolution Appointing Denise Abero as District 3 Member to Planning Commission. (1018)
    **Resolution No. 2007-033**, Resolution Appointing Kimberly Wilson as District 3 Member to Recreation and Parks Commission. (1020)
    **Resolution No. 2007-034**, Resolution Reappointing Robert Kvam as District 3 Member to Senior Commission. (2143)

**M/S/C Souza and Prola. Ayes: 7; Noes: 0**

**3. PUBLIC HEARINGS**

Public Hearing Comments are limited to 5 minutes per speaker, subject to adjustment by the Mayor. When you address the City Council, you should **fill out a speaker card** and submit it to the City Clerk so the order of speakers may be determined and an official record of names and addresses obtained.

A. Matter of Ordinance Amending San Leandro Zoning Code as Follows Relating to Assembly Uses: Article 3, Deleting Definitions for 'Clubs and Lodges' and 'Religious Assembly' and Adding a New Definition for 'Assembly Uses'; Article 5, Amending Sections 2-504, 2-506, 2-508, and 2-510 for Consistency with New Definitions; Article 13, Adding New Sections 3-1320 Through 3-1330; Article 17, Amending Section 41704; and Matter of Amending San Leandro Zoning Map to Include 196 Properties with an Assembly Use (-AU) Overlay District Designation, Which Would Allow Assembly Uses to Be Conditionally Permitted on These Properties.

- **Minute Order No. 2007-036**, Motion Adopting the Negative Declaration and Declaring It as Complete and in Compliance with California Environmental Quality Act (CEQA) Requirements Related to Amending San Leandro Zoning Code Assembly Uses: Article 3, Deleting Definitions for 'Clubs and Lodges' and 'Religious Assembly' and Adding a New Definition for 'Assembly Uses'; Article 5, Amending Sections 2-504, 2-506, 2-508, and 2-510 for Consistency with New Definitions; Article 13, Adding New Sections 3-1320 Through 3-1330; Article 17, Amending Section 4-1704; and Matter of Amending San Leandro Zoning Map to Include 196 Properties with an Assembly Use (-AU) Overlay District Designation, Which Would Allow Assembly Uses to Be Conditionally Permitted on These Properties. (1098)

    **The City Council adopted the Negative Declaration and declaring it as complete and in compliance with California Environmental Quality Act (CEQA) requirements related to amending San Leandro Zoning Code Assembly Uses: Article 3, deleting definitions for 'Clubs and Lodges' and 'Religious Assembly' and adding a new definition for 'Assembly Uses'; Article 5, amending Sections 2-504, 2-506, 2-508, and 2-510 for consistency with new definitions; Article 13, adding new Sections 3-1320 through 3-1330; Article 17, amending Section 4-1704; and matter of amending San Leandro Zoning Map to include 196 properties with an Assembly Use (-AU) Overlay District designation, which would allow assembly uses to be conditionally permitted on these properties.**

    **M/S/C Gregory and Starosciak. Ayes: 7; Noes: 0**

- **Ordinance No. 2007-005**, an Ordinance Amending San Leandro Zoning Code Part I, Article 3, Deleting Definitions for 'Clubs and Lodges' and 'Religious Assembly' and Adding a New Definition for 'Assembly Uses'; Part II, Article 5, Amending Sections 2-504, 2-506, 2-508, and 2-510 for Consistency with New Definitions; Part III, Article 13; and Part IV, Article 17, Amending Section 41704 (allows assembly uses on identified properties in various zoning districts).(3075)

**M/S/C Grant and Prola. Ayes: 7; Noes: 0**

Exhibit A
§k(3)
Page 3

— **Passed to Print M/S/C Grant and**

**Prola. Ayes: 7; Noes: 0**

4. **JOINT CITY COUNCIL/SAN LEANDRO REDEVELOPMENT AGENCY PUBLIC HEARINGS**

   None.

5. **PUBLIC COMMENTS**

   Public Comments are limited to 3 minutes per speaker, subject to adjustment by the Mayor. When you address the City Council, you should **fill out a speaker card** and submit it to the City Clerk so the order of speakers may be determined and an official record of names and addresses obtained. The public is invited to make comments on items of public interest **NOT** listed on the Agenda.

