# Exhibit A

# Administrative Record

# §k(5)

IN THE CITY COUNCIL OF THE CITY OF SAN LEANDRO

**ORDINANCE NO. 2007-006**                                      (1024)

AN ORDINANCE OF THE CITY OF SAN LEANDRO ZONING CERTAIN PROPERTIES
HEREIN DESCRIBED AS TO ZONING WITH AN ASSEMBLY USE OVERLAY DISTRICT
AND AMENDING ZONING MAP FOR 196 IDENTIFIED PROPERTIES

Recitals

The City Council of the City of San Leandro, after public hearings duly and properly held in

compliance with the Zoning Code of the City of San Leandro, has determined that the public

necessity, convenience and general welfare require the reclassification of the property described

below to the district and classification hereinafter set forth.

**NOW, THEREFORE**, the City Council of the City of San Leandro does **ORDAIN** as

follows:

Section 1: Those properties with addresses and Assessor's Parcel Numbers as indicated are

hereby reclassified with an Assembly Use (-AU) Overlay. Underlying zoning for all properties will

remain unchanged.

Section 2: The City of San Leandro Official Zoning Map is hereby amended as shown on

Sheets A2, A3, B2, B3, C2 and C3, filed in the office of the City Clerk on March 19, 2007.

Section 3: This ordinance shall take effect thirty (30) days after adoption and the title shall

be published once prior to adoption.

Introduced by Councilmember Grant on this 19th day of March, 2007, and passed to print by the following called vote:

Members of the Council:

AYES:      Councilmembers Grant, Gregory, Prola, Souza, Starosciak, Stephens;
           Mayor Santos                                                                     (7)

NOES:      None                                                                             (0)

ABSENT:    None                                                                             (0)

ATTEST:    _Marian Handa_____
           Marian Handa, City Clerk


Passed and adopted this 2nd day of April, 2007, after publication on March 26, 2007, by the following called vote:

Members of the Council:

AYES:      Councilmembers Grant, Gregory, Prola, Souza, Starosciak, Stephens;
           Mayor Santos                                                                     (7)

NOES:      None                                                                             (0)

ABSENT:    None                                                                             (0)

ATTEST:    _Marian Handa_____
           Marian Handa, City Clerk

| APN | ADDRESS |
|---|---|
| 075 0065 009 02 | 854 Williams St |
| 075 0045 004 00 | 753 Williams St |
| 075 0045 011 00 | 748 Castro St |
| 075 0105 028 00 | 2028 Alvarado St |
| 075 0105 027 00 | 2042 Alvarado St |
| 077A 0639 004 00 | 916 Williams St |
| 075 0045 010 00 | 736 Castro St |
| 077A 0639 005 00 | 932 Williams St |
| 075 0066 005 00 | 1823 Alvarado St |
| 077A 0639 006 00 | 940 Williams St |
| 075 0065 010 00 | 886 Williams St |
| 075 0065 001 03 | 845 Thornton St |
| 075 0065 001 04 | 857 Thornton St |
| 075 0105 008 00 | 703 Castro St |
| 075 0066 007 08 | 810 Castro St |
| 077A 0639 008 00 | 972 Williams St |
| 075 0078 007 03 | 549 Harlan St |
| 075 0105 002 00 | 783 Castro St |
| 075 0078 006 02 | 555 Harlan St |
| 075 0105 001 00 | 795 Castro St |
| 075 0078 005 03 | 563 Harlan St |
| 076 0350 008 00 | 1051 Macarthur Blvd |
| 075 0078 007 04 | 545 Harlan St |
| 075 0105 003 00 | 771 Castro St |
| 075 0103 011 00 | 2050 Orchard Ave |
| 075 0103 010 00 | 2090 Orchard Ave |
| 075 0105 025 01 | 2070 Alvarado St |
| 075 0105 006 00 | 743 Castro St |
| 075 0105 005 00 | 755 Castro St |
| 075 0066 007 07 | Castro St |
| 075 0077 015 00 | 527 Harlan St |
| 075 0105 004 00 | 763 Castro St |
| 075 0224 002 03 | 300 San Leandro Blvd |
| 075 0105 030 00 | 2000 Alvarado St |
| 075 0105 022 02 | 2102 Alvarado St |
| 075 0103 009 00 | 940 Estabrook St |
| 075 0045 003 00 | 775 Williams St |
| 075 0103 005 00 | 2077 Alvarado St |
| 075 0103 007 00 | 864 Estabrook St |
| 075 0103 008 00 | 870 Estabrook St |
| 075 0103 006 00 | 2091 Alvarado St |
| 075 0105 034 00 | 1954 Alvarado St |
| 075 0105 033 00 | 1968 Alvarado St |
| 075 0065 004 00 | 807 Thornton St |
| 075 0065 011 00 | 896 Williams St |
| 075 0065 003 00 | 815 Thornton St |
| 075 0065 002 00 | 823 Thornton St |
| 075 0065 001 02 | 839 Thornton St |
| 075 0065 005 00 | 804 Williams St |

