# Exhibit A

# Administrative Record

# §o(3), Attachment 6



**Attachment 6**

**Black Dots:** Manor Street neighbors who have asked City Council to allow Faith Fellowship to move.

**Red Dots:** Catalina Street neighboring businesses that support Faith Fellowship into their neighborhood.