# Exhibit B

# Assembly Use Hazmat Map

# Assembly Use Overlay Parcels

- 1/4 Mile Buffer
- Hazmat* Plans Filed
- Hazmat* Plans Filed In Buffer

## Notes:

* "Hazmat Plan" is a Hazardous Materials Business Plan (HMBP)

Source of data is City of San Leandro Public Records (June 5, 2007)

Information compiled by Land Plan Associates

## Legend:

- Proposed Faith Fellowship Parcel
- Existing Faith Fellowship Parcel
- Assembly Use Overlay Parcels
- Assembly Use Overlay Parcels With Filed Hazmat Plans
- Parcels With Hazmat Plans Filed In 1/4 Mile Buffer
- 1/4 Mile Radius (1,320') From Any Assembly Use Overlay Parcel

Scale 1"=3000'

June 13, 2007

