# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ADR

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL
(Real Party in Interest)

V.

CITY OF SAN LEANDRO, et al.
(See Attachment)

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03605 PJH

TO: (Name and address of defendant)

City of San Leandro (See Attachment for Additional Defendants)
Civic Center
835 East 14th Street
San Leandro, California

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin T. Snider, State Bar No. 170988
Counsel of record
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]
(BY) DEPUTY CLERK

DATE JUL 12 2007

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>July 12, 2007 |
| Name of SERVER<br>Kevin T. Snider | TITLE<br>Chief Counsel |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served by delivering to City Clerk's Office. Vivian Chiu, Assistant to the City Clerk, received documents at 1:48 p.m. on July 12, 2007. Location, 835 E. 14th St., San Leandro, CA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 13, 2007
Date

Signature of Server

Address of Server: 9851 Horn Rd., Ste.115, Sacramento, CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

CITY OF SAN LEANDRO

TONY SANTOS

SURLENE G. GRANT

DIANA M. SOUZA

JOYCE R. STAROSCIACK

BILL STEPHENS

JIM PROLA

JOHN JERMANIS

DEBBIE POLLART