1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Peter S. Hayes, Esq. (SBN: 184552)
   phayes@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR FILING DEFENDANTS' RESPONSIVE PLEADINGS**<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

The Plaintiff, INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, and the Defendants, CITY OF SAN LEANDRO, TONY SANTOS, SURLENE G. GRANT, DIANA M. SOUZA, JOYCE R. STAROSCIACK, BILL STEPHENS, JIM PROLA, JOHN JERMANIS, DEBBIE POLLART, through their attorneys of record, hereby stipulate, pursuant to Local Rule 6.1(a), to extend the due date for the filing of the Defendants' response to the Plaintiff's "Complaint for Violation of Constitutional Rights and the Religious Land Use and Institutionalized Persons Act," filed July 12, 2007, from August 1, 2007, to September 20, 2007.

Dated: July 26, 2007

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Peter S. Hayes
Attorneys for Defendants
CITY OF SAN LEANDRO, TONY SANTOS, SURLENE G. GRANT, DIANA M. SOUZA, JOYCE R. STAROSCIACK, BILL STEPHENS, JIM PROLA, JOHN JERMANIS, DEBBIE POLLART

Dated: July 26, 2007

PACIFIC JUSTICE INSTUTUTE

By: _____
Kevin T. Snider
Attorneys for Plaintiff
INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL

988914