Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
         mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his | Case No.: CO7-03605-PJH-JCS <br><br> **PLAINTIFFS' NOTICE OF APPLICATION AND APPLICATION FOR A PRELIMINARY INJUNCTION** <br><br> **Date:** September 5, 2007 <br> **Time:** 9:00 a.m. <br> **Ctrm:** 3 <br> **Hon.:** Phyllis J. Hamilton |

1  official capacity), JIM PROLA (in his              )
2  official capacity), JOHN JERMANIS (in )
   his official and individual capacities),        )
3  DEBBIE POLLART (in her official and  )
   individual capacities), DOES 1-50,              )
4                                                                  )
5  Defendants.                                              )

6  FAITH FELLOWSHIP FOURSQUARE
7  CHURCH,

8  Real Party in Interest.

9

10

11 **NOTICE OF APPLICATION FOR PRELIMINARY INJUNCTION**

12 TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

13 PLEASE TAKE NOTICE that on September 5, 2007, at 9:00 a.m., or as soon

14

15 thereafter as this matter can be heard in Courtroom 3 of this court located at 450

16 Golden Gate Ave., San Francisco, CA, 94102, Plaintiff, International Church of the

17 Foursquare Gospel and Real Party in Interest, Faith Fellowship Foursquare Church,

18

19 by and through their counsel, will apply for an order to preliminarily enjoin the

20 Defendants, City of San Leandro, Tony Santos, Surlene G. Grant, Diana M. Souza,

21

22 Joyce R. Starosciack, Bill Stephens, Jim Prola, John Jermanis, Debbie Pollart, from

23 preventing Plaintiff and Real Party in Interest from using the real property located at

24 14600 and 14850 Catalina Street, in the City of San Leandro, CA, for religious

25 purposes.

26

27

28

Specifically, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff and Real Party in Interest will apply to the Court for an order to preliminarily enjoin the Defendants and all of the City's officials, employees, agents, assigns and all those working in concert with the City of San Leandro from the following:

1. preventing International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church from using the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA, for religious assembly purposes until a final determination on the merits is issued in this case; and,

2. further delaying the processing of the conditional use permit application by International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church for religious assembly purposes, while this case is pending, for the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA.

3. using any criteria, in processing of the conditional use permit application, that would not be applied to any nonreligious assembly for the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA.

This request for a preliminary injunction is based upon this notice of application and application, the PLAINTIFF AND REAL PARTY IN INTEREST'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR A PRELIMINARY INJUNCTION; PLAINTIFF AND REAL PARTY IN INTEREST'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, PLAINTIFF AND REAL PARTY IN INTEREST'S

REQUEST FOR JUDICIAL NOTICE, the DECLARATIONS OF: PETER MACDONALD, GARY MORTARA, DAVE MORTARA, MATT LACEY, CASEY LEE, ALCIA SWINDERMAN, BARBARA CABRERA, CATALINA VAUGHN, JOSEPHINE DEL RIO, RAUL RICO, PAUL GANTT, DANIEL BRIGGS; upon all the papers, records, exhibits and documents on file herein, and upon evidence, oral and documentary, which have, or may be submitted on the hearing on these matters.

Dated:   July 30, 2007

        /S/ Kevin Snider_____
Kevin T. Snider
Matthew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and Real Party in Interest

# APPLICATION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure Plaintiff, International Church of the Foursquare Gospel and Real Party in Interest, Faith Fellowship Foursquare Church, by and through their counsel, hereby applies for an order to preliminarily enjoin the Defendants, City of San Leandro, Tony Santos, Surlene G. Grant, Diana M. Souza, Joyce R. Starosciack, Bill Stephens, Jim Prola, John Jermanis, Debbie Pollart, and all of the City's officials, employees, agents, assigns and all those working in concert with the City of San Leandro from the following:

1. preventing International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church from using the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA, for religious assembly purposes until a final determination on the merits is issued in this case; and,

2. further delaying the processing of the conditional use permit application by International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church for religious assembly purposes, while this case is pending, for the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA.

