Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
         mattmcreynolds@pacificjustice.org
Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, <br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his | Case No.:  CO7-03605-PJH-JCS<br><br>**PLAINTIFF AND REAL PARTY IN INTEREST'S REQUEST FOR JUDICIAL NOTICE**<br><br><br>**Date:**  September 5, 2007<br>**Time:**  9:00 a.m.<br>**Ctrm:**  3<br>**Hon.:**   Phyllis J. Hamilton |

official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50,

Defendants.

FAITH FELLOWSHIP FOURSQUARE CHURCH,

Real Party in Interest.

# REQUEST FOR JUDICIAL NOTICE

Plaintiff, INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, and Real Party In Interest, FAITH FELLOWSHIP FOURSQUARE CHURCH, hereby request that the Court take judicial notice of the matters as follows:

1. The legal definition of "assembly building" (Cal. Building Code § 203 A) in the State of California, i.e., "a building or a portion of a building used for the gathering together of 50 or more persons at one time for such purposes as deliberation, education, instruction, worship, entertainment, amusement, drinking or dining, or waiting for transportation." Exhibit C is a true and correct copy of Cal. Building Code § 203 A.

2. The City Hall for the City of San Leandro, CA, is located at 835 East 14th Street.

3. The San Leandro City Hall is an "assembly building," with the City Council Chambers having a maximum capacity of 156 persons.

4. There are seven properties within a ¼ mile radius of San Leandro City Hall which have Hazardous Materials Business Plans. Exhibit D, pg. 3, is a true and correct copy of a document prepared by the City of San Leandro's Environmental Services Division which identifies all such properties.

Date: July 27, 2007

                                                    _/S/_ Kevin Snider_____
                                                    Kevin T. Snider
                                                    Mathew B. McReynolds
                                                    Peter D. MacDonald
                                                    Attorneys for Plaintiff and
                                                    Real Party in Interest