Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS <br><br> **DECLARATION OF BARBARA CABRERA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date: September 5, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon.: Phyllis J. Hamilton |

DECLARATION OF BARBARA CABRERA

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )

I, Barbara Cabrera, do hereby declare as follows:

    1.    That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

    2.    I have been a member of Faith Fellowship for seventeen years. I currently oversee the Women's Ministry for Faith Fellowship Worship Center (CHURCH), located at 577 Manor Boulevard, San Leandro, California 94579.

    3.    Women comprise 60% of the CHURCH congregation. The Women's Ministry has been substantially burdened by the CITY's denial because there is not enough room to provide enough classes and services for all who would like to

///

///

///

participate in Women's Ministry activities. First, we do not have enough classroom space to have more Women's Ministry classes. At times, scheduling events is extremely difficult because of the facility space crunch. The small classrooms limit availability in scheduling classes for Women's Ministry events, such as weight loss and nutrition class. These classes are turning out well. We would like to have these classes ongoing for the women. To continue we need to use our large room. Due to our growth in ministries and numbers, sharing this space has become a challenge for us. If we had our new facility we could have a larger space specifically for the Women's Ministry.

4. Second, the current facility does not have enough room for a clothing closet. Currently, we have clothing in bags thrown in corners. We would like to have a closet for nice clean clothing that all women (not just CHURCH members) can wear to job interviews or medical appointments where business attire is appropriate.

5. My heart's desire is helping women whether they attend our CHURCH or not. It would be a blessing to know that all women have a place called Faith Fellowship that they can come to and that will help them in getting their lives together. In short, I feel that Faith Fellowship's growth, relative to additional

DECLARATION OF BARBARA CABRERA

-3-

classes and adequate services, is being substantially burdened by the CITY's decision to deny the use of the CATALINA PROPERTY.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 12th day of July, 2007, in the County of Alameda, City of San Leandro.

    /S/ Barbara Cabrera_____
Barbara Cabrera, Declarant

### Attorney Attestation re Signature

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

    /S/ Kevin Snider_____
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest