Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF FAITHKIDZ MINISTRY DIRECTOR CASEY LEE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date: September 5, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon.: Phyllis J. Hamilton |

DECLARATION OF CASEY LEE

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )

I, Casey Lee, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am one of the FaithKidz Ministry Directors for Faith Fellowship Worship Center (CHURCH), located at 577 Manor Boulevard, San Leandro, California 94579.

3. The denial of the use of the CATALINA PROPERTY by the City of San Leandro (CITY) against Faith Fellowship has had an adverse impact on the FaithKidz Ministry. We lose opportunities to provide Christian learning experiences or share the Gospel with children when we are forced to close full classrooms because the CATALINA PROPERTY is unavailable. This results in a substantial burden on our religious exercise.

4.     Not only has the FaithKidz Ministry's fellowship and staff been burdened, the parents and children in the FaithKidz Ministry have also been substantially burdened.  For example, on June 3, 2007, a mother and her three children came to church twenty minutes late (she was late because there was no close parking and she had to walk five blocks to attend church).  When she arrived with her three children (grade three, grade one, and age five) the youngest child's class was closed.  The classroom's number of children and teacher to child ratio were at capacity.  (We have health and safety regulations put on us, by our denomination (International Church of the Foursquare Gospel), in regards to the number of children allowed per adult, and the maximum number of children that we can allow in a classroom).  This mother was very exacerbated because she had to walk five blocks.  When she arrived, classroom was closed for her five year old daughter, and she had to find a seat in a crowded sanctuary with a wiggly five year old.  Frustrated, this mother was ready to leave the CHURCH.  As shown, the free religious exercise of parents and children at Faith Fellowship are being substantially burdened by the CITY in not allowing the use of our new facility.

6.     The above situation has occurred many times.  Almost every Sunday a classroom has to be closed due to facility space restrictions.  Closed classrooms deny us the ability to minister to all of the children that attend Faith Fellowship's FaithKidz Ministry.  Sadly, Sunday after Sunday we have to close FaithKidz

DECLARATION OF CASEY LEE

-3-

Ministry classrooms. This breaks our hearts. God has placed a desire on our hearts to minister to these children. Unfortunately, the size of our building has prohibited this ministry from reaching all of them. This is a substantial burden on our free practice of religion.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 12th day of July, 2007, in the County of Alameda, City of San Leandro.

    /S/ __Casey Lee_____  
Casey Lee, Declarant

### Attorney Attestation re Signature

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

    /S/_Kevin Snider_____  
Kevin T. Snider  
Mathew B. McReynolds  
Peter D. MacDonald  
Attorneys for Plaintiff and  
Real Party in Interest