Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF FAITH FELLOWSHIP FOOD MINISTRY DIRECTOR CATALINA VAUGHN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date: September 5, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon.: Phyllis J. Hamilton |

DECLARATION OF CATALINA VAUGHN

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )

I, Catalina Vaughn, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am the Food Ministry Coordinator for Faith Fellowship Worship Center (CHURCH), located at 577 Manor Boulevard, San Leandro, California, 94579.

3. The food ministry at Faith Fellowship provides meal to the public every Wednesday night from 5:00 to 6:30.  We serve between 300 and 400 men, women, and children from needy families.  A very small amount of the food we serve is occasionally donated from the Hope of the Heart Foundation, but most of the food ministry cost is covered by the CHURCH and we have a team of volunteers that serve the food.  Serving food is consistent with our desire to help the needy according to the commands of Jesus.

4. The problem we have with our current facility is space. Our kitchen is smaller than a normal home kitchen, let alone an industrial kitchen. Our kitchen is inadequate to accommodate the staff, preparers, and servers necessary for the large number of people that we serve. The kitchen area becomes overcrowded; everyone runs into each other and this can become a safety hazard.

5. In our new building we will have a kitchen and food preparation area that is five times larger and we can install professional restaurant style equipment. New larger equipment will allow us to serve many times more people. By being able to use the new facility a will greatly enable us to fulfill our duties to help the poor. Our ministry continues to grow and it would pain our hearts to see hungry people turned away.

6. The denial of the use of the Catalina Property is a substantial burden on us in that it greatly limits our efforts to provide for the poor in our community.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 12th day of July, 2007, in the County of Alameda, City of San Leandro.

                 /S/ Catalina Vaughn
                 Catalina Vaughn, Declarant

DECLARATION OF CATALINA VAUGHN

**<u>Attorney Attestation re Signature</u>**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Kevin Snider
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest

DECLARATION OF CATALINA VAUGHN

-4-