Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF PARKING DIRECTOR DAVE MORTARA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION OF DAVE MORTARA

-1-

| | |
|---|---|
| official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| FAITH FELLOWSHIP FOURSQUARE CHURCH, | ) ) ) |
| Real Party in Interest. | ) ) |

I, Dave Mortara, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am the Parking Director for Faith Fellowship Worship Center (CHURCH), located at 577 Manor Boulevard, San Leandro, California 94579.

3. The City of San Leandro's (CITY) decision to not allow a use permit for the new facility has severely restricted the free practice of religion at the CHURCH. Due to the CITY'S denial of the CHURCH's assembly use permit, my church does not have adequate parking for all attendees. We have been forced to keep three separate Sunday services. Despite these efforts, we have still not been able to accommodate those wishing to attend our services.

4. Additionally, with three services a parking problem still exists at the current facility. Without adequate parking people have to park four to five blocks away and walk at least ten minutes to attend church. Some people turn into the lot,

see that it is full, cannot find parking close enough on the street, and leave. These people do not get to attend church that day. Others miss church because there is no parking and they cannot walk too far as there is a disability or a small child in the family. Parking problems stop people from attending church or make it difficult to attend church. This alone is a huge burden on Faith Fellowship.

5.   Nevertheless, fellowship is stifled when church members cannot attend Sunday service. The parking problem turns into a fellowship problem, which creates a substantial burden on the church's free exercise of religion. When we have more than 450 members at our current facility church members have to begin parking in the residential area. That means that our members cannot all congregate together on Sunday. Our church believes that fellowship is an important aspect of the free practice of religion. The CITY's decision to not allow use of our new facility, as demonstrated, is a substantial burden on our free practice of religion.

6.   Fellowship is not the only problem created by the parking shortage. Safety is another problem that developed because of the parking limitation. Faith Fellowship has numerous visitors. All of these visitors do not know of our parking rules. They park in front of residential homes and, at times, create a huge problem with homes in the immediate area. We get complaints almost every week due to members parking near residential homes. This creates conflict with our neighbors.

7. Additionally, the street in front of the CHURCH is one lane. As people try to drive into church the street backs up to the freeway off-ramp. Too much traffic on an off-ramp or in a residential area can be a safety hazard. There was one incident where a lady's vehicle was hit because of heavy traffic on the one way street. This incident happened in front of our current facility on Manor Boulevard.

8. Finally, when our members have to park off site in the residential area they walk to CHURCH. While walking they encounter a busy street with no crosswalk. Our members are forced to cross the street in danger of being hit by a vehicle. In fact, last year an attendee of Faith Fellowship was hit while crossing the street to attend CHURCH. Safety problems take our attention away from worship, prayer, and other important religious activities. Due to the more than 400 spaces available at the Catalina Property, as well as, the sparse traffic on Sundays in the light industrial area, these problems would be eliminated.

9. In addition to fellowship and safety, the parking space restriction is a substantial drain on the CHURCH's time. Faith Fellowship has to maintain the parking lot with a crew of parking monitor volunteers. They have to be there during all three services. If there were more parking spaces the CHURCH could use these volunteers for other more religious based activities. Additionally, having three services because of the parking limitation creates a time restriction on the CHURCH as a whole. Having three services, instead of one or two, makes the CHURCH have

DECLARATION OF DAVE MORTARA

-4-

to schedule staff and volunteers for a large part of Sunday.  If there were only one or two services church staff would be free earlier.  More free time will allow the church to pursue further religious activities.

10.     As well as a drain on time, the parking shortage takes needed money away from the CHURCH.  Faith Fellowship had to hire a parking supervisor to coordinate parking.  With the current parking situation the CHURCH's parking supervisor has to work long hours, especially on Sundays.  Further, in order to mitigate the damage to the community, as a result of traffic, Faith Fellowship bought a home sitting next to the Church for additional parking.  The home cost $565,000.  The CHURCH garnished ten spots at a net cost of $56,500 dollars per parking spot.  These examples speak for themselves.

11.     The current facility has 154 parking spaces and some residential parking.  This amount of parking is not enough to accommodate our CHURCH.  The new property has 188 parking spaces, plenty of on street parking in a commercial area, and additional parking at neighboring businesses (200-300 spaces) via weekend parking agreements. We have negotiated with neighboring businesses to use their parking lots on the weekends when their lots are vacant due to their employees being off of work.  The new facility joins a two-way road with turning lanes and will be primarily used on weekends when the commercial area is empty.  Being able to use the new property would solve the above problems.  Faith

DECLARATION OF DAVE MORTARA

-5-

Fellowship could reduce the number of religious services to one or two creating more opportunities for fellowship.  The CHURCH's heavy traffic would be redirected to an empty commercial area instead of a full residential area.  More members could be at the CHURCH at one time.  Members would not be sitting in stopped traffic on a fast moving freeway.  Members would not have to cross a busy residential street.  Allowing the Church's use of the new facility will relieve the above substantial burdens on Faith Fellowship's free exercise of religion.

12.   In my capacity as a member of the CHURCH staff I have attended meetings at the San Leandro City Hall which is located at 435 East 14th Street in the City of San Leandro, CA.  I am informed and believe, and thereon allege, that the maximum capacity of the City Council Chambers is 156 persons (126 seating, plus 30 standing) and that there is a sign in the proximity of the exit to that meeting room which so states.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 27th day of July, 2007, in the County of Alameda, City of San Leandro.

                                             /S/ __Dave Mortara_____
                                             Dave Mortara, Declarant

**Attorney Attestation re Signature**

1
2  I hereby attest that I have on file all holograph signatures for any signatures
3  indicated by a "conformed" signature (/S/) within this efiled document.
4
              _/S/_Kevin Snider_____
5             Kevin T. Snider
              Mathew B. McReynolds
6             Peter D. MacDonald
7             Attorneys for Plaintiff and
              Real Party in Interest
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DAVE MORTARA

-7-