Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF YOUTH PASTOR MATT LACEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION OF MATT LACEY

-1-

official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50,

Defendants.

FAITH FELLOWSHIP FOURSQUARE CHURCH,

Real Party in Interest.

I, Matt Lacey, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am the Youth Pastor at Faith Fellowship Worship Center, located at 577 Manor Boulevard, San Leandro, California 94579.

3. The conditions imposed by the City of San Leandro against my church have had an adverse impact on Faith Fellowship's Youth Ministries and discipleship programs.

4. My wife and I took over this ministry about five years ago with only 25 students. We now minister to upwards of 250 students weekly and have seen over 2,000 come through our doors since we started. However, space restrictions have greatly inhibited the growth of Faith Fellowship's Youth Ministries. Everyday, we ask ourselves the same questions that we asked when we first started. What are the

needs of the youth in our society? How can be meet those needs and introduce them to a life transforming committed relationship with Jesus Christ? As excited as we are about the lives that have been impacted and the growth that we have seen, we have been restricted from further growth and expansion due to the limitations at our current facility.

5. Our youth buildings maximum capacity is around 250 people, not including furniture, sound equipment, and other equipment used to run the meeting, due to fire, and safety codes. Recently we have had to split our junior and senior high into two separate nights. We would love to have them on the same night and split them into two separate classes, but we do not have the space to do so. As we continue to grow it will hinder us from ministering to anymore students with out breaking the law due to space.

6. Then there is the parking problem. We have seen many parents come to know Jesus and come to our church because of the change in their child. We see that many of the troubled students are due to broken homes, so we encourage the students to invite their parents. The problem is that when a parent/visitor arrives at our church to find out that there is no parking for blocks it is very discouraging, especially if there is a disability. As a result, many have not attended due to parking.

DECLARATION OF MATT LACEY

-3-

7. We have a vision for after school discipleship programs. We want to have a learning center free of charge, with computers and on site tutoring, as well as hosting youth events, and conferences. By moving to the CATALINA PROPERTY we will be gaining about 3,000 more square feet, which will almost triple our size. We are committed to serving Jesus, the youth of our city, and we are just asking for a little more space to do so.

8. Denial by the City of the use of the CATALINA PROPERTY has been a substantial burden on our ability to evangelize, disciple, and provide social services to the students.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 12th day of July, 2007, in the County of Alameda, City of San Leandro.

                                                               /S/ Matt Lacey
                                                            Matt Lacey, Declarant

**Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

               /S/_ Kevin Snider_____
               Kevin T. Snider
               Mathew B. McReynolds
               Peter D. MacDonald
               Attorneys for Plaintiff and
               Real Party in Interest

DECLARATION OF MATT LACEY

-5-