Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY, SURLENE G. GRANT, DIANA M. SOUZA, JOYSE R. STAROSCIACK, BILL STEPHES, JIM PROLA, JOHN JERMANIS, DEBBIE | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF CELEBRATE RECOVERY DIRECTOR RAUL RICO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 5, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon.: Phyllis J. Hamilton |

DECLARATION OF RAUL RICO

-1-

| | |
|---|---|
| POLLART, DOES 1-50 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| FAITH FELLOWSHIP FOURSQUARE | ) |
| CHURCH, | ) |
| | ) |
| Real Party in Interest. | ) |
| | ) |

I, Raul Rico, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. I am the Celebrate Recovery Director at Faith Fellowship Worship Center, located at 577 Manor Boulevard, San Leandro, California 94579.

3. I am writing on behalf of Faith Fellowship Celebrate Recovery. We have recovery for hurts, habits, and hang-ups. This not only deals with chemical dependencies but other issues, such as anger, co-dependency, sexual addictions, and many others. We have people attend from our church, other churches, people in our community, and we also get some of the homeless in our area. There is such a need in our community for a Bible-based recovery program.

4. Our main issue is lack of space. We have tripled in size over a one year period and continue to grow. When we deal with different issues we need specialized groups to accommodate this. The problem being that we use almost all the available space the church has to offer. Due to issues of privacy, we require a

safe place and anonymity in our groups. Our special groups have to be done in rooms and not an open arena. This is the problem we are facing. We need a larger church to match the growth of our ministry and the needs of our community.

5. On Monday, July 16, 2007, we could not break off into small issue specific groups. We were limited to only having a general meeting. The current facility did not have enough separate room space to accommodate the ministry's issue specific groups. Not being able to break off into smaller groups defeats the purpose of having the Celebrate Recovery Ministry because the communities need to obtain individualized assistance is not met.

6. Facility space restrictions limit our ability to expand and advertise our Faith Fellowship Celebrate Recovery Ministry. Community need is there, but we are no able to meet it. All we ask for is a little more space to conduct community services to assist people in our congregation and the community who are struggling with debilitating addictions.

7. God has called upon me to direct the Faith Fellowship Celebrate Recovery Ministry. God has placed this burden on me and on my church. I feel an incredible obligation to fulfill his mission. Not being able to expand and not being able to fulfill community addiction counseling need makes me feel further from God, which pains my heart. Faith Fellowship's and my own personal religious mission is to provide human aid to all of those in need. I personally believe that

when I help an individual I am assisting Christ, himself.  This is based upon the denomination and the church's literal reading of the New Testament passage in which Jesus stated that helping those in need is deemed ministering to Christ, i.e., "whatever you did for one of the least of these brothers of mine, you did for me." (Matt. 25:40)  The space encumbrance significantly obstructs the ability of this ministry to accomplish this mission.  By denying use of the Catalina site the City of San Leandro is causing this impediment.

     8.    All of this has been a significant hindrance on my church and on me. Not being able to use the Catalina property takes away our ability to conduct and expand this needed ministry service of which our practice of religion requires.

     I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 23rd day of July, 2007, in the County of Alameda, City of San Leandro.

                                      _/S/__Raul Rico_____
                                      Raul Rico, Declarant

**<u>Attorney Attestation re Signature</u>**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

    _/S/_ Kevin Snider_____
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest