Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
         mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY, SURLENE G. GRANT, DIANA M. SOUZA, JOYSE R. STAROSCIACK, BILL STEPHES, JIM PROLA, JOHN JERMANIS, DEBBIE | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF JOSEPHINE DEL RIO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION OF JOSEPHINE DEL RIO

-1-

| | |
|---|---|
| 1  POLLART, DOES 1-50 | ) |
| 2  Defendants. | ) |
| 3 | ) |
| 4  FAITH FELLOWSHIP FOURSQUARE CHURCH, | ) |
| 5 | ) |
| 6  Real Party in Interest. | ) |

I, Josephine Del Rio, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. I am a Celebrate Recovery Ministry Member at Faith Fellowship Worship Center, located at 577 Manor Boulevard, San Leandro, California 94579.

3. My husband began attending the ministry before me. He has been clean for twenty years and was struggling with a porn addiction. By attending the meetings he was working through his problems and showing substantial improvement. I began attending because my husband was attending. When I first began attending I did not think that I had a problem. After I went to some meeting I noticed that I did have problems with addiction. I realized that I was addicted to controlling others, keeping secrets, and harboring anger. My addictions created tension between my husband and me, further enlarged my anger issues, and made me feel separated from society. After I realized my addictions I was able to begin

working on them. As a result, the ministry helped me realize my problems and begin fixing them.

    4.    I know of ministry members who have lost everything and have lived in a homeless shelter. Now, through celebrate recovery, they have a job and are functioning as normal productive members of society. One of the ministry's goals is to make people self sufficient, responsible, and to make them be able to take care of themselves and their families. One way we do this is networking. A lot of these people actually get jobs through networking in the ministry. Obtaining a job with a negative personal history can be difficult; however, the ministry helps overcome this impediment. The ministry helps people get off of governmental services and be productive members of society.

    5.    The ministry has helped me by providing free group and individual counseling. Many people do not get counseling because of its tremendous cost. Indeed, it is far cheaper to medicate than to mediate through counseling. Having free counseling gives ministry members a path to break their addictions and deal with their problems. The ministry has taught me how to deal with my problems and not try to control my husband's decisions. In the ministry we receive peer group counseling. Hearing the problems of your peers and identifying similarities and ways to fix these problems motives me to act on our ideas. I use the solutions that we develop in my everyday life. Additionally, in group therapy I get to me a mentor

and mentee. For me, this is personally satisfying. Helping others gives me confidence. If I can deal with someone else's problems then I can deal with my own. In short, the free service that the ministry provides to its members is more helpful than paid counseling and has helped my fix many problems in my life.

6. The community as a whole will be benefited if the Addiction ministry is able to expand and grow. I can name a whole host of people who have benefited from the program. For example, Robert Archuletta is one member who has turned his life around. Robert went to jail for manslaughter. After he got out he began attending the ministry. Currently, Robert is married and works for the Latino Commission for Drugs. He shares his story and educates people about how bad decisions affect others and lead to negative consequences. Expanding the ministry will allow more people to receive free counseling assistance. By helping these people we are assisting society. The ministry helps people become productive law abiding citizens, which, in turn, makes the surrounding community stronger by taking the burden of dealing with irresponsible people off of the community. The ministry makes a difference with each person that they help.

7. Not being able to use the Catalina property takes away our ability to conduct and expand this needed ministry service, which our practice of religion requires.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 25th day of July, 2007, in the County of Alameda, City of San Leandro.

                                                /S/   Josephine Del Rio_____
                                                Josephine Del Rio, Declarant

### **Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                /S/ Kevin Snider_____
                                                Kevin T. Snider
                                                Mathew B. McReynolds
                                                Peter D. MacDonald
                                                Attorneys for Plaintiff and
                                                Real Party in Interest