1   Kevin T. Snider, State Bar No. 170988
    *Counsel of record*
2   Mathew B. McReynolds, State Bar No. 234797
3   PACIFIC JUSTICE INSTITUTE
    P.O. Box 276600
4   Sacramento, CA 95827
5   Tel.  (916) 857-6900
    Fax  (916) 857-6902
6   Email: kevinsnider@pacificjustice.org
7           mattmcreynolds@pacificjustice.org

8   Peter D. MacDonald, State Bar No. 69789
9   LAW OFFICE OF PETER MACDONALD
    400 Main Street, Suite 210
10  Pleasanton, CA 94566-7371
11  Tel. (925) 462-0191
    Fax. (925) 462-0404
12  Email: pmacdonald@macdonaldlaw.net

13
14  Attorneys for Plaintiff and Real Party in Interest

15
                **IN THE UNITED STATES DISTRICT COURT**
16              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

18  INTERNATIONAL CHURCH          ) Case No.: CO7-03605-PJH-JCS
19  FOURSQUARE GOSPEL,            )
                                  ) **DECLARATION OF PETER**
20                                ) **MACDONALD IN SUPPORT OF**
    Plaintiff,                    ) **MOTION FOR PRELIMINARY**
21                                ) **INJUNCTION**
22  v.                            )
                                  )
23  CITY OF SAN LEANDRO, MICHAEL )
24  J. GREGORY (in his official capacity), )
    SURLENE G. GRANT(in her official )
25  capacity), DIANA M. SOUZA(in her ) Date:   September 5, 2007
26  official capacity), JOYSE R.  ) Time:  9:00 a.m.
    STAROSCIACK (in her official  ) Courtroom:  3
27  capacity), BILL STEPHES (in his ) Hon.:  Phyllis J. Hamilton
28

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
                                           )
Defendants. )
                                           )
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
                                           )
Real Party in Interest. )

I, Peter D. MacDonald, do hereby declare as follows:

1.      That I am an attorney of record in the above-encaptioned case, that if called upon I could and would testify truthfully, as to my own personal knowledge, as follows:

2.      Exhibit A is the administrative record relative to the City of San Leandro's decision on the properties located at 14600 and 14850 Catalina Street in the City of San Leandro, CA.  Specifically, Exhibit A consists of these documents as follows:

3.      Exhibit A §a is a true and correct copy of a rezoning application (May 11, 2007, and May 18, 2007) and related correspondence.  Specifically, subsection 3 is a Letter from Gary Mortara, signed by the same, dated May 11, 2006.

4.      Exhibit A §c, subsection 1 is a true and correct copy of minutes of pleas by Faith Fellowship members for action by the City Council in a City Council meeting—open to the public—on October 16, 2006.

5.      Exhibit A §d, subsection 2 is a true and correct copy of a staff report of the Business Development Committee (City Council), dated October 12, 2006.

6.      Exhibit A §e a true and correct copy of materials from a Joint Work Session of the Planning Commission and Board of Zoning Adjustments, dated October 19, 2006.  Specifically, subsection 1 is the agenda for the session while subsection 3 is the minutes.

7.      Exhibit A §f is a true and correct copy of letter dated October 24, 2006, from the Pacific Justice Institute to the Planning Commission on behalf of the CHURCH.

8.      Exhibit A §g a true and correct copy of materials from a Work Session regarding Assembly Uses of the Board of Zoning Adjustments, dated December 7, 2006.  Specifically, subsection 1 is the agenda for the session; subsection 2 is the staff report; and subsection 3 is the minutes.

9.      Exhibit A §h, subsection 1 is a true and correct copy of the minutes of the West San Leandro/MacArthur Boulevard Redevelopment Advisory Committee meeting, dated December 20, 2006.

10.     Exhibit A §i, subsection 3 is a true and correct copy of the minutes of the Redevelopment Advisory Committee meeting for the Joint Redevelopment Area, dated January 17, 2007.

