Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
           mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF DANIEL BRIGGS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION DANIEL BRIGGS

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )

I, Daniel Briggs, do hereby declare as follows:

1. That I am not a party in the above captioned case, that if called upon I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am employed as a law clerk at Pacific Justice Institute.

3. Kevin Rodriguez, also employed as a law clerk at Pacific Justice Institute, spoke with Lisa Maffei and John Camp in the Environmental Services Division of the City of San Leandro and requested a listing of businesses with a Hazardous Materials Business Plan (HMBP) located within a quarter mile of San Leandro City Hall (835 E. 14th Street).

4. I phoned Ms. Maffei and requested a listing of all businesses with a HMBP the City of San Leandro.

5. I certify that Exhibit D is a true and correct copy of the aforementioned requested listings received via email from the Environmental Services Division on July 25, 2007.

6. I certify that Exhibit E is a true and correct copy of the Alameda County Secured Property Tax Statement, FY 2006-2007, for the CATALINA property. The City of San Leandro receives a total of $1,212.56, constituted by the East Bay Regional Park tax (left) and All Fixed Charges and/or Special Assessments (top right).

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 26 day of July, 2007, in the County of Alameda, City of San Leandro.

    /S/    Daniel Briggs  
Daniel Briggs, Declarant

**Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    /S/ Kevin Snider  
Kevin T. Snider

1  Mathew B. McReynolds
2  Peter D. MacDonald
3  Attorneys for Plaintiff and
   Real Party in Interest

DECLARATION DANIEL BRIGGS

-4-