IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50,<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.:  C07-03605 -PJH<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**<br><br><br><br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

This matter came on for hearing before the Court on Plaintiff and Real Party in Interest's application for preliminary injunction. Having given full consideration to all of Plaintiff and Real

Party in Interest's papers, evidence, and the relevant authorities, all of Defendants' responses thereto, and the oral presentations of counsel, and good cause appearing, in accordance with Federal Rule of Civil Procedure 65(b), it is HEREBY ORDERED as follows:

1. Plaintiff and Real Party in Interest's application for preliminary injunction is GRANTED. Plaintiff and Real Party in Interest have demonstrated: (i) a likelihood of success on the merits of their claims under the Religious Land Use and Institutionalized Persons Act (42 U.S.C. § 2000cc); (ii) irreparable harm if they are not granted a preliminary injunction; (iii) the balance of hardships tipping in their favor; and, (iv) the public interest favors the interim relief sought in their application, sufficient to merit and constitute good cause for the issuance of a Preliminary Injunction Order as more particularly described herein.

2. Defendants, their officers, agents, servants, employees, any person acting for, with, by, through or under them, and any person in active concert or participation with them having actual notice of this Order by personal service or otherwise, and each of them, shall be immediately preliminarily enjoined and restrained from the following:

   a) preventing International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church from using the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA, for religious assembly purposes until a final determination on the merits is issued in this case; and,

   b) further delaying the processing of the conditional use permit application by International Church of the Foursquare Gospel and Faith Fellowship Foursquare Church for religious assembly purposes, while this case is pending, for the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA.

     c)    using any criteria, in processing of the conditional use permit application, that would not be applied to any nonreligious assembly for the real property located at 14600 and 14850 Catalina Street, in the City of San Leandro, CA.

     3.    No bond is required. The balance of hardships favors Plaintiff and Real Party in Interest, who are experiencing harm to fundamental rights guaranteed them by the Constitution, while Defendants do not face a likelihood of harm complying with this injunction.

**ORDER**

IT IS SO ORDERED.

Dated:_____, 2007

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE