# Exhibit A

# Index to Partial Administrative Record

§a. Rezoning Application (May 11, 2007, and May 18, 2007) and related correspondence.
   1. Initial application. May 11, 2006.
   2. Application with signature for Gary Mortara.  May 18, 2006.
   3. Letter from Gary Mortara, Faith Fellowship. May 11, 2006.  Signed by Gary Mortara.
   4. City acceptance letter.  Planning Manager Debbie Pollart to Faith Fellowship.  June 29, 2006.

§b. Business Development Subcommittee (of City Council).  June 8, 2006
   1. Agenda.  (in the possession of City)
   2. Staff Report.    (in the possession of City)
   3. Minutes.   (in the possession of city).

§c. City Council.  Meeting Open to Public.  October 16, 2006
   1. Minutes of pleas by Faith Fellowship members for action.

§d. Business Development Committee (of City Council).  October 12, 2006
   1. Agenda.  (in the possession of city)
   2. Staff Report.
   3. Minutes.  (in the possession of city)

§e. Joint Work Session.  Planning Commission and Board of Zoning Adjustments.  October 19, 2006.
   1. Agenda.
   2. Staff Report. (in the possession of city)
   3. Minutes.

§f. Letter from Pacific Justice Institute to City on behalf of Faith Fellowship.  October 24, 2006.

§g. Board of Zoning Adjustments.  Work Session re Assembly Uses.  December 7, 2006.
   1. Agenda.
   2. Staff Report.
   3. Minutes.

§h. West San Leandro/MacArthur Boulevard Redevelopment Advisory Committee.
   1. Minutes.

   2. Powerpoint presented by Debbie Pollart. (in the possession of city)

§i. Redevelopment Advisory Committee, Joint Redevelopment Project Area. January 17, 2007.
   1. Agenda. (in the possession of city)
   2. Staff Report. (in the possession of city)
   3. Minutes.

§j. Planning Commission. February 22, 2007. Re adoption of Assembly Use Overlay District, and rezoning 196 parcels AU Overlay.
   1. Agenda.
   2. Staff Report.
   3. Minutes.

§k. City Council. March 19, 2007. Re adoption of Assembly Use Overlay District, and rezoning 196 parcels AU Overlay.
   1. Agenda.
   2. Staff Report.
   3. Minutes.
   4. Adopted Ordinance No. 2007-005
   5. Adopted Ordinance No. 2007-006

§l. Revised Zoning Application from Faith Fellowship. March 20, 2007.

§m. Conditional Use Permit Application for Entertainment Activity in Industrial Park District at 14600 Catalina Street. March 2007.
   1. Application.
   2. Site Plan
   3. Required "proposed CUP findings".

§n. Planning Commission. April 12, 2007. Re Application for rezone of Catalina Street property to AU Overlay District.
   1. Agenda.
   2. Staff Report with attachments.
   3. Letter from Peter MacDonald on behalf of Faith Fellowship Church. April 9, 2007.
   4. Statement by Paul Gantt, Hazardous Materials Expert.
   5. Petition signed by approx. 1700 supporters (in City's possession).
   6. Minutes.

§o. City Council.  May 7, 2007.  Re Application for rezone of Catalina Street property to AU Overlay District.
   1. Agenda.
   2. Staff Report with attachments.
   3. Letter from Peter MacDonald on behalf of Faith Fellowship Church.  May 4, 2007.
      Attachment 1 – Photos of Manor and Catalina properties on Sunday morning at 10:00
      Attachment 2 – Site plan for Faith Fellowship Church
      Attachment 3 – Street map showing arterial access to proposed church
      Attachment 4 – Paul Gantt experience and education
      Attachment 5 – AO Zones within City
      Attachment 6 – Map of supporters in Manor Street and Catalina Street Neighborhoods
      Attachment 7 – Letter from Pacific Justice Institute dated May 2, 2007
   4. Minutes
   5. Minute Order denying application.
   6. Letter requesting Reconsideration, Mortara to Jermanis.  May 15, 2007.

§p. City Documents:  General Plan Excerpts:
   Cover and Table of Contents
      pp. 3.51-3.54.  Planning Issues:  Land Use Compatibility.
      pp. 3.59-3.65.  Industrial and Office Districts.
      pp. 3.73-3.75.  Land Use Compatibility.
      pp. 4.30-4.32.  Coordinating Land Use and Transportation.
      pp. 6,37-6.39.  Hazardous Materials.

§q. City Documents:  Zoning Code Excerpts:
   1. Article 1.  Title, Components, and Purposes.
   2. Article 3.  Definitions:
         -Assembly Use.
         -Entertainment Activity.
         -Commercial Recreation.
   3. Article 7.  Industrial Districts.