# Exhibit A

# Administrative Record

# §a(1)

**CITY OF SAN LEANDRO**
Community Development Department • Planning Services Division
835 East 14th Street • San Leandro, CA 94577 • (510) 577-3371 • Fax: (510) 577-6007

**PLANNING PERMIT APPLICATION**

*Please type or print legibly.*

Project Address: 14600 Catalina St

Assessor's Parcel Number: 080-G-0933-022-01

Please check all applicable permits.
- ☐ Conditional Use Permit
- ☐ Fence Modification
- ☐ Planned Development
- ☐ Site Plan Review:
- ☐ Variance
- ☒ Zoning Map Amendment
- ☐ Other _____
- △ Major
- ☐ Parking Exception
- ☐ Tentative Map
- △ Minor
- △ RS-VP

Please describe the project associated with your application request. (Attach additional sheets if necessary.)
Purchase and occupation of property located at 14600 Catalina, for the purpose of a house of worship

Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)
See attached sheet

Applicant (☐ owner ☐ lessee ☐ other): pending owner
Legal Name (☐ individual ☒ corporation ☐ joint venture ☐ partnership): ICFG San Leandro #2
Mailing Address: 577 Manor blvd        Work Phone: (510) 357 5723
City: San Leandro    State: Ca   Zip: 94579    Home Phone: (510) 656 5695
Email Address (optional): Jim@Faith-Fellowship.US   Cell Phone: (510) 7738508

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date: 5-11-06    Applicant's Signature: _____ for pastor Gary Mortara

Property Owner (if the applicant is not the owner): _____
Legal Name (☐ individual ☐ corporation ☐ joint venture ☐ partnership): _____
City: ____ State: ____ Zip: ____ Home Phone: ( )
Email Address (optional): ____ Cell Phone: ( )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date: _____ Property Owner's Signature: _____

**TO BE COMPLETED BY CITY STAFF**

Project #: PLN_____
Reviewing Body: _____
Hearing Date: _____

Date/Received: _____ By: _____
Fee/Deposit paid: _____
Receipt #: _____
Customer #: _____

Zoning District: _____
Code Section: _____
Redevelopment: ☐ Plaza ☐ Joint ☐ WSL/Mac
Environmental: ☐ Exempt ☐ Neg Dec ☐ EIR

Staff Comments: _____

Exhibit A
Section a(1)
Page 1