# Exhibit A

# Administrative Record

# §a(3)



City of San Leandro
Planning Department
attention: Mr Luke Simms

RE: Faith Fellowship Church
Purchase of Building at
14600 Catalina, S L

Dear Mr Simms,                                                                    May, 11th, 2006

Thank you for your time concerning our zoning map amendment request.
 We understand that we will be on the agenda for the industrial relations committee meeting which will meet on June the eighth, 2006 . Further meetings are scheduled for June twenty second, 2006, and also July the seventeenth, 2006. The reason for these meetings, is to amend the master zoning map so that we may purchase and occupy the single level office building at 14600 Catalina st, in San Leandro, with the intent to use the building as a house of worship, and other related ministry and administrative uses.

 We have out grown the facility we are at currently, and along with that, we have a grossly inadequate parking situation. It is our desire to stay relatively close to the community we serve, and also relieve the over crowded conditions we currently endure. The new property has plenty of parking, and ample street parking on Catalina.

We feel that the four hours we spend on Sunday at the new proposed location will not negatively effect the current traffic flow that exists. By leaving the current facility, the traffic and parking problem will go away.

We look forward to a positive result from the meetings which are upcoming, and we thank you in advance for your approval.


Thank you

Sincerely, Pastor Gary Mortara


*Jesus Christ: Saviour, Healer, Baptizer, Coming King*

San Leandro, CA 94578 • (510) 357-5723 • www.faith-fellowship.us

Exhibit A
Section a(3)
Page 1