# Exhibit A

# Administrative Record

# §a(4)

**City of San Leandro**
Civic Center, 835 E. 14th Street
San Leandro, California 94577



June 29, 2006

Jim Lee
Faith Fellowship Church
577 Manor Blvd.
San Leandro, CA 94577

Re: Application for a Zoning Code text amendment related to Assembly Uses in the IL Industrial Limited Zone

Dear Jim:

The City is in receipt of an application made May 19 by Faith Fellowship for a proposed Zoning Code text amendment. The proposed amendment would be to allow Religious Assembly uses (as defined in Article 3 of the Zoning Code) to be added to those uses considered conditionally permitted (requiring approval of a use permit) in the City's Industrial Limited (IL) zones. As you may be aware, under the City's Zoning Ordinance, religious assembly is regulated in the broader context of assembly uses (which includes clubs and lodges). Thus, the change requested would apply to all assembly uses.

At this month's Business Development Subcommittee, staff indicated that we would be bringing a proposal back to the Subcommittee, outlining the anticipated analysis staff would undertake for this application. Given current staff commitments, vacation schedules, and the fact that the Subcommittee does not meet during the month of August, staff is anticipating returning to the Subcommittee with this matter in September. Subsequent to the Subcommittee meeting, staff would schedule a Planning Commission worksession (also in September), followed by Redevelopment Advisory Committee (RAC) meetings (both RACs would hear this item) in September/October. A public hearing before the Planning Commission is anticipated in October/November, followed by the City Council hearing in November/December.

The time frame described above takes into account research and analysis anticipated to be completed by staff, and the appropriate level of environmental analysis and public review (staff anticipates preparation of a Negative Declaration will be required).



Shelia Young, Mayor

City Council:   Orval "OB" Badger;    Surlene G. Grant;    Glenda Nardine;
                Tony Santos;          Joyce Starosciak;    Bill Stephens

Exhibit A
§a(4)
Page 1