# Exhibit A

# Administrative Record

# §e(1)



********* *JOINT WORKSESSION*********

SAN LEANDRO
BOARD OF ZONING ADJUSTMENTS
AND PLANNING COMMISSION
**SISTERS CITY GALLERY ROOM**
835 East 14th Street
San Leandro, CA 94577

**AGENDA NO. 06-20**  **OCTOBER 19, 2006**

7:00 p.m. – CALL TO ORDER AND PLEDGE OF ALLEGIANCE

1. ROLL CALL: Board of Zoning Adjustments Members: Chin, Eliason, Marr, Pearson, Sidari, Vice-Chair Goldt, Chair Raposo

    Planning Commissioners Collier, Dlugosh, Kleebauer, Ponder, Wohltmann, Vice-Chair Reed, Chair Perras

2. PUBLIC COMMENTS:

**Public Comments are limited to 5 minutes per person. The public is invited to make any comments related to Agenda items that are not listed under Public Hearings or other items of public interest at this time. If you wish to comment on an item listed under the Public Hearings portion of the agenda, you will have an opportunity to do so when the item is heard.**

3. WORKSESSION: to discuss potential Zoning Code amendments related to standards for development of large homes (including parking standards); the residential condominium conversion process, and the potential for assembly uses to occur in the Industrial Limited (IL) Zoning District. [Pollart]

4. MISCELLANEOUS:

5. BOARD MEMBER'S/COMMISSIONER'S COMMENTS:

6. ADJOURN

If there are any question or special accommodations are required for the disabled,
please call the Planning Division at 577-3371 or TDD 577-3343

Exhibit A
Section e(1)
Page 1