# Exhibit A

# Administrative Record

# §g(1)

CITY OF SAN LEANDRO
BOARD OF ZONING ADJUSTMENTS
City of San Leandro Council Chambers
City Hall, 835 East 14th Street
San Leandro, CA

AGENDA NO. 06-23

DECEMBER 7, 2006

7:00 p.m. - CALL TO ORDER AND PLEDGE OF ALLEGIANCE

1. **ROLL CALL**: Board of Zoning Adjustments Members: Chin, Eliason, Marr, Pearson, Sidari, Vice Chair Goldt, Chair Raposo

2. **PUBLIC COMMENTS**:

   Public Comments are limited to 5 minutes per person. The public is invited to make any comments related to Agenda items that are **not** listed under Public Hearings or other items of public interest at this time. If you wish to comment on an item listed under the Public Hearings portion of the agenda, you will have an opportunity to do so when the item is heard.

3. **MINUTES**: Minutes from the regular meeting of November 2, 2006 and November 16, 2006

4. **CORRESPONDENCE AND ORAL COMMUNICATION**: None

5. **WORK SESSION**: None

6. **PUBLIC HEARINGS**:

   a. Matter of consideration of amendments to the Zoning Code including: Article 5, adding new Section 2-537 Daylight Plane; Article 5, adding new Section 2-539 Maximum Floor Area Ratio (FAR); Article 5, amending Section 2-584; and amending Article 17, Section 4-1704 related to off-street parking requirements. In addition, Article 24, Section 5-2424 is proposed for amendment to allow condominium conversions for four (4) residential units or less to be approved administratively by the Zoning Enforcement Official.

   The proposed ordinance for the adoption of Zoning Code amendments related to residential development standards is exempt from environmental review under the California Environmental Quality Act pursuant to Public Resources Code section 21065. This is based on the finding that this Ordinance is not a "project" within the meaning of Section 15378 of the State CEQA Guidelines, because it has no potential for resulting in physical change in the environment, directly or ultimately. This Ordinance does not, in itself, allow the construction of any projects and therefore, has no potential for resulting in physical changes in the environment, directly or ultimately.

b. **Matter of** consideration of amendments to the Zoning Code including: Article 3 – Definitions, deleting the Clubs and Lodges and Religious Assembly definitions and providing a new Assembly Use definition; and adding new Article 13.1 Assembly Use Overlay District.

The proposed ordinance for the adoption of Zoning Code amendments related to an Assembly Use definition and new overlay district are exempt from environmental review under the California Environmental Quality Act pursuant to Public Resources Code section 21065. This is based on the finding that this Ordinance is not a "project" within the meaning of Section 15378 of the State CEQA Guidelines, because it has no potential for resulting in physical change in the environment, directly or ultimately. This Ordinance does not, in itself, allow the construction of any projects and therefore, has no potential for resulting in physical changes in the environment, directly or ultimately.

7. **FINDINGS OF FACT**: None

8. **MISCELLANEOUS**: None

9. **STAFF UPDATES / PROJECT STATUS REPORT**:

10. **ADJOURN**:

---

Decisions of the Board Of Zoning Adjustments may be appealed to the City Council by filing a form to the City Clerk within 15 days of the date of the action. The form shall specifically state the reason for the appeal. An appeal fee is required.

---

Upon recognition by the Board of Zoning Adjustments, the public is invited to speak on any item on the agenda.
If special accommodations are required for the disabled, please call the Planning Division at 577-3371 or TDD 577-3343

Exhibit A
Section g(1)
Page 2