# Exhibit A

# Administrative Record

# §j(1)

CITY OF SAN LEANDRO
PLANNING COMMISSION
REGULAR MEETING City
Council Chambers, First Floor 835
East 14th Street San Leandro, CA
94577

AGENDA NO. 07-04        FEBRUARY 22, 2007

7:00 p.m. -CALL TO ORDER AND PLEDGE OF ALLEGIANCE

1.      **ROLL CALL:** Commissioners Collier, Dlugosh, Kleebauer, Ponder, Wohltmann, Vice-Chair Reed, Chair Perras

2. **PUBLIC COMMENTS:**

**Public Comments are limited to 5 minutes per person. The public is invited to make any comments related to Agenda items that are <u>not</u> listed under Public Hearings or other items of public interest at this time. If you wish to comment on an item listed under the Public Hearings portion of the agenda, you will have an opportunity to do so when the item is heard.**

3.      **MINUTES:** Minutes from the January 25, 2007 regular meeting.

4. **CORRESPONDENCE:**

5. **ORAL COMMUNICATION:**

6. **PUBLIC HEARINGS:**

   a)      **Matter of PLN2006-00075**; Rezone and Zoning Map Amendment to rezone one property that is zoned RD and four properties that are zoned IL to a commercial zoning district, CC Commercial Community, to be consistent with the properties' General Plan designation in the Land Use Element of Corridor Mixed Use. No physical changes to the properties are proposed as part of this entitlement. The properties are located between the west side of Washington Avenue and the east side of San Leandro Boulevard and are comprised of five separate parcels: 2385, 2395 and 2411 Washington Avenue; 2392 and "no address" Cherry Street; Assessor's Parcel Number 75-84-5, -6, 7, -8; and 75-84-19-04; W. and K. Boswell (Applicant) and J. Montero, J. Silva and I. Heffernan; M. and H. Senna (Property Owners).

   The proposed Rezone and Zoning Map Amendment underwent environmental analysis, for which an Initial Study Checklist and Negative Declaration were prepared. The public review period established for the Negative Declaration commenced on February 2, 2007, and concludes on February 22, 2007. All written comments on the Negative Declaration must be submitted to the City by 5:00 PM on February 22, 2007. Oral and written comments may also be received at the February 22 Planning Commission hearing.

b) **Matter of consideration of amendments** to Article 3 – Definitions, Article 5 – Residential, Article 13 – Special Review Overlay District, and Article 17 – Off-street Parking & Loading Regulations of the Zoning Code; and consideration of amendments to the Zoning Map. Amendments will include deleting definitions for 'Clubs & Lodges' and 'Religious Assembly' and replacing them with 'Assembly Uses', and making changes to Article 5 for consistency with the new definitions; creating a new Assembly Uses Overlay District; and modifying the parking standards for consistency with 'Assembly Uses'. The Zoning Map will be modified to include 197 properties with an Assembly Use (-AU) Overlay District, which would allow assembly uses to be conditionally permitted on these properties.

b)       The proposed ordinance for the adoption of Zoning Code amendments related to Assembly Uses underwent environmental analysis, for which an Initial Study Checklist and Negative Declaration were prepared. The public review period established for the Negative Declaration commenced on February 1 and concludes on February 20. Oral and written comments may also be received at the February 22 Planning Commission hearing.

c)
          d)       c) **Matter of PLN2006-00101**; consideration of modification to the Planned Development for Bayside Business Park to include outdoor storage as a conditionally permitted use; Site Plan Review for construction of a new 5,200 sf office building and a 13,200 sf mechanics building; and consideration of approval of outdoor storage related to a proposed construction rental business that would locate on Lots D & E at Bayside Business Park. The proposed outdoor storage would include empty storage containers (stacked two-high), temporary chain link fencing sections, portable toilets, and electrical power poles. Property is identified as Lots D & E of the Bayside Business Park industrial park subdivision, located at the corner of Business Center Drive and the unnamed cul-de-sac; Assessors Parcel Numbers 79A-591-6, 11; National Construction Rentals (Applicant); Bayside BC, LP (Property Owners).

This item is categorically exempt from the California Environmental Quality Act (CEQA) per CEQA Guidelines, Article 19, Section 15332, as an in-fill development project.

7.  **MISCELLANEOUS:**

General Plan Conformity Findings for 13990 East 14th Street and APN 77E-1532-2-1 (land acquisition by San Leandro Unified School District).

8.  **COMMISSIONERS' COMMENTS:**

9.  **STAFF UPDATES/PROJECT STATUS REPORT:**

10. **ADJOURN:**

**Applications that are recommended for approval by the Planning Commission will be forwarded to the City Council for final action. If the Planning Commission DENIES an application, the decision is final unless an appeal form is filed with the City Clerk within 15 days of the date of the action. The form shall specifically state the reason for the appeal. An appeal fee is required.**

If there are any questions or special accommodations are required for the disabled, please call the Planning Services Division at 577-3371 or TDD 577-3343