# Exhibit A

# Administrative Record

# §1



**City of San Leandro**
Planning Services
835 E. 14th Street • San Leandro, CA 94577
PH (510) 577-3371   FAX (510) 577-6007

**PLANNING PERMIT APPLICATION**

*Please type or print legibly.*

Project Address: 14600 CATALINA
Assessor's Parcel Number: 80G-933-22-1 / 80G-933-21-0

Please check all applicable permits.
- ☐ Conditional Use Permit
- ☐ Fence Modification
- ☐ Planned Development
- ☐ Site Plan Review: △ Major  △ Minor  △ RS-VP
- ☐ Variance
- ☒ Zoning Map Amendment
- ☐ Other
- ☐ Parking Exception
- ☐ Tentative Map

Please describe the project associated with your application request. (Attach additional sheets if necessary.)
REZONE PROPERTIES FROM IP TO IP(ALL) WITH ASSEMBLY USE OVERLAY — MODIFICATION TO EXISTING APPLICATION

Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)

Applicant (☒ owner ☐ lessee ☐ other): ICFG (SAN LEANDRO #2 - LOCAL)
Legal Name (☐ individual ☒ corporation ☐ joint venture ☐ partnership):
Mailing Address: 1910 WEST SUNSET BLVD. #200   Work Phone: (510) 357-5723 (JIM LEE)
City: LA   State: CA   Zip: 90026   Home Phone: ( )
Email Address (optional):    Cell Phone: (510) 773-8568

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date: 3/20/07   Applicant's Signature: [signed]

**Property Owner** (if the applicant is not the owner):
Legal Name (☐ individual ☐ corporation ☐ joint venture ☐ partnership):
Mailing Address:    Work Phone: ( )
City:   State:   Zip:   Home Phone: ( )
Email Address (optional):   Cell Phone: ( )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
Date:    Property Owner's Signature:

**TO BE COMPLETED BY CITY STAFF**

Project #: PLN 2006-0049   Date/Received: 5/19/06 By: DP   Zoning District: IP
Reviewing Body: PC/CC   Fee Deposit paid: 2000   Code Section:
Hearing Date: 4/12; 5/19   Receipt #: 73490   Redevelopment: ☐ Plaza ☐ Joint ☒ WSL/Mac
Customer #: 17657   Environmental: ☐ Exempt ☒ Neg Dec ☐ EIR
Staff Comments:   ALREADY PREP'D

COMMUNITY DEVELOPMENT DEPARTMENT
www.ci.san-leandro.ca.us