# Exhibit A

# Administrative Record

# §m(1)

**CITY OF SAN LEANDRO**
Community Development Department • Planning Services Division
835 East 14th Street • San Leandro, CA 94577 • (510) 577-3371 • Fax: (510) 577-6007

**PLANNING PERMIT APPLICATION**

*Please type or print legibly.*

Project Address: __14600 Catalina St__

Assessor's Parcel Number: __080-G-0933-022-01__

Please check all applicable permits.
- [X] Conditional Use Permit
- [ ] Fence Modification
- [ ] Planned Development
- [ ] Site Plan Review:
  - △ Major
  - △ Minor
  - △ RS-VP
- [ ] Variance
- [ ] Zoning Map Amendment
- [ ] Other _____
- [ ] Parking Exception
- [ ] Tentative Map

Please describe the project associated with your application request. (Attach additional sheets if necessary.)
__We are applying for an existing permitted use, entertainment activities. Some church use conditional use permit.__

Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)
__See attached__

Applicant ([X] owner [ ] lessee [ ] other): __ICFG San Leandro #2__
Legal Name ([ ] individual [X] corporation [ ] joint venture [ ] partnership): _____
Mailing Address: __577 Manor Blvd__   Work Phone: __(510) 357-5723__
City: __San Leandro__  State: __CA__  Zip: __94579__   Home Phone: __(510) 656-5695__
Email Address (optional): __Jim@Faith-Fellowship.us__   Cell Phone: __(510) 773-8568__

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.

Date: __3-28-07__   Applicant's Signature: __[signature]__

Property Owner (if the applicant is not the owner): _____
Legal Name ([ ] individual [ ] corporation [ ] joint venture [ ] partnership): _____
City: _____  State: _____  Zip: _____   Home Phone: (   )
Email Address (optional): _____   Cell Phone: (   )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.

Date: _____   Property Owner's Signature: _____

### TO BE COMPLETED BY CITY STAFF

Project #: PLN_____
Reviewing Body: _____
Hearing Date: _____

Date/Received: _____  By: _____
Fee/Deposit paid: _____
Receipt #: _____
Customer #: _____

Zoning District: _____
Code Section: _____
Redevelopment: [ ] Plaza  [ ] Joint  [ ] WSL/Mac
Environmental: [ ] Exempt  [ ] Neg Dec  [ ] EIR

Staff Comments: _____

Exhibit A
Section m(1)
Page 1



City of San Leandro
Planning Department
attention: Mr Luke Simms

RE: Faith Fellowship Church
use of Building at
14600 Catalina ST. San Leandro
CA. 94579

Dear Mr Simms,                                                                 March 28th, 2007

   We are applying for a CUP for "entertainment activities" use in the existing IP district, SAME-CHURCH-USE, so we can have a basis upon which to begin processing the CUP application. This will be a parallel application to the existing zoning code amendment we have in process currently.

   We have out grown the facility we are at currently, and along with that, we have a grossly inadequate parking situation. It is our desire to stay relatively close to the community we serve, and also relieve the over crowded conditions we currently endure. The new property has plenty of parking, and ample street parking on Catalina.

   We feel that the four hours we spend on Sunday at the new proposed location will not negatively effect the current traffic flow that exists. By leaving the current facility, the traffic and parking problem will go away, and the residents around the 577 Manor blvd property will have some welcome relief from traffic congestion and parking issues on Sundays. Additionally, the businesses that surround our new facility will be less venerable to theft and vandalism because of an increased presence by our people during times when those businesses are normally closed.

We will also make our facilities available when possible for established organizations such as the Boy and Girl scouts, Four H clubs, and others at the sole discretion of Faith Fellowship Church, after a review and applications process.

Thank you
Sincerely, Jim Lee
Faith Fellowship Church

Exhibit A
Section m(1)
Page 2