# Exhibit A

# Administrative Record

# §m(2)



Exhibit A
Section m(2)
Page 1

