# Exhibit A

# Administrative Record

# §m(3)

## Findings for Conditional Use Permit for Faith Fellowship Worship Center
### 14600 Catalina Street, San Leandro, CA 94577

1. Objectives of Zoning Code and purposes of the district.

Assume: AO Zoning approved. The AO (Assembly Uses Overlay District) was developed with the purpose of addressing the special needs and requirements of assembly uses. This worship center is the size of lot (3.56 acres), size of building (46,080 sq. ft.), and has the kind of parking availability (181 parking spaces) that can accommodate the kind of large gatherings intended to occur within an AO District. In these other respects, the purposes of the AO District are served:

- Not on major commercial corridor
- Not in regional-serving retail area
- Site abuts Farallon Drive, a substantial street with wide lanes and middle lane such that turning movements do not obstruct through traffic. Farallon connects to other major streets (Doolittle, Merced/Wicks, and Manor) that provide connections to I-880, I-238 and other major arterials such as Marina Blvd and Lewelling Blvd. The access to the site is superb.
- The site is not in a residential area, and experience has shown that large assembly uses like this create parking problems for residential neighbors.
- The site is not zoned Public Service, Open Space, or the like.

2. Location and operation consistent with General Plan, public good, people living in area, and City welfare.

- The proposed assembly use is compatible with the Industrial area in which it is located.
- Unlike residential and retail encroachment into industrial areas, religious assembly uses occur as essentially tenant improvements to industrial buildings. Those buildings can readily return to industrial use when the religious use moves on. Pleasanton has experienced that multiple times with churches in Valley Business Park.
- Church uses are supportive of surrounding industrial uses:
  - Church assembly peak time is on Sunday morning and in evenings. That is a time when industrial uses are at their low ebb.
  - Having alert citizens coming on weekends and evenings will provide eyes on the street and enhance the security of the industrial area, which is often abandoned and subject to vandalism.
  - The mixed use may provide services to nearby industrial employees, as a haven, potential human services like baby sitting, and overflow parking for daytime.
  - The applicants have approached and befriended their industrial neighbors and have signed letters of support.

- As to City welfare, churches are caring communities that provide members of the community with the support, guidance, services, and connectedness that government and the private sector cannot adequately provide.

3. Requirements of the Zoning Code.

Exhibit A
Section m(3)
Page 1

-The site is developed consistent with the IP District standards.
-The AO (Assembly Overlay) District looks to the specific proposals to be regulated by use permit, because of the unique nature of different assembly uses.
-The 181 parking spaces (at 50 feet of assembly area per space) would accommodate a 9050 s.f. assembly area – the planned sanctuary is approximately 8000 sq. ft.

4. Traffic and capacity of public services.
-The street system is described in Finding 1, and the off-peak nature of the use is described in Finding 2. These combine to make this an ideal use, and one of the few locations in San Leandro capable of handling a church congregation of over 1000 people.