# Exhibit A

# Administrative Record

# §n(1)

# CITY OF SAN LEANDRO
# PLANNING COMMISSION
# REGULAR MEETING
## City Council Chambers, First Floor
## 835 East 14th Street
## San Leandro, CA 94577

**AGENDA NO. 07-07**                                    **APRIL 12, 2007**

**7:00 p.m.  -  CALL TO ORDER AND PLEDGE OF ALLEGIANCE**

1.  <u>**ROLL CALL:**</u>        Commissioners Abero, Collier, Dlugosh, Nardine, Ponder, Wohltmann, Vice-Chair Reed

2.  <u>**PUBLIC COMMENTS**</u>:

    **Public Comments are limited to 5 minutes per person. The public is invited to make any comments related to Agenda items that are <u>not</u> listed under Public Hearings or other items of public interest at this time. If you wish to comment on an item listed under the Public Hearings portion of the agenda, you will have an opportunity to do so when the item is heard.**

3.  <u>**MINUTES**</u>:  Minutes from the February 22, 2007 regular meeting.

4.  <u>**CORRESPONDENCE**</u>:

5.  <u>**ORAL COMMUNICATION**</u>:

6.  <u>**PUBLIC HEARINGS**</u>:

    a) **Matter of PLN2006-00104;** Planned Development, Zoning Map Amendment, and Tentative Map; to rezone the properties at 311-335 MacArthur Boulevard/Herma Court from CC Commercial Community and RS Residential Single-Family Districts to CC (PD) and RS(PD), respectively. The project is a proposed residential development with 23 three-story townhouses at the corner of MacArthur Boulevard and Herma Court. Proposed amenities include a private roadway, an internal park area, attached one- and two-car garages, and 6 guest parking spaces on the site. The site is zoned CC Commercial Community District and RS Residential Single-Family. Assessor's Parcel Numbers 79-311-1-1, 79-311-1-3, 79-311-3, 79-311-4, and 79-311-5; 311-335 MacArthur Boulevard/Herma Court; D. Ruffin (applicant); R. Settlemier (property owner). [Barros]

    This project to construct 23 townhomes on a site that is less than five acres is categorically exempt from the California Environmental Quality Act (CEQA) per CEQA Guidelines Article 19, Categorical Exemption, Section 15332. Furthermore, the rezoning is exempt from CEQA, per CEQA Guideline, Section 15061 (b) (3), where it can be seen with certainty that there is no possibility that the rezoning in question may have a significant effect on the environment.

Exhibit A
Section n(1)
Page 1

**b) Matter of PLN2006-00049**; Rezone and Zoning Map Amendment to rezone the properties identified as 14600 and 14850 Catalina Street from Industrial Park (IP) to Industrial Park, Assembly Use Overlay (IP-AU). No physical changes to the properties are proposed as part of this entitlement. The project site is located at the southeast corner of Catalina Street and Farallon Drive and is comprised of three separate parcels; Assessor's Parcel Numbers 80G-933-20, 21, and 22-1; International Church Foursquare Gospel (property owner and applicant). [Pollart]

Environmental Review: A Negative Declaration covering the proposed Assembly Use Overlay properties had its 20-day public review period from February 1-20, 2007, and was adopted by the City Council on March 19. In anticipation of the applicant's desire to have his properties rezoned with the Assembly Use Overlay, staff included the Catalina Street properties in the analysis of the Negative Declaration. No further environmental review is required.

7. <u>**MISCELLANEOUS**</u>:

Consideration of recommendation to City Council to direct staff to analyze Zoning Code amendments related to regulation of fence heights in the RS-VP District.

8. <u>**COMMISSIONERS' COMMENTS**</u>:

9. <u>**STAFF UPDATES/PROJECT STATUS REPORT**</u>:

10. <u>**ADJOURN**</u>:

---

**Applications that are recommended for approval by the Planning Commission will be forwarded to the City Council for final action. If the Planning Commission DENIES an application, the decision is final unless an appeal form is filed with the City Clerk within 15 days of the date of the action. The form shall specifically state the reason for the appeal. An appeal fee is required.**

If there are any questions or special accommodations are required for the disabled, please call the Planning Services Division at 577-3371 or TDD 577-3343