# Exhibit A

# Administrative Record

# §o(1)

# AGENDA

## CITY OF SAN LEANDRO CITY COUNCIL AND
## SAN LEANDRO REDEVELOPMENT AGENCY
## JOINT MEETING

### MAY 7, 2007

**Civic Center**
**835 East 14th Street**
**San Leandro, California**

| **REGULAR MEETING** | **7:00 PM—City Council Chambers** |

1. **CALL TO ORDER**

    A. **Pledge of Allegiance to the Flag**

    B. **Roll Call**

    Members Grant, Gregory, Prola, Souza, Starosciak, Stephens; Mayor Santos

2. **PRESENTATIONS/RECOGNITIONS**

    A. Proclamation Declaring May 13-19, 2007 as Affordable Housing Week in San Leandro.

    B. Proclamation Declaring May 1, 2007 as Relay for Life Paint Our Town Purple Day and May 19-20, 2007 as San Leandro Relay for Life Days.

    C. Matter of Commendations of Board and Commission Members (approves ceremonial resolutions of the City Council).

    - Resolution Commending Dean Koenig for His Years of Service on the Recreation and Parks Commission.                                                                                             (1020)

    - Resolution Commending James R. Wohltmann for His Years of Service on the Planning Commission.                                                                                             (1018)

    — Adopt

3. **PUBLIC HEARINGS**

Public Hearing Comments are limited to 5 minutes per speaker, subject to adjustment by the Mayor. When you address the City Council, you should **fill out a speaker card** and submit it to the City Clerk so the order of speakers may be determined and an official record of names and addresses obtained.

A.  Matter of **PLN2006-00104**, Planned Development, Zoning Map Amendment, and Vesting Tentative Map; to rezone the properties at 311-335 MacArthur Boulevard/Herma Court from CC Commercial Community and RS Residential Single-Family Districts to CC (PD) and RS(PD), respectively.  The project is a proposed residential development with 23 townhouses at the corner of MacArthur Boulevard and Herma Court.  Proposed amenities include a private roadway, an internal park area, attached one- and two-car garages, and six guest parking spaces on the site.  The site is zoned CC Commercial Community District and RS Residential Single-Family.  Assessor's Parcel Numbers 76-311-1-1, 76-311-1-3, 76-311-3, 76-311-4, and 76-311-5; **311-335 MacArthur Boulevard/Herma Court**; Ruffin Architecture (Applicant); Settlemeir Properties (Property Owner).

- An Ordinance Zoning Certain Property Herein Described as to Rezoning District and Amending Zoning Map, PLN2006-00104, 311-335 MacArthur Boulevard, Assessor's Parcel Numbers 76-311-1-1, 76-311-1-3, 76-311-3, 76-311-4, and 76-311-5.                                                                                                      (1024/1099)

    — Pass to Print

- Resolution Approving Findings for Vesting Tentative Map Tract 7875, PLN2006-00104, 311-335 MacArthur Boulevard, Assessor's Parcel Numbers 76-311-1-1, 76-311-1-3, 76-311-3, 76-311-4, and 76-311-5.                                              (3116)

    — Adopt

- Motion Approving the Planned Development PLN2006-00104; to construct a 23-unit, three-story residential for-sale row-home development at the corner of MacArthur Boulevard and Herma Court on a lot that totals 0.99 acre.  Units range in livable area from 1,151 square feet to 2,042 square feet.  The site is zoned CC Commercial Community District and RS Residential Single-Family District.  311-335 MacArthur Boulevard; Assessor's Parcel Numbers 76-311-1-1, 76-311-1-3, 76-311-3, 76-311-4, and 76-311-5; Ruffin Architecture (Applicant); Settlemeir Properties (Property Owner).                                                                                         (1009)

    — Motion

B.  Matter of Appeal by International Church Foursquare Gospel, Applicant, of the Decision of the Planning Commission's Denial of **PLN2006-00049**; Rezone and Zoning Map Amendment to rezone the properties identified as **14600 and 14850 Catalina Street** from Industrial Park (IP) to Industrial Park, Assembly Use Overlay (IP-AU).  No physical changes to the properties are proposed as part of this entitlement.  The project site is located at the southeast corner of Catalina Street and Farallon Drive and is comprised of three separate parcels.  Assessor's Parcel Numbers 80G-933-20, -21, and -22-1; International Church Foursquare Gospel (Property Owner and Applicant).

