# Exhibit A

# Administrative Record

# §o(3)

# Attachment 1





# Farallon Ave. at 10 a.m. Sunday Morning

