# Exhibit A

# Administrative Record

# §o(3)

# Attachment 2



