# Exhibit A

# Administrative Record

# §o(3)

# Attachment 3

**Attachment 3**



14600 Catalina St
San Leandro CA
94577-6608 US

**Notes:**



© 2007 MapQuest, Inc.      ©2007 NAVTEQ

All rights reserved. Use Subject to License/Copyright

This map is informational only. No representation is made or warranty given as to its content. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.