# Exhibit A

# Administrative Record

# §o(3)

# Attachment 4

## Our Experts

Now more than ever, you need to rely on experience to help you through complicated environmental, safety and health issues. We have decades of combined practical experience in the industry.

**Paul Gantt**
President

Paul has more than 30 years of experience in the emergency management field. His career includes 15 years in the fire service where he held a variety of positions from firefighter to fire chief. He is certified by the State of California Office of the State Fire Marshal, Governor's Office of Emergency Services, Federal Emergency Management Agency (FEMA), California Environmental Protection Agency (EPA), and the University of California to provide training programs in hazardous materials handling and response, emergency preparedness and response, occupational health and safety, and regulatory compliance.

Paul has an Associate's degree in Fire Science, Bachelor's degree in Public Administration, and certification as a Fire Officer, Fire Prevention Officer, Public Education Officer, Radiological Officer, Fire Instructor, Emergency Medical Technician, Hazardous Materials Technician and Specialist, Paramedic, Registered Environmental Assessor, and lifetime teaching credentials in several disciplines. Paul holds the Associate Safety Professional (ASP) designation. He is also the author of the textbook *Hazardous Materials: Regulations, Response, and Site Operations* which covers all aspects of chemical handling and response.