# Exhibit A

# Administrative Record

# §o(3)

# Attachment 5

Case 3:07-cv-03605-PJH   Document 35-8   Filed 07/30/2007   Page 2 of 2

