# Exhibit A

# Administrative Record

# §o(3)

# Attachment 6



Attachment 6

**Black Dots:** Manor Street neighbors who have asked City Council to allow Faith Fellowship to move.

**Red Dots:** Catalina Street neighboring businesses that support Faith Fellowship into their neighborhood.