# Exhibit A

# Administrative Record

# §p

THE CITY OF SAN LEANDRO



# General Plan



Exhibit A
Section  P
Page 1

# ACKNOWLEDGMENTS

## CITY COUNCIL

Shelia Young, *Mayor*
Bob Glaze, *Vice Mayor*
Orval Badger
Surlene Grant
Gary Loeffler
Glenda Nardine
Anthony Santos

*Former Council Member:* Joanne Lothrop
*Former Council Member:* Gordon Galvan



# GENERAL PLAN ADVISORY COMMITTEE (GPAC)

**CHAIR:** BILL STEPHENS
**VICE-CHAIR:** DALE REED

## RESIDENTIAL NEIGHBORHOODS

Bill Stephens, *Chair*
Morgan Rice, *Vice Chair*
Audrey Albers
Ingrid Christiansen
Cynthia Eliason
Robert Leigh
Mike Mahoney
Lindsey Noss
Fred Reicker
Florence Ruha
Chuck Serrano
Melody Tannam
Barbara Tierney
Martin Tuttle
Rick Williams

## COMMUNITY SERVICES AND FACILITIES

Barbara Sidari, *Chair*
Dean Koenig, *Vice Chair*
Lisa Allphin
Sandra Benz
Liisa Burns
Sherry Hitchcock
Barbara Jue
Kati Knox
Patrick Larsen
Geraldine Mellen
Kim Miller
Kent Myers
Rose Padilla-Johnson
Ken Pon

## BUSINESS AND INDUSTRY

Dale Reed, *Chair*
Bob Berger, *Vice Chair*
Bernard Ashcraft
Richard Benson
Rick Collins
Jennifer Diaz
Chris Ehrenberg
Marilyn Fels
Heidi Finberg
Tom Guarino
Marcene Nardine
Roger Ravenstad
Susan Riskin-Poulsen
John Sullivan

## TRANSPORTATION

William Fong, *Chair*
Claire Koenig, *Vice Chair*
Aidan Barry
Patricia Bowens
Fred Bystedt
Carlos Cardoza
Alice Chin
Jeff Houston
Harry Lema
Victor Madrigal
Tony Santos
Linda Skaar

## HISTORIC PRESERVATION AND COMMUNITY DESIGN

Alice Chin, *Chair*
Christopher Dorn, *Vice Chair*
Chris Ehrenberg
Marilyn Fels
Lucille Kline
Claire Koenig
Victor Madrigal
Geraldine Mellen
Al Padro
Fred Reicker
Linda Skaar
Bill Stephens
Melody Tannam

## SAFETY AND NOISE

Jennifer Diaz, *Chair*
Lucy Corzantes, *Vice Chair*
Wafaa Aborashed
Sandra Benz
Patricia Bowens
Carlos Cardoza
Rick Collins
William Fong
Pete DiGregorio
Paul Nahm
Julian Polvorosa
Ken Pon
Dale Reed
Barbara Sidari

## OPEN SPACE, CONSERVATION, AND PARKS

Heidi Finberg, *Chair*
Dean Koenig, *Vice Chair*
Audrey Albers
Lisa Allphin
Aidan Barry
Julie Cuellas
Cynthia Eliason
Jeff Houston
Barbara Jue
Patrick Larsen
Robert Leigh
Mike Mahoney
Chuck Serrano
John Sullivan

## PLANNING COMMISSION

Alice Chin
Joe Collier
Esther Holcomb
Mike Mahoney
Adrian McCall
Al Padro
Dale Reed

*Former Commissioners ('99-'00):*
Thomas Burpee
Raffi Demirjian
Roger Ravenstad

## BOARD OF ZONING ADJUSTMENTS

Cynthia Eliason
Amanda Goldt
Bob Grazzini
Melody Marr
Darryl Shields
Frank Sidari

*Former BZA Members ('99-'00):*
Orval Badger
Jeff McGallian
Al Padro

## STAFF

*City Manager:* John Jermanis

### GENERAL PLAN TEAM
*Community Development Director:* Hanson Hom
*Planner III/Project Manager:* Matt Tomas
*Planner II:* Beth Greene
*Planner III:* Debbie Pollart
*Planning Interns:* Oliver Jerschow and Scott Gilliland
*Former Planning Staff:* Kathleen Livermore
*Former Transportation Manager:* Ray Davis
*Economic Development Manager:* Luke Sims
*Economic Development Specialist:* Seth Hudson
*Administrative Staff:* Nina Hinton, Sarina Martinez
*City Attorney:* Liane Randolph
*Assistant City Attorney:* Jeff Goldfien
*City Attorney Emeritus:* Steve Meyers
*Recreation and Human Services Manager:* Micki Cronin

## CONSULTANTS

*Project Manager:* Barry Miller, AICP

### ASSOCIATED SUBCONSULTANTS

*Public Participation:* Moore Iacofano Goltsman
*Traffic Analysis:* Fehr & Peers Associates, Inc.
*Noise Analysis:* Illingworth and Rodkin
*Hazardous Materials:* Orion Environmental
*Real Estate and Fiscal Issues:* Strategic Economics

*Design:* Alan Davenport Design Associates

# TABLE OF CONTENTS

Acknowledgments i
Table of Contents v
Figures, Charts, and Tables x

VISION STATEMENT xii

## 1 INTRODUCTION

A Introducing the
   San Leandro General Plan 1-1
B Context for the General Plan 1-2
   *Text Box: Relationship of the*
   *General Plan to Other Plans*
   *and Programs* 1-3
C How to Use the General Plan 1-4
D The General Plan Update Process 1-7
E Organization of the Plan 1-8
F Implementing and Amending the Plan 1-11

## 2 SAN LEANDRO IN PERSPECTIVE

A Our Role in the Region 2-1
B History 2-2
C Population 2-5
D Economy 2-9
E Land Use 2-10
F Transportation System 2-12
G Environment 2-12
H Development Potential 2-13

## 3 LAND USE

**FRAMEWORK** 3-2
**A Overview** 3-2
**B Major Planning Concepts** 3-3
   What "Smart Growth" Means for
   San Leandro 3-3
   Building A More Sustainable City 3-4
   Creating a "There" 3-5
**C City Structure** 3-6
   Downtown 3-6
   Residential Neighborhoods 3-6
   Business Districts and Corridors 3-9
   Parks and Open Space 3-9
**D Land Use Diagram and Definition of**
**Categories** 3-10
   Land Use Diagram 3-10
   Land Use Categories 3-11
   *Text Box: Calculating Density*
   *and Intensity* 3-15
   Related Issues 3-16

