# Exhibit A

# Administrative Record

# §q(1)

Case 3:07-cv-03605-PJH     Document 37     Filed 07/30/2007     Page 2 of 3

Adopted 7/16/2001 – Effective 8/15/2001                          City of San Leandro Zoning Code - Article 1
(includes amendments effective through 2007)

# SAN LEANDRO ZONING CODE

## PART I - GENERAL PROVISIONS

### Article 1   Title, Components, and Purposes

**Sections:**

    1-100    Title
    1-102    Components
    1-104    Purposes

**1-100  Title**

These regulations and standards shall be known and cited as the "Zoning Code of the City of San Leandro," or "Zoning Code."

**1-102  Components**

The Zoning Code shall have the following components:

    A.    Regulations, known as the zoning regulations, establishing various classes of zoning districts governing the use of land and the placement of buildings and improvements within districts and providing for the administration and amendment of the Zoning Code.

    B.    A map or set of maps, known as the zoning map, delineating the boundaries of zoning districts within the City of San Leandro.

A copy of the zoning regulations and the zoning map, together with a record of all amendments, shall be kept on file with the City Clerk and shall constitute the original record.  A copy of the zoning regulations and zoning map currently in effect also shall be kept on file with the Zoning Enforcement Official.

**1-104  Purposes**

The broad purposes of the Zoning Code are to protect and promote the public health, safety, and general welfare, and to implement the policies of the City of San Leandro General Plan and any adopted Specific Plan or Redevelopment Plan, as provided in the California Government Code, Title 7, Chapters 3 and 4 and in the California Constitution, Chapter 11, Section 7.  More specifically, the Zoning Code is intended to:

A. Provide a precise guide for the physical development of the City in accord with the policies of the General Plan and any adopted Specific Plan or Redevelopment Plan in order to:

1. Preserve the character and quality of residential neighborhoods and commercial and industrial areas consistent with the character of the development districts of the City;

2. Foster convenient, harmonious, and workable relationships among land uses; and

3. Achieve progressively the land development described in the General Plan.

B. Promote the economic stability of existing land uses that are consistent with the development policies of the General Plan and protect them from intrusions by inharmonious or harmful land uses.

C. Prevent excessive population densities and overcrowding of land or buildings.

D. Ensure the provision of adequate open space for light, air, and fire safety.

E. Reduce the risk of injury or exposure to hazard of people and property.

F. Permit the development of office, commercial, industrial, and related land uses that are consistent with the General Plan in order to strengthen the City's economic base.

G. Require the provision of adequate off-street parking and loading facilities, and promote a safe, effective traffic circulation system.

H. Ensure that service demands of new development will not exceed the capacities of existing streets, utilities, or public services.

I. Conserve and enhance the City's architectural and cultural resources.

J. Conserve and enhance key visual features of San Leandro's setting, including the hillsides and bay front, consistent with the General Plan.

K. Improve the design and aesthetic quality of new and existing development.

L. Provide for the elimination, over time, of land uses and structures that are inconsistent with the policies of the General Plan and adversely affect other property or uses.