# Exhibit A

# Administrative Record

# §q(2)

**Assembly Uses.** Meeting, recreational, social facilities of a private or non-profit organization primarily for use by member or guests, or facilities for religious worship and incidental religious education (but not including schools as defined in this section). This classification includes union halls, social clubs, fraternal organizations, and youth centers.

**Assembly Uses, Temporary.** Meeting, recreational, social facilities of a private or non-profit organization primarily for use by member or guests, or facilities for religious worship and incidental religious education (but not including schools as defined in this section) on a site that is not permanently occupied by an assembly use, for a period of not more than thirty (30) days.

**Automatic Teller Machine.** Automatic banking terminals directly accessible to the public outside of an enclosed building.

**Automobile Parts Sales.** The retail sale of new automotive parts and accessories (excluding service and installation).

**Automobile Rentals.** See "Vehicle/Heavy Equipment Rental."

**Automobile Washing.** Washing, waxing, or cleaning of automobiles or similar light vehicles.

**Awning.** A temporary shelter supported entirely from the exterior wall of a building and composed of rigid material or non-rigid material with a supporting framework.

**Balcony.** A platform that projects from the wall of a building, typically above the first level, and is surrounded by a rail balustrade or parapet.

**Banks.** See "Financial Institutions, Retail."

**Barbed Wire.** See "Razor/Barbed Wire."

**Bars.** Establishments that provide on-site alcoholic beverage sales for drinking on the premises and do not admit persons under the age of twenty-one (21). This classification includes businesses with Alcoholic Beverage Control (ABC) licenses of 40, 42, 48, 49 or 61.

Adopted 7/16/2001 – Effective 8/15/2001    City of San Leandro Zoning Code - Article 3
(includes amendments effective through 2007)

**Card Room.** A space, room or enclosure, furnished or equipped with one (1) or more tables used for the playing of cards or similar games, the use of which is available to the public or any portion of the public.

**Caretaker's Quarters.** A dwelling unit on the site of, and accessory to, a commercial, industrial, public, or semipublic use, occupied by a guard or caretaker.

**Catering Services.** Preparation and delivery of food and beverages for off-site consumption without provision for on-site pickup or consumption. (See also "Restaurants").

**Cellar.** See "Basement."

**Cemeteries.** Establishments where the remains of the dead may be kept indefinitely, whether underground or aboveground. This classification includes mausoleums and columbaria.

**Cessation of Use.** The discontinuance or abandonment of a use, as determined by the Zoning Enforcement Official.

**Check-Cashing Business.** See "Financial Institutions, Check Cashing and Personal Loan Services."

**Christmas Tree and Pumpkin Sales.** Outdoor retail sales of Christmas trees between Thanksgiving week and December 26, and pumpkins during the month of October.

**Circuses and Carnivals.** Provision of games, eating and drinking facilities, live entertainment, animal exhibitions, or similar activities in a tent or other temporary structure for a maximum of (7) days. This classification excludes events conducted in a permanent entertainment facility.

**City.** The City of San Leandro.

**Coin-Operated Laundry and Coin-operated Dry Cleaning Businesses.** Any dry cleaning or laundry establishment that provides self-service machines or is not attended.

**Commercial Filming.** Commercial motion picture or video photography.

**Commercial Parking Facility.** Lots offering short-term or long-term parking to the public for a fee.

**Commercial Recreation.** Provision of participant or spectator recreation or entertainment. This classification includes amusement parks, bowling alleys, ice/roller skating rinks, golf courses, miniature golf courses, and scale-model courses.

**Dwelling Unit.** One (1) room, or a series of rooms, that are interconnected via habitable interior spaces, that provides not more than one (1) kitchen and one (1) or more bathrooms, and is intended for occupancy by a single housekeeping unit. An individual dwelling unit is characterized by a single main pedestrian entry, with all other points of entry being visually subordinate.

**Emergency Health Care.** Facilities providing emergency medical service with no provision for continuing care on an inpatient basis.

**Entertainment Activities.** Regulations pertaining to Entertainment Activities, defined as a use classification by this Code, apply to the following activities where they occur on a scheduled basis (3) or more days during a calendar year on the site of any permitted or conditionally permitted use, excluding activities for the non-profit, charitable or educational proposes of public or private institutional uses.

- A. A musical, theatrical, wrestling, dance recital, cabaret, or comedy act performed by one (1) or more persons, regardless of whether performers are compensated;

- B. Any form of dancing by patrons or guests at a business establishment not otherwise regulated as either a "Dance Hall" or an "Instruction and Improvement Services" use classification;

- C. A fashion show, except when conducted within an enclosed building used primarily for the manufacture or sale of clothing.

- D. Any form of recorded entertainment using amplified recorded music, such as karaoke systems.

- E. Televised events, with such features as "big screen" projection systems.

**Equipment Sales.** The sale of large products for commercial and industrial use, e.g. X-ray machines, photocopy machines, etc.

**Establishment of an Adult-Oriented Business.** As used herein, to establish an adult-oriented business shall mean and include any of the following:

- A. The opening or commencement of any Adult-Oriented Business as a new business;

- B. The conversion of an existing business, whether or not an Adult-Oriented Business, to any Adult-Oriented Business defined herein;

- C. The addition of any of the Adult-Oriented Businesses defined herein to any other existing Adult-Oriented Business;