# Exhibit C

# California Building Code 203—A Assembly Building Definition

Exhibit C
Assembly Building Definition
Page 0

**APARTMENT HOUSE** is any building or portion thereof that contains three or more dwelling units and, for the purpose of this code, includes residential condominiums.

**APPROVED**, as to materials and types of construction, refers to approval by the building official as the result of investigation and tests conducted by the building official, or by reason of accepted principles or tests by recognized authorities, technical or scientific organizations.

*[For HCD 1 & HCD 2, DSA/AC] Approved means meeting the approval of the enforcement agency, except as otherwise provided by law, when used in connection with any system, material, type of construction, fixture or appliance as the result of investigations and tests conducted by the agency, or by reason of accepted principles or tests by national authorities, technical, health, or scientific organizations or agencies.*

> NOTES: 1. See Health and Safety Code Section 17920 for "approved" as applied to residential construction and buildings or structures accessory thereto, as referenced in Section 101.17.9.
>
> 2. See Health and Safety Code Section 17921.1 for "approved" as applied to the use of hotplates in residential construction referenced in Section 101.17.9.
>
> 3. See Health and Safety Code Section 17921.3 for "approved" as applied to low-flush water closets in residential construction, as referenced in Section 101.17.9.
>
> 4. See Health and Safety Code Section 19966 for "approved" as applied to factory-built housing as referenced in Section 101.17.9.

**APPROVED AGENCY** is an established and recognized agency regularly engaged in conducting tests or furnishing inspection services, when such agency has been approved.

**APPROVED FABRICATOR** is an established and qualified person, firm or corporation approved by the building official pursuant to Section 1701.7 of this code.

*[For HCD 1 & HCD 2] APPROVED LISTING AGENCY is any agency approved by the enforcement agency unless otherwise provided by statute, which is in the business of listing and labeling and which makes available at least an annual published report of such listings in which specific information is included that the product has been tested to recognized standards and found to comply.*

*[For DSA/AC, HCD 1 & HCD 2] APPROVED TESTING AGENCY is any agency which is determined by enforcement agency, except as otherwise provided by statute, to have adequate personnel and expertise to carry out the testing of systems, materials, type of construction fixtures or appliances.*

**AREA.** See "floor area."

==**ASSEMBLY BUILDING** is a building or portion of a building used for the gathering together of 50 or more persons for such purposes as deliberation, education, instruction, worship, entertainment, amusement, drinking or dining, or awaiting transportation.==

*[For DSA/AC, SFM] Any building or structure or portion thereof used or intended to be used for the showing of motion pictures when an admission fee is charged and when such building or structure is open to the public and has a capacity of 10 or more persons.*

*[For DSA/AC & HCD 1/AC] ASSISTIVE DEVICE. See Chapter 11A, Section 1102A.1-A.*

**ASTM** is the American Society for Testing and Materials, 100 Barr Harbor Drive, West Conshohocken, Pennsylvania 19428.

**ATRIUM** is an opening through two or more floor levels other than enclosed stairways, elevators, hoistways, escalators, plumbing, electrical, air-conditioning or other equipment, which is closed at the top and not defined as a mall. Floor levels, as used in this definition, do not include balconies within assembly occupancies or mezzanines that comply with Section 507.

*[For HCD 1 & HCD 2] ATTIC STORY is any story immediately below the roof and wholly or partly within the roof framing, designed, arranged or built for business or storage use.*

**AUTOMATIC**, as applied to fire-protection devices, is a device or system providing an emergency function without the necessity of human intervention and activated as a result of a predetermined temperature rise, rate of rise of temperature or increase in the level of combustion products.

**AUTOMATIC DOOR.** *[For HCD 1/AC]* See Chapter 11A, Section 1102A.1-A. *[For DSA/AC]* See Chapter 11A, Section 1102A.1-A and Chapter 11B, Section 1102B.

## SECTION 203 — B

**BALCONY** is that portion of the seating space of an assembly room, the lowest part of which is raised 4 feet (1219 mm) or more above the level of the main floor and shall include the area providing access to the seating area or serving only as a foyer.

**BALCONY, EXTERIOR EXIT.** See Section 1006.3.

**BASEMENT** is any floor level below the first story in a building, except that a floor level in a building having only one floor level shall be classified as a basement unless such floor level qualifies as a first story as defined herein.

*[For DSA/AC, HCD 1/AC] BATHROOM. See Chapter 11A, Section 1102A.2-B.*

*[For SFM] BEDRIDDEN PERSON means a person, requiring assistance in turning and repositioning in bed, or being unable to independently transfer to and from bed, except in facilities with appropriate and sufficient care staff, mechanical devices if necessary, and safety precautions as determined in Title 22 regulations, by the Director of Social Services or his or her designated representative.*

*The Director of Social Services or his or her designated representative shall make the determination of the bedridden status of persons with developmental disabilities, in consultation with the Director of Developmental Services or his or her designated representative.*

*The Director of Social Services or his or her designated representative shall make the determination of the bedridden status of all other persons with disabilities who are not developmentally disabled.*

**BOILER, HIGH-PRESSURE**, is a boiler furnishing steam at pressures in excess of 15 pounds per square inch (psi) (103.4 kPa) or hot water at temperatures in excess of 250°F (121°C), or at pressures in excess of 160 psi (1103.2 kPa).

**BOILER ROOM** is any room containing a steam or hot-water boiler.

*[For DSA/AC, HCD 1 & HCD 2, SFM, DSA/AC] BUILDING is any structure as to which state agencies have regulatory power, used or intended for supporting or sheltering any use or occupancy, housing or enclosure of persons, animals, chattels, equipment or property of any kind, and also includes structures wherein things may be grown, made, produced, kept, handled, stored or disposed of, and all appendages, accessories, apparatus, appliances and equipment installed as a part thereof.*

*"Building" shall not include machinery, equipment or appliances installed for manufacture or process purposes only, nor shall it include any construction installations which are not a part of a building, any tunnel, mine shaft, highway or bridge, or include any house trailer or vehicle which conforms to the Vehicle Code.*