# Exhibit D

# Hazardous Material Business Plan Listings

## Daniel Briggs

**From:** <JCamp@ci.san-leandro.ca.us>
**To:** <sac92310@gmail.com>; <danielb@pacificjustice.org>
**Cc:** <sstuart@meyersnave.com>; <jwilliams@meyersnave.com>
**Sent:** Wednesday, July 25, 2007 10:29 AM
**Attach:** HMBP 1 Qtr Mile list 07-07-25 incl type.pdf; HMBP All list 07-07-25 incl type.pdf; Invoice HMBP lists PJL.doc
**Subject:** HMBP Facility Lists Request

Daniel Briggs / Kevin Rodriguez
Pacific Justice Institute

Dear Daniel & Kevin,

Attached are the two HMBP facility lists you requested.
The HMBP All list includes all currently registered HMBP facilities within the City of San Leandro.
The HMBP 1 Quarter mile list are those 7 HMBP facilities within the ¼ mile radius of 835 E. 14th Street.

Also attached is an invoice for services in providing the requested lists.

You should direct your questions regarding zoning and occupancy classifications to the Community Development Department of the City of San Leandro.

Regards,

John A. Camp
Environmental Services Division
City of San Leandro
835 E. 14th Street
San Leandro, CA 94577
direct: 510-577-6029
fax: 510-577-6019
email: jcamp@ci.san-leandro.ca.us

7/25/2007

==CUPA HMBP Faciltiy List 1/4 mile radius to 835 E. 14th St==

| FAC_NAME | NUMBER | STREET | STE_# | BUS_TYPE |
|---|---|---|---|---|
| San Leandro Color | 555 | E 14th St | | paint retail & whosale sales |
| Public Safety Building | 901 | E 14th St | | Police Dept |
| Chevron Station #90176 | 1117 | E 14th St | | Retail Gasoline Station w/ convenience store |
| LYRU Engineering, Inc. | 965 | San Leandro Bl | | Sheet Metal Shop |
| Pacific Coast Laboratories, Inc. | 1031 | San Leandro Bl | | Custom molded ear plugs and communication devices |
| Russell Heath Cleaning | 1056 | E 14th St | | Dry Cleaner |
| Longs Drug Store #056 | 1188 | E 14th St | | Retail Store with photo processing |

