# Exhibit E

# Administrative Record

# Catalina Property City Taxes

**2006-2007**
For Fiscal Year Beginning July 1, 2006 and Ending June 30, 2007

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax-Rate Area | Special Handling |
|---|---|---|---|
| 80G-933-22-1 | 207885 | 10-057 | 999  999 |

Location of Property
**14600 CATALINA ST**
Assessed to on January 1, 2006
91 DRUMM ASSOCIATES

INTERNATIONAL CHURCH FOURSQUARE GOSPEL
1910 W SUNSET # 200
LOS ANGELES CA 90026

**Tax-Rate Breakdown**

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 52,242.12 |
| VOTER APPROVED DEBT SERVICE : | | |
| SCHOOL UNIFIED | .0333% | 1,739.66 |
| SCHOOL COMM COLL | .0159% | 830.65 |
| BAY AREA RAPID TRANSIT | .0050% | 261.21 |
| EAST BAY REGIONAL PARK | .0085% | 444.06 |
| **TOTAL** | **1.0627%** | **55,517.70** |

**Fixed Charges and/or Special Assessments**

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (510)783-7744 | 1.74 |
| CSA PARAMEDIC | (510)618-2055 | 99.84 |
| CSA VECTOR CONTROL | (510)567-6800 | 11.84 |
| PARAMEDIC SUPPLMNT | (510)577-3381 | 52.96 |
| FLOOD BENEFIT 9 | (510)670-5563 | 190.82 |
| AC TRANSIT MEAS BB | (877)299-1190 | 48.00 |
| EAST BAY TRAIL LLD | (800)273-5167 | 5.44 |
| STORM WATER UTIL | (510)577-6022 | 282.14 |

**Total Fixed Charges and Special Assessments: 692.78**

**Tax Computation Worksheet**

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 601,117 | | |
| IMPROVEMENTS | 4,623,095 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 5,224,212 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 5,224,212 | 1.0627% | 55,517.70 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 5,224,212 | 1.0627% | 55,517.70 |
| | | | 55,517.70 |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| | .00 | 30,925.76 |

**PLEASE READ IMPORTANT MESSAGES**

- SECOND INSTALLMENT NOW DELINQUENT. SEE 3 & 4 ON REVERSE. DATED 05/28/07
- $ PAYMENTS MADE MAY 31 TO JUNE 30 MUST BE CASH, CREDIT CARD OR CASHIER'S CHECK.
- **URGENT REMINDER** UNPAID PRIOR YEAR TAXES, CALL (510) 272-6800.
- ECHECK ACCEPTED ONLINE @www.acgov.org
- CREDIT CARD ACCEPTED BY PHONE OR ONLINE @www.acgov.org

**PLEASE SEE REVERSE FOR MORE INFORMATION**

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787    (510) 272-3770

Form 114-SC01 (rev. 9/06)
12.088

---

**SECOND INSTALLMENT PAYMENT, 2006-2007**          2
PARCEL NO. 80G-933-22-1
TRACER NO. 207885   #

**2**   THIS AMOUNT DUE   FEB. 1, 2007 →

Pay this amount after APRIL 10, 2007
(This includes delinquent penalty of 10% and $10.00 cost)

$30,925.76

Do Not Use This Stub After June 30, 2007

SEND THIS STUB WITH YOUR SECOND PAYMENT

Make checks payable to: Donald R. White, Tax Collector, Alameda County
Your cancelled check is your receipt.

32007 7207885002 5002810524 00000000

**FIRST INSTALLMENT PAYMENT, 2006-2007**          1
PARCEL NO. 80G-933-22-1
TRACER NO. 207885

**1**   THIS AMOUNT DUE   NOV. 1, 2006 →

Pay this amount after DECEMBER 10, 2006
(This includes delinquent penalty of 10%)

Do Not Use This Stub After June 30, 2007

SEND THIS STUB WITH YOUR FIRST PAYMENT

Make checks payable to: Donald R. White, Tax Collector, Alameda County
Your cancelled check is your receipt.

Exhibit E
Page 1

**2006-2007**
For Fiscal Year Beginning July 1, 2006 and Ending June 30, 2007

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4285

# 31773

| Parcel Number | Tracer Number | Tax-Rate Area | Special Handling |
|---|---|---|---|
| 80G-933-20 | 207883 | 10-057 | |

Location of Property
**14850 CATALINA ST**
Assessed to on January 1, 2006
91 DRUMM ASSOCIATES

INTERNATIONAL CHURCH FOURSQUARE GOSPEL
1910 W SUNSET # 200
LOS ANGELES CA 90026

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 4,772.22 |
| VOTER APPROVED DEBT SERVICE : | | |
| SCHOOL UNIFIED | .0333% | 158.90 |
| SCHOOL COMM COLL | .0159% | 75.88 |
| BAY AREA RAPID TRANSIT | .0050% | 23.86 |
| **EAST BAY REGIONAL PARK** | **.0085%** | **40.56** |
| TOTAL | 1.0627% | 5,071.42 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (510)783-7744 | 1.74 |
| CSA VECTOR CONTROL | (510)567-6800 | 5.92 |
| FLOOD BENEFIT 9 | (510)670-5563 | 8.90 |
| EAST BAY TRAIL LLD | (800)273-5167 | 5.44 |
| STORM WATER UTIL | (510)577-6022 | 13.16 |

**Total Fixed Charges and Special Assessments** **35.16**

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 477,222 | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 477,222 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 477,222 | 1.0627% | 5,071.42 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 477,222 | 1.0627% | 5,071.42 |
| | | | 5,071.42 |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| | 0.00 | $2,818.61 |

### PLEASE READ IMPORTANT MESSAGES

- SECOND INSTALLMENT NOW DELINQUENT. SEE 3 & 4 ON REVERSE. DATED 05/26/07
- PAYMENTS MADE MAY 31 TO JUNE 30 MUST BE CASH, CREDIT CARD OR CASHIER'S CHECK.
- **URGENT REMINDER** UNPAID PRIOR YEAR TAXES. CALL (510) 272-6800.
- ECHECK ACCEPTED ONLINE @ www.acgov.org
- CREDIT CARD ACCEPTED BY PHONE OR ONLINE @ www.acgov.org

PLEASE SEE REVERSE FOR MORE INFORMATION

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787    (510) 272-3770

### SECOND INSTALLMENT PAYMENT, 2006-2007    2
PARCEL NO. 80G-933-20
TRACER NO. 207883    #

**2**    THIS AMOUNT DUE  FEB. 1, 2007 →

Pay this amount after APRIL 10, 2007
(This includes delinquent penalty of 10% and $10.00 cost)

$2,818.61

Do Not Use This Stub After June 30, 2007

SEND THIS STUB WITH YOUR SECOND PAYMENT

Make checks payable to: Donald R. White, Tax Collector, Alameda County
Your cancelled check is your receipt.

32007 9207883002 5000255329 00000000

### FIRST INSTALLMENT PAYMENT, 2006-2007    1
PARCEL NO. 80G-933-20
TRACER NO. 207883

**1**    THIS AMOUNT DUE  NOV. 1, 2006 →

Pay this amount after DECEMBER 10, 2006
(This includes delinquent penalty of 10%)

Do Not Use This Stub After June 30, 2007

SEND THIS STUB WITH YOUR FIRST PAYMENT

Make checks payable to: Donald R. White, Tax Collector, Alameda County
Your cancelled check is your receipt.

Form 114-SC01 (rev. 8/06)
12,384