Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.:   CO7-03605-PJH-JCS<br><br>**DECLARATION OF FAITHKIDZ MINISTRY DIRECTOR ALICIA SWINDERMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION OF ALICIA SWINDERMAN

-1-

official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50,

Defendants.

FAITH FELLOWSHIP FOURSQUARE CHURCH,

Real Party in Interest.

I, Alicia Swinderman, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am one of the FaithKidz Ministry Directors for Faith Fellowship Worship Center, located at 577 Manor Boulevard, San Leandro, California 94579.

3. I verify and attest to all of the statements made by Casey Lee in her affidavit. As directors of the FaithKidz Ministry, Casey Lee and I can confirm the hardship our ministry has taken because of facility and parking space restrictions. The City enforced these restrictions on Faith Fellowship when they denied access to the Church's new facility on Catalina Street.

4. The City of San Leandro's decision to not allow use of the new facility on Catalina Street has substantially burdened the FaithKidz Ministry and Faith Fellowship as a whole. Due to the City's denial we have had to close classrooms and turn away children. We encounter closed classrooms almost every week. Without more facility space we will continue to close classrooms. We need additional facility space to minister all children who want to participate in FaithKidz

Ministry. By not being able to use the new facility FaithKidz Ministry has significantly hindered our ability to share the Gospel and teach Christian precepts.

5. Not being able to use the new facility has stopped FaithKidz Ministry from growing. The ministry does not have enough facility space to add children. We are saddened that our ministry cannot allow new children to join. One of the most important parts of practicing religion is being able to spread the word of God. Without more space we will have lost the ability to further spread our love and worship of God. This is a substantial burden on our free practice of religion.

6. Our mission is to minister as many children as possible. The new facility will give us the additional space we need to grow. Ministering to children is extremely important to Faith Fellowship. Our free practice of religion is being substantially burdened because we cannot minister all children who want to participate in FaithKidz Ministry.

7. I have an example that can uphold my assertion. One time a mother asked if her child could invite eight friends to this ministry. We regrettably had to say no. For a short period, the mother was unhappy with FaithKidz Ministry because of this incident. I felt personally and religiously burdened that we did not have enough space to accommodate eight additional students. If we cannot add a mere eight students then our facility is too small to accommodate the community need. Examples such as the above pain our hearts and burden our free exercise of religion. If we are not allowed to use the new facility then we are being drastically constrained in practicing our religious beliefs.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 12th day of July, 2007, in the County of Alameda, City of San Leandro.

                                              _/S/ Alicia Swinderman_____
                                              Alicia Swinderman, Declarant

### **Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                             _/S/_ Kevin Snider_____
                                             Kevin T. Snider
                                             Mathew B. McReynolds
                                             Peter D. MacDonald
                                             Attorneys for Plaintiff and
                                             Real Party in Interest