**EXHIBIT A**

| | |
|---|---|
| 1 | Jayne W. Williams, Esq. (SBN:63203) |
|   | jwilliams@meyersnave.com |
| 2 | Deborah J. Fox, Esq. (SBN: 110929) |
|   | dfox@meyersnave.com |
| 3 | Peter S. Hayes, Esq. (SBN: 184552) |
|   | phayes@meyersnave.com |
| 4 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
|   | 555 12th Street, Suite 1500 |
| 5 | Oakland, California 94607 |
|   | Telephone: (510) 808-2000 |
| 6 | Facsimile: (510) 444-1108 |
| 7 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL | Case No. C 07-03605 PJH |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | Honorable Phyllis J. Hamilton |
| CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50. | Complaint Filed: 7/12/07 |
| Defendants. | |

Defendants' Notice of Manual Filing  [C 07-03605 PJH]

MANUAL FILING NOTIFICATION

REGARDING: Exhibit A to the Declaration of William Shock in Support of Opposition to Plaintiffs Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be personally served on August 15, 2007 in hard-copy.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www/cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

The PDF file size is larger than the e-filing system allowance.

Dated: August 15, 2007              Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By_____
Peter S. Hayes
Attorneys for Defendants
CITY OF SAN LEANDRO, TONY SANTOS,
SURLENE G. GRANT, DIANA M. SOUZA, JOYCE R.
STAROSCIAK, BILL STEPHENS, JIM PROLA, JOHN
JERMANIS, DEBBIE POLLART

1004356.1



A-1