**EXHIBIT A**



**City of San Leandro**
Planning Services
835 E. 14th Street • San Leandro, CA 94577
PH (510) 577-3371   FAX (510) 577-6007

# PLANNING PERMIT APPLICATION

(COPY)

*Please type or print legibly.*

**Project Address:** 14600 CATALINA / 14850

**Assessor's Parcel Number:** 80G-933-22-1 / 80G-933-21-0 / 80G-933-20-0

*Please check all applicable permits.*
- ☐ Conditional Use Permit
- ☐ Fence Modification
- ☐ Planned Development
- ☐ Variance
- ☒ Zoning Map Amendment
- ☐ Other _____
- ☐ Parking Exception
- ☐ Tentative Map
- ☐ Site Plan Review:
  - △ Major
  - △ Minor
  - △ RS-VP

*Please describe the project associated with your application request. (Attach additional sheets if necessary.)*
REZONE PROPERTIES FROM IP TO IP (AU) WITH ASSEMBLY USE OVERLAY — MODIFICATION TO EXISTING APPLICATION

*Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)*

---

**Applicant** (☒ owner ☐ lessee ☐ other): ICFG (SAN LEANDRO #2 - LOCAL)
**Legal Name** (☐ individual ☒ corporation ☐ joint venture ☐ partnership): _____
**Mailing Address:** 1910 WEST SUNSET BLVD. #200   **Work Phone:** (510) 357-5723 (JIM LEE)
**City:** LA   **State:** CA   **Zip:** 90026   **Home Phone:** ( )
**Email Address (optional):** _____   **Cell Phone:** (510) 773-8568

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
**Date:** 3/20/07   **Applicant's Signature:** [signature]

*change date 3/20/06? not 3/20/07*

(If applicant is not the owner)
☐ corporation ☐ joint venture ☐ partnership: _____
_____   **Work Phone:** ( )
_____ **State:** ___ **Zip:** _____   **Home Phone:** ( )
_____   **Cell Phone:** ( )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.
**Date:** _____   **Property Owner's Signature:** _____

---

### TO BE COMPLETED BY CITY STAFF

**Project #:** PLN 2006-00049   **Date Received:** 5/19/06 **By:** DP   **Zoning District:** IP
**Reviewing Body:** PC/CC   **Fee/Deposit paid:** 2000   **Code Section:** _____
**Hearing Date:** 4/12; 5/1; 21   **Receipt #:** 73490
**Customer #:** 17657
**Redevelopment:** ☐ Plaza ☐ Joint ☒ WSL/Mac
**Environmental:** ☐ Exempt ☒ Neg Dec ☐ EIR
**Staff Comments:** H-1   (ALREADY PREP'D)

---

**COMMUNITY DEVELOPMENT DEPARTMENT**
www.ci.san-leandro.ca.us

**Faith Fellowship Worship Center**
577 MANOR BLVD
SAN LEANDRO, CA 94579
(510) 357-5723

BANK OF AMERICA, NA
SAN LEANDRO
11-35/1210

13327

5/18/2006

PAY TO THE ORDER OF: City of San Leandro — $ **2,000.00

Two Thousand and 00/100 ******************************************** DOLLARS

City of San Leandro
Community Development Dept
835 E. 14th Street
San Leandro, CA 94577-3782

MEMO: 14600 Catalina

⑈013327⑈ ⑆121000358⑆ 0478⑈11199⑈

---

ITH FELLOWSHIP FOURSQUARE CHURCH                                13327

City of San Leandro                                5/18/2006
FACILITIES:14600 Catalina Purchase                              2,000.00



Checking Account    14600 Catalina                              2,000.00

*Please make xerox file & return to Debbie*

A-3