**EXHIBIT H**

# CITY OF SAN LEANDRO

Community Development Department • Planning Services Division
835 East 14th Street • San Leandro, CA 94577 • (510) 577-3371 • Fax: (510) 577-6007

**PLANNING PERMIT APPLICATION** 

*Please type or print legibly.*

Project Address: 14600 Catalina St

Assessor's Parcel Number: 080-G-0933-022-01
809-933-21-6
-20-0

*Please check all applicable permits.*

- ☒ Conditional Use Permit
- ☐ Fence Modification
- ☐ Planned Development
- ☐ Site Plan Review:
- ☐ Variance
- ☐ Zoning Map Amendment
- ☐ Other _____
- Δ Major
- ☐ Parking Exception
- ☐ Tentative Map
- Δ Minor
- Δ RS-VP

*Please describe the project associated with your application request. (Attach additional sheets if necessary.)*
We are applying for an existing permitted use, entertainment activities, some church use Conditional Use Permit.

*Please provide a supporting statement for your application request. (Attach additional sheets if necessary.)*
See attached

Applicant (☒ owner ☐ lessee ☐ other ): ICFG San Leandro #2

Legal Name ( ☐ individual ☒ corporation ☐ joint venture ☐ partnership ): _____
Mailing Address: 577 Manor Blvd    Work Phone: (510) 357-5723
City: San Leandro   State: CA   Zip: 94579   Home Phone: (510) 656-5695
Email Address (optional): Jim @ Faith-Fellowship.US   Cell Phone: (510) 773-8569

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.

Date: 3-28-07   Applicant's Signature: _____

Property Owner (if the applicant is not the owner): _____
Legal Name ( ☐ individual ☐ corporation ☐ joint venture ☐ partnership ): _____
City: ___ State: ___ Zip: ___ Home Phone: ( )
Email Address (optional): ___ Cell Phone: ( )

I (We) hereby certify under penalty of perjury that I (we) join in said application and that the statements and information contained herein are in all respects true and correct.

Date: _____   Property Owner's Signature: _____

---

**TO BE COMPLETED BY CITY STAFF**

Project #: PLN 2007-00013   Date Received: 3/29/07   By: OP   Zoning District: IP
Reviewing Body: BZA   Fee Deposit paid: 600.—   Code Section: _____
Hearing Date: TBD   Receipt #: 74351   Redevelopment: ☐ Plaza ☐ Joint ☐ WSL/Mac
   Customer #: 18892   Environmental: ☐ Exempt ☐ Neg Dec ☐ EIR

Staff Comments: _____

H-1-1



# City of San Leandro
Planning Services
835 E. 14th Street • San Leandro, CA 94577
PH (510) 577-3371   FAX (510) 577-6007

## AGREEMENT FOR PAYMENT OF FEES FOR APPLICATION PROCESSING

Project Address/Name: 14600 Catalina St, SL

PLN: 2007-00013    APN: 080-G-0933-022-01

Applicant (☒ owner ☐ lessee ☐ agent of owner ☐ other): ICFG San Leandro #2

Legal Name (☐ individual ☒ corporation ☐ joint venture ☐ partnership): _____

Mailing Address: 577 Manor Blvd    Daytime Phone: (510) 357 5723
City: San Leandro    State: CA    Zip: 94579    Fax: (510) 614 0068
Email Address (optional): Jim@Faith-Fellowship.us    Cell Phone: ( )

I (We) hereby agree to pay all personnel and related direct and indirect costs (including 205% of employee benefits and overhead) for the review and processing of application(s) for the subject project, at such time as requested by the Community Development Director. *Direct costs include, but are not limited to review of project application for completeness by all applicable City Departments; telephone or written communication with applicant/property owner/architect, engineer, etc.; preparation of staff reports; and attendance by staff at public hearings.* If applicable, I (we) also hereby agree to pay all contract costs for preparing an environmental document in compliance with the California Environmental Quality Act.

Payments are due and payable within 30 days. Interest will accrue on all costs unpaid 30 days after billing at the maximum legal rate and the City is entitled to recover its costs, including attorney's fees, in collecting unpaid accounts.

If the City is unable to collect all costs from the applicant or authorized agent, the property owner will be responsible for the amount due. Delinquent accounts may result in a lien being placed on the property.

Furthermore, I (we) hereby agree to hold the City harmless from all costs and expenses, including attorney's fees, incurred by the City or held to be the liability of the City in connection with the City's defense of its actions in any proceeding brought in any State or Federal Court challenging the City's actions with respect to my (our) project.

