**EXHIBIT I**

# City of San Leandro
Civic Center, 835 E. 14th Street
San Leandro, California 94577



April 25, 2007

Mr. Jim Lee
Faith Fellowship Church
577 Manor Blvd.
San Leandro, CA 94579

Re: Incomplete Conditional Use Permit Application for a Proposed Assembly Use at 14600/14850 Catalina Street (PLN2007-00013)

Dear Jim:

In accordance with the California Government Code Section 65943, this letter will serve as notification that your Conditional Use Permit Application is determined by this office to be incomplete. To be deemed a complete application, the following information must be submitted to the City's Planning Services Office:

### Site Plan

1. Project Data on Sheet A1 should indicate size (in square feet) of 'sanctuary' area, and indicate number of parking spaces required vs. number of spaces provided.
2. Parking stalls on Sheet A1 should show dimensions for standard, compact and handicap spaces. In addition, the driveway aisle widths dimensions should be shown.
3. It is unclear whether the diagonal parking spaces shown at the top of Sheet A1, partially within an access easement, are part of those counted towards the 188 spaces on-site (some of these are on the subject property, and some on the adjacent property).
4. The site landscaping should be identified, either with a key indicating what the pattern on Sheet A1 represents, or a written identification of existing landscaping (as was done for the raised planters).
5. The height of the existing concrete screen wall should be indicated on Sheet A1.
6. Square footage for all uses within the building should be indicated on either Sheet A1 or A2 (i.e. sanctuary, offices, kitchen, classrooms, lounge, storage, utility, etc.)
7. Please indicate whether the chairs in the main sanctuary area are fixed or not, and what the maximum occupancy for the room will be.

Tony Santos, Mayor

City Council:   Surlene G. Grant;      Michael J. Gregory;    Jim Prola;
                Diana M. Souza;        Joyce R. Starosciak;   Bill Stephens

I-1

8. Could the triangular-shaped areas at the rear of the sanctuary be used for additional seating? These two areas should be labeled as to potential use.
9. Are there any existing lighting standards in the parking lot, or are any proposed?
10. Is any new roof-mounted equipment (e.g. HVAC) proposed?

Application

11. Just as a point of clarification, Mr. Luke Sims does not work in the Planning Department (your Applicant's Statement was addressed to him).
12. Staff is unclear as to your application for "entertainment activities" and what you imply by "SAME-CHURCH-USE". In the Zoning Code, 'Entertainment' activities are differentiated from 'Assembly' uses. If you are applying as an entertainment use, please provide materials in support of that.
13. What are the intended days/hours of operation for the assembly use (including number of people anticipated for each use)? The applicant's statement states "four hours we spend on Sunday", yet your email to me, dated March 30th indicates activities every day except for Saturday. In addition, the applicant's statement indicates that you would make your facility available to other organizations. The intended days/hours that these activities could take place needs to be stipulated as part of the CUP application.
14. The Findings submitted as part of your application indicate that baby sitting may be a potential use offered at this location. If that is the case, the application needs to be modified to include this activity, and include the intended days/hours of operation.

Once the requested information has been submitted and reviewed by staff, and determined to be complete, staff will contact you about scheduling this item for a future Board of Zoning Adjustments meeting (they meet the 1st/3rd Thursdays of the month). Please contact me should you have any questions.

Best regards,

Debbie Pollart, Planning Manager
Community Development Department

I-2