**EXHIBIT J**

**CITY OF SAN LEANDRO**
City Clerk's Office
835 East 14th Street, San Leandro, CA 94577
Telephone: (510) 577-3366 Fax: (510) 577-3340

DATE RECEIVED
CITY CLERK'S OFFICE
APR 16 2007
CITY OF SAN LEANDRO

## APPLICATION FOR APPEAL TO CITY COUNCIL

### GENERAL INFORMATION

**This appeal application must be submitted within fifteen (15) calendar days of the decision, and within ten (10) calendar days of a Tentative Map approval.** If the appeal period ends on a weekend or holiday, the time limit shall be extended to the next business day.

Please note that decisions of the Zoning Enforcement Official (ZEO) or the Community Development Director are appealed to the Board of Zoning Adjustments or the Planning Commission, depending on the specific project or issue. An Appeal Application to the Planning Commission/Board of Zoning Adjustments must be used for these appeals and is available at the Community Development Department.

**APPELLANT INFORMATION** (Please print)

Name: Faith Fellowship Church - Jim Lee

Relationship to Project:

☒ Applicant ☐ Concerned Resident ☐ Other ____

Daytime Telephone Number: 510-3575723

Email Address: Jim@faith-fellowship.us

Mailing Address: 577 Manor blvd, San Leandro Ca. 94579

**An appeal is hereby submitted on the decision of:**

☐ Board of Zoning Adjustments ☒ Planning Commission ☐ Site Development Sub-Commission ☐ Other ____

For the ☒ Approval or ☒ Denial of:

Planning (PLN) Permit Number: PLN 2006-00049

Date of Action: 4-12-2007

Project Address: 14600 Catalina ST, San Leandro Ca. 94579

Reasons for Appeal (List all grounds relied upon in making this appeal. Attach additional sheets if more space is needed):

The application is consistent with the General Plan, good planning, and the purposes of the assembly overlay district for all reasons presented in our letter and testimony at the planning commission on 4-12-07

Signature: [signature]

Date: 4-15-07

Please return the completed form **with a check for $260 (made payable to the City of San Leandro)** to the City Clerk's Office at the address shown above. If the appellant is the applicant, direct costs for processing the appeal, which may include but are not limited to preparation of staff reports and meeting attendance, are charged in addition to the appeal fee.

Office Use Only

APPEAL APPLICATION

Filed timely ☒ Yes ☐ No
Received by Marian Handa
Appeal fee $ 260.00 (attach copy of receipt)

CITY COUNCIL HEARING

Scheduled for 05-21-2007
Checklist due on 04-23-2007 to City Clerk's Office
cc: Planner Debbie Pollart

Revised August 2006

J-1