**EXHIBIT K**

# City of San Leandro
# Community Development Department
# Planning Services Division
# Staff Report

**DATE:** April 12, 2007

**TO:** Planning Commission

**FROM:** Debbie Pollart, Planning Manager

**SUBJECT:** PLN2006-00049; Rezone and Zoning Map Amendment to rezone the properties identified as 14600 and 14850 Catalina Street from Industrial Park (IP) to Industrial Park, Assembly Use Overlay (IP-AU). No physical changes to the properties are proposed as part of this entitlement. The project site is located at the southeast corner of Catalina Street and Farallon Drive and is comprised of three separate parcels; Assessor's Parcel Numbers 80G-933-20, 21, and 22-1; International Church Foursquare Gospel (property owner and applicant).

## SUMMARY AND RECOMMENDATION

The applicant of the properties at the corner of Catalina Street and Farallon Drive purchased the property in January 2007 and wishes to locate an Assembly use on the property. Currently, Assembly uses are only conditionally permitted in R districts. On March 19, 2007 the City Council approved Zoning Code and Map amendments establishing an Assembly Use Overlay, with 196 properties (in commercial and industrial zones) identified for rezoning with an Assembly Use Overlay. The Assembly Use Overlay allows Assembly uses with approval of a conditional use permit. The Zoning Code and Map amendments will be effective May 1st. The project site in question was not identified for the Assembly Use overlay designation, so the applicant is requesting that their property be considered for rezoning with the Assembly Use Overlay.

Based upon the General Plan policies and Zoning Code regulations that were the basis for the Assembly Use Overlay criteria, and also based on the potential public health and safety hazard to human populations on-site, staff recommends that the Planning Commission deny the application for a rezone of the properties with the Assembly Use Overlay. Staff notes that an action of denial by the Planning Commission is final (does not require concurrence by the City Council), and that the denial may be appealed to the City Council. Staff notes that an action of denial by the Planning Commission is final (does not require concurrence by the City Council), and that the denial may be appealed to the City Council.

K-1

**APPLICANT'S SUPPORTING STATEMENT**

See attached.

**BACKGROUND**

Faith Fellowship Church (FFC) recently purchased the property at 14600 Catalina (formerly occupied by MDL). On May 18, 2006, staff received an application from FFC requesting a Zoning Code amendment to conditionally permit Assembly uses in Industrial Limited (IL) zones, and to rezone their property from Industrial Professional (IP) to IL (thus setting up the possibility for review of a use permit for an assembly use at the 14600 Catalina site).

Currently, the Zoning Code conditionally permits Religious Assembly uses in R districts, and Faith Fellowship's current location at 577 Manor is zoned RS (PD), Residential Single-Family, Planned Development Overlay District.

A joint worksession with the Board of Zoning Adjustments and Planning Commission was held on October 19. Based upon policy and criteria set forth in the General Plan, staff presented two options for consideration: 1) Amend the Zoning Code to allow Assembly Uses as conditionally permitted in the IL zone; and 2) Apply an Assembly Use Overlay to identified areas. The direction given by the Board and Commission was for staff to move forward with consideration of Option 2. Subsequent to the joint work session, this option was presented to several advisory committees, including the West San Leandro/MacArthur Boulevard Redevelopment Area Advisory Committee, the Chamber of Commerce Government Affairs Committee, and the Joint Redevelopment Area Advisory Committee. At the December 7, 2006 Board of Zoning Adjustments meeting, the refined proposal for an Assembly Use Overlay was presented to the Board for comment. On February 22, 2007 the Planning Commission recommended approval of the proposed Zoning Code and Map amendments. On March 19, the City Council approved Zoning Code and Map amendments related to formation of an Assembly Use Overlay, and rezoned 196 properties (in commercial and industrial districts) that met the Overlay criteria with the Assembly Use (-AU) overlay. These changed will become effective May 1.

At the time of the February Planning Commission meeting, staff recommended to the applicant that once the Zoning Code and Map amendments were approved by Council, that they revise their application, to ask to be included in the newly created Assembly Use Overlay.

