Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Peter S. Hayes, Esq. (SBN: 184552)
phayes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 5, 2007<br>Time: 9:00 a.m.<br>Crtrm: 3<br>Complaint Filed: 7/12/07<br>Hon. Phyllis J. Hamilton |

1    This matter came before this Court pursuant to notice on September 5, 2007. The Court has read and considered the pleadings, evidence, and oral argument in support of and in opposition to the Application for Preliminary Injunction filed by Plaintiff INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL and Real Party in Interest FAITH FELLOWSHIP FOURSQUARE CHURCH (hereinafter collectively "Plaintiffs"). The matter having been fully argued, submitted and considered, and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiffs' Application for Preliminary Injunction is hereby DENIED IN FULL.

Dated:_____

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1004379_1.DOC