| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JAYNE W. WILLIAMS, 63203<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555-12TH STREET, SUITE 1500<br>OAKLAND, CA 94607-0000 | (510) 808-2000 | |
| ATTORNEY FOR (Name): DEFENDANTS | Ref. No. or File No.<br>136-419/PATTI | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102-3483

PLAINTIFF:
INTERNATIONAL CHURCH, et al.,

DEFENDANT:
CITY OF SAN LEANDRO

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-03605 PJH |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I **SERVED COPIES** OF THE:

*Notice of Manuel Filing Regarding: Exhibit A to the Declaration of William Shock in Support of Opposition to Plaintiffs Motion for Preliminary Injuction; Notice of Manuel Filing Regarding: Exhibit H-3 to the Declaration of Debbie Pollart in Support of Opposition to Plaintiffs Motion for Preliminary Injuction*

PARTY SERVED: PETER MacDONALD, ESQ.

PERSON SERVED: OFFICE CLOSED - NO ANSWER, SLIPPED ENVELOPE THRU MAIL SLOT

DATE & TIME OF DELIVERY: August 15, 2007
03:40 pm

ADDRESS, CITY, AND STATE: 400 MAIN STREET, SUITE 210
PLEASANTON, CA 94566-7371
(BUSINESS) - LAW OFFICES OF PETER MacDONALD

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

5. **Person serving** (name, address, and telephone number):
DARRELL SWAYNE
H L S *attorney services*
P.O. BOX 2816
ALAMEDA, CA 94501-0000
(510) 865-1800

a. **Fee** for service: $131.00

(1) Employee or independent contractor
(2) Registration No.: 925
(3) County: **ALAMEDA**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 16, 2007                                   _____
                                                         DARRELL SWAYNE

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                          28902/BProof3