Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
         mattmcreynolds@pacificjustice.org
Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, <br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his | Case No.:  CO7-03605-PJH-JCS<br><br>**PLAINTIFF AND REAL PARTY IN INTEREST'S OBJECTIONS TO DEFENDANTS' DECLARATIONS AND EXHIBITS**<br><br><br>**Date:**  September 5, 2007<br>**Time:**  9:00 a.m.<br>**Ctrm:**  3<br>**Hon.:**   Phyllis J. Hamilton<br><br>**Complaint Filed:** 07/12/07 |

PLAINTIFF AND REAL PARTY IN INTEREST'S OBJECTIONS

-1-

```
official capacity), JOHN JERMANIS (in    )
his official and individual capacities),  )
DEBBIE POLLART (in her official and      )
individual capacities), DOES 1-50,        )
                                          )
Defendants.                               )
                                          )
FAITH FELLOWSHIP FOURSQUARE              )
CHURCH,                                   )
                                          )
Real Party in Interest.                   )
```

**PLAINTIFF AND REAL PARTY IN INTEREST'S OBJECTIONS TO DEFENDANTS' DECLARATIONS AND EXHIBITS**

Plaintiff and Real Party In Interest submit the following objections to the declarations and exhibits filed by Defendants in opposition to the motion for preliminary injunction.

**A. Declaration of William Schock (Document 49)**

1. *Paragraph 10, lines 25-28:* "Although Faith Fellowship Church might be able to physically accommodate 1,300 persons in the existing building on the Property, this does not mean that the existing building can accommodate an assembly of this size, or all of the above-described activities with state and local building and fire safety requirements.": Objection – lack of personal knowledge (F.R.E. 602). The declarant has not stated as to whether he has actually physically been inside the building to inspect it.

2. *Paragraph 14, lines 21-24:* "Based on my review of Plaintiffs' plans, the value of the original building permit and tenant improvements in 1983 dollars, and my experience with developers and contractors, I conclude that Plaintiffs will have to spend upwards of $1.5 million on improvements before a certificate of occupancy could be issued." Objection – improper

testimony by a lay witness. The witness did not state that he is a contractor. Thus, he does not have the expertise to testify as to the **cost** for improvements.

**C. <u>Declaration of Peter Hayes – Exhibit A (Document 48)</u>**

    1.    *Exhibit A:*  Objection – Irrelevant (F.R.E. 402). The Defendants have failed to identify in their points and authorities the significance of the "Settlement Negotiations" letter filed as Exhibit A to the Declaration of Peter Hayes.

    2.    *Exhibit A:*  Objection – Compromise and Offers to Compromise (F.R.E. 408). On its faces, the letter was drafted and dispatched in the course of settlement negotiations and an offer to compromise.

Date: August 22, 2007

        /S/ Kevin Snider_____
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest