Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
         mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS<br><br>**THE DECLARATION OF DAN E. MCNELY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br><br>Date:  September 5, 2007<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION DAN E. MCNELY

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
_____)
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )
_____)

I, Dan E. McNely, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. McNely Construction Company, located at 1040 Davis Street, Suite 203, San Leandro, California 94577-1007, California State Contractors License No. 461594, has been in business for 49 years. I am the owner of this company. We have a long history of converting existing properties for one use into a different occupancy. We also have a long history of many church and private school projects. Exhibit F is a completed project list of which I certify is a true and correct list of comparable projects that my company has completed.

3. I am familiar with the Catalina Property that is the subject of this litigation. Based upon my experience in the field, I estimate that a reasonable budget for standard upgrades would be roughly $250,000.00 for temporary assembly

DECLARATION DAN E. MCNELY

-2-

use. These upgrades include improvements to bring the building into compliance with the California Building Code for assembly use and make the structure current with all ADA, health, safety and emergency standards.

4. This figure is based on our job site inspections with subcontractors and my estimator, and our previous project experience with related projects. This figure also includes permit and safety code inspection costs. The tasks performed to base this estimate on were done at my direction.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 22nd day of August, 2007, in the County of Alameda, City of San Leandro.

                                                           /S/   Dan McNely  
                                                           Dan McNely, Declarant

### Attorney Attestation re Signature

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                       /S/ Kevin Snider  
                                                       Kevin T. Snider  
                                                       Mathew B. McReynolds  
                                                       Peter D. MacDonald  
                                                       Attorneys for Plaintiff and  
                                                       Real Party in Interest