# Exhibit F

# Projects Completed

# McNely Construction Company

**MCCI McNELY CONSTRUCTION COMPANY**

**PROJECTS COMPLETED**

OFFICE BUILDINGS
| | |
|---|---|
| Amador Plaza Offices | Dublin, CA |
| American Red Cross Building | Honolulu, Hawaii* |
| Antioch Police & Animal Services Facility | Antioch, CA |
| Badger Investments | Oakland, CA |
| Breuner Business Center | Oakland, CA |
| British Petroleum - Alaska Exploration | San Francisco, CA |
| Broadway Atrium Building | Oakland, CA |
| Brown & Caldwell Building | Emeryville, CA |
| Cal-West Periodicals, Inc. | Oakland, CA |
| Canyon Creek Offices | San Ramon, CA |
| District Council #16, Painters & Allied Trades | Livermore, CA |
| Gerow Building | Oakland, CA |
| Legacy Partnership | San Jose, CA |
| Pitney-Bowes | San Francisco, CA |
| Point, LLC (The) | Redwood City, CA |
| Prudential Properties Building | San Leandro, CA |
| ROS Properties, LLC | San Leandro, CA |
| Select-Sysco Foods, Inc. | Hayward, CA |
| Shaklee Corporation | Hayward, CA |
| Sierra Designs | Emeryville, CA |
| Stanford Triangle, LLC | Oakland, CA |
| Touche-Ross & Co.- Ordway Building | Oakland, CA |
| Twelve-O-One Park Avenue | Emeryville, CA |
| Warehouseman's Union Building | Oakland, CA |

CHURCHES & EDUCATIONAL FACILITIES
| | |
|---|---|
| Assumption Catholic Parish | San Leandro, CA |
| Chinese Christian Center | San Francisco, CA |
| Faith Fellowship Foursquare Church | San Leandro, CA |
| First Assembly of God Church | Fremont, CA |
| First Covenant Church | Oakland, CA |
| Garner Preschool & Learning Center | Alameda, CA |
| Glad Tidings Church | San Francisco, CA |
| Golden Hills Community Church | Brentwood, CA |
| Hope Lutheran Church | Santa Clara, CA |
| Immanuel Presbyterian Church | Fremont, CA |

1040 Davis Street, Suite 203 • San Leandro, California 94577-1007
t 510 562 6300 • f 510 569 9333
mcnely.com
California State Contractors License No. 461594

Exhibit F
Projects Completed
Page 1

| | |
|---|---|
| Laborer's Training Center | San Ramon, CA |
| Newark Community Church | Newark, CA |
| Our Lady of Grace | Castro Valley, CA |
| St. Anne Parish Ministry Center | Union City, CA |
| St. Charles Catholic Church | Livermore, CA |
| St. Clement's Parish | Hayward, CA |
| St. Elizabeth Parish | Oakland, CA |
| St. Isidore's Parish | Danville, CA |
| St. Joachim's Parish | Hayward, CA |
| St. Joan of Arc | San Ramon, CA |
| St. Joseph Notre Dame High School | Alameda, CA |
| St. John the Baptist Church & School | El Cerrito, CA |
| St. Leo The Great | Oakland, CA |
| St. Mary's Catholic Church | Oakland, CA |
| St. Mary's Episcopal Church | Napa, CA |
| St. Paul's Episcopal Bookstore | Walnut Creek, CA |
| St. Paul's Episcopal Church | Oakland, CA |
| St. Stephen Catholic Church | Walnut Creek, CA |
| Temple Israel | Alameda, CA |

