Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS <br><br> **THE DECLARATION OF ED BULLOK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date: September 5, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon.: Phyllis J. Hamilton |

DECLARATION ED BULLOK

-1-

official capacity), JIM PROLA (in his       )
official capacity), JOHN JERMANIS (in )
his official and individual capacities),    )
DEBBIE POLLART (in her official and  )
individual capacities), DOES 1-50,         )
                                                              )
Defendants.                                            )
                                                              )
FAITH FELLOWSHIP FOURSQUARE )
CHURCH,                                                )
                                                              )
Real Party in Interest.                            )

I, Ed Bullok, do hereby declare as follows:

1.     That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2.     I am a realtor with over 40 years of experience in real estate. In addition, I have held a California Brokers license since 1979 and am the Broker of Record for Danville Realty Corporation. In my professional capacity, I have been qualified as an expert witness by the California State Courts.

3.     I am familiar with the property located on 14600 and 14850 Catalina Street, which is the subject of this present litigation. I have examined title documents, which reveal that the property comprises 3.56 acres.

4.     In my professional capacity as a real estate consultant, I have advised numerous churches on real estate issues. It is my opinion that a church with over 1,000 in attendance needs to have a minimum of three acres to appropriately accommodate the people.

5.     I am familiar with the newly created Assembly Use Overlay District passed by the San Leandro City Council. That Assembly Use Overlay District has created 196 properties for assembly use. That is Exhibit A to San Leandro's

1  Ordinance Number 2007-006. In general, the locations chosen by the City for
2  Assembly Use Overlay are the less desirable industrial and commercial locations
3  within the City. The primary core of AU Overlay parcels is bisected by Washington
4  Avenue, an old strip commercial street with substantial heavy industrial uses, and
5  sandwiched between two railroad tracks. I have reviewed the list of all 196
6  properties and have located the properties with three or more acres. Some large
7  properties are located next to or across the street from debris strewn storage yards
8  containing delapated or non-operable trucks and equipment. Some of the large sites
9  contain neighboorhood shopping centers. When we appeared before the Board of
10 Zoning Adjustments we saw substantial opposition to the concept of changing the
11 land use from shopping centers to assembly use, yet the AU Overlay still contains
12 five shopping centers.
13     6.    Of such properties there are no properties with land size (3 acres plus),
14 building size (40,000 to 50,000 sq. ft), of a suitable configuration (typically
15 rectangular and not L shaped), and with adequate traffic access appropriate to the
16 Church's needs. There is not any property that comes even close to meeting the
17 Church's criteria stated above. Of the parcels larger than three acres, not one is for
18 sale.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 22nd day of August 2007, in the County of Alameda, City of Hayward.

                                     /S/ Ed Bullok
                                     Ed Bullok, Declarant

**Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

     /S/ Kevin Snider
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest