Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS <br><br> **THE SECOND DECLARATION OF JAMES M. LEE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date: September 5, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon.: Phyllis J. Hamilton |

DECLARATION JAMES LEE

-1-

official capacity), JIM PROLA (in his  )
official capacity), JOHN JERMANIS (in  )
his official and individual capacities),  )
DEBBIE POLLART (in her official and  )
individual capacities),  DOES 1-50,  )
                                                             )
Defendants.                                          )
                                                             )
FAITH FELLOWSHIP FOURSQUARE )
CHURCH,                                              )
                                                             )
Real Party in Interest.                           )

I, James M. Lee, do hereby declare as follows:

1.     That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2.     Since 2002 I have been the Facilities Manager at Faith Fellowship Church.

3.     The purpose of this declaration is to inform the court as to what happened relative to the Conditional Use Permit's ("CUP") "additional information" request by San Leandro.  We received the City "additional information" request in very late April 2007.  Our proposal to rezone the Catalina property to Assembly Use Overlay District had already been scheduled for City Council public hearing on May 7, 2007.  The processing scenario described by Ms. Pollart, Planning Manager, to the Planning Commission was that the CUP would be processed after the Catalina site was rezoned to the Assembly Use Overlay District.  After Council denial of our

rezoning request, we determined that attempting to get the City to process the CUP processed as an "entertainment use" (an similar impact assembly use allowed by CUP in the Industrial Park zoning district) would be a futile act unless and until a court orders San Leandro to treat this religious use equally to an "entertainment use" by processing the Conditional Use Permit.   We stand ready to provide the additional information requested by the City in its April 25, 2007 letter as soon as the Court directs the City to process that CUP application.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 22nd day of August, 2007, in the County of Alameda, City of San Leandro.

        /S/__Jim Lee_____
Jim Lee, Declarant

**Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

        /S/_Kevin Snider_____
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest

DECLARATION JAMES LEE