Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, | ) Case No.: CO7-03605-PJH-JCS |
| | ) |
| | ) **DECLARATION OF DAVID** |
| Plaintiff, | ) **CHADBOURNE IN SUPPORT OF** |
| | ) **MOTION FOR PRELIMINARY** |
| v. | ) **INJUNCTION** |
| | ) |
| CITY OF SAN LEANDRO, MICHAEL | ) |
| J. GREGORY (in his official capacity), | ) |
| SURLENE G. GRANT(in her official | ) |
| capacity), DIANA M. SOUZA(in her | ) Date:  September 5, 2007 |
| official capacity), JOYSE R. | ) Time:  9:00 a.m. |
| STAROSCIACK (in her official | ) Courtroom:  3 |
| capacity), BILL STEPHES (in his | ) Hon.:  Phyllis J. Hamilton |

official capacity), JIM PROLA (in his   )
official capacity), JOHN JERMANIS(in )
his official and individual capacities),   )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50,   )
                                                          )
Defendants.                                     )
                                                          )
FAITH FELLOWSHIP FOURSQUARE )
CHURCH,                                         )
                                                          )
Real Party in Interest.                    )

I, David Chadbourne, do hereby declare as follows:

1.      That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2.      I am the principal at Land Plan Associates of Pleasanton, located in Pleasonton, CA.  Land Plan Associates of Pleasanton specializes in land planning and graphic design for land development projects.  I have a Masters Degree in Landscape Architecture and more than 30 years experience in land planning and graphic design.

3.      In May of 2007, at the request of Faith Fellowship Church, I reviewed the City prepared Assembly Overlay District map and list of 196 properties that were to be rezoned under the Assembly Use (AU) Overlay District in the City of San Leandro.  I then examined a list of all properties within the City of San Leandro which had filed a Hazardous Materials Business Plan (HMBP).  I have seen the

email providing this HMBP address list to Faith Fellowship Church from John A. Camp of the Environmental Services Division, City of San Leandro.

4.    Using the HMBP address list and the list of all 196 AU Overlay addresses, I oversaw preparation of a map which is a graphic depiction of the locations of HMBP addresses in relation to AU Overlay zoned parcels.  Exhibit B, filed by the Plaintiff and Real Party in Interest in support of their motion for a preliminary injunction, is a true and correct copy of the graphic prepared by Land Plan Associates of Pleasanton.  Said graphic was produced at my direction.

5.    Based upon the foregoing, I have determined that there is no parcel within the AU Overlay District that is not within ¼ mile of a business with a Hazardous Materials Business Plan.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 21st day of August, 2007, in the County of Alameda, City of San Leandro.


                                        /S/  David Chadbourne_____
                                       David Chadbourne, Declarant

1

## **<u>Attorney Attestation re Signature</u>**

2      I hereby attest that I have on file all holograph signatures for any signatures

3  indicated by a "conformed" signature (/S/) within this efiled document.

4

5                                   _/S/_ Kevin Snider_____

6                                   Kevin T. Snider

7                                   Mathew B. McReynolds

                                    Peter D. MacDonald

8                                   Attorneys for Plaintiff and

9                                   Real Party in Interest

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28