Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, MICHAEL J. GREGORY (in his official capacity), SURLENE G. GRANT(in her official capacity), DIANA M. SOUZA(in her official capacity), JOYSE R. STAROSCIACK (in her official capacity), BILL STEPHES (in his | Case No.: CO7-03605-PJH-JCS <br><br> **SECOND DECLARATION OF DAVE MORTARA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date:  September 5, 2007 <br> Time:  9:00 a.m. <br> Courtroom:  3 <br> Hon.:  Phyllis J. Hamilton |

SECOND DECLARATION OF DAVE MORTARA

-1-

official capacity), JIM PROLA (in his )
official capacity), JOHN JERMANIS(in )
his official and individual capacities), )
DEBBIE POLLART (in her official and )
individual capacities),  DOES 1-50, )
)
Defendants. )
)
FAITH FELLOWSHIP FOURSQUARE )
CHURCH, )
)
Real Party in Interest. )

I, Dave Mortara, do hereby declare as follows:

1.     That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2.     I am on staff at the Faith Fellowship Worship Center (CHURCH), located at 577 Manor Boulevard, San Leandro, California 94579.

3.     In my capacity as a member of the CHURCH staff I have personally attended meetings at the San Leandro City Hall which is located at 435 East 14th Street in the City of San Leandro, CA.

4.     On August 21, 2007, I went to the City Hall to review the Council Chambers which is used for public assembly.  The placard posted for the maximum capacity of the City Council Chambers states that the auditorium seats 140 persons.

5.     In the back of the main meeting hall is another area used for standing room when the City Council Chambers are full.  Although the room is for standing purposes, on August 21, 2007, I counted 15 chairs.

SECOND DECLARATION OF DAVE MORTARA

-2-

6. Next to the City Council Chambers is a room called the Sister City Room. That room is used for overflow and it has speakers mounted so that people in that room can listen in on the meetings in the main auditorium. On August 21, 2007, I counted the chairs in the Sister City Room and found that it has 35 seats.

7. To be certain that I was not mistaken as to the numbers, I spoke with a custodian who confirmed the capacity of the rooms described above.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 21st day of August, 2007, in the County of Alameda, City of San Leandro.

    /S/  Dave Mortara
Dave Mortara, Declarant

**Attorney Attestation re Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

    /S/ Kevin Snider
Kevin T. Snider
Mathew B. McReynolds
Peter D. MacDonald
Attorneys for Plaintiff and
Real Party in Interest