Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Peter S. Hayes, Esq. (SBN: 184552)
phayes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No.  C 07-03605 PJH<br><br>**DEFENDANTS' ERRATUM TO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 5, 2007<br>Time:  9:00 a.m.<br>Crtrm: 3<br>Complaint Filed: 7/12/07<br>Hon. Phyllis J. Hamilton |

In response to the contentions in Plaintiff's reply brief at page 13:14-18 and fn. 2, Defendants respectfully request that their citation to "*Murphy v. Zoning Comm'n of the Town of New Milford*, 289 F.Supp.2d 87, 108-109 (D.Conn. 2003)," at p. 15:13-15 of their brief in opposition, be amended to "*Murphy v. Zoning Comm'n of the Town of New Milford,* 289 F.Supp.2d 87, 108-109 (D.Conn 2003), *rev'd on other grounds*, 402 F.3d 342 (2d.Cir 2005)." As Plaintiff correctly notes, that decision, granting a permanent injunction to prevent a town from enforcing a cease and desist order against a church for violation of zoning regulations, was overruled on ripeness grounds in *Murphy v. New Milford Zoning Comm.,* 402 F.3d 342 (2d.Cir. 2005) (vacating injunction). The citation as amended is consistent in style with Plaintiff's citation of *Elsinore Christian Ctr. v. City of Lake Elsinore*, 291 F.Supp.2d 1083 (C.D. Cal. 2003). Pl. Opening Br., p.7:3-6.

In addition, Defendants refer the Court to an earlier decision in the same dispute, *Murphy v. Zoning Comm'n of the Town of New Milford*, 148 F.Supp.2d 173, 190 (D.Conn. 2001), which also found the town's interest in enforcement of its zoning regulations to be compelling.

Finally, Defendants respectfully submit that *Petra Presbyterian Church v. Village of Northbrook*, 2003 WL 22048089 (N.D. Ill. 2003) and *San Jose Christian College v. City of Morgan Hill*, 2001 WL 1862224 (C.D. Cal. 2001), are citable cases, as neither is designated "NOT FOR CITATION."  See Civil L.R. 7-4(e).  Both those cases were cited to and discussed by the Eastern District in its *Guru Nanak Sikh Society* decision.  *Guru Nanak Sikh Society of Yuba City v. County of Sutter*, 326 F.Supp.2d 1140, 1149, 1155 (E.D. Cal. 2003).

Dated: August 29, 2007                    Respectfully submitted,

                                  MEYERS, NAVE, RIBACK, SILVER & WILSON

                                  By_____/s/_____
                                       Peter S. Hayes
                                       Attorneys for Defendants
                                       CITY OF SAN LEANDRO, TONY SANTOS, SURLENE G. GRANT, DIANA M. SOUZA, JOYCE R. STAROSCIAK, BILL STEPHENS, JIM PROLA, JOHN JERMANIS, DEBBIE POLLART

1007720.1