# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:  September 5, 2007**                    **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-3605  PJH**

**Case Name: INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL v. CITY OF SAN LEANDRO, et al.**

**Attorney(s) for Plaintiff:**        Matthew B. McReynolds, Peter MacDonald, Kevin J. Snider
**Attorney(s) for Defendant:**        Peter S. Hayes, Jayne W. Williams, Deborah J. Fox

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Sahar McVickar


### PROCEEDINGS

Plaintiff's Motion for Preliminary Injunction-Held. The court takes the matter under submission**.**


**Order to be prepared by:**    [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file