Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org
Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO,TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his | Case No.:  CO7-03605-PJH-JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Date:** October 18, 2007<br>**Time:** 9:00 a.m.<br>**Ctrm:** 3<br>**Hon.:** Phyllis J. Hamilton |

| | |
|---|---|
| official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| FAITH FELLOWSHIP FOURSQUARE CHURCH, | )<br>)<br>)<br>) |
| Real Party in Interest. | ) |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:  September 10, 2007

                                             /S/ Kevin Snider
                                             Kevin T. Snider
                                             Mathew B. McReynolds
                                             Peter D. MacDonald
                                             Attorneys for Plaintiff and
                                             Real Party in Interest