1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Peter S. Hayes, Esq. (SBN: 184552)
   phayes@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants

8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL | Case No. C 07-03605 PJH |
| 12 | |
| 13            Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTIONS TO DISMISS; EXHIBITS 1-7 |
| 14  v. | |
| 15  CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50. | Honorable Phyllis J. Hamilton  Complaint Filed: 7/12/07  Hearing: Date:      October 31, 2007 Time:      9:00 a.m. Courtroom: 3 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23            Defendants. | |
| 24 | |
| 25  FAITH FELLOWSHIP FOURSQUARE CHURCH, | |
| 26 | |
| 27            Real Party in Interest. | |
| 28 | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Defendants City of San Leandro, City Manager John Jermanis, former Planning Manager Debbie Pollart, Mayor Tony Santos, and City Councilmembers Surlene G. Grant, Diana M. Souza, Joyce R. Starosciak, Bill Stephens, Jim Prola (collectively "the City defendants") hereby request that this Court take judicial notice of the matters set forth in Exhibits 1-7 attached hereto in support of (1) the Motion of Defendants City of San Leandro, Mayor Tony Santos, and City Councilmembers Surlene G. Grant, Diana M. Souza, Joyce R. Starosciak, Bill Stephens and Jim Prola to Dismiss Complaint, and (2) the Motion of Defendants City Manager John Jermanis and former Planning Manager Debbie Pollart to Dismiss Complaint, both filed concurrently.

Pursuant to the Federal Rules of Evidence, Rule 201, a Court may take judicial notice of undisputed matters of public record, including records and reports of administrative bodies; or legislative history of laws, rules or ordinances. *See Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir. 2001) citing *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986).

The City defendants request that this Court take judicial notice of the following exhibits:

Exhibit 1  San Leandro Zoning Code, Article 5 Residential Districts 9 (excerpts)
Exhibit 2  San Leandro Zoning Code, Article 7 Industrial Districts (excerpts)
Exhibit 3  San Leandro Zoning Code, Article 3 Definitions (excerpts)
Exhibit 4  San Leandro Zoning Code, Article 13 Special Review Overlay District
Exhibit 5  San Leandro Zoning Code, Article 22 Use Permits, Variances, and Parking Exceptions (excerpts)

///
///
///
///

| | | |
|---|---|---|
| 1 | Exhibit 6 | Ordinance No. 2007-005 An Ordinance Of The City of San Leandro Amending San Leandro Zoning Code: Part I, Article 3, Deleting Definitions For 'Clubs & Lodges' And 'Religious Assembly' And Adding A New Definition For 'Assembly Uses'; Part II, Article 5, Amending Sections 2-504, 2-506, 2-508 and 2-510 For Consistency With New Definitions; Part III, Amending Article 13; and Part IV, Article 17, Amending Section 4-1704, April 2, 2007 |
| 7 | Exhibit 7 | Ordinance No. 2007-006 An Ordinance Of The City Of San Leandro Zoning Certain Properties Herein Described As To Zoning With An Assembly Use Overlay District And Amending Zoning Map For 196 Identified Properties, April 2, 2007 |

Dated: September 20, 2007        MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____/s/_____
DEBORAH J. FOX
Attorneys for City Defendants
CITY OF SAN LEANDRO, *et al.*

1013393_1
136.5016