Adopted 7/16/2001 – Effective 8/15/2001
(includes amendments effective through 2007)

City of San Leandro Zoning Code, Article 5

# PART II – BASE DISTRICT REGULATIONS

## Article 5    Residential Districts

Sections:

| | |
|---|---|
| 2-500 | Specific Purposes |
| 2-502 | Reserved |

**Use Regulations**

| | |
|---|---|
| 2-504 | RO District – Use Regulations |
| 2-506 | RS District – Use Regulations |
| 2-508 | RD District – Use Regulations |
| 2-510 | RM District – Use Regulations |
| 2-512 | Additional Use Restrictions: RO, RS, RD, and RM Districts |
| 2-514 | Home Occupation in an R District |
| 2-516 | Large Family Day Care Homes |
| 2-518 | Residential Congregate Care Facilities |
| 2-520 | Maximum Dwelling Unit Occupancy |
| 2-522 | RO District - Animal Husbandry |
| 2-524 | Reserved |

**Development Regulations**

| | |
|---|---|
| 2-526 | Property Development Regulations: RO, RS, RD, & RM Districts |
| 2-528 | Base Density: Minimum Site Area per Unit |
| 2-530 | Minimum Lot Area |
| 2-532 | Minimum Lot Width |
| 2-534 | Minimum Yards |
| 2-536 | Maximum Height of Structures |
| 2-537 | Daylight Planes in R Districts |
| 2-538 | Maximum Lot Coverage |
| 2-539 | Maximum Floor Area Ratio (FAR) |
| 2-540 | Additional Property Development Regulations: RO, RS, RD, and RM Districts |
| 2-542 | R Districts - Adjustments to Minimum Yard Requirements |
| 2-544 | Swimming Pools, Hot Tubs and Related Equipment |
| 2-546 | Accessory Structures in RS, RD and RM Districts |
| 2-548 | RO District - Applicability of Prior Code |
| 2-550 | RO District – Additional Setback and Lot Coverage Requirements |
| 2-552 | RO District – Accessory Structures |
| 2-554 | RO District- Additional Dwelling Units |
| 2-556 | RM District - Multi-Family Dwellings, Requirements for Courts Opposite Windows |
| 2-558 | RM District - Multi-Family Dwellings, Requirements for Open Space |

| | |
|---|---|
| 2-560 | RM District - Multi-Family Dwellings, Requirements for Planting Areas |
| 2-562 | RM District - Multi-Family Dwellings, Requirements for Storage Space |
| 2-564 | RM District - Multi-Family Dwellings, Requirements for Exterior Materials |
| 2-566 | Reserved |
| 2-568 | Manufactured Homes in R Districts |
| 2-570 | Manufactured Home Parks |
| 2-572 | Reserved |

**Discretionary Permits**

| | |
|---|---|
| 2-574 | Administrative Exceptions |
| 2-576 | Secondary Dwelling Units |
| 2-578 | Residential Site Plan Review – Measure of Floor Area and General Requirements |
| 2-580 | RO, RS and RS-40 Districts - Residential Site Plan Review |
| 2-582 | RS-VP Sub-District – Height Restrictions, Exceptions and View Preservation/Site Plan Review |
| 2-584 | RO and RS Districts – Overview of Residential Site Plan Review Requirements |

## 2-500 Specific Purposes

In addition to the general purposes listed in Article 1, the specific purposes of residential districts are to:

A. Provide appropriately located areas for residential development that are consistent with the General Plan and with standards of public health and safety established by the Municipal Code.

B. Ensure adequate light, air, privacy, and open space for each dwelling, and protect residents from the harmful effects of excessive noise, population density, traffic congestion, and other adverse environmental effects.

C. Protect residential areas from fires, explosions, landslides, toxic fumes and substances, and other public safety hazards.

D. Protect adjoining single-family residential districts from excessive loss of sun, light, quiet, and privacy resulting from proximity to new development.

E. Achieve a high standard of site and building design and design compatibility with surrounding neighborhoods.

F. Promote development of housing affordable by low- and moderate-income households by providing a density bonus for projects in which a portion of the units are affordable for such households.

G. Provide sites for public and semipublic land uses needed to complement residential development or requiring a residential environment.

H. Ensure the provision of public services and facilities needed to accommodate planned population densities.

The additional purposes of each R Residential District are:

<u>RO Residential Outer District</u>. To provide opportunities for additional single- and two-family dwellings on larger lots, subject to appropriate standards and to permit horticulture, animal husbandry, and small-scale truck gardening within limitations consistent with the basic residential character of the district.

