Case 3:07-cv-03605-PJH   Document 72-3   Filed 09/20/2007   Page 1 of 13

Adopted 7/16/2001 – Effective 8/15/2001                                  City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

# Article 7 I Industrial Districts

Sections:

| | |
|---|---|
| 2-700 | Specific Purposes |
| 2-702 | Reserved |

### Use Regulations

| | |
|---|---|
| 2-704 | IL District – Use Regulations |
| 2-706 | IG District – Use Regulations |
| 2-708 | IP District – Use Regulations |
| 2-710 | Reserved |
| 2-714 | Reserved |
| 2-716 | Reserved |
| 2-718 | Reserved |
| 2-720 | Reserved |
| 2-722 | Reserved |
| 2-724 | Reserved |
| 2-726 | Additional Use Restrictions: IL, IG, and IP Districts |

### Development Regulations

| | |
|---|---|
| 2-728 | Property Development Regulations: IL, IG, and IP Districts |
| 2-730 | Minimum Lot Area and Minimum Lot Width |
| 2-732 | Minimum Yards |
| 2-734 | Maximum Height of Structures |
| 2-736 | Maximum Lot Coverage and Maximum FAR |
| 2-738 | Minimum Site Landscaping |
| 2-740 | Parcels Adjoining Residential Districts – Additional Development Requirements for New Construction |
| 2-741 | Parcels Adjoining Residential Districts – Additional Performance Standards |
| 2-742 | Additional Property Development Regulations: IL, IG, and IP Districts |
| 2-744 | Review of Plans |

## 2-700 Specific Purposes

In addition to the general purposes listed in Article 1, "Title, Components and Purposes," the specific purposes of the industrial district regulations are to:

   A.   Provide appropriately located areas consistent with the General Plan for a broad range of manufacturing, distribution and storage, and service uses.

   B.   Strengthen the City's economic base, and provide employment opportunities close to home for residents of the City and surrounding communities.

EXHIBIT 2

AR.7
Page 1 of 19
0011

C. Provide a suitable environment for various types of industrial uses, and protect them from the adverse impacts of inharmonious uses.

D. Encourage adaptive reuse of existing industrial buildings.

E. Ensure high quality site and building design for new or reused buildings, and that the appearance and effects of industrial uses are compatible with the character of the area in which they are located.

F. Minimize the impact of industrial uses on adjacent residential districts.

G. Ensure the provision of adequate off-street parking and loading facilities.

The additional purposes of each I district are as follows:

IL Industrial Limited District. To provide areas appropriate for a wide range of (1) low- to moderate- intensity industrial uses capable of being located adjacent to residential areas through provision of adequate buffering and attenuation measures and; (2) commercial services and light manufacturing, and to protect these areas, to the extent feasible, from disruption and competition for space from unrelated retail or commercial uses or general industrial uses. Conversion of buildings and sites to general office use is not permitted.

IG Industrial General District. To provide and protect existing industrial sites and allow for continued operation of existing general industry, subject to performance standards and buffering requirements to minimize potential environmental impacts. Certain types of retail sales are permitted under specified limitations.

IP Industrial Park District. To provide and protect industrial lands for the development in a landscaped setting of communities of high technology, research and development facilities, limited industrial activities (including production and assembly but not raw materials processing or bulk handling), small-scale warehousing and distribution, industrial office centers, certain types of specified retail sales, and related uses.

**2-702 Reserved**

Adopted 7/16/2001 – Effective 8/15/2001    City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

## Use Regulations

### 2-704  IL District – Use Regulations

(In the 'S' Overlay District, permitted uses may require a Conditional Use Permit if not regional retail, new auto sales, or other compatible regional market use.)

