1 | Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
2 | Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
3 | Peter S. Hayes, Esq. (SBN: 184552)
phayes@meyersnave.com
4 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
5 | Oakland, California  94607
Telephone: (510) 808-2000
6 | Facsimile: (510) 444-1108

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No.  C07-03605 PJH<br><br>DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | |

1 | Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.

3 | Dated: September 20, 2007        MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____/s/_____
DEBORAH J. FOX
Attorneys for City Defendants
CITY OF SAN LEANDRO, *et al.*

1011410.1
136.50