UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

International Church of the
Foursquare Gospel

      Plaintiff(s),

CASE NO. C 07-03605 PJH

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

City of San Leandra

      Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
X   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Deborah J. Fox | Defendant | (213) 626-2906 | dfox@meyersnave.com |
| Kevin T. Snider | Plaintiff | (916) 857-6900 | kevinsnider@pacificjustice.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: September 26, 2007

                            Attorney for Plaintiff

Dated: September 24, 2007

                            Attorney for Defendant

Rev 12.05