Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org
Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIACK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his | Case No.:  CO7-03605-PJH-JCS<br><br>**PLAINTIFF AND REAL PARTY IN INTEREST'S RULE 26 INITIAL DISCLOSURE**<br><br>**Date:**  October 18, 2007<br>**Time:**  9:00 a.m.<br>**Ctrm:**  3<br>**Hon.:**  Phyllis J. Hamilton |

1  official capacity), JOHN JERMANIS (in )
   his official and individual capacities),    )
2  DEBBIE POLLART (in her official and  )
   individual capacities), DOES 1-50,       )
3                                            )
4  Defendants.                              )
                                            )
5                                            )
   FAITH FELLOWSHIP FOURSQUARE )
6  CHURCH,                                  )
                                            )
7                                            )
   Real Party in Interest.                  )
8

9          Pursuant to FRCP 26(a), Plaintiff, INTERNATIONAL CHURCH OF THE

10  FOURSQUARE GOSPEL, and Real Party in Interest FAITH FELLOWSHIP

11  FOURSQUARE CHURCH make their mandatory initial disclosures.

12

13         Plaintiff and the Real Party in Interest are continuing to investigate

14  Defendants' and the bases for their defense, and reserve the right to amend or

15  supplement this information in the course of discovery, in the event additional

16  information becomes available.

17

18

19

20  **A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

21  **REGARDING DEFENDANTS' POSITION:**

22      1.  Tony Santos
        835 East 14th Street
23      San Leandro, CA 94577-3767
        Tel. (510) 577-3200
24      Fax (510) 577-3340

25

26

27

28

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.


2.  Surlene G. Grant
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.


3.  Diana M. Souza
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.


4.  Joyce R. Starosciack
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

1
2
3
4

5. Bill Stephens
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

5
6
7

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

8
9
10
11

6. Jim Prola
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

12
13
14
15

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

16
17
18
19

7. John Jermanis
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

20
21
22
23

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

24
25
26
27

8. Debbie Pollart
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

28

Subjects of Information: Reasons for denial of the church applications for assembly use.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

9.  Marian Handa
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

10. William Schock
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

11. Hanson Hom
835 East 14th Street
San Leandro, CA 94577-3767
Tel. (510) 577-3200
Fax (510) 577-3340

Subjects of Information: Reasons for denial of the church applications for assembly use and rezoning.  Whether there are other similarly situated properties within the jurisdiction of San Leandro.

12.  Jane W. Williams
555 12th Street, Suite 1500

Oakland, CA 94607
Tel. (510) 808-2000
Fax (510) 1108

Subjects of Information: Reasons for denial of the church applications for assembly

use and rezoning.  Whether there are other similarly situated properties within the

jurisdiction of San Leandro.


13.   Gary Mortara
       577 Manor Blvd.
       San Leandro, CA 94579
       Tel. (510) 357-5723
       Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties

within the jurisdiction of San Leandro.   Substantial burden on the church's free

exercise of religion.  Denial of rights under the First and Fourteenth Amendments to

the U.S. Constitution.


14.   James Lee
       577 Manor Blvd.
       San Leandro, CA 94579
       Tel. (510) 357-5723
       Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties

within the jurisdiction of San Leandro.   Substantial burden on the church's free

exercise of religion.  Denial of rights under the First and Fourteenth Amendments to

the U.S. Constitution.


15.   Paul Gantt
       577 Manor Blvd.
       San Leandro, CA 94579
       Tel. (510) 357-5723

Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.    Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

16.  David Mortara
577 Manor Blvd.
San Leandro, CA 94579
Tel. (510) 357-5723
Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.    Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

17.  Ed Bullok
21790 Hesperian Blvd.
Hayward, CA 94541-7003
Tel (510) 582-2025
Fax (510) 881-8301

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.    Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

18.  Barbara Cabrera
577 Manor Blvd.
San Leandro, CA 94579
Tel. (510) 357-5723
Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

19.   Casey Lee
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

20.   Matt Lacey
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

21.   Josephine Del Rio
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

22.   Raul Rico
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

23.   Catalina Vaughn
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

24.   Alicia Swinderman
      577 Manor Blvd.
      San Leandro, CA 94579
      Tel. (510) 357-5723
      Fax (510) 614-0668

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.


25.    Olden Henson
       Hayward City Hall
       777 B Street, 4th Floor
       Hayward, CA 94541
       (510) 583-4000

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.


