UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** October 18, 2007    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3605 PJH
**Case Name:** International Church of the Foursquare Gospel v. City of San Leandro, et al.

**Attorney(s) for Plaintiff:**   Kevin T. Snider
**Attorney(s) for Defendant:**   Deborah J. Fox

**Deputy Clerk:** Nichole Heuerman       **Court Reporter:** Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. The parties shall meet and confer and attempt to resolve issues regarding pending motions to dismiss. The parties to contact the court within one week by letter if a resolution has been reached. The court sets some pretrial deadlines.

**REFERRALS:**
[x] Case referred to (direct) Magistrate Judge Laporte for SETTLEMENT CONFERENCE **to be completed within 90 days**, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 3/31/08**
**Expert disclosure by Plaintiff: 4/30/08**
**Expert disclosure by Defendant: 5/15/08**
**Expert discovery cutoff: 6/16/08**
**Motions heard by: 10/1/08**

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file; Wings; EDL