UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL,

    Plaintiff,

    v.

CITY OF SAN LEANDRO, et al.,

    Defendants.
_____/

No. C 07-3605 PJH

**ORDER**

At the case management conference held on Thursday, October 18, 2007, the parties agreed to advise the court within one week whether they would be amenable to resolving the disputes raised in defendants' pending motions to dismiss without the need for a ruling by the court. Upon further consideration, however, the court has determined that, based on its need to review the papers to prepare for the scheduled October 31, 2007, hearing, it requires a decision by the parties sooner than Thursday, October 25, 2007. Accordingly, the parties shall meet and confer, and advise the court of their decision no later than the morning of Tuesday, October 23, 2007.

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge