Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.: CO7-03605-PJH-JCS<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>**Date:** October 31, 2007<br>**Time:** 9:00 a.m.<br>**Ctrm:** 3<br>**Hon.:** Phyllis J. Hamilton |

STIPULATION TO FILE AMENDED COMPLAINT

-1-

**STIPULATION**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys, stipulate as follows:

Plaintiff and Real Party in Interest seek to amend the complaint filed in the above-captioned case. Defendants consent to the filing of an amended complaint. Attached is a draft copy of the First Amended Complaint in substantially the same form in which it will be filed.

The parties stipulate that the First Amended Complaint shall be filed on or before October 26, 2007.

The parties stipulate that Defendants shall have twenty (20) days from the date of the filing of the First Amended Complaint to file a responsive pleading.

The parties further stipulate that the following individually named defendants, whether named in their official or individual capacities, are hereby dismissed from this action without prejudice: Tony Santos; Surlene G. Grant; Diana M. Souza; Joyce R. Starosciack; Bill Stephens; Jim Prola; John Jermanis; and Debbie Pollart.

IT IS SO STIPULATED.

DATED:   October 22, 2007

  /S/ Kevin Snider
Kevin T. Snider
PACIFIC JUSTICE INSTITUTE
Attorney for Plaintiff and Real Party in Interest

DATED:   October 22, 2007

  /S/ Deborah Fox
Deborah J. Fox
MEYERS, NAVE, RIBACK, SILVER & WILSON
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2007          By: _____
                                                                                    The Hon. Phyllis J. Hamilton
                                                                                    UNITED STATES DISTRICT JUDGE