UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL,

    Plaintiff,

    v.

CITY OF SAN LEANDRO,

    Defendant.
_____/

No. C 07-3605 PJH

**ORDER**

    Plaintiff's proposed amended complaint having been approved for filing, pursuant to stipulation and order, the court hereby administratively terminates the pending motions to dismiss the original complaint.

    The motions, which were filed on September 20, 2007, are terminated as moot, in light of plaintiff's stated intention to amend the complaint.

**IT IS SO ORDERED.**

Dated: October 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge