UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF
THE FOURSQUARE GOSPEL,

    Plaintiff,

    v.

CITY OF SAN LEANDRO, et al

    Defendants.
_____/

No. C 07-03605 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference scheduled for December 20, 2007 has been **reset to 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: December 13, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy