**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: December 20, 2007     Time: 4 hours

Case No: **C-**07-3605 PJH (EDL)

Case Name: **International Church of the Foursquare Gospel v City of San Leandro, et al**

    Deputy Clerk: Lili M. Harrell     Court Reporter:

    Attorneys:  Pltf: Kevin T. Snider    Deft: Jayne W. Williams

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE          []  FURTHER SETTLEMENT CONFERENCE

    []   Case settled

    [X]  Did not settle *

    []   Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:_____

[]  TELEPHONIC CONFERENCE RE:_____

[]  OTHER:_____

CASE CONTINUED TO:_ FOR _

NOTES: Parties shall report to this Court the outcome of City Counsel and church meetings by 1/17/2008.

cc: