Jayne W, Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour, Esq. (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL

Plaintiff,

v.

CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.

Defendants.

Case No. C 07-03605 PJH

**STIPULATION FOR EXTENSION OF NON-EXPERT DISCOVERY CUTOFF**
[Civil L.R. 6-2]

Honorable Phyllis J. Hamilton
Complaint Filed: 7/12/07

FAITH FELLOWSHIP FOURSQUARE CHURCH,

Real Party in Interest

IT IS HEREBY STIPULATED and agreed by all parties, as authorized by their respective counsel, that the Non-Expert discovery cutoff of March 31, 2008 be moved out by 60 days. This extension is necessary due to the reasonable delay that occurred by consent of all counsel to reinstate settlement discussions, without incurring attorney's fees on the extensive slate of depositions noticed for dates in March 2008, and the sheer scheduling feat presented by the parties' noticing of 14 depositions, and possibly more, for completion before March 31, 2008.

Counsel for all parties have and will continue to cooperate with each other and the Court to secure any changes to the proposed date below:

- Non-Expert Discovery cutoff: May 30, 2008

IT IS SO STIPULATED.

DATED: March 4, 2008

By: ______________________
Kevin T. Snider
PACIFIC JUSTICE INSTITUTE
Attorneys for Plaintiff and Real Party in Interest
INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL and FAITH FELLOWSHIP FOURSQUARE CHURCH

DATED: March 6, 2008

By: ______________________
Deborah J. Fox
MEYERS, NAVE, RIBACK, SILVER & WILSON
Attorneys for Defendants
CITY OF SAN LEANDRO