1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour, Esq. (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>**DECLARATION OF KIMBERLY M. DRAKE IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF NON-EXPERT DISCOVERY CUTOFF**<br>[Civil L.R. 6-2(a)]<br><br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

1 | FAITH FELLOWSHIP FOURSQUARE
2 | CHURCH,
3 |          Real Party in Interest
4 |

5

6  1.  The parties have stipulated and agreed to move out the Non-Expert Discovery cutoff for 60 days, from March 31, 2008 to May 30, 2008. A Stipulation to this effect, signed by counsel for all affected parties, is filed herewith.

9  2.  The discovery extension is necessary due to the reasonable delay that occurred by consent of all counsel to reinstate settlement discussions, without incurring attorney's fees on the extensive slate of depositions noticed for dates in March 2008, and the sheer scheduling feat presented by the parties' noticing of 14 depositions, and possibly more, for completion before March 31, 2008.

14  3.  No trial date has been set in this case.

15  4.  There have been no previous time modifications by Stipulation or Court order.

16  5.  The parties are not requesting to change any other dates on the pretrial schedule.

DATED: March 6, 2008

By: _____
    Kimberly M. Drake