Jayne W, Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour, Esq. (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>**[PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF**<br>[Civil L.R. 6-2]<br><br><br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

1  FAITH FELLOWSHIP FOURSQUARE
2  CHURCH,

3                    Real Party in Interest

4

5

6      **GOOD CAUSE APPEARING** the Court hereby adopts the Stipulation of the Parties,

7  filed on March 6, 2008 and orders discovery continued for 60 days.  The Non-Expert Discovery

8  cutoff is reset as follows:

9      ●      Non-Expert Discovery cutoff:  May 30, 2008

10     All other dates not specified herein shall remain the same.

11 PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13 Dated: _____        By: _____

14                                           The Hon. Phyllis J. Hamilton
15                                           UNITED STATES DISTRICT JUDGE

16 1064715_1.DOC/136.5016

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF          [C 07-03605 PJH]