1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour, Esq. (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL | Case No. C 07-03605 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF [Civil L.R. 6-2] |
| v. | |
| CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50. | Honorable Phyllis J. Hamilton Complaint Filed: 7/12/07 |
| Defendants. | |

1  FAITH FELLOWSHIP FOURSQUARE
2  CHURCH,
3           Real Party in Interest
4  _____
5
6  **GOOD CAUSE APPEARING** the Court hereby adopts the Stipulation of the Parties,
7  filed on March 6, 2008 and orders discovery continued for 60 days. The Non-Expert Discovery
8  cutoff is reset as follows:
9  • Non-Expert Discovery cutoff: May 30, 2008
10  All other dates not specified herein shall remain the same.
11  PURSUANT TO STIPULATION, IT IS SO ORDERED.
12
13  Dated:  3/10/08
                                    By: _____
14                                       The Hon. Phyllis J. Hamilton
                                         UNITED STATES
15
16  1064715_1.DOC/136.5016

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

[PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF          [C 07-03605 PJH]