| | |
|---|---|
| 1 | Jayne W. Williams, Esq. (SBN:63203) |
| | jwilliams@meyersnave.com |
| 2 | Deborah J. Fox, Esq. (SBN: 110929) |
| | dfox@meyersnave.com |
| 3 | Philip A. Seymour, Esq. (SBN: 116606) |
| | pseymour@meyersnave.com |
| 4 | Kimberly M. Drake, Esq. (SBN: 209090) |
| | kdrake@meyersnave.com |
| 5 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 6 | Oakland, California 94607 |
| | Telephone: (510) 808-2000 |
| 7 | Facsimile: (510) 444-1108 |
| 8 | Attorneys for Defendant |
| 9 | CITY OF SAN LEANDRO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No. C 07-03605 PJH<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Kimberly M. Drake, counsel for Defendant City of San Leandro will be unavailable May 21, 2008 through May 23, 2008, for all purposes, including but not limited to receiving notice of any kind, appearing in court, responding to *ex parte* applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299, 304-305.)

Dated: April 22, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON

                                 By_____
                                 KIMBERLY M. DRAKE
                                 Attorneys for Defendants
                                 CITY OF SAN LEANDRO

1086864.1

1

Notice of Unavailability of Counsel                            [C 07-03605 PJH]