1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour, Esq. (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California  94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  INTERNATIONAL CHURCH OF THE          Case No.  C 07-03605 PJH
    FOURSQUARE GOSPEL
13
                                         **STIPULATION FOR EXTENSION
14          Plaintiff,                    OF EXPERT DISCLOSURE DATES
                                          AND EXPERT DISCOVERY
15  v.                                    CUTOFF**
                                         [Civil L.R. 6-2]
16
    CITY OF SAN LEANDRO, TONY
17  SANTOS (in his official capacity),
    SURLENE G. GRANT (in her official
18  capacity), DIANA M. SOUZA (in her
    official capacity), JOYCE R.
19  STAROSCIAK (in her official capacity),
20  BILL STEPHENS (in his official capacity),
    JIM PROLA (in his official capacity),   Honorable Phyllis J. Hamilton
21  JOHN JERMANIS (in his official and      Complaint Filed: 7/12/07
    individual capacities), DEBBIE POLLART  Trial Date: Not Yet Set
22  (in her official and individual capacities),
23  DOES 1-50.
24
25          Defendants.
26
27
28

                              1                          [C 07-03605 PJH]

1  FAITH FELLOWSHIP FOURSQUARE
2  CHURCH,

3                    Real Party in Interest

4

5

6      IT IS HEREBY STIPULATED and agreed by all parties, as authorized by their respective

7  counsel, that the date for expert disclosure by Plaintiff International Church of the Foursquare

8  Gospel ("ICFG") be extended to June 15, 2008, that the date for expert disclosure by Defendant

9  City of San Leandro ("City") be extended to June 30, 2008, and that the corresponding expert

10  discovery cutoff be moved to July 30, 2008.

11     The extension for disclosing experts and reports is necessary due to the parties' ongoing

12  settlement discussions.  Plaintiff did not disclose any experts on April 30, 2008.  As a result of

13  ongoing settlement discussions, and the time needed for the parties, and their governing boards,

14  to consider certain offers and counteroffers, the City directed its retained expert to hold off on

15  further work to avoid unnecessary costs. As of May 5, 2008, settlement discussions ground to a

16  halt, and the City was faced with the need to prepare for disclosure of its expert and his report on

17  May 15, 2008, which is too tight of a turnaround for the City's expert to complete his report.

18     If expert disclosure is pushed out, the parties agree that the expert discovery cutoff should

19  also be extended thirty days, to July 30, 2008, to allow for disclosure of rebuttal experts, if any,

20  in accordance with Fed. R. Civ. P. 26(a)(2)(C)(ii).

21     The City's deadline for filing/serving a motion for summary judgment/adjudication is

22  August 27, 2008.  Expert discovery will be completed before this date.  The parties agree that

23  Plaintiff may take the deposition of the City's expert and the City will make its expert available

24  for deposition before August 27, 2008.

25     The parties have no reason to believe that the modest extension provided for herein will in

26  any way delay trial.

27  ///

28  ///

1        Counsel for all parties have and will continue to cooperate with each other and the Court

2    to secure any changes to the proposed dates below:

3        •    Expert disclosure by Plaintiff:  June 15, 2008

4        •    Expert disclosure by Defendant:  June 30, 2008

5        •    Expert discovery cutoff:  July 30, 2008

6        IT IS SO STIPULATED.

7    DATED: May  7, 2008

8                           By: _____

9                                 Kevin T. Snider

10                                PACIFIC JUSTICE INSTITUTE

                                  Attorneys for Plaintiff and Real Party in Interest

11                                INTERNATIONAL CHURCH OF THE

                                  FOURSQUARE GOSPEL and FAITH

12                                FELLOWSHIP FOURSQUARE CHURCH

13   DATED: May  8, 2008

14

15                          By: _____/s/_____

                             Deborah J. Fox

16                                MEYERS, NAVE, RIBACK, SILVER &

                             WILSON

17                                Attorneys for Defendants

18                                CITY OF SAN LEANDRO

19

20

21

22

23

24

25

26

27

28

[C 07-03605 PJH]

STIPULATION FOR EXTENSION OF EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUTOFF