Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour, Esq. (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>**DECLARATION OF KIMBERLY M. DRAKE IN SUPPORT OF STIPULATED REQUEST TO EXTEND EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUTOFF**<br>[Civil L.R. 6-2(a)]<br><br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07<br>Trial Date: Not Yet Set |

FAITH FELLOWSHIP FOURSQUARE CHURCH,

Real Party in Interest

1. No trial date has been set in this case.

2. There has been one previous time modification in this case, by stipulation of the parties. The parties earlier agreed to extend the non-expert discovery cutoff for sixty (60) days, from March 31, 2008 to May 30, 2008 and filed a stipulation with this Court, and requested modification of the scheduling order, on March 6, 2008. The Court granted the parties' request and reset the non-expert discovery cutoff to May 30, 2008.

3. Expert disclosure by Plaintiff International Church of the Foursquare Gospel ("ICFG") was due on April 30, 2008. Plaintiff did not disclose any experts by this date.

4. Expert disclosure by Defendant City of San Leandro ("City") is currently due on May 15, 2008.

5. The parties, by and through their respective counsel, have been engaged in ongoing settlement discussions since April 2008. Counsel drafted a settlement agreement to memorialize settlement discussions and the parties were near settlement.

6. With settlement discussions ongoing, the City's attorney Deborah Fox told the City's retained expert to hold off on further work to avoid incurring unnecessary costs.

7. On April 22, 2008, the City Council, the City's governing body, considered counsels' draft Settlement Agreement and made an offer to Plaintiff. Plaintiff's two approving bodies met separately, considered the City's offer, and presented a counteroffer on April 28, 2008. On May 5, 2008, the City Council considered and rejected Plaintiff's counteroffer.

8. On May 6, 2008, Deborah Fox immediately contacted the City's retained expert to notify him that he should reacquaint himself with the case and complete his report, and that the City would try to get him more time in which to do so.

///

9.   On May 6 and 7, 2008, counsel met and conferred to discuss the need to extend the date for expert disclosure by Defendant to June 30, 2008, to accommodate the City's expert, and to give him more time to complete his report. The parties stipulated and agreed to extend the expert disclosure dates and the expert discovery cutoff. A fully executed Stipulation to this effect is filed herewith.

10.   The City's deadline for filing/serving a motion for summary judgment/adjudication is August 27, 2008. Expert discovery will be completed before this date.

11.   The parties have no reason to believe that the modest extension provided for herein will in any way delay trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2008, at Oakland, California.

*[signature]*

Kimberly M. Drake
Attorneys for Defendant
CITY OF SAN LEANDRO

1094076_1/136.5016

DECLARATION OF KIMBERLY M. DRAKE ISO STIPULATED REQUEST TO EXTEND EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUTOFF