Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour, Esq. (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, TONY SANTOS (in his official capacity), SURLENE G. GRANT (in her official capacity), DIANA M. SOUZA (in her official capacity), JOYCE R. STAROSCIAK (in her official capacity), BILL STEPHENS (in his official capacity), JIM PROLA (in his official capacity), JOHN JERMANIS (in his official and individual capacities), DEBBIE POLLART (in her official and individual capacities), DOES 1-50.<br><br>Defendants. | Case No. C 07-03605 PJH<br><br>[PROPOSED] ORDER EXTENDING AND RE-SETTING EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUTOFF<br>[Civil L.R. 6-2]<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07<br>Trial Date: Not Yet Set |

FAITH FELLOWSHIP FOURSQUARE
CHURCH,

                Real Party in Interest

**GOOD CAUSE APPEARING** the Court hereby adopts the Stipulation of the Parties, filed on May 8, 2008, and orders expert disclosure and the expert discovery cutoff reset as follows:

- Expert disclosure by Plaintiff:  June 15, 2008
- Expert disclosure by Defendant:  June 30, 2008
- Expert discovery cutoff:  July 30, 2008

All other dates not specified herein shall remain the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _May 9, 2008_

By: _____
The Hon.
UNITED S



1094077_1/136.5016

---

2

[C 07-03605 PJH]

[PROPOSED] ORDER EXTENDING AND RE-SETTING EXPERT DISCLOSURE DATES AND EXPERT DISCOVERY CUTOFF