1  Kevin T. Snider, State Bar No. 170988
   *Counsel of record*
2  Matthew B. McReynolds, State Bar No. 234797
3  PACIFIC JUSTICE INSTITUTE
   P.O. Box 276600
4  Sacramento, CA 95827
5  Tel.  (916) 857-6900
   Fax  (916) 857-6902
6  Email: kevinsnider@pacificjustice.org
7          mattmcreynolds@pacificjustice.org

8  Peter D. MacDonald, State Bar No. 69789
9  LAW OFFICE OF PETER MACDONALD
   400 Main Street, Suite 210
10 Pleasanton, CA 94566-7371
11 Tel. (925) 462-0191
   Fax. (925) 462-0404
12 Email: pmacdonald@macdonaldlaw.net

13
   Attorneys for Plaintiff and Real Party in Interest
14

15      **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 INTERNATIONAL CHURCH              ) Case No.: CO7-03605-PJH-JCS
   FOURSQUARE GOSPEL,                )
19                                   ) **DECLARATION OF ELFORD H.**
                                     ) **CLARK IN SUPPORT OF MOTION**
20 Plaintiff,                        ) **FOR PARTIAL SUMMARY**
                                     ) **ADJUDICATION ON**
21 v.                                ) **DEFENDANTS' AFFIRMATIVE**
                                     ) **DEFENSES**
22                                   )
   CITY OF SAN LEANDRO, et. al.      )
23                                   )
   Defendants.                       ) Date:   September 3, 2008
24 _____  )
                                     ) Time: 9:00 a.m.
25 FAITH FELLOWSHIP FOURSQUARE )      Courtroom: 3
26 CHURCH,                           ) Hon.:  Phyllis J. Hamilton
                                     )
27 Real Party in Interest.           )
   _____  )
28

                    DECLARATION ELFORD H. CLARK

                              -1-

1    I, Elford H. Clark, do hereby declare as follows:

2

3    1.    That I am an attorney licensed to practice law before the courts in this

4    state, that I serve as General Legal Counsel to the International Church of the

5    Foursquare Gospel, and that if called upon, I could and would testify truthfully, as to

6    my own personal knowledge, as follows:

7

8    2.    That the document marked as Exhibit 8 is a true and correct copy of

9    Articles I and XXI of International Church of the Foursquare Gospel's Declaration

10   of Faith;

11

12   3.    That the document marked as Exhibit 9 is a true and correct copy of the

13   cover page and Article XVII of the Corporate Bylaws of the International Church of

14   the Foursquare Gospel (2006 Edition);

15

16   4.    That the document marked as Exhibit 10 is a true and correct copy of

17   the Articles of Incorporation of the International Church of the Foursquare Gospel.

18   I declare, under penalty of perjury under the laws of the State of California

19   and the United States of America, that the foregoing is true and correct and is of my

20   own personal knowledge, and indicate such below by my signature executed on this

21   28th day of July, 2008, in the County of Los Angeles, City of Los Angeles.

22

23

24

25

26    _____/s/_____
      Elford H. Clark, Declarant
27

28

DECLARATION ELFORD H. CLARK

1

**<u>Attorney Attestation re Signature</u>**

2

3        I hereby attest that I have on file all holograph signatures for any signatures

4   indicated by a "conformed" signature (/S/) within this efiled document.

5                                            _/S/_ Kevin Snider_____

6                                            Kevin T. Snider
                                             Mathew B. McReynolds
7                                            Peter D. MacDonald
8                                            Attorneys for Plaintiff and
                                             Real Party in Interest
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION ELFORD H. CLARK