   (See Minutes)

6. **CITY MANAGER AND CITY ATTORNEY REPORTS AND COMMENTS**

   (See Minutes)

7. **AMENDMENT OF CONSENT CALENDAR**

   City Councilmembers or staff have an opportunity at this time to request that an item be removed from the Consent Calendar for the presentation of a staff report or other special consideration. Members of the Public may request the opportunity to address the City Council regarding items remaining on the Consent Calendar by filling out a speaker card and submitting it to the City Clerk prior to the calling of Item 7, Amendment of Consent Calendar. Items remaining on the Consent Calendar will be considered for approval under one motion.

   **Consent Calendar was amended to remove Items 8.E. and 8.G. Items will be considered under Item 9, Items Removed from Consent Calendar.**

8. **CONSENT CALENDAR**

   Consent Calendar items are considered for approval by the City Council with one single action. As described above in Item 7, Amendment of Consent Calendar, the City Council may remove items from the Consent Calendar for purposes of presentation or discussion. Members of the public who have requested to address the Council regarding items remaining on the Consent Calendar may do so for up to 3 minutes per item with a maximum of 5 minutes for all items. Items listed on the Consent Calendar are deemed to have been read by title.

**Items 8.E. and 8.G. were removed from the Consent Calendar to Item 9, Items Removed from Consent Calendar. The remaining items on the Consent Calendar were approved by the following vote:**

**M/S/C Stephens and Souza. Ayes: 7; Noes: 0**

A.   Minutes of the Meeting of March 5, 2007. **Approved as submitted.**

B.   **Minute Order No. 2007-037**, Resolution Commending the Eden Area League of Women Voters on Its 50th Anniversary (approves a ceremonial resolution of the City Council). (1081)

  **The City Council approved the resolution commending the Eden Area League of Women Voters on its 50th Anniversary.**

C.   **Resolution No. 2007-003 RDA**, Resolution of the Redevelopment Agency of the City of San Leandro Approving Reimbursement Agreement with the John Benjamin Company for the Cost of Environmental Consulting Services for Property in the West San Leandro/MacArthur Boulevard Redevelopment Project Area Commonly Known as 326-340 MacArthur Boulevard, Assessor's Parcel Numbers 079-0316-014-01 and 0761316-12-01 (provides for environmental testing at subject project). Cost: $40,000. Funding: West San Leandro/MacArthur Redevelopment Project Area Fund. (3110)

D.   **Resolution No. 2007-004 RDA**, Resolution of the Redevelopment Agency of the City of San Leandro Approving an Owner Participation Agreement (OPA) Between the San Leandro Redevelopment Agency and White House Events, LLC for the Development of Property in the West San Leandro/MacArthur Boulevard Redevelopment Project Area Located at 599 MacArthur Boulevard, Assessor's Parcel Number 076-0326-00901 (provides for redevelopment of the subject property and a 10-year, forgivable, commercial rehabilitation loan not to exceed $50,000 for exterior facade improvements). Funding: West San Leandro/MacArthur Boulevard Project Area Fund. (3110)

E.   Resolution Approving a Contractual Services Agreement with Kennedy/Jenks Consultants Related to Water Pollution Control Plant (WPCP) Consolidated Plant Record Drawings Set (provides engineering services to modify and consolidate the 1979 WPCP record drawings set and to include a computerized database of drawings). Cost: $60,138. Funding: WPCP Enterprise Fund. **(Moved to Item 9, Items Removed from Consent Calendar.)** (2323)

F.   **Resolution No. 2007-035**, Resolution Approving East Bay Dischargers Authority (EBDA) Third Amended Joint Exercise of Powers Agreement (JPA) to Provide for More Efficient Bidding and Procurement Procedures (modifies bidding and procurement procedures adopted in the original JPA of 1974). (1140B)

G.   Resolution Approving a Contractual Services Agreement with Kennedy/Jenks Consultants Relating to the Water Pollution Control Plant (WPCP) Effluent Project, Project No. 593-52-219 (provides for construction support services for construction of the pump house and disinfection system at Monarch Bay Golf Course in the amount of