| APN | ADDRESS |
|---|---|
| 075 0065 006 00 | 824 Williams St |
| 075 0045 007 00 | 705 Williams St |
| 075 0065 007 02 | 830 Williams St |
| 075 0045 006 00 | 719 Williams St |
| 075 0065 008 00 | 840 Williams St |
| 075 0066 007 09 | 830 Castro St |
| 075 0045 005 00 | 735 Williams St |
| 075 0045 002 00 | 795 Williams St |
| 077A 0639 002 00 | 904 Williams St |
| 075 0045 009 01 | 712 Castro St |
| 077A 0639 003 00 | 912 Williams St |
| 075 0105 007 00 | 727 Castro St |
| 075 0045 013 00 | 766 Castro St |
| 075 0045 012 00 | 754 Castro St |
| 075 0105 032 00 | 1982 Alvarado St |
| 075 0078 002 00 | 572 Estabrook St |
| 075 0078 003 02 | 596 Estabrook St |
| 075 0045 014 00 | 1860 Alvarado St |
| 077A 0639 007 00 | 964 Williams St |
| 075 0066 006 00 | 1835 Alvarado St |
| 075 0066 004 00 | 855 Williams St |
| 075 0066 003 00 | 869 Williams St |
| 075 0066 007 05 | 1849 Alvarado St |
| 077A 0639 009 00 | 1776 Orchard Ave |
| 075 0105 031 02 | 1996 Alvarado St |
| 075 0066 019 01 | 903 Williams St |
| 075 0105 010 01 | 2035 Martinez St |
| 075 0105 009 00 | 2009 Martinez St |
| 075 0105 029 00 | 2014 Alvarado St |
| 075 0105 026 00 | 2056 Alvarado St |
| 075 0103 004 03 | 2023 Alvarado St |
| 075 0105 023 00 | 2098 Alvarado St |
| 076 0350 003 00 | Macarthur Blvd |
| 076 0350 007 01 | 1041 Macarthur Blvd |
| 076 0350 004 01 | 1029 Macarthur Blvd |
| 076 0350 005 01 | 1037 Macarthur Blvd |
| 075 0224 010 00 | 265 Park St |
| 077 0556 062 00 | 2274 Washington Ave |
| 075 0224 004 08 | 299 Park St |
| 076 0350 010 00 | 1079 Macarthur Blvd |
| 075 0224 001 00 | 250 San Leandro Blvd |
| 077 0556 064 02 | 2242 Washington Ave |
| 075 0224 004 06 | 350 San Leandro Blvd |
| 075 0224 006 00 | 415 Park St |
| 075 0224 007 00 | 435 San Leandro Blvd |
| 075 0224 004 02 | 420 San Leandro Blvd |
| 075 0224 012 00 | 295 Park St |
| 075 0224 011 00 | 289 Park St |
| 077 0556 069 03 | 2150 Washington Ave |

| APN | ADDRESS |
|---|---|
| 076  0446 012 00 | 1057 Macarthur Blvd |
| 077  0556 068 01 | Washington Ave |
| 077  0556 001 00 | 193 Estabrook St |
| 077  0556 067 00 | 2166 Washington Ave |
| 412  0006 011 00 | Washington Ave |
| 077  0556 065 01 | 2240 Washington Ave |
| 077  0556 063 00 | 2260 Washington Ave |
| 077D 1410 025 00 | 2436 Washington Ave |
| 412  0006 003 00 | 698 Lewelling Blvd |
| 412  0006 010 00 | 674 Lewelling Blvd |
| 412  0009 005 07 | Lewelling Blvd |
| 412  0009 006 03 | 534 Lewelling Blvd |
| 412  0009 006 02 | 534 Lewelling Blvd |
| 077C 1280 004 00 | 15285 Hesperian Blvd |
| 077B 1139 006 02 | 250 Floresta Blvd |
| 077C 1310 008 04 | 14400 Washington Ave |
| 077B 1139 008 00 | 256 Floresta Blvd |
| 077B 1222 007 10 | 14349 Washington Ave |
| 412  0009 006 05 | 534 Lewelling Blvd |
| 412  0011 004 00 | Lewelling Blvd |
| 080G 1099 001 00 | 1960 Lewelling Blvd |
| 077C 1240 002 00 | 2780 Halcyon Dr |
| 077D 1424 005 08 | 777 139th Ave |
| 077C 1228 001 02 | 13940 Washington Ave |
| 077B 1225 002 04 | 13951 Washington Ave |
| 077D 1440 002 00 | 790 139th Ave |
| 077D 1440 001 18 | 760 139th Ave |
| 077B 1222 002 02 | 14111 Washington Ave |
| 077C 1230 005 02 | 14200 Washington Ave |
| 077B 1222 006 19 | 14205 Washington Ave |
| 077B 1222 007 18 | 14281 Washington Ave |
| 077C 1235 002 22 | 14340 Washington Ave |
| 077C 1235 003 03 | 14388 Washington Ave |
| 077C 1235 002 14 | 14320 Washington Ave |
| 080G 1178 007 02 | 2505 Grant Ave |
| 080G 0910 016 00 | 2561 Grant Ave |
| 080G 0910 017 00 | 2505 Grant Ave |
| 077D 1440 001 23 | 750 139th Ave |
| 077C 1228 002 02 | 14000 Washington Ave |
| 075  0087 001 02 | 400 Hudson Ln |
| 075  0084 015 02 | 2485 Washington Ave |
| 075  0087 008 00 | 400 Hudson Ln |
| 075  0084 014 05 | 2481 San Leandro Blvd |
| 077D 1424 006 07 | 1111 139th Ave |
| 077D 1437 013 04 | 1090 139th Ave |
| 077D 1437 015 01 | 1124 139th Ave |
| 077D 1437 014 03 | 139th Ave |
| 077C 1230 001 03 | 14074 Washington Ave |
| 077B 1222 001 05 | 344 139th Ave |