3. using any criteria, in processing of the conditional use permit application, that would not be applied to any nonreligious assembly for the real property located at 14600 and 14850

///

///

Catalina Street, in the City of San Leandro, CA.

Dated: July 30, 2007

    /S/ Kevin Snider_____
Kevin T. Snider
Matthew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and Real Party in Interest

# CERTIFICATE OF SERVICE

Case No: CO7-03605-PJH-JCS

I hereby certify that on July 30, 2007, I electronically filed and served the documents listed below with the Clerk of the Court using the CM/ECF system which, pursuant to local rules, will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

                                                                                              /S/ Kevin Snider_____
Kevin T. Snider

PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org

1. **PLAINTIFFS' NOTICE OF APPLICATION AND APPLICATION FOR A PRELIMINARY INJUNCTION**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION**
3. **PLAINTIFF AND REAL PARTY IN INTEREST'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**
4. **PLAINTIFF AND REAL PARTY IN INTEREST'S REQUEST FOR JUDICIAL NOTICE**
5. **DECLARATION OF FAITHKIDZ MINISTRY DIRECTOR ALICIA SWINDERMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
6. **DECLARATION OF BARBARA CABRERA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
7. **DECLARATION OF FAITHKIDZ MINISTRY DIRECTOR CASEY LEE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
8. **DECLARATION OF FAITH FELLOWSHIP FOOD MINISTRY DIRECTOR CATALINA VAUGHN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
9. **DECLARATION OF PARKING DIRECTOR DAVE MORTARA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
10. **DECLARATION OF SENIOR PASTOR GARY MORTARA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
11. **DECLARATION OF YOUTH PASTOR MATT LACEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
12. **DECLARATION OF PAUL GANTT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

13. **DECLARATION OF CELEBRATE RECOVERY DIRECTOR RAUL RICO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
14. **DECLARATION OF JOSEPHINE DEL RIO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
15. **DECLARATION OF PETER MACDONALD IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
16. **DECLARATION OF DANIEL BRIGGS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
17. **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**
18. **Exhibit A Index**
19. **Exhibit A §a**
20. **Exhibit A §a(1)**
21. **Exhibit A §a(2)**
22. **Exhibit A §a(3)**
23. **Exhibit A §a(4)**
24. **Exhibit A §c(1)**
25. **Exhibit A §d(2)**
26. **Exhibit A §e(1)**
27. **Exhibit A §e(3)**
28. **Exhibit A §f**
29. **Exhibit A §g(1)**
30. **Exhibit A §g(2)**
31. **Exhibit A §g(3)**
32. **Exhibit A §h(1)**
33. **Exhibit A §i(3)**
34. **Exhibit A §j(1)**
35. **Exhibit A §j(2)**
36. **Exhibit A §j(3)**
37. **Exhibit A §k(1)**
38. **Exhibit A §k(2)**
39. **Exhibit A §k(3)**
40. **Exhibit A §k(4)**
41. **Exhibit A §k(5)**
42. **Exhibit A §l**
43. **Exhibit A §m(1)**
44. **Exhibit A §m(2)**
45. **Exhibit A §m(3)**
46. **Exhibit A §n(1)**
47. **Exhibit A §n(2)**
48. **Exhibit A §n(3)**
49. **Exhibit A §n(4)**
50. **Exhibit A §n(6)**
51. **Exhibit A §o(1)**
52. **Exhibit A §o(2)**
53. **Exhibit A §o(3)**
54. **Exhibit A §o(4)**
55. **Exhibit A §o(5)**
56. **Exhibit A §o(6)**
57. **Exhibit A §p**
58. **Exhibit A §q**
59. **Exhibit B**
60. **Exhibit C**
61. **Exhibit D**
62. **Exhibit E**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Kevin Snider
  kevinsnider@pacificjustice.org

- Matthew McReynolds
  mattmcreynolds@pacificjustice.org

- Peter MacDonald
  pmacdonald@macdonaldlaw.net

- Jane Williams
  jwilliams@meyersnave.com

- Deborah Fox
  dfox@meyersnave.com

- Peter Hayes
  phayes@meyersnave.com