11.     Exhibit A §j is a true and correct copy of materials from a meeting of the Planning Commission on February 22, 2007, regarding the adoption of the Assembly Use Overlay District and the rezoning of 196 parcels.  Specifically, subsection 1 is the agenda; subsection 2 is the staff report; and subsection 3 is the minutes.

12.     Exhibit A §k is a true and correct copy of materials from a City Council meeting on March 19, 2007, regarding the adoption of the Assembly Use Overlay District and the rezoning of 196 parcels.  Specifically, subsection 1 is the agenda; subsection 2 is the staff report; subsection 3 is the minutes; subsection 4 is Adopted Ordinance No. 2007-005; and subsection 5 is Adopted Ordinance No. 2007-006.

13.     Exhibit A §l is a true and correct copy of Revised Zoning Application from the CHURCH, dated March 20, 2007.

14.     Exhibit A §m is a true and correct copy of materials related to the Conditional Use Permit Application for Entertainment Activity in an Industrial Park District at 14600 Catalina Court, dated March 2007.  Specifically, subsection 1 is the application; subsection 2 is the site plan; and subsection 3 is the required "proposed CUP findings."

15.    Exhibit A §n is a true and correct copy of materials from the Planning Commission meeting on April 12, 2007, regarding the Application for rezoning of the Catalina Street property to the AU Overlay District.  Specifically, subsection 1 is the agenda; subsection 2 is the staff report with attachments; subsection 3 is a letter, dated April 9, 2007, signed and submitted by me on behalf of the CHURCH; subsection 4 is a statement from Paul Gantt, a Hazardous Materials expert; and subsection 6 is the minutes.

16.    Exhibit A §o is a true and correct copy of materials from the City Council meeting on May 7, 2007, regarding the Application for rezoning of the Catalina Street property to the AU Overlay District.  Specifically, subsection 1 is the agenda; subsection 2 is the staff report with attachments; subsection 3 is a letter, dated May 4, 2007, signed and submitted by me on behalf of the CHURCH; subsection 4 is minutes; subsection 5 is a minute order denying the application; and subsection 6 is a letter requesting reconsideration from Senior Pastor Gary Mortara to City Manager John Jermanis.

17.    Exhibit A §p is a true and correct copy of City Documents, specifically excerpts of the General Plan.

18.    Exhibit A §q is a true and correct copy of City Documents, specifically excerpts of the Zoning Code.  Subsection 1 is Article 1 of the Zoning Code;

subsection 2 is Article 3 of the Zoning Code; and subsection 3 is Article 7 of the Zoning Code.

19.    Certain documents in the administrative record are reserved and in the possession of the Defendants, as follows:

20.    Exhibit A §b consists of materials from the Business Development Subcommittee (of City Council) meeting, dated June 8, 2006.  Specifically, Exhibit A §b, subsection 1 is the Agenda; subsection 2 is the staff report; and subsection 3 is the minutes.

21.    Exhibit A §d consists of materials from the Business Development Subcommittee (of City Council) meeting, dated October 12, 2006.  Specifically, subsection 1 is the agenda; subsection 2 is the staff report; and subsection 3 is the minutes.

22.    Exhibit A §e, subsection 2 is the staff report of the Joint Work Session of the Planning Commission and Board of Zoning Adjustments, dated October 19, 2006.

23.    Exhibit A §h, subsection 2 is the PowerPoint presentation given by Debbie Pollart to the West San Leandro/MacArthur Boulevard Redevelopment Advisory Committee.

24.    Exhibit A §i consists of materials from the meeting of the Redevelopment Advisory Committee for the Joint Redevelopment Project Area, on

January 17, 2007.  Specifically, subsection 1 is the agenda and subsection 2 is the staff report.

25.     Exhibit A §n, subsection 5 is the petition signed by approximately 1,700 supporters of the Application for rezoning of the Catalina Street property to the AU Overlay District, presented to the Planning Commission on April 12, 2007.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 27th day of July, 2007, in the County of Alameda, City of San Leandro.


                                        __/S/ Peter MacDonald_____
                                        Peter D. MacDonald, Declarant