- Motion Denying the Appeal by International Church Foursquare Gospel, Applicant, and Upholding the Decision of the Planning Commission's Denial of PLN2006-00049; Rezone and Zoning Map Amendment to rezone the properties identified as 14600 and 14850 Catalina Street from Industrial Park (IP) to Industrial Park, Assembly Use Overlay (IP-AU).  No physical changes to the

properties are proposed as part of this entitlement. The project site is located at the southeast corner of Catalina Street and Farallon Drive and is comprised of three separate parcels. Assessor's Parcel Numbers 80G-933-20, -21, and -22-1; International Church Foursquare Gospel (Property Owner and Applicant).(1099)

— Motion

4. **JOINT CITY COUNCIL/SAN LEANDRO REDEVELOPMENT AGENCY PUBLIC HEARINGS**

   None.

5. **PUBLIC COMMENTS**

   Public Comments are limited to 3 minutes per speaker, subject to adjustment by the Mayor. When you address the City Council, you should **fill out a speaker card** and submit it to the City Clerk so the order of speakers may be determined and an official record of names and addresses obtained. The public is invited to make comments on items of public interest **NOT** listed on the Agenda.

6. **CITY MANAGER AND CITY ATTORNEY REPORTS AND COMMENTS**

7. **AMENDMENT OF CONSENT CALENDAR**

   City Councilmembers or staff have an opportunity at this time to request that an item be removed from the Consent Calendar for the presentation of a staff report or other special consideration. Members of the Public may request the opportunity to address the City Council regarding items remaining on the Consent Calendar by filling out a speaker card and submitting it to the City Clerk prior to the calling of Item 7, Amendment of Consent Calendar. Items remaining on the Consent Calendar will be considered for approval under one motion.

8. **CONSENT CALENDAR**

   Consent Calendar items are considered for approval by the City Council with one single action. As described above in Item 7, Amendment of Consent Calendar, the City Council may remove items from the Consent Calendar for purposes of presentation or discussion. Members of the public who have requested to address the Council regarding items remaining on the Consent Calendar may do so for up to 3 minutes per item with a maximum of 5 minutes for all items. Items listed on the Consent Calendar are deemed to have been read by title.

   A. Minutes of the Meeting of April 16, 2007.

   B. Resolution Commending Superintendent Arnie C. Glassberg upon His Retirement from the San Lorenzo Unified School District.                    (1081)

   C. ~~Ordinance No. 2007-008~~, an Ordinance Amending Chapter 4-23, Title 4 of the San Leandro Municipal Code Relating to the Addition of Acupuncture and Acupressure as Services Regulated Pursuant to Chapter 4-23 (requires acupuncture and acupressure

establishments and masseurs/masseuses to undergo permit review and approval process). (1413)

— Adopt

D. An Ordinance Amending Section 6-1-430(c) of Chapter 6-1, Title 6 of the San Leandro Municipal Code Relating to Non-Motorized Vehicles (prohibits parking of non-motorized vehicles on any street). (1022)

— Pass to Print

E. Resolution Amending the 2007 San Leandro Management Organization (SLMO) Salary Schedule to Add and Set the Salary Ranges for the Street Maintenance Manager and Facilities and Open Space Manager and Delete the Street Manager, Facilities Manager and Open Space Manager Classifications (establishes salaries for job classifications). (1177/2134)