**RESIDENTIAL NEIGHBORHOODS** 3-17
**A Overview** 3-17
**B San Leandro's Neighborhoods** 3-18
   Northeast 3-18
   North 3-21
   Central 3-21
   Davis Corridor 3-22
   Halcyon-Foothill 3-22
   Floresta/Springlake 3-23
   Washington Manor/Bonaire 3-24
   West of Wicks 3-25
   Marina 3-25
   Bay-O-Vista 3-26

Exhibit A
Section P
Page 5



**C Planning Issues** 3-27
 Community Standards 3-27
 Neighborhood Character 3-27
 New Housing Opportunities 3-28
 Mitigation of Public Facility Impacts 3-28
 Citizen Participation 3-28
**D Goals, Policies, and Actions** 3-29
 Goal 1: Community Standards 3-29
 Goal 2: Neighborhood Character 3-33
 Goal 3: New Housing Opportunities 3-36
 Goal 4: Mitigation of Public Facility
  Impacts 3-39
 Goal 5: Citizen Participation 3-41

**BUSINESS AND INDUSTRY** 3-43
**A Overview** 3-43
**B Employment Districts** 3-44
 Downtown 3-44
 Industrial Districts 3-44
 Office Districts 3-46
 Retail, Service, and
  Entertainment Districts 3-46
 San Leandro Marina 3-51
**C Planning Issues** 3-51
 Land Use Compatibility 3-51
 Business Image 3-53
  *In a Nutshell: San Leandro*
  *Economic Development Strategy and*
  *Work Program* 3-53
 Jobs-Housing Balance 3-54
**D Goals, Policies, and Actions** 3-55
 Goal 6: Downtown Revitalization 3-55
 Goal 7: Industrial and Office Districts 3-59
 Goal 8: Retail and Service Districts 3-66
 Goal 9: Marina and Shoreline 3-71
 Goal 10: Land Use Compatibility 3-73
 Goal 11: Business Image 3-76
 Goal 12: Jobs-Housing Balance 3-79

**FOCUS AREAS** 3-80
**A Downtown** 3-80
 *In a Nutshell: The Downtown Plan*
 *and Urban Design Guidelines* 3-83
**B East 14th Corridor** 3-84
 *In a Nutshell: The North Area Plan*
 *and Revitalization Manual* 3-86
**C Bayfair** 3-88
**D Downtown BART Station Area** 3-89
 *In a Nutshell: The Central*
 *San Leandro/BART Area*
 *Revitalization Study* 3-90
**E San Leandro Boulevard Corridor** 3-91

**F Marina Boulevard and**
 **South-of-Marina** 3-94
**G West San Leandro Business District** 3-96
 *In a Nutshell: The Report and*
 *Recommendations of the West San*
 *Leandro Advisory Committee* 3-96
**H San Leandro Marina** 3-98
**I MacArthur Corridor** 3-100
**J Mid-Washington Corridor** 3-101
**BEYOND THE CITY LIMITS:**
**SAN LEANDRO'S PLANNING AREA** 3-103
**A Overview** 3-103
**B Ashland** 3-105
 *In a Nutshell: The Unincorporated*
 *San Leandro Planning Area* 3-106
**C Hillcrest Knolls/Fairmont Ridge** 3-112
**D Western Castro Valley** 3-113
**E Former San Leandro Rock Quarry** 3-113

**❹ TRANSPORTATION**

**A Overview** 4-1
**B Transportation and Land Use** 4-2
 *Text Box: Integrating Land Use*
 *and Transportation Planning* 4-3
**C Travel Modes** 4-4
 Bicycling and Walking 4-4
 Public Transit 4-7
 Shuttles, Carpools, and Vanpools 4-10
 Automobiles 4-11
 Trucks 4-15
 Railroads 4-15
 Airports 4-16
 Water Transportation 4-16
**D Traffic Forecasts and**
 **Planned Improvements** 4-19
 Level of Service 4-19
 Planned Improvements 4-22
**E Transportation and the**
 **Urban Environment** 4-25
 Neighborhood Traffic Management 4-25
 Traffic Safety 4-27
 Pedestrian-Oriented Streetscape 4-28
**F Interagency Coordination** 4-28

**G Goals, Policies, and Actions**    4-30
     Goal 13: Coordinating Land Use
       and Transportation    4-30
     Goal 14: Bicycle and Pedestrian
       Circulation    4-33
     Goal 15: Public Transportation    4-35
     Goal 16: Streets and Highways    4-39
     Goal 17: Neighborhood Traffic
       Management    4-41
     Goal 18: Traffic Safety    4-43
     Goal 19: Pedestrian-Oriented
       Streetscape    4-45
     Goal 20: Interagency Coordination    4-47

## ❺ OPEN SPACE, PARKS, AND CONSERVATION

**A Overview**    5-1
**B Open Space**    5-2
**C Parks**    5-3
     City Parks    5-3
     *Text Box: San Leandro's Parks*    5-3
     Regional Parks and Trails    5-9
     Joint Use Agreements    5-10
**D Natural Resources**    5-11
     San Leandro Creek    5-11
     Plant and Animal Resources    5-15
     *In a Nutshell: San Leandro Habitat*    5-16
     Other Resource Issues    5-20
**E Conservation**    5-22
     Water    5-22
     Solid Waste and Recycling    5-22
     *Text Box: "What's a Green Building?"*    5-23
     Energy    5-24
**F Goals, Policies, and Actions**    5-26
     Goal 21: Rehabilitation of
       Existing Parks    5-26
     Goal 22: Development of New Parks    5-30
     Goal 23: Regional Parks    5-33
     Goal 24: Joint Use    5-35
     Goal 25: San Leandro Creek    5-38
     Goal 26: Plant and Animal
       Communities    5-40
     Goal 27: Resource Conservation    5-42
     Goal 28: Energy    5-44

## ❻ ENVIRONMENTAL HAZARDS

**A Overview**    6-1
**B Natural Hazards**    6-2
     Earthquakes    6-2
     Landslides and Erosion    6-3
     Wildfire    6-4
     Flooding    6-7

**C Man-Made Hazards**    6-8
     Air Pollution    6-8
     *In a Nutshell: An Air*
     *Pollution Primer*    6-9
     Water Pollution    6-10
     Hazardous Substances    6-11
     Aviation Hazards    6-13
**D Emergency Preparedness**    6-14
**E Noise**    6-16
     Existing and Projected
       Noise Environment    6-16
     *In a Nutshell: How Noise*
     *is Measured*    6-19
     Noise Compatibility    6-20
     Stationary Noise    6-20
     Transportation Noise    6-24
     Airport Noise    6-25
**F Goals, Policies and Actions**    6-28
     Goal 29: Mitigation of
       Natural Hazards    6-28
     Goal 30: Wildfire Hazards    6-31
     Goal 31: Air Quality    6-32
     Goal 32: Water Quality    6-34
     Goal 33: Hazardous Materials    6-37
     Goal 34: Emergency Preparedness    6-40
     Goal 35: Noise Compatibility    6-43
     Goal 36: Transportation Noise    6-46
     Goal 37: Airport Impacts    6-48