CUPA HMBP Facility List

| FAC_NAME | NUMBER | STREET | STE_# | ZIP_CODE | BUS_TYPE |
|---|---|---|---|---|---|
| Spectrum Body and Paint | 760 | 139th Av | | 94578 | Auto Body Repair/Painting |
| Cintas | 777 | 139th Av | | 94578 | Industrial Laundry |
| Ghirardelli Chocolate Co. | 1111 | 139th Av | | 94578 | Chocolate & Cocoa Products |
| American Medical Response | 642 | 143rd Av | | 94578 | Fleet Maintenance |
| Fire Station 12 | 1065 | 143rd Av | | 94578 | Fire Station |
| Worldwide Filter | 1689 | Abram Ct | | 94577 | Mfg Aircraft parts / Aux Equipment NEC |
| Estes Express Lines | 1750 | Adams Av | | 94577 | Trucking Comodities/Maintenance |
| Valley Power Systems | 1755 | Adams Av | | 94577 | Diesel Fleet Maintenance |
| Safeway UST - #040737 | 2000 | Adams Av | | 94577 | Fleet Maint for Milk Plant |
| Safeway Milk Plant - #040737 | 2000 | Adams Av | | 94577 | Fluid milk, fruit juice, bottled water processing |
| California Color Source | 2100 | Adams Av | | 94577 | Wholesale sales and distribution Paints |
| California Environmental & Litho | 2106 | Adams Av | | 94577 | Photochemical supplier & Ag recovery Svc |
| Kaady Chemical Corp. | 2118 | Adams Av | | 94577 | Car wash chemical distribution |
| Grohen Tool & Die Co. | 2133 | Adams Av | | 94577 | Molded plastic products mfg |
| TK Services, Inc. | 2161 | Adams Av | | 94577 | Refrigerated Truck Repair & Maintenance |
| Alameda County Industries, Inc. | 610 | Aladdin Av | | 94577 | Trash hauler and recycling center |
| Barstad & Donicht | 795 | Aladdin Av | | 94577 | Truck accessories sales & installation |
| Dlugosh Cabinet & Fixture | 900 | Aladdin Av | | 94577 | Mfg Furniture - Ofc/Store fixtures |
| C & J Automotive | 1996 | Alvarado St | | 94577 | Auto Repair |
| Panico's Auto Service | 2029 | Alvarado St | | 94577 | General Automotive Repair |
| Dalco Truck Rentals | 2595 | Alvarado St | | 94577 | Truck Leasing with maintenance shop |
| Agribag | 1401 | Factor | | 94577 | Mfg Net Bags - Textile Mills Manmade fabrics |
| Douglas Electronics, Inc. | 2777 | Alvarado St | | 94577 | Mfg Printed Circuit Boards |
| California Optical | 2992 | Alvarado St | | 94577 | Mfg Eyeglass cases |
| Tap Plastics | 3011 | Alvarado St | | 94577 | Plastic Dealer |
| Light Transport Express | 3012 | Alvarado St | | 94577 | Trucking local without storage |
| Robert's Landing Pump Station | 15670 | Anchorage Dr | | 94578 | County Flood Control |
| Federal Express Corp. | 1601 | Aurora Dr | | 94577 | Fleet Maintenance Facility |
| Metro Poly Corp. | 1651 | Aurora Dr | | 94577 | Film Blown Plastics and Extrusions |
| Bancroft 76 | 500 | Bancroft Av | | 94577 | Retail Fuel Sales/Service Station Maintenance |
| Bancroft Cleaners | 625 | Bancroft Av | | 94577 | Retail cleaners dry & wet |
| Shell #136017 | 1285 | Bancroft Av | | 94577 | Service Station |
| Eric F. Anderson, Inc. | 1066 | Beecher St | | 94577 | General contractor - carpentry & cabinetry |
| White Cap | 1140 | Beecher St | | 94577 | Industrial supplies Wholesale |
| N.V. Heathorn | 1155 | Beecher St | | 94577 | General Construction Industrial |
| Belvedere Pump Station | 2480 | Belvedere Av | | 94577 | County Flood Control |
| Kindred Hospital San Francisco Bay Area | 2800 | Benedict Dr | | 94577 | Acute Care Hospital |
| Botner MFG. Co. | 10000 | Bigge St | | 94577 | |