Date: 3-28-07    Applicant's Signature: [signature]

Property Owner (if the applicant is not the owner): _____

Legal Name (☐ individual ☐ corporation ☐ joint venture ☐ partnership): _____

Mailing Address: _____    Daytime Phone: _____
City: _____    State: ___ Zip: _____    Cell/Fax: _____
Date: _____    Property Owner's Signature: _____

Date Stamp Received/Paid    **TO BE COMPLETED BY CITY STAFF**

Deposit: 1000.—    Receipt #: 74351    cc: ___ Finance
Customer #: 18891    Date: 3/28/07         ___ Eng/Trans
                                            ___ Fire

Staff Comments: _____

H-1-2

## COMMUNITY DEVELOPMENT DEPARTMENT
www.ci.san-leandro.ca.us



**FAITH FELLOWSHIP FOURSQUARE CHURCH**
577 MANOR BLVD
SAN LEANDRO, CA 94579-1721
(510) 357-5723

CHRISTIAN COMMUNITY CREDIT UNION
90-7483-3222

1528

15282 3/28/2007

PAY TO THE ORDER OF CITY OF SAN LEANDRO

Pay Exactly
One Thousand Dollars And No Cents $ $1,000.00 DOLLARS

CITY OF SAN LEANDRO
835 E 14TH STREET
SAN LEANDRO CA 94577

JESUS CHRIST THE SAME YESTERDAY, TODAY AND FOREVER.
HEBREWS 13:8

MEMO

ccount #15769

⑈015282⑈ ⑆322274831⑆ 00076696017⑈

---

NOT VALID UNTIL RECEIPTED BY CASHIER

A 095

By

Account No.

For

Address

Received From $

Date 20

Taxpayer ID# 94-6000421

RECEIPT NO. 74351

835 EAST 14th STREET • SAN LEANDRO, CALIFORNIA 94577

**CITY OF SAN LEANDRO**

H-1-3

City of San Leandro
Planning Department
attention: Mr Luke Simms

RE: Faith Fellowship Church
use of Building at
14600 Catalina ST. San Leandro
CA. 94579

Dear Mr Simms,                                                                    March 28th, 2007

   We are applying for a CUP for "entertainment activities" use in the existing IP district, SAME-CHURCH-USE, so we can have a basis upon which to begin processing the CUP application. This will be a parallel application to the existing zoning code amendment we have in process currently.

   We have out grown the facility we are at currently, and along with that, we have a grossly inadequate parking situation. It is our desire to stay relatively close to the community we serve, and also relieve the over crowded conditions we currently endure. The new property has plenty of parking, and ample street parking on Catalina.

   We feel that the four hours we spend on Sunday at the new proposed location will not negatively effect the current traffic flow that exists. By leaving the current facility, the traffic and parking problem will go away, and the residents around the 577 Manor blvd property will have some welcome relief from traffic congestion and parking issues on Sundays. Additionally, the businesses that surround our new facility will be less venerable to theft and vandalism because of an increased presence by our people during times when those businesses are normally closed.

We will also make our facilities available when possible for established organizations such as the Boy and Girl scouts, Four H clubs, and others at the sole discretion of Faith Fellowship Church, after a review and applications process.

Thank you
Sincerely, Jim Lee
Faith Fellowship Church

*Jesus Christ: Saviour, Healer, Baptizer, Coming King*

577 Manor Boulevard • San Leandro, CA 94579 • (510) 357-5723 • www.faith-fellowship.us

H-2-1

| | |
|---|---|
| 1 | Jayne W. Williams, Esq. (SBN:63203) |
| | jwilliams@meyersnave.com |
| 2 | Deborah J. Fox, Esq. (SBN: 110929) |
| | dfox@meyersnave.com |
| 3 | Peter S. Hayes, Esq. (SBN: 184552) |
| | phayes@meyersnave.com |
| 4 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 5 | Oakland, California 94607 |
| | Telephone: (510) 808-2000 |
| 6 | Facsimile: (510) 444-1108 |
| 7 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL | Case No. C 07-03605 PJH |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | Honorable Phyllis J. Hamilton |
| | Complaint Filed: 7/12/07 |
| CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50. | |
| Defendants. | |

Defendants' Notice of Manual Filing   [C 07-03605 PJH]

## MANUAL FILING NOTIFICATION

REGARDING: Exhibit H-3 to the Declaration of Debbie Pollart in Support of Opposition to Plaintiffs Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be personally served on August 15, 2007 in hard-copy.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www/cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

The PDF file size is larger than the e-filing system allowance.

Dated: August 15, 2007            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By_____
Peter S. Hayes
Attorneys for Defendants
CITY OF SAN LEANDRO, TONY SANTOS, SURLENE G. GRANT, DIANA M. SOUZA, JOYCE R. STAROSCIAK, BILL STEPHENS, JIM PROLA, JOHN JERMANIS, DEBBIE POLLART

1004376.1

Defendants' Notice of Manual Filing [C 07-03605 PJH]                1