**STAFF ANALYSIS**

Assembly Use Overlay

In evaluating the policy issue of expanding the locations where assembly uses could locate in the City, staff notes that analyzing this matter raises larger General Plan policy issues. Staff looked at the following overriding General Plan Policies for guidance:

> ▸ "The areas most suitable for conversion to non-industrial uses are those located adjacent to existing housing, or in areas which lack the amenities to meet the needs of modern

K-2

industry. Such areas exist along San Leandro Boulevard, Alvarado Street, and Marina Boulevard" (Page 3-52 of the General Plan);

- General Plan Policy 10.04 *Industrial Sanctuary* – Protect the City's major industrial areas from encroachment by uses that are potentially incompatible with existing viable industrial activities, or which may inhibit the ability of industry to operate effectively; and

- General Plan Policy 33.04 *Separation from Sensitive Uses* – Provide adequate and safe separation between areas where hazardous materials are present and sensitive uses such as schools, residences and public facilities.

The following General Plan policies were also considered:

- Policy 7.09 – Build upon the locational strengths and transportation features of West San Leandro to support the area's continued development as a major industrial, technology, and office employment center. In accordance with the West San Leandro Plan, limit the encroachment of incompatible residential and retail uses into the area, and promote additional development and redevelopment with manufacturing, technology, warehouse and distribution, office/flex, and similar uses.

- Policy 7.10 – Facilitate the gradual transition of the South-of-Marina (SOMAR) area into a cohesive light industrial district characterized by light manufacturing, office/flex, research and development, bio-medical, e-commerce, and similar uses, along with complementary business services and employee amenities.

- Policy 13.01 – Ensure that future land use development decisions are in balance with the capacity of the City's transportation system.

In addition, Article 1 of the Zoning Code stipulates that the broad purpose of the Zoning Code is to protect and promote the public health, safety, and general welfare, and to implement the policies of the City of San Leandro General Plan. More specifically, the Zoning Code is intended to:

- Provide a precise guide for the physical development of the City in accord with the policies of the General Plan;

- Preserve the character and quality of residential neighborhoods and commercial and industrial areas consistent with the character of the development districts of the City;

- Promote the economic stability of existing land uses that are consistent with the development policies of the General Plan and protect them from intrusions by inharmonious or harmful land uses;

Article 7 – Industrial District indicates the following specific purposes:

K-3

- Provide appropriately located areas consistent with the General Plan for a broad range of manufacturing, distribution and storage, and service areas;

- Strengthen the City's economic base, and provide employment opportunities close to home for residents of the City and surrounding communities;

- Provide a suitable environment for various types of industrial uses, and protect them from the adverse impacts of inharmonious uses;

Based on General Plan policies such as those noted above, area specific policies and plans, and Zoning Code purposes, the following criteria were developed for evaluating appropriate locations for assembly uses, with the express objective of expanding the opportunities for assembly uses beyond the residential zoning districts:

- *Site is not located along a major commercial corridor* (identified as E. 14th Street and Marina Boulevard between San Leandro Boulevard and Merced Street);

- *Site is not located within the following General Plan Focus Areas: Downtown, Bayfair, Marina Blvd/SOMAR, or West San Leandro* (each of these Focus Areas is governed by one or more of the following, which governs future development – special study/guidelines, special overlay district, or location within a redevelopment area);

- *Site is not located in a regional-serving retail area* (identified as Greenhouse Marketplace, Westgate, Marina Square, and 'old' Target site);

- *Site is not located inside the ½-mile study area identified for the Downtown Transit-Oriented Development (TOD) Strategy*;

- *Site abuts or is within ¼ mile of an arterial street* (as identified in the Circulation Element of the General Plan);

- *Site is not located in a Residential Zone* (Assembly uses are already conditionally permitted in residential zones, so would not produce new areas for assembly uses to locate if considered);

- *Site is not considered public land, and is not zoned Public Service (PS), Open Space (OS), or Commercial Recreation (CR); property is not owned by an Exempt Public Agency, or leased/owned by a public utility* (these areas represent properties and uses that are unlikely to change);

- *Overlay Area must allow a contiguous area greater than or equal to two acres.* (This figure was derived from research indicating that large assembly uses require a minimum 2-acre site to accommodate bigger building size and to allow for adequate on-site parking.)