## SEISMIC STRENGTHENING

| | |
|---|---|
| Alamo Rent-A-Car | Oakland, CA |
| American Standard Properties | Richmond, CA |
| Mill Valley City Hall | Mill Valley, CA |
| Casa Peralta Garden Walls | San Leandro, CA |
| Cottonmill Properties | Oakland, CA |
| Dole Foods | Oakland, CA |
| East Bay Rehabilitation Center | Oakland, CA |
| Gardner-Childs Building | Oakland, CA |
| Geo. V. Arth & Son | Oakland, CA |
| The Papermill | Emeryville, CA |
| Prudential Properties | San Leandro, CA |
| St. John the Baptist Church | El Cerrito, CA |
| St. Paul's Episcopal Church | Oakland, CA |
| Tojan Properties | San Leandro, CA |
| 1201 Park Avenue | Emeryville, CA |
| 2040 Livingston Building | Oakland, CA |
| 2201 Broadway Building | Oakland, CA |
| United Parcel Service | Oakland, CA |
| United Parcel Service | San Ramon, CA |
| United Parcel Service | So. San Francisco, CA |
| Van Buren Towers | Oakland, CA |
| YWCA Building | Oakland, CA |

## OFFICE/WAREHOUSE COMPLEX

| | |
|---|---|
| "The Papermill" | Emeryville, CA |
| "The Cottonmill" | Oakland, CA |

| | | |
|---|---|---|
| American Standard Properties | | Richmond, CA |
| Bypass 93 Properties | | Richmond, CA |
| Fruitvale Business Center | | Oakland, CA |
| Live Oak Business Center | | Vacaville, CA |
| 2101 Williams Associates, LLC | | San Leandro, CA |

| INDUSTRIAL BUILDINGS | Projects | |
|---|---|---|
| A/C Transit Bus Service Center | 1 | Newark, CA |
| Allgood Industries | 2 | Hayward, CA |
| American Metal Decorating | 1 | Fremont, CA |
| Bay Area Distributing | 1 | Richmond, CA |
| Bay Seal Company | 1 | Hayward, CA |
| Beach Properties | 1 | Oakland, CA |
| Bennetts Photo Service | 1 | Burbank, CA |
| Bennetts Photo Service | 1 | Hayward, CA |
| Bennetts Photo Service | 1 | Denver, CO |
| Bennetts Photo Service | 1 | Tacoma, WA |
| Business Jet Center | 1 | Oakland, CA |
| Cal-West Periodicals | 1 | Oakland, CA |
| Chemical Waste Management | 1 | Benicia, CA |
| City Glass Company | 1 | San Leandro, CA |
| Cleaners Hangers Company | 1 | Union City, CA |
| Cosco Fire Protection | 2 | Hayward, CA |
| Denny's Warehouse | 1 | Hayward, CA |
| Diamond Chain Company | 1 | Hayward, CA |
| Fabco, Div. of Kelsey-Hayes | 1 | Oakland, CA |
| Flint Ink Company | 1 | Hayward, CA |
| Fuller Transmission Division of Eaton Mfg. Co. | 1 | San Leandro, CA |
| Gardner-Childs Building | 1 | Oakland, CA |
| Hayward Daily Review | 2 | Hayward, CA |
| Hertz-Penske Truck Leasing | 1 | San Leandro, CA |
| Hewitt-Robbins Company | 1 | Hayward, CA |
| J.E. French Company | 1 | Oakland, CA |
| Kellogg Company | 4 | San Leandro, CA |
| Laborer's Training Center | 1 | San Ramon, CA |
| Lusk Metals Corporation | 5 | Hayward, CA |
| Maita Distributors, Inc. | 1 | Redwood City, CA |
| Malabar Mfg. Company | 1 | Simi Valley, CA |
| Marquette Mfg. Company | 1 | Oakland, CA |
| Michael Flynn Mfg. Company | 1 | Hayward, CA |
| Montague Company | 1 | Hayward, CA |
| New United Motor Manufacturing, Inc. | 3 | Fremont, CA |
| Norton Properties | 1 | Hayward, CA |
| Pacific Rolling Door Co. | 1 | San Lorenzo, CA |
| Penske Truck Leasing | 1 | Hayward, CA |
| Penske Truck Leasing | 3 | San Francisco, CA |
| Penske Truck Leasing | 1 | Santa Rosa, CA |