<u>RS Residential Single-Family District</u>. To provide opportunities for single-family residential land use in neighborhoods, subject to appropriate standards. There are two sub-districts of the RS district. One, indicated by a "-40" designation, is intended for areas where the minimum front yard setback is forty (40) feet. The other, indicated by a –VP, is intended for "view preservation", where the maximum height limit is eighteen (18) feet and all new homes and additions are subject to discretionary review to prevent unreasonable blockage of views.

<u>RD Residential Duplex District</u>. To provide opportunities for two-family housing at appropriate locations.

<u>RM Residential Multi-Family District</u>. To provide opportunities for multiple residential uses, including town houses, condominiums, multi-dwelling structures, or cluster housing with landscaped open space for residents' use, and apartments. Single-family and duplex dwellings are permitted uses in these districts. Four types of multi-family districts are established:

**RM-3000 District**, where the density is 14.5 dwellings per gross acre.

**RM-2500 District**, where the density is 17.5 dwellings per gross acre.

**RM-2000 District**, where the density is 22 dwellings per gross acre.

**RM-1800 District**, where the density is 24 dwellings per gross acre.

**2-502   Reserved**

<u>Use Regulations</u>

**2-504   RO District – Use Regulations**

Case 3:07-cv-03605-PJH  Document 72-2  Filed 09/20/2007  Page 4 of 8

Adopted 7/16/2001 – Effective 8/15/2001  City of San Leandro Zoning Code, Article 5
(includes amendments effective through 2007)

A. <u>RO District – Permitted Uses</u>.

The following uses are allowed in the RO District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a permitted use.
2. Animal Husbandry. (Subject to the regulations of Section 2-522: RO District - Animal Husbandry)
3. Day Care, Large Family. (Subject to the regulations of Section 2-516: Large Family Day Care Home.)
4. Day Care, Limited.
5. Garage and Yard Sales. (Limited to two (2) times per year on the premises of the property owner or a residential property in the immediate vicinity.)
6. Horticulture, Limited.
7. Park and Recreation Facilities, Public.
8. Residential Congregate Care Facilities. (Subject to the regulations of Section 2-518: Residential Congregate Care Facilities.)
9. Residential Congregate Care Facilities, Limited.
10. Single-Family Residential.
11. Additional Residential Dwelling Units. (Subject to the regulations of Section 2-554: RO District – Additional Dwelling Units.)
12. Utilities, Minor.

B. <u>RO District – Conditionally Permitted Uses</u>.

The following uses are allowed in the RO District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classifications.)

1. Accessory uses when in conjunction with a conditionally permitted use.
2. Assembly Uses.
3. Day Care, General.
4. Park and Recreation Facilities, Private Noncommercial.
5. Public Safety Facilities.
6. Schools, Public or Private.
7. Telecommunications Antennae and/or Alternative Tower Structures [see Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].
8. Utilities, Major.

C. <u>RO District – Temporary Uses Requiring Administrative Review</u>.

The following temporary uses are allowed in the RO District, subject to the regulations of Section 5-2222: Temporary Use Permits.

Case 3:07-cv-03605-PJH   Document 72-2   Filed 09/20/2007   Page 5 of 8

Adopted 7/16/2001 – Effective 8/15/2001  
(includes amendments effective through 2007)                                      City of San Leandro Zoning Code, Article 5

1. Assembly Uses, Temporary.
2. Commercial Filming, Limited.
3. Street and Neighborhood Fairs.

## 2-506   RS District – Use Regulations

A. <u>RS District – Permitted Uses</u>.

The following uses are allowed in the RS District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a permitted use.
2. Day Care, Large Family. (Subject to the regulations of Section 2-516: Large Family Day Care Homes.)
3. Day Care, Limited.
4. Garage and Yard Sales. (Limited to two (2) times per year on the premises of the property owner or a residential property in the immediate vicinity.)
5. Park and Recreation Facilities, Public.
6. Residential Congregate Care Facilities. (Subject to the regulations of Section 2-518: Residential Congregate Care Facilities.)
7. Residential Congregate Care Facilities, Limited.
8. Single-Family Residential.
9. Two-Family Residential, Pre-Existing. (These pre-existing two-family residential uses shall be allowed to remain and shall not be considered non-conforming, but no new uses shall be established.)
10. Utilities, Minor.

B. <u>RS District – Conditionally Permitted Uses</u>.

The following uses are allowed in the RS District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a conditionally permitted use.
2. Assembly Uses.
3. Day Care, General.
4. Park and Recreation Facilities, Private Noncommercial.
5. Public Safety Facilities.
6. Schools, Public or Private.
7. Secondary Dwelling Units. (Subject to the regulations of Section 2-576: Secondary Dwelling Units.)
8. Swim and Tennis Clubs.