A.  <u>IL District – Permitted Uses</u>.

The following uses are allowed in the IL District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses, other than Entertainment Activities, when in conjunction with a permitted use.
2. Adult-Oriented Business. (Subject to the requirements and limitations prescribed in Section 4-1683: Adult-Oriented Business Regulations.)
3. Ambulance Services. (If the proposed use is located within one thousand (1,000) feet of either an R District or the boundaries of a site occupied by a public or private school or park and recreation facility, a use permit shall be required.)
4. Animal Hospitals.
5. Artists' Studios.
6. Building Materials and Services. (Permitted if the proposed use is within an enclosed structure. A use permit is required for outdoor yard/storage.)
7. Business Services.
8. Business and Trade Schools.
9. Catering Services.
10. Communications Facilities.
11. Equipment Sales.
12. Food Processing, Limited.
13. Health and Fitness Centers.
14. Home Improvement and Interior Decoration.
15. Industry, Custom.
16. Industry, Limited.
17. Industry, Research, and Development.
18. Laboratories.
19. Maintenance and Repair Services.
20. Marine Sales and Services.
21. Medical Supply Stores.
22. Nurseries.
23. Offices, Business, and Professional. (Note: The conversion of an industrial use to an office use is subject to the minimum off-street parking requirements of Section 4-1704; as prescribed of use by subsections 4-1702.A.1 & 2)
24. Parcel Processing and Shipping Centers. (If the proposed use is to occupy thirty thousand (30,000) square feet or more, in a building

Case 3:07-cv-03605-PJH  Document 72-3  Filed 09/20/2007  Page 4 of 13

Adopted 7/16/2001 – Effective 8/15/2001  City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

constructed after August 15, 2001, Administrative Review is required, per Subsection C.2 below.)
25. Pre-existing residential uses. (These residential uses shall be allowed to remain and shall not be considered non-conforming, but no new uses shall be established.)
26. Research and Development Services.
27. Telecommunications Antennae and/or Alternative Tower Structures up to thirty-five (35) feet in height. [See Section 4-1686: Wireless Tele-communication Facilities {as per Ordinance No. 98-009}].
28. Utilities, Minor.
29. Vehicle/Heavy Equipment Dealers, New.
30. Warehouse – Storage Facilities. (If the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use, a use permit is required, per Subsection B.32 below.)
31. Warehouse - Wholesale/Retail Distribution Facilities.

B. IL District – Conditionally Permitted Uses.

The following uses are allowed in the IL District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a conditional use.
2. Automobile Parts Sales.
3. Bars.
4. Cafés.
5. Commercial Recreation.
6. Corporation Yards.
7. Day Care, General.
8. Drive-up Facilities.
9. Emergency Health Care.
10. Entertainment Activities. (Entertainment Activities, when provided either as a primary use or as an accessory use to permitted and conditionally permitted uses, require use permit approval.)
11. Farmers' Market.
12. Fast Food Establishments, Large Scale.
13. Fast Food Establishments, Small Scale.
14. Financial Institutions, Retail.
15. Food Processing, General.
16. Furniture, Electronics and Appliance Sales.
17. Industry, Hazardous Materials or Hazardous Waste. (Provided that the use is consistent with the Alameda County Hazardous Waste Management Plan and the San Leandro General Plan.)
18. Massage Therapy.
19. Public Safety Facilities.

20. Public Storage.
21. Recycling Facilities, Large Collection. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
19. Recycling Facilities, Light Processing. (Subject to the regulations of Section 4-1646: Recycling Facilities.
20. Restaurants, Full-Service.
21. Retail Sales, Big Box.
22. Service Stations.
23. Small Scale Transfer and Storage Facilities for Hazardous Waste. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
24. Utilities, Major.
25. Vehicle/Equipment Repair, General.
26. Vehicle Equipment Repair, Limited.
27. Vehicle/Heavy Equipment Dealers, Used.
28. Vehicle/Heavy Equipment Rentals.
29. Vehicle Storage.
32. Warehouse – Storage Facilities. (A use permit is required if the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use.)

C. <u>IL District – Uses Requiring Administrative Review</u>.

The following uses are allowed in the IL District, subject to the approval of a Zoning Permit by the Zoning Enforcement Official, as per the requirements of Article 21.

1. Automatic Teller Machines.
2. Parcel Processing and Shipping Centers. (Administrative Review is required to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001. Standards for review are specified in Section 2-726.G.)
3. Parking Lot.
4. Recycling Facilities, Bulk Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
5. Recycling Facilities, Single-Feed Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
6. Telecommunications Tower, exceeding thirty-five (35) feet in height. [See Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].

Case 3:07-cv-03605-PJH    Document 72-3    Filed 09/20/2007    Page 6 of 13

Adopted 7/16/2001 – Effective 8/15/2001                                City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

D.  **IL District – Temporary Uses Requiring Administrative Review.**

The following temporary uses are allowed in the IL District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1. Christmas Tree and Pumpkin Sales.
2. Commercial Filming.
3. Trade Fairs.

## 2-706  IG District – Use Regulations

A.  **IG District – Permitted Uses.**

The following uses are allowed in the IG District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

(In the 'S' Overlay District, permitted uses may require a Conditional Use Permit if not regional retail, new auto sales, or other compatible regional market use.)

1. Accessory uses, other than Entertainment Activities, when in conjunction with a permitted use.
2. Adult-Oriented Business. (Subject to the requirements and limitations prescribed in Section 4-1683: Adult-Oriented Business Regulations.)
3. Ambulance Services. (If the proposed use is located within one thousand (1,000) feet of either an R District or the boundaries of a site occupied by a public or private school or park and recreation facility, a use permit shall be required.)
4. Artists' Studios.
5. Automobile Parts Sales.
6. Building Materials and Services. (Permitted if the proposed use is within an enclosed structure. A use permit is required for outdoor yard/storage.)
7. Business Services.
8. Business and Trade Schools.
9. Catering Services.
10. Communications Facilities.
11. Emergency Health Care.
12. Equipment Sales.
13. Food Processing, General.
14. Food Processing, Limited.
15. Health and Fitness Centers.
16. Home Improvement and Interior Decoration.
17. Industry, Custom.
18. Industry, General.
19. Industry, Limited.
20. Industry, Research and Development.

Case 3:07-cv-03605-PJH   Document 72-3   Filed 09/20/2007   Page 7 of 13

Adopted 7/16/2001 – Effective 8/15/2001          City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

21. Laboratories.
22. Maintenance and Repair Services.
23. Marine Sales and Services.
24. Medical Supply Stores.
25. Nurseries.
26. Offices, Business and Professional.
27. Parcel Processing and Shipping Centers. (If the proposed use is to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001, Administrative Review is required, per subsection C.2 below.)
28. Pre-existing residential uses. (These residential uses shall be allowed to remain and shall not be considered nonconforming uses, but no new uses shall be established.)
29. Research and Development Services.
30. Retail Sales, Big Box.
31. Telecommunications Antennae and/or Alternative Tower Structures up to sixty (60) feet in height. [See Section 4-1686: Wireless Tele-communication Facilities {as per Ordinance No. 98-009}].
32. Utilities, Minor.
33. Vehicle/Heavy Equipment Dealers, New.
34. Warehouse – Storage Facilities. (If the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use, a use permit is required, per Subsection B.32 below.)
35. Warehouse - Wholesale/Retail Distribution Facilities.

B. IG District – Conditionally Permitted Uses.

The following uses are allowed in the IG District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a conditional use.
2. Bars.
3. Cafés.
4. Corporation Yards.
5. Day Care, General.
6. Drive-up Facilities.
7. Entertainment Activities. (Entertainment Activities, when provided either as a primary use or as an accessory use to permitted and conditionally permitted uses, require use permit approval).
8. Farmers' Market.
9. Fast Food Establishments, Large Scale.
10. Fast Food Establishments, Small Scale.
11. Financial Institutions, Retail.
12. Furniture, Electronics and Appliance Sales.
13. Industrial Transfer/Storage/Treatment Facilities for Hazardous Waste.

14. Industry, Hazardous Materials or Hazardous Waste. (Provided that the use is consistent with the Alameda County Hazardous Waste Management Plan and the San Leandro General Plan.)
15. Massage Therapy.
16. Public Safety Facilities.
17. Public Storage.
18. Recycling Facilities, Heavy Processing. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
19. Recycling Facilities, Large Collection. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
20. Recycling Facilities, Light Processing. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
21. Residuals Repositories for Hazardous Waste.
22. Restaurants, Full-Service.
23. Service Stations.
24. Small-Scale Transfer and Storage Facilities for Hazardous Waste. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
25. Transfer Stations.
26. Trucking Terminals.
27. Utilities, Major.
28. Vehicle/Equipment Repair, General.
29. Vehicle Equipment Repair, Limited.
30. Vehicle/Heavy Equipment Dealers, Used.
31. Vehicle/Heavy Equipment Rentals.
32. Vehicle Storage.
33. Warehouse - Storage Facilities. (A use permit is required if the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use.)

C. <u>IG District – Uses Requiring Administrative Review</u>.

The following uses are allowed in the IG District, subject to the approval of a Zoning Permit by the Zoning Enforcement Official, as per the requirements of Article 21.

1. Automatic Teller Machines.
2. Parcel Processing and Shipping Centers. (Administrative Review is required to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001. Standards for review are specified in Section 2-726.G.)
3. Parking Lot.
4. Recycling Facilities, Bulk Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
5. Recycling Facilities, Single-Feed Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)

Case 3:07-cv-03605-PJH    Document 72-3    Filed 09/20/2007    Page 9 of 13

Adopted 7/16/2001 – Effective 8/15/2001                                    City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

      6. Telecommunications Tower, exceeding sixty (60) in height. [See Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].

  D. <u>IG District – Temporary Uses Requiring Administrative Review</u>.

    The following temporary uses are allowed in the IG District, subject to the regulations of Section 5-2222: Temporary Use Permits.

    1. Animal Shows.
    2. Christmas Tree and Pumpkin Sales.
    3. Commercial Filming.
    4. Trade Fairs.

**2-708  IP District – Use Regulations**

  A. <u>IP District – Permitted Uses</u>.

    The following uses are allowed in the IP District, and a conditional use permit is not required. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

    (In the 'S' Overlay District, permitted uses <u>may</u> require a Conditional Use Permit if not regional retail, new auto sales, or other compatible regional market use.)

    1. Accessory uses, other than Entertainment Activities, when in conjunction with a permitted use.
    2. Adult-Oriented Business. (Subject to the requirements and limitations prescribed in Section 4-1683: Adult-Oriented Business Regulations.)
    3. Ambulance Services. (If the proposed use is located within one thousand (1,000) feet of either an R District or the boundaries of a site occupied by a public or private school or park and recreation facility, a use permit shall be required.)
    4. Building Materials and Services. (Permitted if the proposed use is within an enclosed structure.)
    5. Business Services.
    6. Business and Trade Schools.
    7. Communication Facilities.
    8. Equipment Sales.
    9. Food Processing, Limited.
    10. Financial Institutions, Retail.
    11. Health and Fitness Centers.
    12. Home Improvement and Interior Decoration.
    13. Industry, Custom.
    14. Industry, Limited.
    15. Industry, Research and Development.
    16. Laboratories.

17. Maintenance and Repair Services.
18. Medical Supply Stores.
19. Offices, Business and Professional. (The conversion of an industrial use to an office use is subject to the minimum off-street parking requirements of Section 4-1704; as prescribed for changes of use by subsections 4-1702.A.1 and 2.)
20. Parcel Processing and Shipping Centers. (If the proposed use is to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001, Administrative Review is required, per subsection C.2 below.)
21. Park and Recreational Facilities.
22. Pre-existing Residential Uses. (These residential uses shall be allowed to remain and shall not be considered nonconforming uses, but no new uses shall be established.)
23. Research and Development Services.
24. Retail Sales, Big Box.
25. Retail Services. (As a secondary use in a building.)
26. Telecommunications Antennae and/or Alternative Tower Structures up to thirty-five (35) fee in height. [See Section 4-1686: Wireless Tele-communication Facilities {as per Ordinance No. 98-009}].
27. Utilities, Minor.
28. Vehicle/Heavy Equipment Dealers, New.
29. Warehouse – Storage Facilities. (If the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use, a use permit is required, per Subsection B.22 below.)
30. Warehouse - Wholesale/Retail Distribution Facilities. (Permitted if the proposed use is within an enclosed structure.)

B. <u>IP District – Conditionally Permitted Uses</u>.

The following uses are allowed in the IP District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1. Accessory uses when in conjunction with a conditional use.
2. Automobile Parts Sales.
3. Bars.
4. Cafés.
5. Commercial Recreation.
6. Day Care, General.
7. Drive-up Facilities.
8. Emergency Health Care.
9. Entertainment Activities. (Entertainment Activities, when provided either as a primary use or as an accessory use to permitted and conditionally permitted uses, require use permit approval.)

10. Farmers' Market.
11. Fast Food Establishments, Large Scale.
12. Fast Food Establishments, Small Scale.
13. Food Processing, General.
14. Furniture, Electronics, and Appliance Sales.
15. Industry, General.
16. Industry, Hazardous Materials, or Hazardous Waste. (Provided that the use is consistent with the Alameda County Hazardous Waste Management Plan and the San Leandro General Plan.)
17. Massage Therapy.
18. Public Safety Facilities.
19. Restaurants, Full-Service.
20. Service Stations.
21. Utilities, Major.
22. Vehicle/Heavy Equipment Dealers, Used.
23. Warehouse - Storage Facilities. (A use permit is required if the proposed use will occupy a building constructed after August 15, 2001, or an existing building will be expanded ten thousand (10,000) square feet to accommodate this use.)

C. <u>IP District – Uses Requiring Administrative Review</u>.

The following uses are allowed in the IP District, subject to the approval of a Zoning Permit by the Zoning Enforcement Official, as per the requirements of Article 21.

1. Automatic Teller Machines.
2. Parcel Processing and Shipping Centers. (Administrative Review is required to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001. Standards for review are specified in Section 2-726.G.)
3. Parking Lot.
4. Recycling Facilities, Bulk Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
5. Recycling Facilities, Single-Feed Reverse Vending Machines. (Subject to the regulations of Section 4-1646: Recycling Facilities.)
6. Telecommunications Tower, exceeding thirty-five (35) feet in height. [See Section 4-1686: Wireless Telecommunication Facilities {as per Ordinance No. 98-009}].

D. <u>IP District – Temporary Uses Requiring Administrative Review</u>.

The following temporary uses are allowed in the IP District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1. Commercial Filming.

Adopted 7/16/2001 – Effective 8/15/2001                      City of San Leandro Zoning Code - Article 7
(includes amendments effective through 2007)

      2.    Storage Containers, Temporary.
      3.    Trade Fairs.

**2-710 Reserved**

**2-712 Reserved**

**2-714 Reserved**

**2-716 Reserved**

**2-718 Reserved**

**2-720 Reserved**

**2-722 Reserved**

**2-724 Reserved**

**2-726 Additional Use Restrictions: IL, IG, and IP Districts**

In addition to the uses listed above, the following regulations shall apply:

    A.    <u>Relocated Structures</u>. A use permit shall be required for any commercial use, residential use, day care, animal hospital, or industrial use occupying relocated structures. (See Section 4-1648.)

    B.    <u>Fast Food Restaurants</u> shall be subject to the regulations in Section 4-1630.

    C.    <u>Service Stations and Automobile Washing</u> is subject to the regulations in Sections 4-1634 and 4-1644.

    D.    <u>Industrial Uses</u> are subject to the regulations in Section 4-1636.

    E.    <u>Temporary Uses</u> shall be subject to the regulations in Section 5-2222.

    F.    <u>Commercial and Accessory Uses</u> shall be subject to the regulations of 4-1676.

    G.    <u>Parcel Processing and Shipping Centers</u> are subject to Administrative Review in order to occupy thirty thousand (30,000) square feet or more, in a building constructed after August 15, 2001. Zoning Permit review pursuant to Article 21 shall include a review of the proposal's trip generation, potential circulation, and noise generation impacts. Additional information, including but not limited to a traffic study, may be required. The standard for approval

is the Zoning Enforcement Official's ability to make the findings required as listed below:

1. That the proposed location of the Parcel Processing and Shipping Center is in accord with the objectives of this code and the purposes of the I District in which the site is located;

2. That the proposed location of the Parcel Processing and Shipping Center and the proposed conditions under which it would be operated or maintained will be consistent with the General Plan; will not be detrimental to the public health, safety, or welfare of persons residing, or working in, or adjacent to, the neighborhood of such use; and will not be detrimental to properties or improvements in the vicinity, or to the general welfare of the City;

3. That the proposed Parcel Processing and Shipping Center will comply with the provisions of this Code, including any specific condition required for the proposal in the District in which it would be located; and

4. That the proposed Parcel Processing and Shipping Center will not create adverse impacts on traffic or create demands exceeding the capacity of public services and facilities, which cannot be mitigated.

## Development Regulations

### 2-728 Property Development Regulations: IL, IG, and IP Districts

The following sections set forth the property development regulations of the IL, IG, and IP Districts.

### 2-730 Minimum Lot Area and Minimum Lot Width

|    | Minimum Lot Area (square feet) | Minimum Lot Width (feet) |
|----|--------------------------------|--------------------------|
| IL | 5,000                          | 50                       |
| IG | 5,000                          | 50                       |
| IP | 7,500                          | 50                       |

Section 4-1650: Development on Substandard Lots shall apply to substandard lots. Smaller lot dimensions may be permitted with an approved development plan and tentative subdivision map.