26.    Sam Maliniak
       1210 Coleman Ave.
       Santa Clarita, CA 95060
       Tel (408) 986-8711
       Fax (408) 986-0778

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.


27.    David Silvey
       415 Thrush Drive
       Patterson, CA 95363
       Tel.  (209) 568-1200

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free

exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

28.       Paul Chadbourne
          450 Main Street, Ste. 250
          Pleasanton, CA  94566
          Office 925-242-5881
          Fax    925-336-9299

Subjects of Information:  Whether there are other similarly situated properties within the jurisdiction of San Leandro.   Substantial burden on the church's free exercise of religion.  Denial of rights under the First and Fourteenth Amendments to the U.S. Constitution.

**B. DOCUMENTS THAT PLAINTIFF AND REAL PARTY IN INTEREST MAY USE TO SUPPORT THEIR POSITION (BY CATEGORY):**

Unless indicated otherwise, all of the following documents have been electronically filed and served on counsel for the respective parties.  Counsel for Plaintiff and Real Parties in Interest request that the documents noted as "in possession of City" be provided in Defendants' initial disclosure.  Documents not previously filed with the Court are in the possession of the attorneys for the Plaintiff and Real Parties in Interest located at 9851 Horn Rd, Ste 115, Sacramento, CA 95670.

***Exhibit A (Plaintiff and Real Party in Interest's)***

1. §a. Rezoning Application (May 11, 2007, and May 18, 2007) and related correspondence.

2. 1. Initial application. May 11, 2006.

3.  2. Application with signature for Gary Mortara. May 18, 2006.

4.  3. Letter from Gary Mortara, Faith Fellowship. May 11, 2006. Signed by Gary Mortara.

5.  4. City acceptance letter. Planning Manager Debbie Pollart to Faith Fellowship. June 29, 2006.

6.  §b. Business Development Subcommittee (of City Council). June 8, 2006

7.  1. Agenda. (in the possession of City)

8.  2. Staff Report. (in the possession of City)

9.  3. Minutes. (in the possession of city).

10.  §c. City Council. Meeting Open to Public. October 16, 2006

11.  1. Minutes of pleas by Faith Fellowship members for action.

12.  §d. Business Development Committee (of City Council). October 12, 2006

13.  1. Agenda. (in the possession of city)

14.   2. Staff Report.

15.   3. Minutes. (in the possession of city)

16.    §e. Joint Work Session. Planning Commission and Board of Zoning Adjustments. October 19, 2006.

17.  1. Agenda.

18.  2. Staff Report. (in the possession of city)

19.  3. Minutes.

20.  §f. Letter from Pacific Justice Institute to City on behalf of Faith Fellowship.
October 24, 2006.

21.  §g. Board of Zoning Adjustments. Work Session re Assembly Uses.
December 7, 2006.

22.  1. Agenda.

23.  2. Staff Report.

24.  3. Minutes.

25.  §h. West San Leandro/MacArthur Boulevard Redevelopment Advisory
Committee.

26.  1. Minutes.

27.  2. Powerpoint presented by Debbie Pollart. (in the possession of city)

28.  §i. Redevelopment Advisory Committee, Joint Redevelopment Project Area.
January 17, 2007.

29.  1. Agenda. (in the possession of city)

30.  2. Staff Report. (in the possession of city)

31.  3. Minutes.

32.  §j. Planning Commission. February 22, 2007. Re adoption of Assembly Use
Overlay District, and rezoning 196 parcels AU Overlay.1. Agenda.

33.  2. Staff Report.

34.  3. Minutes.

35.  §k. City Council. March 19, 2007. Re adoption of Assembly Use Overlay District, and rezoning 196 parcels AU Overlay.

36.  1. Agenda.

37.  2. Staff Report.

38.  3. Minutes.

39.  4. Adopted Ordinance No. 2007-005

40.  5. Adopted Ordinance No. 2007-006

41.  §l. Revised Zoning Application from Faith Fellowship. March 20, 2007.

42.  §m. Conditional Use Permit Application for Entertainment Activity in Industrial Park District at 14600 Catalina Street. March 2007.

43.  1. Application.

44.  2. Site Plan

45.  3. Required "proposed CUP findings".

46.  §n. Planning Commission. April 12, 2007. Re Application for rezone of Catalina Street property to AU Overlay District.

47.  1. Agenda.

48.  2. Staff Report with attachments.

49.  3. Letter from Peter MacDonald on behalf of Faith Fellowship Church. April 9, 2007.

50.  4. Statement by Paul Gantt, Hazardous Materials Expert.

51. 5. Petition signed by approx. 1700 supporters (in City's possession).

52. 6. Minutes.

53. §o. City Council. May 7, 2007. Re Application for rezone of Catalina Street property to AU Overlay District.

54. 1. Agenda.

55. 2. Staff Report with attachments.

56. 3. Letter from Peter MacDonald on behalf of Faith Fellowship Church. May 4, 2007.

57. Attachment 1 – Photos of Manor and Catalina properties on Sunday morning at 10:00

58. Attachment 2 – Site plan for Faith Fellowship Church

59. Attachment 3 – Street map showing arterial access to proposed church

60. Attachment 4 – Paul Gantt experience and education

61. Attachment 5 – AO Zones within City

62. Attachment 6 – Map of supporters in Manor Street and Catalina Street Neighborhoods

63. Attachment 7 – Letter from Pacific Justice Institute dated May 2, 2007

64. 4. Minutes

65. 5. Minute Order denying application.

66. 6. Letter requesting Reconsideration, Mortara to Jermanis. May 15, 2007.

67.  §p. City Documents: General Plan Excerpts:

68.  Cover and Table of Contents

       pp. 3.51-3.54. Planning Issues: Land Use Compatibility.

       pp. 3.59-3.65. Industrial and Office Districts.

       pp. 3.73-3.75. Land Use Compatibility.

       pp. 4.30-4.32. Coordinating Land Use and Transportation.

       pp. 6,37-6.39. Hazardous Materials.

69. §q. City Documents: Zoning Code Excerpts:

       1. Article 1. Title, Components, and Purposes.

       Article 3. Definitions:

       -Assembly Use.

       -Entertainment Activity.

       -Commercial Recreation.

       3. Article 7. Industrial Districts.

***Exhibit B (Plaintiff and Real Party in Interest's)***

70.  Assembly Use Hazmat Map

***Exhibit C (Plaintiff and Real Party in Interest's)***

71.  California Building Code 203-A

***Exhibit D (Plaintiff and Real Party in Interest's)***

72.  Hazardous Material Business Plan Listings

1

***Exhibit E (Plaintiff and Real Party in Interest's)***

2

73.   Catalina Property City Taxes

3

***Exhibit F (Plaintiff and Real Party in Interest's)***

4

5

74.    Projects Completed by McNely Construction Company

6

***Exhibit A (Attached to Debbie Pollart's Declaration)***

7

75.    Faith Fellowship's Planning Permit for a rezone and check for $2,000

8

9

***Exhibit B (Attached to Debbie Pollart's Declaration)***

10

76.     Letter to Jim Lee concerning application for zoning code text amendment

11

12

***Exhibit C (Attached to Debbie Pollart's Declaration)***

13

77.    Memorandum regarding assembly uses in Industrial Limited zoning district

14

Map of Potential Assembly Use Areas in San Leandro

15

16

***Exhibit D (Attached to Debbie Pollart's Declaration)***

17

78.    October 19, 2006 staff report concerning potential zoning code

18

amendments

19

20

79.   Overview of Residential Site Plan Review Requirements

21

80.   Development Standards Comparison for Single-Family Residences

22

81.    Map of Potential Assembly Use Areas in San Leandro

23

24

82.    ***Exhibit E (Attached to Debbie Pollart's Declaration)***

25

83.   Minutes for Joint Worksession on October 19, 2006

26

***Exhibit F (Attached to Debbie Pollart's Declaration)***

27

28

84.    February 22, 2007 staff report concerning potential zoning code amendments

85.    Ordinance of City of San Leandro deleting portions of zoning code

86.    Assembly Use Overlay Criteria Study

87.    Recommended Findings of Fact for Approval

88.    List of Properties Proposed for the Assembly Use Overlay

89.    City of San Leandro Community Development Department Negative Declaration

90.    Initial Study Checklist Form

91.    Environmental Factors Potentially Affected

92.    Map indicating where San Leandro is located

93.    Proposed Assembly Use Overlay – List of Parcel Numbers and Addresses

94.    City of San Leandro Assembly Use Criteria Study

95.    Excerpt of December 7, 2006 Board of Zoning Adjustments Meeting

96.    Excerpt of Draft Minutes from 12-20-06 WSL/MacArthur RAC

97.    Excerpt Draft Minutes of the January 17, 2007 Joint RAC Meeting

98.    Excerpt from 10-19-06 Joint BZA/PC Meeting

***Exhibit G (Attached to Debbie Pollart's Declaration)***

99.    Minutes for Planning Commission meeting on February 22, 2007

***Exhibit H (Attached to Debbie Pollart's Declaration)***

100.    Planning Commission Application

101.    Agreement for Payment of Fees for Application Processing

102.    Check for $1,000 and receipt from City of San Leandro

103.    Letter from Jim Lee regarding application for Conditional Use Permit

104.    Notice of Manual Filing with Tenant Improvements

***Exhibit I (Attached to Debbie Pollart's Declaration)***

105.    Letter regarding incomplete Conditional Use Permit Application (April 25, 2007)

***Exhibit J (Attached to Debbie Pollart's Declaration)***

106.    Application for Appeal to City Council

***Exhibit K (Attached to Debbie Pollart's Declaration)***

107.    April 12, 2007 staff report concerning potential zoning code amendments

108.    Vicinity Map Showing Existing Land Uses and Zoning

109.    May 11, 2006 letter from Gary Mortara to City of San Leandro

110.    Findings of Fact for Denial of Catalina Street property

111.    Letter from homeowners' association presidents regarding Manor Blvd. location

112.    Letter from JoAnn Irons to Mayor and City Council

113.    Letter from Ron Boehm to Hansom Hom supporting zone change

114.     Letter from Richard Spratling supporting move to Catalina Street

115.     Letter from Gary Mortara to Dave Clare requesting support for move

116.     E-mail from Scott Hess regarding potential move to Catalina Street

**Exhibit L (Attached to Debbie Pollart's Declaration)**

117.     Minutes from April 12, 2007 Planning Commission Meeting

**Exhibit M (Attached to Debbie Pollart's Declaration)**

118.     Findings of Fact for Denial of Catalina Street property

**Exhibit A (Attached to William Schock Declaration)**

119.     Floor Plan for MDL Information Systems located at 14600 and 14850

Catalina St. in San Leandro, CA.

**Exhibit B (Attached to William Schock Declaration)**

120.     Aerial photograph of the property located at 14600 and 14850 Catalina

St. in San Leandro, CA.

**Exhibit A (Attached to Marian Handa Declaration)**

121.     Planning Commission Staff Report Vicinity Map for the property

located at 14600 and 14850 Catalina St. in San Leandro, CA.

**Exhibit B (Attached to Marian Handa Declaration)**

122.     Minutes of the May 7, 2007, San Leandro City Council meeting.

123.     Memo from Nathan Dison to Jim Lee (May 6, 2007)

124.    Floor Plan of property located at 14600 and 14850 Catalina St. in San Leandro, CA by Roger Wilson, Architect

125.    City of San Leandro Rosters (January 2007)

126.    Letter from Kevin Snider to City Council (May 2, 2007)

127.    Letter from Gary Mortara to Jeremy Brown (April 4, 2007)

128.    Loan Amortization Schedule

129.    Note re property tax exemption (May 22, 2007)

130.    Alameda County Property Tax Statements 2006-2007

131.    Memo from Hansom Hom to Debbie Pollart (October 12, 2006)

132.    Email from Debbie Pollart to Jim Lee (February 5, 2007)

133.    Letter from Kevin Snider to Debbie Pollart (February 2, 2007)

134.    Letter from Debbie Pollart to Kevin Snider (February 9, 2007)

135.    Letter from Debbie Pollart to Kevin Snider (March 2, 2007)

136.    Letter from Kevin Snider to Debbie Pollart (March 15, 2007)

137.    Letter from Debbie Pollart to Kevin Snider (April 16, 2007)

138.    Petition to the City of San Leandro

139.    Letter from Dan McNely to Jim Lee (June 27, 2007)

140.    "Information on Paul Gantt"

141.    Faith Fellowship Detail Ledger Report from 01/01/07 to 05/05/07.

142.    Article in San Leandro Times, "Church uses technology for change"

143.    City of San Leandro Invoice #246085

144.    San Leandro Finance Dept. Memo re accounts receivable for Faith

Fellowship Church

145.    Memo from Lorrain Taylor to Jim Lee (06/23/06)

146.    Letter from Jim Lee to Debbie Pollart (May 19, 2006)

147.    Letter from Gary Mortara to Luke Simms (May 11, 2006)

148.    West San Leandro/MacCarthur Blvd. Redevelopment Advisory

Committee – Summary of Meeting (June 21, 2006)

149.    San Leandro Board of Zoning Adjustments and Planning Commissions

– Minutes for Joint Work Session (October 19, 2006)

150.    San Leandro Board of Zoning Adjustments and Planning Commissions

– Agenda for Joint Work Session (October 19, 2006)

151.    Email from John Jermanis to Rudy Jasso (10/11/06)

152.    Email from Scott Hess to Gary Mortara (10/19/06)

153.    Letter from Gary Mortara to Dave Clare (10/25/06)

154.    Letter from Gary Mortara to Scott Hess (10/25/06)

155.    San Leandro Board of Zoning Adjustments and Planning Commissions

– Agenda for Joint Work Session (Dec. 6, 2006)

156.    Email from Debbie Pollart to Jim Lee (Nov. 22, 2006)

157.    Email from Wayne Campbell to Tony Santos (Nov. 1, 2006)

158.    Excerpt of Board of Zoning Adjustments Meeting (Dec. 7, 2006)

159.    Proposed Zoning Code Amendments (Dec. 7, 2006)

160.    San Leandro Planning Commission Agenda (Feb 22, 07)

161.    San Leandro Planning Commission Minutes (Feb 22, 07)

162.    Email from Debbie Pollart to Jim Lee (Feb. 5, 2007)

163.    Memo from Debbie Pollart to the Planning Commission (Feb 22, 2007)

164.    San Leandro City Council and Redevelopment Agency joint meeting – Summary (Mar. 19, 2007)

165.    San Leandro City Council and Redevelopment Agency joint meeting – Agenda (Mar. 19, 2007)

166.    Agreement for Payment of Fees for Application Processing (Mar. 28, 2007)

167.    San Leandro City Council and Redevelopment Agency joint meeting – Agenda (Mar. 5, 2007)

168.    Faith Fellowship Community Awareness Announcement

169.    Email from Eda Dotzek to Gary Mortara (Mar. 8, 2007)

170.    Letter from Richard Spratling (Mar. 5, 2007)

171.    Letter from Gary Mortara to Luke Simms (03/20/03)

172.    Planning Permit Application (03/20/07)

173.     Planning Permit Application and accompanying letter from Jim Lee to Luke Simms (03/28/07)

174.     Receipt for conditional use permit (03/28/07)

175.     San Leandro City Council and Redevelopment Agency joint meeting – Agenda (April 2, 2007)

176.     San Leandro Planning Commission – unnamed document (probably summary) (April 12, 2007)

177.     San Leandro Planning Commission – Minutes (April 12, 2007)

178.     Application for Appeal (April 15, 2007)

179.     Letter from Rick Amezcua (April 11, 2007)

180.     Letter from Peter MacDonald to Planning Commission (April 9, 2007)

181.     Memo from Debbie Pollart to Planning Commission (April 12, 2007)

182.     Letter from

183.     San Leandro City Council and Redevelopment Agency joint meeting – Summary (May 7, 2007)

184.     San Leandro City Council and Redevelopment Agency joint meeting – Agenda (May 7, 2007)

185.     Email from Gary Mortara to Tony Santos (May 11, 2007)

186.     Letter from Auturo Bautista to Tony Santos (May 10, 2007)

187.     Letter from Sam Maliniak to San Leandro City Council (May 7, 2007)

188.    Letter from Jim Lee to Kathleen Livermore with memo from Nathan Dison to Jim Lee (September 7, 2007)

189.    Letter from Kathleen Livermore to Jim Lee (September 20, 2007)

## C. COMPUTATION OF DAMAGES

As a result of the actions of the defendants, the Church has been unable to use a building which it purchased.  The damages are the mortgage payment of $33,809.88 per month since the time that the city determined to include the property in the assembly overlay on May 7, 2007.  Damages are continuing in nature.

## D. INSURANCE POLICIES

Plaintiff and Real Party in Interest have no applicable insurance policies.

Date:  October 8, 2007

    /S/_Kevin Snider_____
    Kevin T. Snider
    Mathew B. McReynolds
    Peter D. MacDonald
    Attorneys for Plaintiff and
    Real Party in Interest