Exhibit A
§k(3)
Page 5

$66,000 for the subject project). Funding: Appropriated as part of the 2005-06 budget. **(Moved to Item 9, Items Removed from Consent Calendar.)** (2323)

H.    **Resolution No. 2007-036**, Resolution Authorizing the City Manager to Enter into a Right-of-Entry and Indemnity Agreement Between the City of San Leandro and the Port of Oakland to Construct the Bay Trail Pedestrian/Bicycle Bridge with Connecting Trail (provides a framework for the City to complete the construction necessary on the Port property on its behalf). (1215)

I.    **Resolution No. 2007-037**, Resolution Approving Plans and Specifications and Calling for Bids for Bancroft Middle School Playfield Renovations, Project No. 06-210-38-257 (provides for improvements to the general use turf sports field, basketball court area, and supporting infrastructure, including irrigation and drainage systems). Bid opening date is April 9, 2007. Funding: Grant Fund and Park Development Fund. (3111)

J.    **Resolution No. 2007-038**, Resolution Approving Parcel Map 9307 for 1588 Doolittle Drive, Assessor's Parcel Number 077A-0680-005-02; Owner: Airgas NCN, Inc. (provides for subdivision of an existing 7.33-acre parcel to sell the northern 4.717-acre portion and retain the 2.616-acre southern portion). (3112)

K.    **Resolution No. 2007-039**, Resolution Approving a Parking Agreement for 101 Callan Avenue with SL 101, LLC (provides for a 30-year lease of parking spaces in the City-owned Estudillo garage and Hyde Street parking lot). (3113)

L.    Matter of Nomination of Member to Recreation and Parks Commission.

■**Minute Order No. 2007-038**, Motion Nominating Juan Martinez as San Leandro Unified School District (SLUSD) Representative to Recreation and Parks Commission. (1020)

**The City Council nominated Juan Martinez as SLUSD representative to the Recreation and Parks Commission.**

## 9. ITEMS REMOVED FROM CONSENT CALENDAR

Public comments are limited to 3 minutes per speaker per item, subject to adjustment by the Mayor.

8.E.    **Resolution No. 2007-040**, Resolution Approving a Contractual Services Agreement with Kennedy/Jenks Consultants Related to Water Pollution Control Plant (WPCP) Consolidated Plant Record Drawings Set (provides engineering services to modify and consolidate the 1979 WPCP record drawings set and to include a computerized database of drawings). Cost: $60,138. Funding: WPCP Enterprise Fund. (2323)

**M/S/C Starosciak and Stephens. Ayes: 6; Noes: 0; Abstain: 1 (Grant)**

8.G. **Resolution No. 2007-041**, Resolution Approving a Contractual Services Agreement with Kennedy/Jenks Consultants Relating to the Water Pollution Control Plant (WPCP) Effluent Project, Project No. 593-52-219 (provides for construction support services for construction of the pump house and disinfection system at Monarch Bay Golf Course in

the amount of $66,000 for the subject project). Funding: Appropriated as part of the 2005-06 budget. (2323)

**M/S/C Starosciak and Stephens. Ayes: 6; Noes: 0; Abstain: 1 (Grant)**

10. ACTION ITEMS

   Public comments are limited to 3 minutes per speaker per item, subject to adjustment by the Mayor.

   A.   Report on Closed Session Actions

   Taken None.

11. CITY COUNCIL REPORTS

   A.   Reports on Intergovernmental

   Agencies (See Minutes)

   B.   Reports on Conferences and

   Seminars (See Minutes)

   C.   Reports on City Council Committees
      1   Airport Committee Meeting of March 2, 2007. **Accepted as submitted.**
      2   Facilities and Transportation Committee Meeting of February 28, 2007.

      **Accepted as submitted.**

12. CITY COUNCIL COMMENTS

   (See Minutes)

13.   ADJOURN

   The meeting was adjourned at 9:26 p.m.

**— Passed to Print
   Ordinance
No. 2007-006**, an
Ordinance Zoning
Certain Properties
Herein Described as
to Zoning with an
Assembly Use
Overlay District and
Amending Zoning
Map for 196
Identified Properties
(reclassifies subject
properties with an

Exhibit A
§k(3)
Page 7