| APN | ADDRESS |
|---|---|
| 077D 1440 001 21 | 143rd Ave |
| 077D 1443 002 02 | 833 143rd Ave |
| 077B 1225 003 04 | 295 139th Ave |
| 077B 1222 004 03 | 14173 Washington Ave |
| 077C 1232 006 07 | 501 143rd Ave |
| 077C 1235 001 02 | 640 143rd Ave |
| 077B 1222 005 03 | 14193 Washington Ave |
| 077B 1222 006 17 | Washington Ave |
| 077B 1222 006 15 | 14251 Washington Ave |
| 077C 1235 002 28 | 143rd Ave |
| 077C 1235 002 18 | 14330 Washington Ave |
| 077C 1235 002 24 | 534 143rd Ave |
| 077B 1222 006 18 | 14231 Washington Ave |
| 077B 1222 007 17 | 14305 Washington Ave |
| 077C 1235 002 20 | 14332 Washington Ave |
| 077C 1230 004 06 | 14110 Washington Ave |
| 077B 1225 005 05 | 295 139th Ave |
| 077C 1230 004 04 | 14160 Washington Ave |
| 077C 1232 001 04 | 635 143rd Ave |
| 077B 1222 003 04 | 14127 Washington Ave |
| 077B 1222 003 03 | 14143 Washington Ave |
| 077C 1232 005 02 | 601 143rd Ave |
| 077C 1235 002 16 | 14336 Washington Ave |
| 077C 1240 001 06 | 100 Halcyon Dr |
| 077B 1222 007 14 | 14315 Washington Ave |
| 077B 1222 007 19 | 14327 Washington Ave |
| 077B 1222 007 20 | 14335 Washington Ave |
| 077B 1163 011 02 | 555 Floresta Blvd |
| 077B 1163 016 03 | 14391 Washington Ave |
| 077B 1163 008 10 | 555 Floresta Blvd |
| 077C 1310 001 16 | Washington Ave |
| 077B 1139 007 00 | 300 Floresta Blvd |
| 412  0009 005 04 | 552 Lewelling Blvd |
| 412  0011 005 00 | Lewelling Blvd |
| 080D 0559 003 04 | 15420 Hesperian Blvd |
| 080D 0559 005 03 | 15444 Hesperian Blvd |
| 077C 1310 001 17 | Washington Ave |
| 077B 1139 002 04 | 14595 Washington Ave |
| 077C 1310 009 01 | 14602 Washington Ave |
| 077C 1310 002 06 | 14610 Washington Ave |
| 077C 1310 003 01 | 14664 Washington Ave |
| 077B 1139 002 06 | 14601 Washington Ave |
| 077C 1310 004 04 | 14680 Washington Ave |
| 077C 1310 003 04 | 14662 Washington Ave |
| 077C 1280 006 03 | 15311 Hesperian Blvd |
| 077C 1280 007 00 | Hesperian Blvd |
| 077B 1125 004 04 | 14805 Washington Ave |
| 077C 1280 005 01 | 15299 Hesperian Blvd |
| 075  0078 001 07 | Estabrook St |



0   425   850     1,700       2,550       3,400 Feet

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003



(-ALI)

A3

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003



B2

0    415   830        1,660        2,490        3,320 Feet

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003

**B3**

(-AU)
(-AU)
(-AU)
(-AU)
(-AU)
(-AU)
(-AU)

0    400    800          1,600          2,400          3,200
Feet

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003

C2

CITY OF SAN LEANDRO
OFFICIAL ZONING MAP
Effective: November 06, 2003

0    420    840    1,680    2,520    3,360
Feet



**C3**



0   410   820      1,640        2,460      3,280
                                                 Feet



**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003