F. Resolution of the Redevelopment Agency of the City of San Leandro Approving an Owner Participation Agreement (OPA) Between the San Leandro Redevelopment Agency and the Barbara M. Brooks Separate Property Trust for the Rehabilitation of Property Located in the Alameda County/City of San Leandro Redevelopment Project Area Located at 14833 East 14th Street, Assessor's Parcel Number 077D-14775-014-00 (provides for rehabilitation of the subject property for an interim use for a period not to exceed five years). (3117)

G. Resolution Approving Contractual Services Agreement Between the City of San Leandro and Environmental Science Associates (ESA) Related to Preparation of an Environmental and Regulatory Constraints Assessment for the Marina Study Area (provides for an assessment of potential options for future uses in the San Leandro Marina). Cost: $34,978. Funding: Shoreline Enterprise Fund. (2323)

H. Resolution Authorizing Submission of a Request to the Metropolitan Transportation Commission (MTC) for the Allocation of Fiscal Year 2007-08 Transportation Development Act (TDA) Article 3 Pedestrian/Bicycle Project Funding (provides for handicap ramps, sidewalk, bulb-outs, pedestrian safety signage, accessible pedestrian traffic signal, and lighted crosswalks at various locations Citywide). (1980)

I. Resolution Authorizing the City Manager to File an Application for Federal Congestion Mitigation and Air Quality Improvement (CMAQ) Funding in the Amount of $750,000 and Committing the Necessary Non-Federal Match and Assuring the Completion of the Construction of the Bay Trail Slough Bridge Project, Project No. 144-36-012 (authorizes the City Manager to apply for a grant to assist in funding construction of the Bay Trail Slough Bridge project). (1980/3025)

J. Resolution Authorizing the City Manager to Submit an Application to the Metropolitan Transportation Commission (MTC) for a Grant in an Amount Not to Exceed $184,000 from the Federal Surface Transportation Program (STP) and/or Congestion Mitigation and Air Quality (CMAQ) Program to Assist in Funding the Upgrade of the Advanced Traffic Management System (ATMS) (authorizes the City Manager to apply for a grant to assist in funding the upgrade of ATMS). (3088)

- K. Resolution of Amendment of Contract to G.E. Chen Construction, Inc. to Include Phase 1 of the City's Residential Noise Insulation Program, Project No. SL-0401 (provides for amendment of contract authorizing $2,224,312.29 in change order to soundproof 77 additional homes). Funding: Port of Oakland. (3080)

9. **ITEMS REMOVED FROM CONSENT CALENDAR**

   Public comments are limited to 3 minutes per speaker per item, subject to adjustment by the Mayor.

10. **ACTION ITEMS**

    Public comments are limited to 3 minutes per speaker per item, subject to adjustment by the Mayor.

    - A. Matter of Selection of Vice Mayor (complies with City Charter Section 310 which states that at its first regular meeting in May, the Council shall designate one of its members Vice Mayor, to serve for a period of one year and until a successor is elected and qualified). (1315)

        — Motion

    - B. Request from Councilmember Starosciak to Reconsider the Resolution Authorizing City Manager to Sign a Letter of Intent to Support the Formation of the East Bay Regional Communication System (EBRCS) Governed by a Joint Powers Authority (JPA) for Alameda and Contra Costa Counties.

        - Motion to Reconsider Resolution No. 2007-059. (3115)

            — Motion

        - Reconsideration of Resolution No. 2007-059 (only if motion to reconsider is passed).

    - C. Report on Closed Session Actions Taken

11. **CITY COUNCIL REPORTS**

    - A. Reports on Intergovernmental Agencies

    - B. Reports on Conferences and Seminars

    - C. Reports on City Council Committees

        1. Business and Housing Development Committee Meeting of April 12, 2007.

        2. City and San Leandro Unified School District Liaison Committee Meeting of April 19, 2007.

12. **CITY COUNCIL COMMENTS**

13. **ADJOURN**