## ❼ HISTORIC PRESERVATION AND COMMUNITY DESIGN

**A Overview**    7-1
**B Historic Preservation**    7-2
     Historic and Archaeological Resources    7-2
     Developing a More Effective
       Preservation Program    7-4
     *Text Box: Historic*
     *Preservation Mission Statement*    7-7
     Defining the City's Role    7-10
     Public Awareness of Local History    7-11
     The Economics of Preservation    7-12
**C Community Design**    7-12
     Overview    7-12
     Building a Sense of Place    7-14
     Quality Construction and Design    7-18
     Toward a More Visually
       Attractive City    7-19



**D Goals, Policies, and Actions** 7-22
    Goal 38: Historic Preservation
        Program 7-22
    Goal 39: Defining the City's Role 7-27
    Goal 40: Public Awareness of
        Local History 7-30
    Goal 41: The Economics of
        Preservation 7-33
    Goal 42: Sense of Place 7-35
    Goal 43: Quality Construction
        and Design 7-38
    Goal 44: A More Visually
        Attractive City 7-41

**8 COMMUNITY SERVICES AND FACILITIES**

**A Overview** 8-1
**B Public Safety** 8-2
    Law Enforcement 8-2
    Fire Protection 8-3
**C Education and Information Services** 8-4
    Schools 8-4
    Library and Information Services 8-8
**D Social Services** 8-10
    Child Care 8-10
    Youth 8-11
    Seniors 8-12
    Cultural Arts 8-12
    Responding to Diversity 8-13
    Other Special Needs Populations 8-13
**E Infrastructure** 8-14
    Water 8-14
    Wastewater 8-14
    Drainage 8-16
**F Goals, Policies, and Actions** 8-17
    Goal 45: Police and Fire 8-17
    Goal 46: Schools 8-20
    Goal 47: Library and
        Information Services 8-22
    Goal 48: Child Care 8-24
    Goal 49: Youth Services 8-27
    Goal 50: Senior Services 8-30
    Goal 51: Responding to Diversity 8-32
    Goal 52: Infrastructure 8-34

**9 HOUSING**

(to be adopted separately through a
General Plan Amendment) 9-1

# ⑩ AGENDA FOR ACTION

**A Overview**                                        10-1
**B Focus Area Priorities**                           10-2
**C Major Initiatives**                               10-3
    Zoning Code Changes and
      Map Revisions                          10-3
    Capital Improvements                     10-3
    Design Review and Guidelines             10-7
    Business Development Programs            10-8
    Annual Budgeting and
      City Operating Procedures              10-9
    Emergency Preparedness Program           10-9
    Follow-Up Plans and Studies              10-10
    Historic Preservation Program            10-10
    Intergovernmental Coordination           10-11
    Ordinances                               10-14
    Public Education and Outreach            10-14
**D General Plan Annual Report and**
**  5-Year Evaluation**                     10-15
**E Epilogue**                                        10-15

Glossary                                              A-1
Index                                                 B-1

# FIGURES, CHARTS, AND TABLES

## LIST OF FIGURES

**1-1**   San Leandro Planning Area                      1-5
**2-1**   Regional Location                              2-3
**2-2**   Evolution of the City, 1872-2000               2-7
**3-1**   City Structure                                 3-7
**3-2**   Land Use Map (reduced)                         3-13
**3-3**   Residential Neighborhoods                      3-19
**3-4**   Retail/Service Districts                       3-49
**3-5**   Focus Areas                                    3-81
**3-6**   Unincorporated San Leandro
          Planning Area                                  3-107
**3-7**   Unincorporated Area Land Use Diagram
**4-1**   Bikeway Plan                                   4-5
**4-2**   Master Roadway Plan                            4-13
**4-3**   Truck Routes and Railroads                     4-17
**5-1**   San Leandro Park System                        5-5
**5-2**   Creeks, Drainage Ways, and Watersheds          5-13
**5-3**   Natural Resources                              5-17
**6-1**   Earthquake Hazards                             6-5
**6-2**   2000 Noise Contours                            6-17
**6-3**   2015 Noise Contours                            6-21
**7-1**   Historic Resources                             7-5
**7-2**   Community Design Features                      7-15
**8-1**   Community Facilities                           8-5

## LIST OF CHARTS

**1-1**   Correspondence Between State-Mandated
          General Plan Elements and San Leandro
          General Plan Elements                          1-9
**2-1**   San Leandro Population, 1900-2000              2-5
**2-2**   Year of Construction of San Leandro's
          Housing Stock                                  2-6
**2-3**   Composition of San Leandro's
          Housing Stock                                  2-6
**2-4**   Jobs/Housing Ratios in Selected
          Alameda County Communities                     2-10
**2-5**   Existing Land Uses in San Leandro, 2000        2-11
**3-1**   Survey Findings:
          Commercial Development                         3-47
**3-2**   Characteristics of San Leandro's
          Major Retail Centers                           3-48
**4-1**   Survey Findings: Traffic Calming               4-26
**4-2**   Top Accident Locations in San Leandro,
          1994-1998                                      4-27
**5-1**   Survey Findings-Recreational Needs             5-7
**6-1**   Survey Findings-Emergency Preparedness         6-15

**6-2**   Survey Findings—Noise                          6-16
**6-3**   Typical Sound Levels in the
          Built Environment                              6-20
**7-1**   Survey Findings—City Beautification            7-12
**8-1**   San Leandro and San Lorenzo
          USD Historic Enrollment                        8-4
**8-2**   Demographic (Age) Shifts, 1990-2000            8-11

## LIST OF TABLES

**2-1**   Development Forecasts for San Leandro,
          2000-2015                                      2-14
**3-1**   Acreages in Each Land Use Type                 3-12
**3-2**   Correspondence Between
          Land Use Diagram Designations and
          Zoning Designations                            3-16
**4-1**   Average Daily Traffic Volumes (ADT)
          on San Leandro Streets                         4-12
**4-2**   Level of Service Interpretation                4-20
**4-3**   Levels of Service at Major San Leandro
          Intersections, 2000 and 2015                   4-21
**4-4**   Planned Street Improvements in
          San Leandro, 2000-2015                         4-22
**5-1**   Park and Recreational Facilities in
          San Leandro                                    5-4
**6-1**   Noise Compatibility Standards for
          San Leandro Land Uses                          6-23
**7-1**   Documented Historic Structures
          in San Leandro, 2001                           7-8, 7-9
**10-1**  Zoning Code Revisions to be
          Made or Considered Following
          General Plan Adoption                          10-4
**10-2**  Highest Priority Capital
          Improvement Projects Identified
          by the General Plan                            10-5, 10-6
**10-3**  San Leandro Planning Initiatives
          Requiring Coordination
          With Other Agencies                            10-12, 10-13



## San Leandro Marina

Like Downtown, the Marina is one of the places that distinguishes San Leandro from other cities in the East Bay. It is a community focal point and gathering place, offering a unique combination of recreation and visitor amenities. The policies in this Element encourage the City to take advantage of the area's setting and location by accommodating additional hotels, restaurants, and conference facilities. These additions should be made with care so that the Marina's essential function for recreation and open space is not compromised.

Additional detail on the Marina's future is contained later in this chapter.

## C. PLANNING ISSUES

Although many issues were raised during the discussions of the GPAC's Business and Industry Subcommittee, several stood out as being particularly important. These issues are addressed in the section below, and are specifically covered by goals, policies, and actions in the General Plan.

## Land Use Compatibility

### Buffering and Design

One of San Leandro's top land use priorities is improving the interface between business districts and adjacent residential neighborhoods. In some parts of the City, the lack of separation between homes and industry has resulted in conflicts associated with noise, odors, and other off-site impacts. Aesthetics also may be an issue in these areas, for example, where outdoor storage or bulky warehouses abut single family backyards. The need for better buffering was a recurring theme when the West San Leandro Plan was prepared in 1999 and remained a major issue during the update of the General Plan. General Plan workshops indicated overwhelming support for the creation of buffer zones along the edges of the industrial districts.

Business and Industry policies ensure that San Leandro businesses are good neighbors to the residential areas they adjoin. Strategies for improving land use compatibility include special zoning standards to address off-site impacts and establishing conditions of approval when new business projects are approved. Other strategies include landscaping and fencing requirements, and special parking and access provisions. As older properties and obsolete buildings along the residential-industrial interface are vacated or sold, the City will encourage their reuse with activities that can co-exist with either industry or housing. Such uses might include offices, light industry, open space, and live-work space. Many of the existing uses along the edges of the industrial district already fit this description. These activities, which include landscaped light industrial and parcel-processing buildings, should be sustained and supported in the long-run.

The Land Use Diagram (Figure 3-2) establishes a light industrial buffer zone along the perimeter of the West San Leandro industrial district. It also designates most of the area south of Marina and east of I-880 for light industry. Zoning within this area should encourage businesses with minimal off-site impacts. Standards for new developments should require more extensive screening and should establish appropriate limits on operations where there might otherwise be impacts to nearby homes.



In some locations, large manufacturing plants may remain near residential areas for many years to come. While the continued success of these industries is supported, long-term strategies to mitigate potential impacts on nearby homes should be developed. These strategies might include additional insulation for mechanical equipment, lights directed away from residential backyards, and landscaping or sound walls along property lines.

Land use compatibility issues also exist where commercial uses abut housing, particularly along corridor streets such as MacArthur Boulevard and East 14th Street. Overflow parking, noise from bars and restaurants, and other impacts may disturb nearby neighbors. Zoning regulations and conditional use permit procedures should ensure that new commercial activities can be appropriately integrated into their surroundings. Special care should be taken in the development of new projects which combine housing and retail uses. The commercial activities in such projects will need to be carefully selected to ensure that they can peacefully co-exist with residential uses.

While the predominant buffering issues have been directed at industry, there are also concerns about the potential impacts of new housing on established industrial and commercial uses. When new housing is proposed near industrial areas, the task of buffering and noise attenuation should fall on the residential developer rather than the adjacent industries. Disclosure notices should inform prospective homebuyers of the presence of established industries. Ordinances should be considered to ensure that industry retains the right to operate after nearby housing is developed.

## Encroachment of Non-Industrial Uses in Industrial Areas

Non-industrial uses have already made inroads into some of San Leandro's traditional manufacturing areas. As heavy industry declined during the 1970s and 1980s, several manufacturing plants and warehouses were converted to big box shopping centers, furniture stores, and offices. A number of older industrial sites were cleared and redeveloped with housing. The outcome of these changes has generally been positive, resulting in more productive use of the land, reinvestment in the

community, and new jobs and tax revenues for the City. However, unbridled conversion of industrial uses could eventually erode San Leandro's manufacturing base and make it more difficult for industry to operate. Such industrial "gentrification" may be logical in some locations, but should be strongly discouraged in others.

The areas most suitable for conversion to non-industrial uses are those located adjacent to existing housing, or in areas which lack the amenities to meet the needs of modern industry. Such areas exist along San Leandro Boulevard, Alvarado Street, and Marina Boulevard. In the case of the discount furniture stores along Alvarado Street, the market has changed to the point where some may be converted back to industry; this time, for technology uses or office-flex space rather than warehouses.

This General Plan confirms a commitment to maintain some parts of the City, particularly the General Industrial areas shown on Figure 3-2, as industry-only zones. In such areas, commercial uses should be limited to those that are linked to manufacturing or which provide services to businesses and the local workforce. "Class A" type office buildings like those envisioned around the BART Station should be discouraged in these areas. Retail uses that appear to attract customers from outside the area likewise should be discouraged. This will benefit San Leandro's commercial districts, by concentrating future retail and service growth within established shopping districts.

## In a Nutshell...
### The San Leandro Economic Development Strategy and Work Program

The City of San Leandro adopted an Economic Development Strategy and Work Program in 1997. The Program was the culmination of a two-year analysis of San Leandro's economy and an evaluation of the City's strengths and weaknesses in the regional and national marketplaces. The analysis reached four basic conclusions:

- San Leandro has a strong and diverse economy that is well positioned to sustain continued job growth.
- The City can best accommodate this growth through efficient reuse of existing commercial and industrial areas.
- The local sales tax revenues which are crucial to funding local public services were declining due to losses in non-retail sales transactions (recent evidence shows that this is no longer the case).
- San Leandro needs to continue focusing on improving the local quality of life so that the City remains an attractive place to live and do business.

With these conclusions in mind, the City developed a vision for future economic growth, emphasizing a sustainable community, a diversified economy, vibrant local serving commercial areas, and a strong educational system. At the heart of the Economic Development Strategy is a work program to achieve this vision.

One of the strongest recommendations of the Strategy is to promote business to business relationships in San Leandro and to build links between the City and existing or prospective businesses. The Strategy also includes actions for reinvesting in vacant and underutilized commercial and industrial real estate. It identifies specific programs to enhance the local tax base, particularly through retail recruitment. Finally, the Strategy includes actions to improve community life by bolstering Downtown and by maintaining a highly respected school system

Major recommendations of the Strategy have been fully integrated into the General Plan and appear throughout the document, particularly in the Business and Industry policies and actions.



### Business Image

Over the years, San Leandro has developed a reputation as a "can do" city, dedicated to promoting local reinvestment and job growth. The City's business development efforts have been highly successful, helping San Leandro retain some of its major retailers, attract a 16-screen multi-plex to Bayfair, and bring several high-profile manufacturing firms to the community. It is important that San Leandro's reputation as a smart location for business be sustained in the long run through a strong leadership—not only by City officials, but also by School Boards, City staff, and local business and civic organizations.

The City is working to establish a positive civic image through marketing and special events. Business outreach materials, such as media advertisements, direct marketing, factory tours, and trade fair displays, are part of this effort. A "Made in San Leandro" marketing program has also been launched. The City has a number of special events such as the Cherry Festival which provide opportunities for positive media coverage and visibility.

Another aspect of business image addresses quality of life. Although many factors come into play, the two that stand out most in defining the perception of San Leandro as a good place to do business are education and public safety. Continued reinvestment in San Leandro's schools and a commitment to educational quality are essential to retain a healthy business climate. These themes run throughout the General Plan. Partnerships between the City, the School Districts, and the private sector should be encouraged to maximize the resources available to the education system. Continued public information and on-going efforts to deter crime are needed to dispel negative perceptions regarding safety and build San Leandro's image as a safe place to live, shop and work. A proactive approach which incorporates input from the business community as well as residents is essential to these efforts.

## Jobs-Housing Balance

San Leandro has a favorable balance between jobs and housing and has done a good job maintaining equilibrium between employment growth and household growth during the past 40 years. With the recent surge in housing costs, the City now faces the challenge of promoting a better match between the types of housing available and the types of jobs the community offers.

Historically, San Leandro had a large number of mid-level manufacturing jobs requiring relatively high skills and offering reasonable pay. Today, a growing share of jobs are in the retail and service sectors, which offer wages that are not adequate to obtain housing in the City. In the future, the City will endeavor to provide additional housing that is more affordable to working families in the retail and service industries. The City will also strive to attract higher paying jobs that are suitable for local residents.

# Goal



**7**

# Industrial and Office Districts

**Continue to develop a strong and healthy industrial and office employment base in the community.**

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|

**7.01**  **INDUSTRIAL ASSETS**

Build on the strengths of the City's existing industrial base, transportation infrastructure, and proximity to Oakland International Airport in the City's business development efforts.

- Business Development Programs
- Zoning Code

*Action 7.01-A: Communication and Networking*
*Promote communication and networking among local businesses organizations through focus groups, roundtables, special events, newsletters, and other methods of sharing information and discussing business needs and priorities.*

*Action 7.01-B: Hotels in Industrial Zones*
*Amend the zoning code to allow hotels as a conditional use within appropriate General Industrial areas, including the Oakland International Airport gateway area along Doolittle Drive. Ensure that hotels are only permitted where they would not adversely impact adjacent active industrial uses.*

**7.02**  **ECONOMIC DIVERSITY**

Promote economic diversity and the growth of new and emerging industries. Target businesses that will provide higher-paying jobs for San Leandro residents.

- Business Development Programs

*Action 7.02-A: Economic Data Collection*
*Maintain and regularly update data on local economic activities, sales and property tax trends, the characteristics of the local business community, and development opportunity sites.*



**POLICIES AND ACTIONS** *(Industrial and Office Districts continued).*    **IMPLEMENTATION STRATEGIES**

***Action 7.02-B: Economic Development Strategy Updates***
*Periodically update and revise the City's Economic Development strategies in response to changing market conditions and economic trends.*

**7.03    SUSTAINABLE MANUFACTURING**
Promote environmentally sustainable manufacturing practices by San Leandro businesses and focus business attraction efforts on clean, environmentally-friendly businesses.

- Business Development Programs

**7.04    TECH-SECTOR RECRUITMENT**
Attract and retain technology ("high tech") companies by improving technology infrastructure, targeting such companies through marketing, supporting incubator and start up firms, and maintaining development regulations which facilitate the adaptive reuse of older industrial buildings.

- Building Code
- Capital Improvement Program
- Business Development Programs
- Zoning Code

***Action 7.04-A: Technology and Industry Roundtable***
*Support the efforts of a technology and industry roundtable to foster a dialogue on the needs of technology companies and to promote the expansion of this sector in San Leandro.*

***Action 7.04-B: Technology Incubator***
*Support the establishment of a high-quality private or non-profit technology incubator to attract start-up companies to the City.*

**7.05    REDEVELOPMENT**
Use the financing and incentive mechanisms available through the Redevelopment Agency to achieve business development goals, including better transitions between industrial and residential uses.

- Redevelopment Project Funding
- Specific Plans

***Action 7.05-A: Business Assistance***
*Provide City Staff assistance and outreach to existing businesses, potential new businesses, real estate brokers, and business organizations in the City.*

Exhibit A
Section P
Page 16

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*          **IMPLEMENTATION STRATEGIES**

**7.06**      **ADAPTIVE REUSE**

Encourage private reinvestment in vacant or underutilized industrial and commercial real estate to adapt such property to changing economic needs, including the creation of flex/office space.

- Building Code
- Business Development Programs
- Zoning Code

*Action 7.06-A: Renovation Assistance*
*Develop new programs and continue existing programs that assist local businesses in upgrading or renovating industrial and commercial buildings.*

*Action 7.06-B: Market-Oriented Zoning Review*
*Regularly review the Zoning Code to respond to real estate market and development trends, as well as changes in technology.*

**7.07**      **TAX BASE ENHANCEMENT**

Encourage business development that improves the City's ability to provide the public with high-quality services and which minimizes increases in the tax burden for existing businesses and residents.

- Business Development Programs
- Fiscal Impact Studies

*Action 7.07-A: Business-to-Business Relationships*
*Develop mechanisms to encourage the formation of business relationships between San Leandro companies.*

**7.08**      **TELECOMMUNICATION INFRASTRUCTURE**

Coordinate with the School Districts, the private sector, and local business organizations to upgrade and expand telecommunctions infrastructure in San Leandro, including fiber optics, cable, DSL, and other emerging forms of information technology.

- Capital Improvement Program
- Intergovernmental Coordination
- Public/Private Partnerships

*Action 7.08-A: Fiber Optics*
*Complete the City fiber optics network now under construction in San Leandro and develop strategies for the use of surplus capacity, including assessments of future market demand. Ensure that fiber optics is used effectively as a business development tool and information resource for San Leandro businesses and an educational resource for its schools.*

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*

**IMPLEMENTATION STRATEGIES**

7.09 **WEST SAN LEANDRO BUSINESS DISTRICT**
Build upon the locational strengths and transportation features of West San Leandro to support the area's continued development as a major industrial, technology, and office employment center. In accordance with the West San Leandro Plan, limit the encroachment of incompatible residential and retail uses into the area, and promote additional development and redevelopment with manufacturing, technology, warehouse and distribution, office/flex, and similar uses.

- Capital Improvement Program
- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

*Action 7.09-A: Doolittle Gateway*
*Pursue streetscape improvements along Doolittle Drive between the Oakland city limits and Marina Boulevard that upgrade the appearance of this important gateway from Oakland International Airport. Improvements should include landscaping of the public right-of-way, higher design standards for properties along the corridor, and re-use of vacant or underutilized properties with higher quality uses. Where consistent with Airport Land Use Compatibility restrictions, these uses could include hotels, offices, and other activities that capitalize on the street's proximity to Oakland Airport.*

*Action 7.09-B: West Davis/Eden Road*
*Continue to allow general industrial uses along the west end of Davis Street (west of Doolittle Drive), but establish development standards and use regulations that improve the appearance of the area from adjacent streets. Encourage a long-term transition to higher value industrial uses in this area.*

*Action 7.09-C: Hohener Property*
*Support the reuse of the Hohener property with an industrial or office/flex use that enhances the economic base of the City, creates quality jobs, minimizes impacts on nearby neighborhoods, and is compatible with the uses on adjacent properties.*

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*     **IMPLEMENTATION STRATEGIES**

### Action 7.09-D: Timothy Drive Neighborhood Improvements

*Implement measures to address airport and freeway noise, access and circulation constraints, and conflicts between industrial, commercial, and residential uses within the Timothy Drive neighborhood. These measures should include landscaping and buffering, and could also include additional sound insulation for homes, and redirecting business traffic to non-residential streets. The proposed Westgate Parkway extension should be designed to mitigate truck traffic and noise impacts on the Timothy neighborhood. Extensive participation by area residents should be actively encouraged for any strategy impacting this area.*

*(See also Policy 10.03 and Action 10.03-A on buffering between industrial, residential, and commercial uses throughout San Leandro)*

**7.10     SOUTH OF MARINA BUSINESS DISTRICT**

Facilitate the gradual transition of the South-of-Marina (SOMAR) area into a cohesive light industrial district characterized by light manufacturing, office/flex, research and development, bio-medical, e-commerce, and similar uses, along with complementary business services and employee amenities.

- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

### Action 7.10-A: SOMAR Area Plan

*Prepare an Area Plan for the SOMAR area, including land use and development standards, design themes and guidelines, and an implementation program. The Plan should include measures to limit the displacement of, or creation of hardships for, the existing general industrial uses within this area. It should also identify the landscaping, streetscape, transportation, and infrastructure improvements necessary to promote SOMAR's transformation into a high-quality business park environment.*



**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*        **IMPLEMENTATION STRATEGIES**

> *Action 7.10-B: Burrell Field*
> *Explore a range of options for the Burrell Field athletic complex. One option would be to enter into a partnership agreement with the San Leandro Unified School District and the private sector to upgrade the field and develop additional facilities on-site. Another would be to maintain the Field as is and develop additional facilities elsewhere in the City. In the event that relocation of the field is considered as an option, sale of the existing site shall not proceed until a suitable replacement site has been secured and a firm, contractual commitment to improve the replacement site with athletic facilities has been made. Regardless of which option is selected, the Field should remain operational and should receive a high level of maintenance.*

**7.11**    **MID-WASHINGTON BUSINESS DISTRICT**

Promote a combination of public and private improvements to the Washington Avenue corridor between San Leandro Boulevard and Halcyon-Floresta which improve the aesthetic quality of the street and provide a more unified design identity. As property in this corridor becomes available for reuse, pursue additional light industrial, office, or commercial service (e.g., lumberyards, building materials, etc.) development on vacated sites or in vacated buildings. Such development should adhere to high standards of landscaping and screening. Zoning and design standards should be consistent with the long-term vision of this corridor as a more attractive gateway to Central San Leandro.

- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

> *Action 7.11-A: Rezoning Mid-Washington Avenue to Light Industrial*
> *Following adoption of the General Plan, rezone the mid-Washington Avenue corridor (San Leandro Boulevard to Halcyon-Floresta) from Community Commercial (CC) to Light Industrial (IL).*

**7.12**    **SAN LEANDRO BLVD CORRIDOR BUSINESS DISTRICT**

Promote the continued transition of the San Leandro Boulevard Corridor from older industrial and heavy commercial uses to attractively designed, pedestrian-oriented mixed use and light industrial development.

- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

> *Action 7.12-A: Alvarado at San Leandro Creek*
> *Encourage the development of vacant and underutilized land along Alvarado Street just south of San Leandro Creek with high-quality office development. Provisions*

Exhibit A
Section P
Page 20

POLICIES AND ACTIONS  *(Industrial and Office Districts continued)*          IMPLEMENTATION STRATEGIES

*for creekside park and open space, including a proposed
Environmental Education Center, should be made in
future development plans. High-density residential uses
may also be considered acceptable in this area, with
similar provisions for on-site parks and open space.*

### Action 7.12-B: Park Street Island
*Encourage the gradual transition of the 8-acre "island"
between Park Street and San Leandro Blvd to mixed use
development. Future residential uses in this area should
be oriented along Park Street, while the San Leandro
Boulevard frontage should be used for non-retail
commercial uses. Streetscape improvements, including
undergrounding of utilities, should be pursued to
beautify San Leandro Boulevard as a City gateway in
this area. Siempre Verde Park should be maintained and
enhanced as a neighborhood open space.*

### Action 7.12-C: Alvarado Commons
*Pursue the gradual transition of the area roughly
bounded by Orchard, Thornton, Marina, and San
Leandro Boulevard into a neighborhood of light indus-
trial and incubator businesses, live-work space, small
professional offices and artist/craftsman studios, and
compatible uses.*

### Action 7.12-D: Hudson Lumber Site
*Support the reuse of the Hudson Lumber site with a wide
variety of uses consistent with a "Light Industrial"
General Plan designation. These uses could include a
full complement of telecommunications, research and
development, office, work-live space, and similar uses.
Opportunities for park and recreational uses should also
be pursued on the site if public funding can be secured.*

### Action 7.12-E: Estabrook Parcel Assembly
*Encourage the assembly of parcels along Estabrook
Street to create through-lots to Marina Boulevard.
In the event that such parcels are created, re-use with
commercial development fronting on Marina (rather
than light industrial uses fronting on Estabrook) should
be promoted.*

### Action 7.12-F: San Leandro Boulevard Corridor Park and Public Facility Sites
*Seek opportunities within this area for new parks or other
public facilities, including a linear park along San
Leandro Creek and new neighborhood or community
parks within future development areas.*

# Goal:  Land Use Compatibility

Ensure that commercial and industrial projects are attractively designed and are sensitive to surrounding areas.

**POLICIES AND ACTIONS**

**IMPLEMENTATION STRATEGIES**

**10.01    REUSE OF OLDER BUILDINGS**

Support the reuse of underused, vacant, or obsolete industrial buildings with higher value uses that are consistent with the goals and policies of the General Plan.

*Action 10.01-A: Adaptive Reuse*
*Continue to implement zoning procedures for the re-use of older industrial buildings that specifically address parking requirements, traffic, seismic retrofitting, landscaping and building design standards, and other aspects of site development.*

*Action 10.01-B: Design Guidelines*
*Develop design guidelines for new development in commercial and industrial areas to promote aesthetic improvements in these areas.*

- Building Code
- Development Review
- Zoning Code

**10.02    OFF-SITE IMPACTS**

Consider the setting and context of each site when evaluating proposals for development in industrial areas. The potential for impacts on adjacent uses, including the potential for land use conflicts and increased parking demand and truck traffic, should be a key consideration.

- CEQA
- Development Review

| POLICIES AND ACTIONS *(Land Use Compatibility continued)* | IMPLEMENTATION STRATEGIES |

**10.03    BUFFERING**

When new development takes place in the transitional areas between industry and housing, use a variety of buffering measures including land use restrictions, landscaping and screening, sound walls and insulation, and limits on hours of operations and activities to promote land use compatibility. The City's zoning regulations should continue to contain development and design standards that minimize the potential for conflicts between industrial and residential uses, and between commercial and residential uses.

- Development Review
- Zoning Code

*Action 10.03-A: Industrial-Residential Buffering Standards*
*Continue to implement zoning provisions for buffering along industrial/residential interface areas. These provisions—which include performance standards and lower thresholds for site plan review—should continue to ensure that land use changes are adequately reviewed and that appropriate steps are taken to avoid land use conflicts when new projects are proposed. They are not intended to apply retroactively to existing industrial uses.*

**10.04    INDUSTRIAL SANCTUARY**

Protect the City's major industrial areas from encroachment by uses that are potentially incompatible with existing viable industrial activities, or which may inhibit the ability of industry to operate effectively.

- Development Review
- Zoning Code

**10.05    RETAIL ENCROACHMENT**

To protect the City's industrial land supply, limit the further expansion of "big box" retail and other large footprint retail uses in the City's industrial areas. Conversion of industrial land for big box uses should only be permitted in the vicinity of the existing concentrations of such uses at I-880/Davis Street and along Marina Boulevard.

- Development Review
- Zoning Code

*Action 10.05-A: Retail Uses in Industrial Zones*
*Consider zoning code amendments that limit the encroachment of incompatible uses into industrial areas. Such amendments could require that new retail uses in industrial areas primarily serve local businesses or meet the needs of area employees.*

**POLICIES AND ACTIONS** *(Land Use Compatibility continued)*    **IMPLEMENTATION STRATEGIES**

10.06    **LIGHT INDUSTRIAL BUFFERS**

Use the "Light Industrial" General Plan designation to create buffers between industrial and residential areas, and to facilitate the transformation of specific heavy commercial and general industrial areas to more attractive uses such as business parks.

● Development Review
● Redevelopment Project Funding
● Zoning Code

***Action 10.06-A: Conditions of Approval***
*On an ongoing basis, establish conditions of approval for new commercial and industrial development located adjacent to residential areas, and for new residential areas located adjacent to commercial and industrial areas, which ensure that the potential for future conflict is minimized.*

10.07    **RELOCATION**

Where land use conflicts cannot be reasonably mitigated, consider the relocation of isolated residences surrounded by industrial uses.

● Redevelopment Project Funding



# G. GOALS, POLICIES AND ACTIONS

## Goal: ⑬ Coordinating Land Use and Transportation
Coordinate land use and transportation planning.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|

**13.01**  **DECISION-MAKING**
Ensure that future land use and development decisions are in balance with the capacity of the City's transportation system.

- Capital Improvement Program
- Development Review
- Traffic Monitoring

**13.02**  **KEEPING PACE WITH GROWTH**
Improve transportation infrastructure at a rate that keeps pace with growth.

- Annual Budget
- Capital Improvement Program
- DFSI Fee

**13.03**  **MITIGATION OF DEVELOPMENT IMPACTS**
Require developers to address the impacts that their projects will have on the City's transportation system. A variety of mitigation measures, including impact fees, street improvements, transportation demand management (TDM) measures, and improvement of non-automobile transportation modes, should be considered.

- CEQA
- Development Review
- DFSI Fee

*Action 13.03-A: Impact Fee Review*
*Review City transportation impact fees annually to ensure that they are competitive with the rest of the Bay Area and adequately address local street improvement costs.*

*Action 13.03-B: Traffic Analysis Requirements*
*Require traffic analyses for new development that will generate substantial volumes of traffic. Identify mitigation measures as appropriate to address impacts.*

**13.04**  **TRANSIT-ORIENTED DEVELOPMENT**
Ensure that properties adjacent to the City's BART stations and along heavily used public transit routes are developed in a way that maximizes the potential for transit use. Such development should be of particularly high quality, include open space and other amenities, and respect the scale and character of nearby neighborhoods.

- Development Review
- Intergovernmental Coordination
- Zoning Code

Exhibit A
Section P
Page 25

4-30

**POLICIES AND ACTIONS** *(Land Use Coordination continued)*          **IMPLEMENTATION STRATEGIES**

### Action 13.04-A: BART Station Area Recommendations

*Implement the land use and transportation recommendations identified in the urban design studies and/or area plans for the Bayfair and Downtown San Leandro BART Stations areas.*

*(see also Actions 6.04-A, 6.04-B and 8.10-B).*

### Action 13.04-B: Minimum Density and Intensity Standards

*Adopt minimum density and intensity zoning provisions for sites near the BART stations and along the East 14th Street transit corridor. These provisions should ensure that any new housing developed on these sites contains a minimum of 18 units per acre, and that office development has a floor area ratio of at least 0.5.*

### Action 13.04-C: Evaluation of Transit Needs in New Development

*Evaluate the need for public transit as part of the development review process, both for new projects and for re-use or redevelopment projects.*

**13.05    LAND USE STRATEGIES**

Promote land use concepts that reduce the necessity of driving, encourage public transit use, and reduce trip lengths. These concepts include live-work development, mixed use development, higher densities along public transit corridors, and the provision of commercial services close to residential areas and employment centers.

- Development Review
- Zoning Code (Map)

**13.06    SITING OF HOUSING AND PUBLIC FACILITIES**

Consider access to public transportation to be a major factor in the location and siting of future housing and public facilities. Conversely, ensure that community facilities such as libraries, parks, schools, and community, civic, and recreation centers, are served by public transit.

- Development Review
- City Operating Procedures

**POLICIES AND ACTIONS** *(Land Use Coordination continued)*

**IMPLEMENTATION STRATEGIES**

13.07    **PARKING REQUIREMENTS**
Establish parking requirements that contemplate the desire to promote public transit use, bicycling, and walking.

- Zoning Code

*Action 13.07-A: Review of Parking Requirements*
*Examine the City's on-street and off-street parking requirements to ensure that they adequately support the goal of promoting public transit, pedestrian travel, and bicycle use.*

*(see also Action 10.01-A on parking standards for building reuse).*

13.08    **IMPACTS OF TRANSPORTATION FACILITIES**
Work with public and private agencies to reduce the negative impacts (noise, vibrations, fumes, etc.) of major transportation facilities and transit vehicles on adjacent land uses.

- Intergovernmental Coordination

13.09    **DEVELOPMENT DENSITY AND INTENSITY**
Establish zoning densities and intensities that help maintain the adopted level of service standards on San Leandro streets and highways.

- Traffic Monitoring
- Zoning Code

*Action 13.09-A: Industrial Floor Area Ratio (FAR)*
*Zoning Changes*
*Reduce the base FAR in Light Industrial and General Industrial districts from 1.0 to 0.8 to help ensure that future development and redevelopment does not generate traffic in excess of intersection capacity in the City's major employment districts. Establish an exception process for industrial uses with low employment densities.*

# Goal:   Hazardous Materials

 **33**    Protect local residents and workers from the risks associated with hazardous materials.

**POLICIES AND ACTIONS**

**IMPLEMENTATION STRATEGIES**

**33.01    REGULATORY COMPLIANCE**

Work with the appropriate county, regional, state, and federal agencies to develop and implement programs for hazardous waste reduction, hazardous material facility siting, hazardous waste handling and disposal, public education, and regulatory compliance.

*Action 33.01-A: CUPA Programs*
*Continue to implement State programs as required by the City's Certified Unified Program Agency (CUPA) designation.*

*Action 33.01-B: Implementation of County Hazardous Waste Management Plan*
*Support Alameda County in the implementation and enforcement of the County Hazardous Waste Management Plan. Periodically review the Plan to ensure that it meets acceptable safety standards.*

- County Hazardous Waste Plan
- Environmental Services Programs
- Hazardous Materials Remediation Programs
- Intergovernmental Coordination

6-37

| POLICIES AND ACTIONS *(Hazardous Materials continued)* | IMPLEMENTATION STRATEGIES |
|---|---|

**Action 33.01-C: Review of Groundwater Reports**
*Regularly review monitoring reports and other data published by state, federal, and regional agencies to track the condition of groundwater plumes and environmental cases in the City.*

**33.02    CLEAN-UP OF CONTAMINATED SITES**
Ensure that the necessary steps are taken to clean up residual hazardous wastes on any contaminated sites proposed for redevelopment or reuse. Require soil evaluations as needed to ensure that risks are assessed and appropriate remediation is provided.

- County Hazardous Waste Plan
- Development Review
- Environmental Services Programs
- Hazardous Materials Remediation Programs

**33.03    DESIGN OF STORAGE AND HANDLING AREAS**
Require that all hazardous material storage and handling areas are designed to minimize the possibility of environmental contamination and adverse off-site impacts. Enforce and implement relevant state and federal codes regarding spill containment facilities around storage tanks.

- Development Review
- Fire Code
- Hazardous Materials Business Plans

**Action 33.03-A: Implement Fire Code**
*Administer appropriate sections of the Uniform Fire Code to ensure that buildings comply with hazardous materials policies.*

**33.04    SEPARATION FROM SENSITIVE USES**
Provide adequate and safe separation between areas where hazardous materials are present and sensitive uses such as schools, residences, and public facilities.

- Conditional Use Permits
- Development Review
- Zoning Ordinance

**Action 33.04-A: Zoning Review**
*Consider zoning standards that ensure that new housing is not developed in areas where relatively large quantities of hazardous materials are handled or stored, and that limit the use of hazardous materials by new businesses located in or near residential areas.*

**33.05    INCIDENT RESPONSE**
Maintain the capacity to respond immediately and effectively to hazardous materials incidents. Provide ongoing training for hazardous materials enforcement and response personnel.

- City Operating Procedures
- Emergency Preparedness Plan

**POLICIES AND ACTIONS** *(Hazardous Materials continued)*                    **IMPLEMENTATION STRATEGIES**

**33.06**          **HOUSEHOLD HAZARDOUS WASTES**
Promote public education about the safe disposal of          • Public Education and Outreach
household hazardous waste, such as motor oil
and batteries, including the locations of designated
household hazardous waste disposal sites.

*Action 33.06-A: Publicity of Household Hazardous
Waste Information*
*Work with Alameda County and ACI to publicize
household hazardous waste collection events and
provide each household with information on the location
and operating hours of the nearest household hazardous
waste collection facilities.*

**33.07**          **HAZARDOUS BUILDING MATERIALS**
Ensure the safe and proper handling of hazardous          • Development Review
building materials, such as friable asbestos and lead          • Environmental Services
based paint. If such materials are disturbed during            Programs
building renovation or demolition, they should be          • Intergovernmental Coordination
handled and disposed of in a manner that protects
human health and the environment.

**33.08**          **PUBLIC AWARENESS**
Increase public awareness of hazardous material use          • Public Education and Outreach
and storage in the City, the relative degree of potential
health hazards, and the appropriate channels for
reporting odor problems and other nuisances.

*Action 33.08-A: Disclosure to Property Owners*
*Pursuant to the California Health and Safety Code,
enforce community disclosure laws (e.g., Right-to-Know
laws) that inform property owners of the presence of
hazardous materials nearby.*

**33.09**          **COMMUNITY PREPAREDNESS**
Ensure that the City's Emergency Preparedness          • City Operating Procedures
programs include provisions for hazardous materials          • Emergency Preparedness Plan
incidents, as well as measures to quickly alert the
community and ensure the safety of residents and
employees following an incident.

*Action 33.09-A: Automated Dialing System*
*Develop and implement an automated telephone
dialing system to notify residents in the event of a
disaster such as a chemical spill or other hazardous
materials incident.*