| Suburban Propane | 10620 | Bigge St | | 94577 | |
| Bigge Crane & Rigging Company | 10700 | Bigge St | | 94577 | Heavy Equipment Service |
| Penske Truck Leasing | 10755 | Bigge St | | 94577 | Truck Leasing & Maintenance Facility |
| Bigge Street Investors | 10901 | Bigge St | | 94577 | Operators of commercial buildings |
| Cost U Less | 2055 | Burroughs Av | | 94577 | |
| Crown Worldwide Moving and Storage | 2070 | Burroughs Av | | 94577 | worldwide moving and storage |
| Gan Trans | 800 | Carden St | | 94577 | trucking company |
| Sebring Transport | 2100 | Carden St | | 94577 | Contract Trucking |
| Duarte's Towing | 597 | Castro St | | 94577 | Vehicle Towing Svc |
| Crazy Charlie's Fuel | 13700 | Catalina St | | 94577 | Retail Fuel Station |
| Penhall | 13750 | Catalina St | | 94577 | contractor |
| S. B. Supply Co. | 14029 | Catalina St | | 94577 | New chemical supplier- dry cleaning industry |
| San Francisco Foods | 14054 | Catalina St | | 94577 | Food Manufacturer |
| Centimark | 14111 | Catalina St | | 94577 | |
| Riddell-All American | 14254 | Catalina St | | 94577 | |
| Otis Spunkmeyer, Inc. - Cookie | 14380 | Catalina St | | 94577 | Bakery products, fresh and frozen |
| Otis Spunkmeyer, Inc. - Muffin | 14490 | Catalina St | | 94577 | Bakery Products |
| Wescorp | 14709 | Catalina St | | 94577 | |
| Coast Crane Company | 14951 | Catalina St | | 94577 | Crane Sales/Rental/Service |
| Public Works Service Center | 14200 | Chapman Rd | | 94578 | Facilities Support Services |
| Xtra Oil Company | 589 | Davis St | | 94577 | |
| World Savings & Loan | 794 | Davis St | | 94577 | |
| F.H. Dailey Chevrolet Motor Co. | 800 | Davis St | | 94577 | Auto Dealership with Repair Services |
| ARCO Facility No. 2111 | 1156 | Davis St | | 94577 | Auto Shop/Gas Station |
| Davis Cleaners | 1290 | Davis St | | 94577 | Laundry wet & Dry |
| Costco Wholesale | 1900 | Davis St | | 94577 | Retail Meat Dept. and Bakery, RGO |
| Wal-Mart Store #2648 | 1919 | Davis St | | 94577 | Retail Variety Store |
| Home Depot | 1933 | Davis St | | 94577 | Retail Hardware |
| The Sports Authority | 1933 | Davis St | | 94577 | Retail Sporting goods |
| JBR Gourmet Foods, Inc | 1933 | Davis St | | 94577 | Brewery |
| JBR Gourmet Foods, Inc. | 1933 | Davis St | Ste 180 | 94577 | Coffee roasting, packaging & Distribution |
| Aeron Biotechnology | 1933 | Davis St | Ste 310 | 94577 | |
| Shell Station #136022 | 1944 | Davis St | | 94577 | |
| GMG Lancaster, Inc. | 1995 | Davis St | | 94577 | wholesale sales/distribution of hardware, paint sundries |
| Oceanic-Pelagic | 2002 | Davis St | | 94577 | |
| Tow World | 2100 | Davis St | | 94577 | |
| Copper Harbor Company | 2300 | Davis St | | 94577 | |
| OEM Automatic Transmission Parts | 2370 | Davis St | | 94577 | Torque Converter remfg. & Parts Sales |
| W. C. Rose Company | 2399 | Davis St | | 94577 | Scrap Metal Dealer |
| Bert & Johnny's Auto Parts | 2550 | Davis St | | 94577 | Auto Dismantling |
| Davis Street Transfer Station / WMI | 2615 | Davis St | | 94577 | Refuse & Recycling Transfer Station |
| Water Pollution Control Plant | 3000 | Davis St | | 94577 | Wastewater Treatment |
| Precision Die Cutting | 150 | Doolittle Dr | | 94577 | Die-cut displays, printed packaging tapes |
| Coast Counties Truck & Equipment Co. | 260 | Doolittle Dr | | 94577 | Truck/Trailer Service, Sales, Leasing |

## CUPA HMBP Facility List

| FAC_NAME | NUMBER | STREET | STE_# | ZIP_CODE | BUS_TYPE |
|---|---|---|---|---|---|
| Avis Rent A Car | 390 | Doolittle Dr | | 94577 | Auto Rental |
| Firelight Glass | 844 | Doolittle Dr | | 94577 | Manufacturing-Glass/candles |
| Bayfab Metals, Inc. | 870 | Doolittle Dr | | 94577 | Sheet Metal Shop |
| Dependable Furniture Mfg. | 888 | Doolittle Dr | | 94577 | Mfg wood office furniture |
| Johnson Western Gunite Company | 940 | Doolittle Dr | | 94577 | Concrete/Gunite Construction |
| ALCO Iron & Metal Co. | 1091 | Doolittle Dr | | 94577 | Retail and Scrap Metal Processing and Sales |
| Vic Mufflers and Auto Repair | 1244 | Doolittle Dr | | 94577 | Auto Repair |
| Vertis Communications, Inc. | 1345 | Doolittle Dr | Ste E | 94577 | Print Shop |
| The Hertz Corp. | 1400 | Doolittle Dr | | 94577 | Passenger car rental |
| Ridge Cast Metals Corporation | 1554 | Doolittle Dr | | 94577 | Cast & Ductile Iron Foundry |
| SBC Pacific Bell | 1661 | Doolittle Dr | | 94577 | Telephone utility field svc center |
| Nella Oil #453 | 1805 | Doolittle Dr | | 94577 | retail fuel sales - cardkey facility |
| Dakota Press | 14400 | Doolittle Dr | | 94577 | Commercial Printing |
| Monument Gas & Mart | 111 | E 14th St | | 94577 | Retail gas station |
| Sunshine Cleaners | 223 | E 14th St | | 94577 | Laundry wet & Dry |
| World Imported Car Service | 355 | E 14th St | | 94577 | Auto Repair/Service |
| San Leandro Color | 555 | E 14th St | | 94577 | paint retail & whosale sales |
| Public Safety Building | 901 | E 14th St | | 94577 | Police Dept |
| Chevron Station #90176 | 1117 | E 14th St | | 94577 | Retail Gasoline Station w/ convenience store |
| Oil Changers Inc. # 105 | 1700 | E 14th St | | 94577 | Automotive Lubricating Service |
| Ben Begier Buick | 1915 | E 14th St | | 94577 | Car Dealership |
| San Leandro Gas & Car Wash | 1990 | E 14th St | | 94577-5023 | Retail gasoline station & car wash |
| Kragen Auto Parts #1277 | 2396 | E 14th St | | 94577 | Retail auto parts |
| Trailer Haven | 2399 | E 14th St | | 94577 | Trailer Park - Long Term |
| Midas Auto Service Center | 13745 | E 14th St | | 94578 | Auto Service & Muffler Shop |
| Eden Medical Center, San Leandro Campus | 13855 | E 14th St | | 94578 | |
| Precision Auto Care | 13990 | E 14th St | | 94578 | General Automotive Repair |
| East Bay Auto Care | 14285 | E 14th St | | 94578 | Auto Service & Repair |
| San Leandro Auto Care | 14590 | E 14th St | | 94578 | Auto Repair |
| Super Oil Change & Tune Up | 14675 | E 14th St | | 94578 | Auto Repair Shop |
| Bayfair Auto Repair | 14825 | E 14th St | Ste B | 94578 | General Automotive Repair |
| The Pep Boys | 14845 | E 14th St | | 94578 | |
| Quality Tune-up Shops #32 | 14901 | E 14th St | | 94578 | Auto Tune-Up, Lube & Smog Work |
| San Leandro Surgery Center | 15035 | E 14th St | | 94578 | Outpatient Opthalmalic Surgery |
| Phelps Auto Wreckers | 2622 | Eden Rd | | 94577 | Auto Dismantling & Parts Sales |
| Specialty Manufacturing | 2035 | Edison Av | | 94577 | Boat Jet Drive mfg |
| Coast Tool Company | 2099 | Edison Av | | 94577 | Machine Tool Distributor |
| Basco Drywall & Painting | 829 | Estabrook St | | 94577 | Paint Contractor |
| San Leandro Radiator & Auto Air | 870 | Estabrook St | | 94577 | Radiator, heating, and air conditioning repair |
| San Leandro Auto Service | 920 | Estabrook St | Ste D | 94577 | Auto Repair |
| Fire Station 9 | 450 | Estudillo Av | | 94577 | |
| Reliance Powder Coating Systems Inc. | 1577 | Factor Av | | 94577 | Metal Coatings |
| Sun Chemical Corp. | 1599 | Factor Av | | 94577 | Formulation of Printing Inks |
| Saag's Products, Inc. | 1799 | Factor Av | | 94577 | Sausage mfg. |
| F Pump Station | 2603 | Fairway Dr | | 94577 | County Flood Control |
| Triangle Coatings | 1930 | Fairway Dr | | 94577 | Solvent-Based Coatings, CFR 446 |
| Strategic Materials Inc. | 1932 | Fairway Dr | | 94577 | Glass Recycling |
| Fairway Properties | 1951 | Fairway Dr | | 94577 | Trucking with warehousing |
| Monarch Bay Golf Club | 2599 | Fairway Dr | | 94577 | |
| D1 Pump Station | 2048 | Farallon Dr | | 94577 | County Flood Control |
| Kennerley-Spratling | 2116 | Farallon Dr | | 94577 | Plastic Injection Molding |
| Wright's Automotive Service | 621 | Fargo Av | | 94579 | Auto Repair |
| Arnerich Automotive Services | 14995 | Farnsworth St | | 94579 | General Auto Repair |
| K Mart | 250 | Floresta Bl | | 94578 | |
| Orchard Supply Hardware | 300 | Floresta Bl | | 94578 | Retail hardware |
| Bally Total Fitness | 567 | Floresta Bl | | 94578 | Fitness Club |
| John's Mobile Truck Services | 799 | Fremont Av | | 94577 | General Repair |
| Grand Gas Station | 1401 | Grand Av | | 94577 | |
| PG&E - Estudillo Substation | 1407 | Grand Av | | 94577 | |
| US Ink, A Division of Sun Chemical | 14465 | Griffith St | | 94577 | Printing Ink manufacturer |
| Allied Refrigeration | 14487 | Griffith St | | 94577 | Wholesale supply house |
| US Ink A Division of Sun Chemical | 14555 | Griffith St | | 94577 | |
| Kraft General Foods | 100 | Halcyon Dr | | 94578 | Process/Package Coffee, Dry Dessert mixes |
| Richards Automotive Service | 1495 | Hays St | | 94577 | Auto Repair and Maintenance |
| Jiffy Lube | 15015 | Hesperian Bl | | 94578 | Auto Service |
| SBC Pacific Bell | 15125 | Hesperian Bl | | 94578 | |
| ARCO Station No. 2162 | 15135 | Hesperian Bl | | 94578 | Auto Shop/Gas Station |
| State Roofing Systems | 15444 | Hesperian Bl | | 94578 | Roofing Contractor |
| PCC Structurals | 414 | Hester St | | 94577 | Ferrous metal investment casting |
| Refrigeration Supplies | 436 | Hester St | | 94577 | |
| Norco Printing | 440 | Hester St | | 94577 | Commercial offset printer |
| General Foundry Service | 459 | Hester St | | 94577 | Aluminum Foundry |
| Caltool | 470 | Hester St | | 94577 | |
| Kelly's Truck Repair | 495 | Hester St | | 94577 | Industrial Truck Repair |
| Sprint Nextel Corporation Site CA0807 | 536 | Lewelling Bl | | 94579 | Cell site |
| Hansen Fire Equipment | 536 | Lewelling Bl | Ste C | 94579 | Fire extinguisher/protection system services |
| M-T Metal Fabrication | 536 | Lewelling Bl | | 94579 | |
| Moeller Brothers Body Shop | 539 | Lewelling Bl | | 94579 | Body Shop |
| CalTrans Maintenance Station | 600 | Lewelling Bl | | 94579 | Fleet Maintenance |
| Longs Drug Store #232 | 699 | Lewelling Bl | | 94579 | Retail store w/ photo processing |
| ARCO #0601 | 712 | Lewelling Bl | | 94579 | Retail Gasoline sales |
| Windsor Square Auto Service | 1900 | Lewelling Bl | | 94579 | General Auto Repair |

## CUPA HMBP Facility List

| FAC_NAME | NUMBER | STREET | STE_# | ZIP_CODE | BUS_TYPE |
|---|---|---|---|---|---|
| Champion Automotive Inc. | 585 | Macarthur Bl | | 94577 | Auto Repair |
| J. C. Tires & Brakes | 735 | Macarthur Bl | | 94577 | Automotive Repair Shops, N.E.C. |
| Jewels Gas & Auto Care | 999 | Macarthur Bl | | 94577 | Retail Gasoline Sales |
| Swiss Valley Cleaners | 1395 | Macarthur Bl | | 94577 | Laundry Wet & Dry |
| Nelson's Body Shop | 512 | Marina Bl | | 94577 | Automotive Body Shop |
| Talbot's Truck Painting | 650 | Marina Bl | | 94577 | Auto & Truck Painting |
| Peterson Tractor Company | 955 | Marina Bl | | 94577 | Heavy Equipment Sales & Service |
| San Leandro Valero | 1088 | Marina Bl | | 94577 | Retail Fuel Sales |
| San Leandro Honda | 1302 | Marina Bl | | 94577 | New & Used Car Dealership |
| Nella Oil #23 | 2180 | Merced St | | 94577 | Retail fuel sales |
| Poly-Tek | 1900 | Marina Bl | | 94577 | |
| Ingersoll-Rand | 1944 | Marina Bl | | 94577 | Compressor service & sales |
| International Paper | 1950 | Marina Bl | | 94577 | Commercial (Corrugated Box) Printing, N.E.C. |
| Georgia-Pacific Gypsum LLC | 1988 | Marina Bl | | 94577 | Paper Mill & Warehouse |
| CALTRANS Equipment Shop 4 | 1993 | Marina Bl | | 94577 | Fleet Maintenance |
| Nor-Cal Moving Services | 2001 | Marina Bl | | 94577 | Trucking (moving) with Storage |
| Shell Station #136020 | 2175 | Marina Bl | | 94577 | Retail Fuel Sales |
| PG&E - Ward Substation | 683 | Ward Street | | 94577 | |
| RJ Lee Group | 530 | McCormick St | | 94577 | Material/Chemical Characterization |
| Edwards Heat Treating | 642 | McCormick St | | 94577 | Metal Heat Treatment |
| Dal Tile & Stone | 2303 | Merced St | | 94577 | marble and Tile distributing |
| L-3 Pulse Sciences | 2700 | Merced St | | 94577 | High Energy Testing Equipment for DOD |
| Cultured Marble Products | 2701 | Merced St | | 94577 | |
| Triangle Coatings | 2821 | Merced St | | 94577 | |
| Anchor Distribution Services | 2950 | Merced St | | 94577 | Warehousing & Distribution |
| Service Printing Company | 2725 | Miller St | | 94577 | Offset Printing |
| Corrpro Companies | 2799 | Miller St | | 94577 | Corrosion engineering & Equip installation |
| Gan Trans Brokerage | 2800 | Miller St | | 94577 | |
| Sturdy Pet Products | 591 | Montague Av | | 94577 | Pet Food mfg |
| M.A.R.'s Engineering Co. | 699 | Montague Av | | 94577 | Machine Shop |
| Humboldt Instrument | 792 | Montague Av | | 94577 | Machine Shop |
| Interstate Brands Corporation | 833 | Montague Av | | 94577 | |
| Ashlock Company | 855 | Montague Av | | 94577 | Mfr/Repair Food Processing Equipment |
| Borden Lighting | 999 | Montague Av | | 94577 | Commercial lighting manufacture |
| H Pump Station | 13203 | Monarch Bay Dr | | 94577 | County Flood Control |
| Saderma North, Inc. | 1650 | Neptune Dr | | 94577 | Leather & Shoe Findings |
| East Bay Dischargers Authority | 14150 | Neptune Dr | | 94577 | Dechlorination facility for treated wastewater |
| Little Red's Auto Collision | 2625 | Nicholson St | | 94577 | Auto Body Repair |
| Norcal Waste Equipment Co. | 299 | Park St | | 94577 | |
| Intertile | 2300 | Polvorosa Av | | 94577 | marble/stone |
| USF Reddaway | 2375 | Polvorosa Av | | 94577 | Trucking |
| Foamex | 2451 | Polvorosa Av | | 94577 | Polyurethane mfg |
| Applied Fusion | 1914 | Republic Av | | 94577 | |
| Applied Fusion | 1915 | Republic Av | | 94577 | Laser Welding |
| National Plant Services | 1933 | Republic Av | | 94577 | |
| Chad's Collision/BMC of San Leandro | 1970 | Republic Av | | 94577 | Auto Body & Paint |
| Will's Family Favorites | 1991 | Republic Av | | 94577 | Salad mfg |
| Maaco | 250 | San Leandro Bl | | 94577 | Auto Body Repair & Painting |
| Moturis | 420 | San Leandro Bl | | 94577 | |
| LYRU Engineering, Inc. | 965 | San Leandro Bl | | 94577 | Sheet Metal Shop |
| Pacific Coast Laboratories, Inc. | 1031 | San Leandro Bl | | 94577 | Custom molded ear plugs and communication devices |
| San Leandro Marina | 40 | San Leandro Marina | | 94577 | |
| Drive Line Service of S.L. | 2474 | Teagarden St | | 94577 | Driveshaft Repair and Balancing |
| Automotive Center of San Leandro | 2482 | Teagarden St | | 94577 | General Auto Repair |
| Western States Oil Co. | 2709 | Teagarden St | | 94577 | Retail fuel and lubricating oils sales and distribution. |
| Hudson Flooring Sales | 2712 | Teagarden St | | 94577 | Wholesale flooring |
| CLF Warehouse | 2783 | Teagarden St | | 94577 | Wholesale Parts Distributor |
| Peterson Power Systems | 2828 | Teagarden St | | 94577 | Diesel Generator Service/Sales |
| Trans Time | 3021 | Teagarden St | | 94577 | Cryogenic svc Health care Nec |
| Shepherd & Son, Inc. | 683 | Thornton St | | 94577 | Painting Contractor |
| Class A Auto Care | 695 | Thornton St | | 94577 | General Auto Repair |
| Columbia Cosmetics | 1661 | Timothy Dr | | 94577 | Cosmetics mfg |
| Unimax Auto Craft | 1724 | Timothy Dr | | 94577 | Auto Body Shop |
| Diamond Manufacturing | 1763 | Timothy Dr | | 94577 | Metal Fabrication |
| Diamond Manufacturing | 1767 | Timothy Dr | | 94577 | |
| Diamond Manufacturing | 1775 | Timothy Dr | | 94577 | |
| Champion Carpet | 2389 | Verna Ct | | 94577 | |
| United Refrigeration | 2405 | Verna Ct | | 94577 | |
| SLS, Inc. | 1980 | West Avenue 140th | | 94577 | |
| Prime Source Building Products | 2062 | West Avenue 140th | | 94577 | Wholesale Building Materials |
| Dry Clean USA | 1322 | Washington Av | | 94577 | Dry Cleaners |
| Auto Doctor of San Leandro | 1693 | Washington Av | | 94577 | Auto Repair |
| Brake & Wheel Center of S.L. | 1805 | Washington Av | | 94577 | Auto Repair |
| Unocal Station #5430 | 1935 | Washington Av | | 94577 | Independent Gasoline Dealer and Shop |
| Tom Nohr's Automotive | 1940 | Washington Av | | 94577 | Auto repair/ maintenance |
| C&S Transmissions | 2233 | Washington Av | | 94577 | Automotive Transmission Repair |
| James Auto & Truck Service | 2411 | Washington Av | | 94577 | Auto Repair |
| PG&E - U Substation | 13939 | Washington Av | | 94578 | |
| K/P Corporation | 13951 | Washington Av | Ste A | 94578 | Printer - Lithographic |
| Union Auto Repair | 14078 | Washington Av | | 94578 | Auto Repair |
| Sutherland & Sutherland | 14082 | Washington Av | | 94578 | Auto Repair |
| United Rentals | 14273 | Washington Av | | 94578 | Tool and Equipment Rental |

Exhibit D
HMBP Listings
Page 5

## CUPA HMBP Facility List

| FAC_NAME | NUMBER | STREET | STE_# | ZIP_CODE | BUS_TYPE |
|---|---|---|---|---|---|
| Superior Lift Trucks Inc. | 14315 | Washington Av | | 94578 | Forklift sales & service |
| Universal Auto Repair | 14320 | Washington Av | | 94578 | General Auto Service/Repair |
| Rodgers Trucking Co. | 14327 | Washington Av | | 94578 | Trucking Drayage with maintenance Facility |
| Custom Mike's Auto Body & Paint | 14332 | Washington Av | | 94578 | Autobody and Paint |
| Econo Lube N Tune #69 | 14602 | Washington Av | | 94578 | Auto Repair |
| Raintree Car Wash | 14610 | Washington Av | | 94578 | Car Wash/Gas Station |
| Grant Laboratories | 14688 | Washington Av | | 94578 | Mfr pesticide products |
| S & B 76 | 14794 | Washington Av | | 94578 | Retail Fuel Sales |
| Valero Gas & Food | 14798 | Washington Av | | 94578 | Retail Fuel Sales |
| Conoco Phillips/ Kayo Oil #2705443 | 15199 | Washington Av | | 94578 | Retail Gasoline Sale |
| Techco Gas | 15201 | Washington Av | | 94578 | Retail Gasoline Sale |
| Marina Square Auto Center | 2085 | Wayne Av | | 94577 | |
| Finishmaster | 2088 | Wayne Av | | 94577 | Automotive and Industrial Paint |
| L. A. Smith & Sons Body Shop | 2094 | Wayne Av | | 94577 | Body & Painting Shop |
| KEMAR, Inc. | 527 | Whitney St | | 94577 | Repair of Electrical Motors & Equipment |
| Schindler Elevators | 555 | McCormick St | | 94577 | |
| Cast Aluminum Corporation dba CASTCO | 667 | Whitney St | | 94577 | Aluminum Foundry |
| Dunbar Armored | 593 | Whitney St | | 94577 | Armored Car Maintenance |
| Adams Precision Screen Printing, Inc. | 704 | Whitney St | | 94577 | Screen printing and graphics |
| Industrial Nuclear Co. | 14320 | Wicks Bl | | 94577 | X-Ray Testing Svc |
| Graphic Sciences | 2527 | Grant Av | | 94579 | |
| Star Tam | 14497 | Wicks Bl | | 94577 | Battery Repair/Sales |
| Coca-Cola Bottling Company of California | 14655 | Wicks Bl | | 94577 | Bottled & Canned Soft Drinks |
| Cummins West, Inc. | 14775 | Wicks Bl | | 94577 | Diesel Engine Sales and Service |
| Ridout Roofing | 621 | Williams St | | 94577 | roofing contractor |
| L.A. Smith & Sons | 903 | Williams St | | 94577 | Auto Body repair & painting |
| True World Foods | 1815 | Williams St | | 94577 | Seafood Preparation & Distribution |
| NELCO, Inc. | 1840 | Williams St | | 94577 | Fabrication of lead x-ray shielding |
| Ace Truck Repair | 1906 | Williams St | | 94577 | |
| MV Transportation | 1944 | Williams St | | 94577 | Truck Terminal with Wash Facility |
| Express Freight Systems | 2027 | Williams St | | 94577 | Trucking Facility w/ Maintenance |
| Unipoly | 2040 | Williams St | | 94577 | plastic bag manufacture |
| Rexam Beverage Can Company | 2050 | Williams St | | 94577 | Can mfg |
| Norcal Pottery Products | 2091 | Williams St | | 94577 | |
| Betts Spring Company | 2100 | Williams St | | 94577 | Spring mfg |
| Associated Aerospace Activities, Inc. | 2502 | Williams St | | 94577 | Aerospace mfg |
| Patent Construction Systems | 2575 | Williams St | | 94577 | |
| Paradiso Mechanical | 2600 | Williams St | | 94577 | Contractor |
| Raito Inc. | 1660 | Factor Av | | 94577 | Geosystems Construction/ground stabilization |
| San Leandro Unified School District | 1145 | Aladdin Av | | 94577 | Facilities support & maintenance site |
| LVI Environmental Services, Inc. | 3004 | Alvarado St | Ste I | 94577 | Environmental Contractor |
| Harold Chapman | 2040 | Williams St | | 94577 | Scrap |
| Gold Coast Warehouse Company | 1937 | Davis St | | 94577 | Warehouse - Cotton bales |
| ePAC Technologies, Inc. | 2561 | Grant Av | | 94579 | Printer |
| Con-Cise Contact Lens Company | 14450 | Doolittle Dr | | 94577 | mfg contact lens |
| Bluewater Environmental Services, Inc. | 2075 | Williams St | | 94577 | Abatement/Demolition contractor |
| Paul M. Wolff Company | 854 | Williams St | | 94577 | Concrete floor Treatments |
| Apria Healthcare Group, Inc. | 2476 | Verna Ct | | 94577 | Medical Gas Supplier |
| Kizanis Custom Cabinets | 2483 | Washington Av | | 94577 | Wood Cabinet Construction |
| Russell Heath Cleaning | 1056 | E 14th St | | 94577 | Dry Cleaner |
| American Truck Fleet Service | 1791 | Neptune Dr | Ste B | 94577 | Truck sales and service |
| Marina Pontiac GMC | 1444 | Marina Bl | | 94577 | Automobile Dealership |
| The Ford Store San Leandro | 1111 | Marina Bl | | 94577 | New Automotive Dealership |
| Ransome Company | 1933 | Williams St | | 94577 | General Contractor Ofc & Corp yard |
| Stericycle, Inc. | 1345 | Doolittle Dr | Ste C | 94577 | Medical Waste Storage/Treatment Facility |
| Specialty Warehouse | 888 | Carden Street | | 94577 | Sheet metal specialities |
| D & B Machine | 534 | 143rd Av | | 94578 | Machine shop |
| Kone Inc. (Kone Elevator) | 15021 | Wicks Bl | | 94577 | Elevator, Escalator Repair and Maintenance |
| Best Concrete Steps | 820 | 143rd Av | | 94578 | manufacture/precast concrete products |
| Edwards Welding | 296 | 139th Av | | 94578 | Welding |
| BART San Leandro Substation (ASL) | 1401 | San Leandro Bl | | 94577 | Mass Transit |
| BART San Leandro Substation (ASL) | 15242 | Hesperian Bl | | 94577 | Mass Transit |
| Trinet Group, Inc. | 1100 | San Leandro Bl | | 94577 | Human Resources outsource services |
| Van-Mulder Sheet Metal, Inc. | 1501 | Doolittle Dr | | 94577 | Manufacture/install architectural sheet metal |
| Rolls Wood Group USA, | 14700 | Doolittle Dr | | 94577 | aircraft engine repair |
| ACCO Engineered Systems | 1111 | Aladdin Av | | 94577 | Air Conditioning Contractor/Sheet Metal Shop |
| Olson & Co. Steel | 1941 | Davis St | | 94577 | Structural Steel Fabrication |
| Premier Gas & Snacks | 15018 | Hesperian Bl | | 94578 | Retail Gasoline & convienance store |
| Target #1428 | 300 | Bayfair Mall | | 94579 | Department Store |
| Longs Drug Store #056 | 1188 | E 14th St | | 94577 | Retail Store with photo processing |
| Carrier Corporation, CCS | 10810 | Bigge St | | 94577 | HVAC |
| Contec Decanter | 13880 | Catalina St | | 94577 | industrial centrifuge mfr and repair |
| Superior Mechanical Services, Inc. | 1455 | 150th Av | | 94578 | HVAC sales and service |
| Simmons Mattress Company | 1700 | Fairway Dr | | 94577 | Mattress Manufacturer |
| Specialty Graphics, Inc. | 1998 | Republic Av | | 94577 | Printing |
| Kaneka Texas Corporation | 2465 | Polvorosa Av | | 94577 | |
| PG&E - Grant Substation | 2539 | Grant Av | | 94579 | |
| Triangle Digital | 2125 | Williams St | | 94577 | Oil Base Ink Research & Development |
| Pacific Pulmonary Services | 619 | McCormick Av | | 94577 | Home Oxygen Supply |
| Innovative Auto & Truck Service | 2220 | Davis St | | 94577 | Automotive Repair |
| Bay Area Veterinary Medical Group | 14792 | Washington Av | | 94578 | veterinary |
| Cooks Collision of San Leandro | 2763 | Teagarden St | | 94577 | auto body repair and painting |

| FAC_NAME | NUMBER | STREET | STE_# | ZIP_CODE | BUS_TYPE |
|---|---|---|---|---|---|
| Clayworth Healthcare | 14183 | Catalina St | | 94577 | Durable Medical Goods |
| W.R. Grace & Company | 2140 | Davis St | | 94577 | Specialty Chemical Products |
| Nella Oil #29 dba Flyer's | 14660 | E. 14th Street | | 94577 | Gasoline Station |
| US Air Conditioning Distributors | 1951 | Fairway Dr | | 94577 | Air Conditioning Equipment Distributor |
| Japan Engines, Inc. | 1951 | Williams St | | 94577 | Used Engine importer / Wholesaler / rebuild |
| Doral's Auto Repair | 2000 | Merced St | | 94577 | Auto repair - General |
| Georgia-Pacific Corrugated LLC | 2800 | Alvarado St | | 94577 | Flexible Packaging |
| General Foundry Service Corp. | 2424 | Merced St | | 94577 | Machine Shop |
| McKevitt Volvo | 467 | Marina Bl | | 94577 | Automotive Dealer New |
| S & K Auto Repair | 14429 | E 14th St | | 94577 | Automotive Repair |
| Advanced Tech Collision Center | 2835 | Miller Street | | 94577 | auto repair, body work & paint |
| San Leandro Auto Body | 14140 | Washington Av | | 94578 | Repair/Painting/Detailing |
| H/T Auto Repair & Service | 14330 | Washington Av | | 94578 | Auto Repair |
| VERIZON Wireless Hwy 238/880 | 536 | Lewelling Bl | | 94578 | Unstaffed cell site |
| Alameda Applied Sciences Corp | 626 | Whitney St | | 94577 | Commercial Physical R&D |
| Vivian Transmission | 1672 | E 14th St | | 94577 | Transmission Repair |
| Acoustical Material Services | 701 | Fremont | | 94577 | |
| Production Distributing | 2395 | Washington | | 94577 | Car wash products distributer |
| Nextel Communications- CA-0292 | 1688 | Abram Court | | 94577 | |
| Nextel Communications | 10700 | Bigge St | | 94577 | cell phone site |
| Nextel Communications CA-0692 | | Ashland | | 94577 | cell phone site |
| Nextel Communications, CA-2356 | 15000 | Farnsworth Street | | 94577 | cell phone site |
| Nextel Communications-CA-2187 | | Hwy 580 @ Estudillo | | 94577 | cell phone site |
| Nextel Communications- CA-0807 | 536 | Lewelling Blvd | | 94577 | cell phone site |
| Nextel Communications- CA-1111 | 1933 | Davis | | 94577 | cell phone site |
| Nextel Communications CA-1167 | 2090 | Farallon Drive | | 94577 | cell phone site |
| Nextel Communications CA-2511 | 2450 | Washington | | 94578 | cell phone site |
| Conoco Phillips/Secor International | 15555 | Hesperian Bl | | 94578 | Engineering Service |
| Popeye's Chicken & Biscuits | 13808 | E 14th St | | 94578 | Restaurant |
| Argon Hydraulic | 2553 | Williams St | | 94577 | Hydraulic systems maintenance and repair |
| New Cingular Wreless PCS 25546 | 1933 | Davis St | Ste 216 | 94577 | cell phone site |
| New Cingular Wireless-14766 | 1465 | Factor Av | | 94579 | |
| New Cingular Wireless-14738 | 699 | Lewelling Bl | | 94579 | cell phone site |
| New Cingular Wireless- 28480 | 433 | Estudillo Av | | 94577 | cell phone site |
| Chilis Bar & Grill | 15555 | E 14th St | Ste 366 | 94578 | Restaurant |
| VERIZON Wireless Bayfair | 14895 | E 14th St | | 94578 | Unstaffed cell site |
| VERIZON Wireless HWY 880/Davis | 1933 | Davis St | Ste 218 | 94577 | Unstaffed cell site |
| VERIZON Wireless San Leandro South | 655 | Marina Bl | | 94577 | Unstaffed cell site |
| Bay Cities Produce Co., Inc. | 2109 | Williams St | | 94577 | Produce wholesale, some processing |
| XLC Corp dba Winkflash | 2265 | Polvorosa Av | Ste 360 | 94577 | Photo processing |
| Wheel Works | 1050 | Marina Bl | | 94577 | Auto repair, tire sales & service |
| Timberlake Respiratory Care & Home Medical Equip | 2953 | Teagarden | | 94577 | medical oxygen supply |
| Saia Motor Freight Line, Inc. | 1755 | Aurora Dr | | 94577 | Trucking, Except Local (Terminal Only) |
| Pavel's Yogurt | 14710 | Wicks Bl | | 94577 | Yogurt manufacturing from fluid milk |
| Bizpie Ramen, Inc. | 1798 | Timothy Dr | | 94577 | Ramen noodle preparation (fried) |
| Western Waterproofing Company | 650 | Whitney St | | 94577 | Building Restoration |
| Bayfair Center | 15555 | E. 14th | Ste 350 | 94578 | Retail |
| San Leandro Hyundai Kia | 765 | Marina | | 94577 | auto service center |
| Wal-Mart c/o Kern & Associates | 15555 | Hesperian Bl | | 94578 | Retail |
| ProTransport-1, LLC | 1471 | Doolittle Dr | | 94577 | Medical Transport (non-emergency) |
| Hanbang Sauna | 14075 | E 14th St | | 94578 | sauna |
| Partsline (Lartom, Inc. dba City Auto Supply) | 14300 | Catalina St | | 94577 | Auto parts warehouse and distributor |
| Purrfect Auto Service #102 | 1946 | Davis St | | 94577 | Auto Repair |
| Pechiney Plastic Packaging | 761 | Montague Av | | 94577 | Warehouse flexible packaging |

Environmental Services Division
City of San Leandro

INVOICE FOR SERVICES

Date: July 25, 2007

To:
Pacific Justice Institute
P.O. Box 276600
Sacramento, CA 95827-6600

| Services Provided | Fee per SLAC §6.4.100 | Total |
|---|---|---|
| HMBP facility list | $11.00 / list | $11.00 |
| !/4 Mile buffer HMBP list | $11.00 / list | $11.00 |
| Staff time creating buffer list and adding customizing output | $119 / hr | $59.50 |
| | Invoice Total: | $81.50 |

Please make check payable to: City of San Leandro

Mail check along with a copy of the invoice to:

Attn: Environmental Services
City of San Leandro
835 E. 14th Street
San Leandro, CA 94577

If you have any questions regarding this invoice please contact John Camp in the Environmental Services office at 510-577-6029.

Thank you,