K-4

After inputting General Plan policy and Zoning Code criteria, several potential overlay areas, located throughout the City, were derived where staff recommended assembly uses could be conditionally permitted. This was accomplished via a Zoning Code text amendment to define the Assembly Use Overlay and then a Zoning Map amendment designating all of the applicable areas with the new Assembly Use Overlay, both of which were approved by the City Council on March 19 and become effective May 1. A total of 196 properties, encompassing approximately 221.1 acres, will be rezoned with the Assembly Use overlay.

The General Plan and the goals and policies contained within it provide a framework for the City's Zoning Code. The General Plan is a legal document and land use decisions, including rezones, must be consistent with the Plan. Staff believes that rezoning the subject site with the Assembly Use Overlay would not be consistent with several policies contained in the General Plan.

The properties to be rezoned with the Assembly Use Overlay met all of the General Plan and Zoning Code criteria indicated above. The project site in question does not meet two of the criteria: 1) the property is located within one of the identified General Plan Focus Areas; and 2) the property does not abut or is not located within ¼ mile of an arterial. During the analysis of the criteria, staff initially looked at sites in terms of how many of the criteria were met, but soon came to the conclusion that there was no logical or non-arbitrary way to determine, for example, that a site that met four out of eight of the criteria wouldn't make the overlay list, but a site that met five out of eight criteria did make the list. It should also be noted that when the data was put into the computer to be analyzed, there was no direction given that certain sites should or should not be indicated for the overlay. The inclusion/exclusion in the overlay is based solely on the criteria data indicated above.

Public Health & Safety

The subject site and properties to the immediate west and south are zoned Industrial Park (IP). Zoning for properties immediately to the east and north are zoned Industrial General (IG), with Industrial Limited (IL) zoning located further to the west and north. Article 7 of the Zoning Code indicates that IL properties are typically low- to moderate-intensity industrial uses capable of being located adjacent to residential areas, and can include commercial services and light manufacturing. Properties zoned IP are intended for development of high technology, R&D, and limited industrial activities within a landscaped setting. Small warehousing and distribution, industrial office centers, and certain types of specified retail uses can be found in IP zones. The IG zone is the broadest industrial zone within the city, and is intended for the 'heaviest' industrial uses, including the production of goods, manufacturing of products from raw materials, bulk storage, chemical manufacturing or processing, laundry/dry cleaning plants, auto dismantling, oil/gas refining, manufacture of stonework/concrete products, and power generation. IG zoning also accommodates those businesses requiring rail traffic.

Based upon information provided by the City's Environmental Services Division, within 500 feet of the property site there are eight businesses which operate under Hazardous Materials Business Plans (HMBPs). Hazard classifications for these eight businesses include: combustible liquid, flammable liquid, oxidizer, corrosive, and miscellaneous hazardous material. The quantity of

classified hazardous materials ranges from less than 500 pounds/55 gallons/2,200 cubic feet (Range 1), up to 5,000 pounds/550 gallons/22,000 cubic feet (Range 3). One of these businesses is also classified as a 'small quantity generator', indicating that more than 27 gallons or 220 pounds, but less than 270 gallons or 2,200 pounds of hazardous waste per month is generated.

Moving out from the site to a quarter mile, there are an additional 13 businesses with active HMBPs. Hazard classifications for these 13 additional businesses include: flammable gas, corrosive, flammable liquid, combustible liquid, non-flammable gas, oxidizer, and miscellaneous hazardous material. The quantity of classified hazardous materials for these businesses ranges from less than 500 pounds/55 gallons/2,200 cubic feet (Range 1), up to greater than or equal to 500,000 pounds/55,000 gallons, or 2,000,000 cubic feet (Range 5). Three of these businesses are considered federal facilities (Range 3 or higher), which require yearly reporting due to the quantities of materials on-site.

The City's industrial zones are designed to and do in fact accommodate materials and activities that pose at least a potential hazard to human populations. The presence, and the potential future presence, of hazardous materials and activities in the vicinity of the project site and the intended assembly use, renders it inappropriate for rezoning with the Assembly Use Overlay.

## ENVIRONMENTAL REVIEW

In anticipation of the applicant's desire to revise their application to have their property rezoned with the Assembly Use Overlay, staff included the Catalina Street properties in the Negative Declaration that was prepared for the Assembly Use Overlay. This document had the required 20-day public review period (February 1-20) and was adopted by the City Council on March 19. No further environmental review is required.

## PUBLIC OUTREACH

Legal requirements for notification of this meeting included posting of the meeting agenda at City Hall a minimum of 72 hours in advance of the meeting date. In addition, a legal ad was placed in the Daily Review and notices for the hearing were sent to all businesses and property owners within a 300-foot radius of the project site. Notices were posted on the property and on telephone poles or light poles within the 300-foot radius. In addition, courtesy notices were sent to the following homeowners associations: Marina Faire, Marina Gardens, Marina Seagate, Marina Vista, Bonaire, and Washington/Manor. As of the writing of this staff report, one phone call had been received by staff, from a nearby homeowner, who was not in favor of the rezone. She cited concerns over increased traffic and over-flow parking into the neighborhood, associated with the assembly use.

## RECOMMENDATION

Based upon the General Plan policies and Zoning Code regulations that were the basis for the Assembly Use Overlay criteria, and also based on the potential public health and safety hazard to human populations on-site, staff recommends that the Planning Commission deny the application for a rezone of the properties with the Assembly Use Overlay. Staff notes that an action of denial

K-6

by the Planning Commission is final (does not require concurrence by the City Council), and that the denial may be appealed to the City Council.

Staff believes that denial of the requested rezone for the property does not place a substantial burden on the religious exercise of the applicant, in that the applicant's existing site remains available for assembly uses. Further, with the recent changes to the Zoning Code to establish an Assembly Use Overlay district, 196 additional properties within the City will now be available for consideration of a conditional use permit for assembly uses. The creation of the Assembly Use Overlay creates added opportunities for assembly uses to locate, over what is currently permitted. In addition, staff believes that denial of the rezone would advance the City's compelling interest two-fold: in safeguarding the congregants from exposure to potentially adverse health and safety impacts of surrounding industrial uses; and maintaining adherence to the policies provided in the General Plan, which provided the basis for development of the Assembly Use overlay criteria.

In recommending this denial, staff believes that there is no less restrictive means (i.e. no means short of outright denial of the rezone) that would further the City's interest in safeguarding the health and safety of the future congregants and the City's interests that led to formation of the Assembly Use overlay. In support of this conclusion, it is anticipated that any future conditions of approval that would be placed on a conditional use permit issued for the proposed assembly use (last entitlement required if rezone is approved), would not effectively ensure the health and safety of the congregants. For the formation of the Assembly Use overlay, the City cannot, by some less restrictive alternative to denial, change the facts that make the property inconsistent with the criteria formulated for establishment of the Assembly Use overlay designation.

If the Planning Commission can make findings for approval of the rezone, staff recommends that the item be continued to the next scheduled Planning Commission meeting, to allow staff time to prepare findings for approval.

**ATTACHMENTS**

Vicinity Map
Applicant's Supporting Statement
Recommended Findings for Denial
Correspondence

K-7

# City of San Leandro
# Planning Commission
# Staff Report
# VICINITY MAP
Showing Existing Land Uses and Zoning





NORTH
Not to Scale

Meeting Date:            April 12, 2007
File Number:             PLN2007-00049
Applicant:               Faith Fellowship Foursquare Church
Address:                 14600/14850 Catalina
Assessor's Parcel No.:   80G-933-20; -21; -22-1
Project Planner:         Debbie Pollart, Planning Manager

K-8



City of San Leandro
Planning Department
attention: Mr Luke Simms

RE: Faith Fellowship Church
Purchase of Building at
14600 Catalina, S L

May, 11th, 2006

Dear Mr Simms,

Thank you for your time concerning our zoning map amendment request.
We understand that we will be on the agenda for the industrial relations committee meeting which will meet on June the eighth, 2006. Further meetings are scheduled for June twenty second, 2006, and also July the seventeenth, 2006. The reason for these meetings, is to amend the master zoning map so that we may purchase and occupy the single level office building at 14600 Catalina st, in San Leandro, with the intent to use the building as a house of worship, and other related ministry and administrative uses.

We have out grown the facility we are at currently, and along with that, we have a grossly inadequate parking situation. It is our desire to stay relatively close to the community we serve, and also relieve the over crowded conditions we currently endure. The new property has plenty of parking, and ample street parking on Catalina.

We feel that the four hours we spend on Sunday at the new proposed location will not negatively effect the current traffic flow that exists. By leaving the current facility, the traffic and parking problem will go away.

We look forward to a positive result from the meetings which are upcoming, and we thank you in advance for your approval.


Thank you

Sincerely, Pastor Gary Mortara


*Jesus Christ: Saviour, Healer, Baptizer, Coming King*

577 Manor Boulevard • San Leandro, CA 94579 • (510) 357-5723 • www.faith-fellowship.us

K-9

City of San Leandro
Community Development Department
Planning Services Division

FINDINGS OF FACT FOR DENIAL OF
PLN2006-00049 – 14600 and 14850 Catalina Street
International Church Foursquare Gospel (Applicant and Property Owner)

The matter of the application of PLN2006-00049 was heard by the Planning Commission on Thursday, April 12, 2007, at a formal public hearing. After due consideration of all public testimony, the staff report, the San Leandro General Plan and the San Leandro Zoning Code, the Commission makes the following Findings of Fact, and determines that each of them is true.

I

The property located at 14600 and 14850 Catalina Street, Assessor's Parcel Numbers 80G-933-20, -21, and 22-1, is in the Industrial Park (IP) District.

II

The subject property has an approximate area of 3.55 acres. It was formerly used as office headquarters for a data software company.

III

The applicant proposes to rezone the subject property from IP Industrial Park to IP(AU) Industrial Park, Assembly Use Overlay District, in order to apply for a conditional use permit for a proposed assembly use on the site.

IV

The proposed rezoning for inclusion in the Assembly Use Overlay is not consistent with the discussion in the City's General Plan on page 3-52, relating to appropriate industrial areas identified as being most-suitable for conversion to non-industrial uses. In addition, the project is not consistent with General Plan policies 7.09, 7.10, 10.04, 13.01, and 33.04, and Zoning Code Articles 1 and 7 which speak to industrial uses, all of which were utilized as the basis for criteria utilized in the formation of the Assembly Use Overlay District.

V

The property does not meet all of the criteria established for the Assembly Use Overlay. Specifically, the property <u>is</u> located within one of the identified General Plan Focus Areas; and the property <u>does not</u> abut or is not located within ¼ mile of an arterial. For the 196 properties identified to be rezoned with the Assembly Use Overlay, all eight criteria were met.

## VI

Within 500 feet of the subject property, eight businesses have filed Hazardous Material Business Plans (HMBPs); within ¼ mile of the site, an additional 13 businesses operate under a HMBP. The City's industrial zones are designed to and do in fact accommodate materials and activities that pose at least a potential hazard to human populations. The presence, and the potential future presence, of hazardous materials and activities in the vicinity of the project site and the intended assembly use, renders it inappropriate for rezoning with the Assembly Use Overlay.

## VII

Denial of the requested rezone for the property does not place a substantial burden on the religious exercise of the applicant, in that the applicant's existing site remains available for assembly uses. Further, with the recent changes to the Zoning Code to establish an Assembly Use Overlay district, 196 additional properties within the City will now be available for consideration of a conditional use permit for assembly uses. The creation of the Assembly Use Overlay creates added opportunities for assembly uses to locate, over what is currently permitted. In addition, staff believes that denial of the rezone would advance the City's compelling interest two-fold: in safeguarding the congregants from exposure to potentially adverse health and safety impacts of surrounding industrial uses; and maintaining adherence to the policies provided in the General Plan, which provided the basis for development of the Assembly Use overlay criteria.

## VIII

In recommending this denial, staff believes that there is no less restrictive means (i.e. no means short of outright denial of the rezone) that would further the City's interest in safeguarding the health and safety of the future congregants and the City's interests that led to formation of the Assembly Use overlay. In support of this conclusion, it is anticipated that any future conditions of approval that would be placed on a conditional use permit issued for the proposed assembly use (last entitlement required if rezone is approved), would not effectively ensure the health and safety of the congregants. For the formation of the Assembly Use overlay, the City cannot, by some less restrictive alternative to denial, change the facts that make the property inconsistent with the criteria formulated for establishment of the Assembly Use overlay designation.

## ACTION

The Planning Commission denies PLN2006-00049.

_____
Dale Reed, Acting Chair
San Leandro Planning Commission

K-11


RECEIVED
APR 5 2007

TO:    Planning Commission, City of San Leandro                April 2, 2007
       City Council, City of San Leandro

We understand that Faith Fellowship Church has purchased an industrial building on 14600 Catalina Avenue (46,080 sq. ft., 3-1/2 acres) to relocate from its current site on Manor Blvd., which they have apparently outgrown. This church surveyed some of the neighboring industrial property owners about their relocation to this area. However, none of the neighborhood homeowner associations or residents have been contacted.

As residents who live on Doolittle Drive and Belvedere Avenue near this industrial building, we are very concerned about the negative impacts to our neighborhood and to the City of San Leandro. Church activities occur Sunday through Friday, mornings and/or evenings, with the greatest number of members, 1,500+ attending Sunday services and 400-500 attending a Wednesday night bible study and family dinner. Some issues of concern are:

1. **Traffic**. Will there be 100's of automobiles on Sunday and Wednesday each week traveling down Doolittle Drive to turn left at the stop (no stop light) at Farallon to access Catalina? Additionally, in the past, the dead end of Doolittle Drive was used as a turnaround by trucks and some autos to avoid the stop and then make a right turn on Farallon. To avoid long lines at the stop, one could imagine many church attendees doing the same maneuver. The City posted signs that trucks could only access the dead end for delivery.

   This volume of traffic will cause <u>congestion, noise and pollution</u> to our neighborhood. What about residents of Marina Faire who attempt to exit from Bermuda Avenue onto Doolittle, which currently can be challenging? What about the volume of traffic on other streets, such as Fairway, Marina?

2. **Parking**. Currently, residents and business owners near the Manor church location have on-going parking issues with the church members. We understand that City representatives have had to mediate on behalf of the residents and business owners. With 1500+ members, we can also anticipate a spillover into our neighborhood and on-going parking issues.

3. **Zoning and Tax Implications**. The church purchased this industrially zoned building without permission for church assembly usage. Will this church or other churches be allowed to violate the zoning codes, operating and expanding in inappropriate areas, thus potentially causing disruptions to neighborhoods and depriving the city of needed tax revenue?

Since the church has already outgrown its present location on Manor Blvd. to expand to 1,500+ members, there is the potential to expand its membership further, exacerbating the issues stated above. We urge the Planning Commission and the City Council to deny permission for the industrial property on Catalina to be utilized for church assembly usage. Thank you for your consideration.

*Ed Jaramillo*                                              *Kathy Sanchez*
Ed Jaramillo, President                                     Kathy Sanchez, President
Marina West Homeowners Assn.                                Marina Garden Homeowners Assn.
Doolittle Drive/Belvedere Avenue                            Doolittle Drive/Belvedere Avenue

K-12

March 3, 2007

Honorable Mayor Santos:

I am writing this letter in support of rezoning for religious assembly use the building owned by Faith Fellowship Worship Center located at 14600 Catalina Street.

I have been a resident of San Leandro for over 35 years. I graduated from Pacific High School. I have lived in Washington Manor for 20 years. I worked as a Substitute Teacher for San Leandro and San Lorenzo Unified School Districts. I also helped to start the AWOL after school program at John Muir Middle School. I have been involved with Washington Manor Junior League, Crusaders Football, Washington Manor Elementary School, and Arroyo High School Football. I have been a member of Faith Fellowship Worship Center for 6 years. I have worked in the community for over 10 years partnering with elected County Officials and local organizations to provide social services to needy families.

I have seen many changes in our beloved city from the family oriented 60's to our current influx of transient residents, rise in crime and lack of academic support. These recent changes have had a negative impact on San Leandro's ability to draw and keep residents who are committed to building a safe and friendly community. Many residents who have been here for generations have been relocating "over the hill" to the communities of Pleasanton, San Ramon and Dublin. They are choosing these communities because they provide a sense of safety, quality programming, high end business and exceptional school districts. We are losing dedicated community members because we do not have enough infrastructures to attract, sustain, build and change the face of the community of San Leandro.

According to the San Leandro Times at your first State of the City address you spoke about diversity, economic development, redevelopment projects, affordable housing, and public safety. You stated your goals in San Leandro were to expand our cultural, social and economic values and to keep San Leandro a strong community. As we turn the corner and begin to build on your vision for the future of San Leandro we need to take into consideration those existing organizations that for years have been committed to attaining these goals.

Faith Fellowship Worship Center is one of those unique diverse organizations, a rare jewel in San Leandro. The church serves the local community with dynamic faith based programming that attracts, encourages and builds community, self esteem, and self sufficiency. The church is attended by over 1,400 local residents on a regular basis. The Youth Ministry serves 300 local youth and is one of the fastest growing ministries for young people in the Bay Area.

Faith Fellowship Worship Center continues to grow and expand due to quality faith based programs and dedication of service to the surrounding community. Programs like Celebrate Recovery a renowned ministry for people struggling with addictions and compulsions is attended by 69 local residents. Weekly Bible studies are offered to women who have been incarcerated and are in local transitional programs for re-entry into the community. Faith based counseling, life skills training, workshops, marriage seminars, health and wellness information for all ages,

K-13

are well attended and encourage making sound life choices. These ministries and support programs provide imperative tools and skills needed by many to become productive community members. We have far too few organizations in San Leandro that provide an array of services such as these.

Most importantly the youth programs offered are exceptional and have been recognized for the positive impact they have had on the local youth. This ministry will be able to further expand by providing an after school homework program complete with a computer lab for local youth to get academic support in a safe and friendly environment. These activities are crucial for this at risk group that has currently seen a great increase in crime, especially violent crime. Providing a space for them to "hang out" will lessen the temptation to be out on the streets unsupervised. In addition this future generation of San Leandro will have skills and tools to make better life choices that will greatly impact their lives and the City of San Leandro.

In addition Faith Fellowship Worship Center continues to bring attention and increasing revenue to the City of San Leandro by broadcasting services weekly on a local TV station and frequenting local business. Additional businesses will see increases in patronage with this intended relocation. Businesses such as Denny's Restaurant, La Pinata, Kentucky Fried Chicken, Marina Square, Marina Faire, Porky's Resturant, Mama Lupes, and Super Burger, to name a few, will see an increase in patrons because they are in the direct route that is taken to and from the new Church location.

The expansion and continual growth of Faith Fellowship Worship Center sparked the purchase and proposed move to 14600 Catalina Street. Rezoning of this building and moving of the church will provide the much needed space for parking, programming and accommodation of over 1,400 attendees. The move will also alleviate the continual intrusion and city complaints of the neighboring residents because the church has outgrown the current location at 577 Manor Blvd.

Faith Fellowship Worship Center has consistently worked toward the goal of expanding cultural, social and economic values and to keep San Leandro a strong community. The city of San Leandro would greatly benefit from your support and approval of rezoning to allow for the Faith Fellowship Worship Center move. Please reconsider your decisions and grant this request for Faith Fellowship Worship Center's future and the future of the City of San Leandro.

Sincerely,

*JoAnn Irons*
JoAnn Irons

Cc: John Jermanis, City Manager
    Michael Gregory, Council Member District 1
    Surlene Grant, Council Member, District 2
    Diana Souza, Council Member, District 3
    Joyce Starosciak, Council Member District 4
    Bill Stephens, Council Member District 5
    Pastor Gary Mortara, Faith Fellowship Worship Center

K-14



**TBS COURIERS**

Overnight Couriers Specializing in:
• Late Night Pickup
• Early Morning Delivery

**Ron J. Boehm**
CEO/Owner

RON J. BOEHM
Owner

"The driving force in overnight delivery since 1975."

March 2, 2007

Hanson Hom
Community Development Director
835 E. 14th St.
San Leandro, CA 94577

Dear Mr. Hom:

TBS Couriers is a courier company covering the 10 Western states, serving 2200 cities. Our Northern California Regional Hub and Operations Center is located at 1132 Beecher Street, San Leandro, CA.

Many of our employees live in the San Leandro area. This letter is in reference to Faith Fellowship who is attempting to do a zone change, moving our church from Manor Blvd. to Catalina St.

We wish to declare our support for this zone change. My wife and I and many of our employees are active in Faith Fellowship on Manor Blvd. We feel Faith Fellowship has a very beneficial influence in the greater San Leandro area.

If you have any questions, please feel free to call me at 510-568-5200.

Sincerely,

*Ron Boehm*
Ron J. Boehm
CEO/Owner
TBS Couriers, Inc.

RJB/vlc

Cc:  Pastor Gary Mortara

COMM. DEVEL. DEPT.

MAR 0 6 2007

SAN LEANDRO
RECEIVED

Trans-Box Systems, Inc. • 400 Roland Way • Oakland, CA 94621 • 510-568-5200
www.tbscouriers.com

K-15

To whom it may concern,

As a business here in San Leandro, we accept Faith Fellowship Foursquare Church as a part of our business community. We appreciate their need for a larger facility and adequate parking. We understand their only time of any significant traffic is on Sunday mornings and occasionally after hours in the evening. This will not negatively affect us. They have offered their parking lot to our employees anytime during the week. We're not aware of any negative impact they would have on this business site.

Sincerely,

*[signature]*

Richard Spratling
Kennerley-Spratling Inc.
2116 Farallon Dr
San Leandro CA 94577

K-16



Dave Clare
Challenge Dairy Products
14970 Catalina Street
San Leandro, CA 94577

10/25/06

Dear Dave,

My name is Gary Mortara, I am the Senior Pastor at Faith Fellowship Worship Center on Manor Blvd in San Leandro. I had the pleasure of briefly meeting with you about a month ago and you were so gracious with your time to talk with me and I appreciated it. We will soon be your neighbors. As you know we are purchasing the building next to you at 14600 Catalina Street. You and your employees are more than welcome to park at our facility throughout the week, because, we only use the building after hours on week nights and on Sunday mornings for few hours. This is our way of saying to you that we want to be good neighbors with you and the community. We are almost finished with escrow and are now starting the interior plans of the building. We could use your help in a small but very important way. We need your signature on this letter to the City confirming that it is okay with you for a church to move into the area. I cannot tell you how much that would assist us in this endeavor.

So, if you could please sign this letter. I will fax it over to the City. This would be greatly appreciated. If you would like to talk to me personally, my office and cell phone numbers are as follows:
Bus. (510) 357-5723   Cell (510) 773-8513

Thank you so much for your time and assistance in this matter, if there is anything I can do for you, please let me know.


Sincerely

*Dave Clare* (signature)

Gary Mortara
Senior Pastor
Faith Fellowship Worship Center

*Jesus Christ: Saviour, Healer, Baptizer, Coming King*

577 Manor Boulevard • San Leandro, CA 94579 • (510) 357-5723 • www.faith-fellowship.us

K-17

Yahoo!  My Yahoo!  Mail                    Search:                                    Web Search

**YAHOO! MAIL**   Welcome, **pastorgarymortara**          Mail Home - Mail Tutorials - Help
                 [Sign Out, My Account]



Mail    Addresses    Calendar    Notepad                Mail For Mobile - Upgrades - Options

Check Mail | Compose                          Search Mail | Search the Web

 Platinum card for bad credit

**Check Other Mail**  [Edit]
63.203.234.188

**Folders**  [Add - Edit]
  Inbox (8)
  Draft
  Sent
  Bulk       [Empty]
  Trash      [Empty]

**Search Shortcuts**
  My Photos
  My Attachments

 See your credit score: $0

Earn a degree in 1 yr.

Refinance Rate 4.625%. Details

Degrees in as fast as 1 year

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**Subject:** New Location
**Date:** Thu, 19 Oct 2006 16:17:10 -0700
**From:** "Hess, Scott" <SHess@ksautomotive.com>  Add to Address Book   Add Mobile Alert
**To:** pastorgarymortara@yahoo.com
**CC:** "Hess, Scott" <SHess@ksautomotive.com>

Gary,
It was really nice to meet you last month. I just wanted to touch ba
with you in regard to your new proposed location on Catalina and
Farallon in San Leandro. If this location works out for you we woulc
be
your new neighbors on both the South and East side of your building
(14801 Catalina St. and 2116 Farallon Dr). We feel that you would be
positive addition to this business park. We look forward to seeing ;
in the area soon. If you have any questions feel free to give me a
call.
Thanks,
Scott Hess
Operations Manager
KS Automotive
Desk 510-297-5797
Cell 510-774-5525

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text | Full Headers

Check Mail | Compose                          Search Mail | Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

*What is his city tax contribution?*

1                                                         10/20/2006 9:24 A

K-18