| | | |
|---|---|---|
| Penske Truck Leasing | 1 | So. San Francisco, CA |
| Penske Truck Leasing | 3 | Stockton, CA |
| Penske Truck Leasing | 1 | West Sacramento, CA |
| Penske Truck Leasing | 3 | Gilroy, CA |
| Penske Truck Leasing | 1 | San Jose, CA |
| Phillips & Ober Electrical Supply | 1 | San Francisco, CA |
| Precision Metal Fabricating | 2 | Hayward, CA |
| Puritan-Bennett Corp. | 1 | Los Angeles, CA |
| Puritan-Bennett Corp. | 1 | Berkeley, CA |
| Puritan-Bennett Corp. | 2 | Richmond, CA |
| Purity Chemical Company | 1 | Santa Rosa, CA |
| Quaker Oats | 1 | Oakland, CA |
| Richmond Produce Company | 2 | Richmond, CA |
| Rockwell Mfg. Company | 1 | Oakland, CA |
| Salvation Army | 2 | Oakland, CA |
| San Francisco Produce Market | 1 | San Francisco, CA |
| Screw Conveyor Corp. | 1 | Visalia, CA |
| Select-Sysco Foods | 4 | Hayward, CA |
| Shaklee Corporation | 7 | Hayward, CA |
| Sierra Detroit Diesel-Allison | 1 | San Leandro, CA |
| Steccone Products Company | 1 | Oakland, CA |
| Stein Hall & Co. | 1 | Newark, CA |
| Stockham Valve & Fitting Co. | 2 | Oakland, CA |
| 3168 Corporate Place Assoc., LLC | 1 | Hayward, CA |
| Transload Warehouse (The Port of Oakland) | 1 | Oakland, CA |
| U.S. Printing Ink Company | 2 | San Leandro, CA |
| Victor Moulding | 1 | Oakland, CA |
| W.P. Fuller Paint Company | 3 | San Francisco, CA |
| Westwind Business Park | 2 | Santa Rosa, CA |
| Western Drug & Supply Co. | 1 | Oakland, CA |
| Westinghouse Electric | 1 | Richmond, CA |
| Yellow Freight Systems | 1 | Hayward, CA |

RECYCLING CENTER & TRANSFER STATION
Garaventa Enterprises                                      Pittsburg, CA

| COLD STORAGE PLANTS | No. of Projects | |
|---|---|---|
| Alex Thomas Company | 2 | Ukiah, CA |
| Denny's Inc. | 2 | Hayward, CA |
| Fruitvale Canning Company | 3 | Oakland, CA |
| Hawaiian Refrigeration | 1 | Honolulu, Hawaii* |
| National Ice Company | 2 | Oakland, CA |
| John Inglis Cold Storage | 1 | Ogden, Utah |
| Levy-Zentner Company | 1 | Monterey, CA |
| Levy-Zentner Company | 2 | Oakland, CA |
| Pacific Agri Products | 1 | So. S. F., CA |
| Ralston-Purina (Van Camp Seafoods) | 2 | Pago Pago, Am. Samoa* |

| | | |
|---|---|---|
| Richmond Wholesale Meats | 1 | Richmond, CA |
| Schaeffer Wholesale Meat Company | 1 | Oakland, CA |
| Select Foods, Inc. (Select-Sysco) | 2 | Hayward, CA |
| Turlock Refrigerating Company | 3 | Turlock, CA |
| U.S. Cold Storage | 3 | Honolulu, Hawaii* |
| U.S. Cold Storage | 2 | Oakland, CA |
| U.S. Cold Storage | 3 | Sacramento, CA |
| U.S. Cold Storage | 3 | Union City, CA |

## MEAT & FOOD PROCESSING PLANTS

| | |
|---|---|
| Annabelle Candy Company | Hayward, CA |
| Cardinet Candy | Concord, CA |
| Coca Cola Bottling | San Leandro, CA |
| Coca Cola Enterprises | Union City, CA |
| Del Pero Mondon Meat Co. (Design Only) | Marysville, CA |
| Hansen Sales, Ltd. | Honolulu, Hawaii* |
| Hendry Ranch Winery | Napa, CA |
| Kellogg Company | San Leandro, CA |
| Kraft Foods Company | Honolulu, Hawaii* |
| Morehouse Mustard Company | Emeryville, CA |
| Richmond Produce Company | Richmond, CA |
| Schaffer's Meats | Oakland, CA |
| Shaklee Food Supplement Plant | Hayward, CA |
| Shenson Meat Company | San Francisco, CA |
| Tip Top Foods | Oakland, CA |
| Virg Davidson Chudacoff | Honolulu, Hawaii* |

## CANNERIES

| | |
|---|---|
| Fruitvale Canning Company | Oakland, CA |
| Martinez Food Canners | Martinez, CA |
| Rel Foods | Oakland, CA |
| Quaker Oats - Van-Kamp Plant | Oakland, CA |

## SHOPPING CENTERS & RETAIL STORES

| | |
|---|---|
| Rossmoor Shopping Center | Walnut Creek, CA |
| Coliseum Center | Oakland, CA |
| Color Faire Paints | Millbrae, CA |
| Conklin Bros. | Oakland, CA |
| Irene Sargent | Oakland, CA |
| Magic Village | San Jose, CA |
| Mill Valley Shopping Center | Mill Valley, CA |
| Pinole Valley Shopping Center | Pinole, CA |
| Pinole Valley Shopping Center #2 | Pinole, CA |

## BANKS

| | |
|---|---|
| Bay Bank Tenant Improvements | San Leandro, CA |
| Coast Federal Savings & Loan | Walnut Creek, CA |
| Crocker Citizens Bank | Sonoma, CA |

First National Bank of San Jose — San Lorenzo, CA
Hawaii National Bank, Hawaii Kai — Oahu, Hawaii*
Lloyds Bank — Oakland, CA
Wells Fargo National Bank — Richmond, CA

## MEDICAL/DENTAL OFFICES & CLINICS

Internists, Inc. Medical Building — Berkeley, CA
Peninsula Union Dental Center — Daly City, CA
South Bay Union Health Center — San Jose, CA
Union Health Services Center — Oakland, CA
VA Outpatient Clinic — Oakland, CA

## MISCELLANEOUS PROJECTS

Business Jet Center — Oakland, CA
Peninsula Golf & Country Club — Santa Clara, CA
U.S. Post Office Annex, West Grand — Oakland, CA
U.S. Post Office, Town & Country Village — Sacramento, CA
The Family Private Club Renovation — San Francisco, CA
Thrasher Park, Skateboard Facility — San Leandro, CA

| RESIDENTIAL PROJECTS | No. Of Units | Location |
|---|---|---|
| Claremont Court | 12 | Oakland, CA |
| Emery Bay Village Condos | 112 | Emeryville, CA |
| Halawa Tower | 122 | Honolulu, Hawaii* |
| Harrison-Bayo Vista | 28 | Oakland, CA |
| Jean Terrace | 98 | Oakland, CA |
| Kauhale Condos | 68 | Honolulu, Hawaii* |
| Kingdale Oaks | 220 | San Jose, CA |
| Lakeview Condos | 28 | Kauai, Hawaii* |
| Lehua Manor | 56 | Honolulu, Hawaii* |
| Mahana at Kaanapali | 216 | Maui, Hawaii* |
| Mariposa Gardens | 63 | San Francisco, CA |
| Mercy Terrace | 158 | San Francisco, CA |
| Piikoi Plaza | 73 | Honolulu, Hawaii* |
| Shaklee Residence | 1 | San Leandro, CA |
| Shelter Against Violent Environments | 1 | Undisclosed |
| Tri Valley Haven for Women | 1 | Undisclosed |
| Villa Victoria | 52 | San Jose, CA |
| Waipahu Tower | 64 | Honolulu, Hawaii* |
| Wilikina Apartments | 119 | Honolulu, Hawaii* |

\* *OCEANIC CONSTRUCTION CORPORATION, A Subsidiary of McNely Construction Company*