      9.  Telecommunications Antennae and/or Alternative Tower Structures [see Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].

      10.  Utilities, Major.

C.    RS District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RS District, subject to the regulations of Section 5-2222: Temporary Use Permits.

    1.  Assembly Uses, Temporary.
    2.  Commercial Filming, Limited.
    3.  Street and Neighborhood Fairs.

## 2-508  RD District – Use Regulations

A.    RD District – Permitted Uses.

The following uses are allowed in the RD District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

    1.  Accessory uses when in conjunction with a permitted use.
    2.  Day Care, Large Family. (Subject to the regulations of Section 2-516: Large Family Day Care Homes.)
    3.  Day Care, Limited.
    4.  Garage and Yard Sales. (Limited to two (2) times per year on the premises of the property owner or a residential property in the immediate vicinity.)
    5.  Park and Recreation Facilities, Public.
    6.  Residential Congregate Care Facilities. (Subject to the regulations of Section 2-518: Residential Congregate Care Facilities.)
    7.  Residential Congregate Care Facilities, Limited.
    8.  Single-Family Residential.
    9.  Two-Family Residential.
    10.  Utilities, Minor.

B.    RD District – Conditionally Permitted Uses.

The following uses are allowed in the RD District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

    1.  Accessory uses when in conjunction with a conditionally permitted use.
    2.  Assembly Uses.
    3.  Day Care, General.

Case 3:07-cv-03605-PJH   Document 72-2   Filed 09/20/2007   Page 7 of 8

Adopted 7/16/2001 – Effective 8/15/2001                    City of San Leandro Zoning Code, Article 5
(includes amendments effective through 2007)

      4. Park and Recreation Facilities, Private Noncommercial.
      5. Public Safety Facilities.
      6. Schools, Public or Private.
      7. Swim and Tennis Clubs.
      8. Telecommunications Antennae and/or Alternative Tower Structures [see Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].
      9. Utilities, Major.

   C. <u>RD District – Temporary Uses Requiring Administrative Review</u>.

      The following temporary uses are allowed in the RD District, subject to the regulations of Section 5-2222: Temporary Use Permits.

      1. Assembly Uses, Temporary.
      2. Commercial Filming, Limited.
      3. Street and Neighborhood Fairs.

**2-510  RM District – Use Regulations**

   A. <u>RM District – Permitted Uses</u>.

      The following uses are allowed in the RM District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

      1. Accessory uses when in conjunction with a permitted use.
      2. Day Care, Large Family. (Subject to the regulations of Section 2-516: Large Family Day Care Homes.)
      3. Day Care, Limited.
      4. Garage and Yard Sales. (Limited to two (2) times per year on the premises of the property owner or a residential property in the immediate vicinity.)
      5. Multi-Family Residential.
      6. Park and Recreation Facilities, Public.
      7. Residential Congregate Care Facilities. (Subject to the regulations of Section 2-518: Residential Congregate Care Facilities.)
      8. Residential Congregate Care Facilities, Limited.
      9. Single-Family Residential.
     10. Two-Family Residential.
     11. Utilities, Minor.

Case 3:07-cv-03605-PJH   Document 72-2   Filed 09/20/2007   Page 8 of 8

Adopted 7/16/2001 – Effective 8/15/2001                                City of San Leandro Zoning Code, Article 5
(includes amendments effective through 2007)

B.  RM District – Conditionally Permitted Uses.

The following uses are allowed in the RM District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a conditionally permitted use.
2. Assembly Uses.
3. Bed and Breakfast Inns.
4. Day Care, General.
5. Group Housing.
6. Manufactured Home Parks.
7. Park and Recreation Facilities, Private Noncommercial.
8. Public Safety Facilities.
9. Schools, Public or Private.
10. Swim and Tennis Clubs.
11. Telecommunications Alternative Tower Structures [see Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].
12. Utilities, Major.

C.  RM District – Uses Requiring Administrative Review.

The following uses are allowed in the RM District, subject to the approval of a Zoning Permit by the Zoning Enforcement Official, as per the requirements of Article 21.

1. Telecommunications Antennae [see Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].

D.  RM District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RM District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1. Assembly Uses, Temporary.
2. Commercial Filming, Limited.
3. Street and Neighborhood Fairs.

## 2-512 Additional Use Restrictions: RO, RS, RD, and RM Districts

All uses not listed as permitted, conditionally permitted, subject to administrative review, or subject to site development review are prohibited, unless a determination is made by the Zoning Enforcement Official pursuant to Section 5-2106: Uses Not Listed.

In addition to the uses listed above, the following regulations shall apply: