Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: kevinsnider@pacificjustice.org
        mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et. al.<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF KEVIN T. SNIDER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION ON DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Date:  September 3, 2008<br>Time:  9:00 a.m.<br>Courtroom: 3<br>Hon.:  Phyllis J. Hamilton |

DECLARATION OF KEVIN T. SNIDER

-1-

I, Kevin T. Snider, do hereby declare as follows:

1. That I am an attorney of record in the above-encaptioned case, that if called upon I could and would testify truthfully, as to my own personal knowledge, as follows:

2. Exhibit 1 is a correct and true copy of pages 1, 19-21 of Defendants' Answer (Case 3:07-cv-03605-PJH Document 92 Filed 11/15/2007). On pages 19-21 of the Answer, there are seventeen Affirmative Defenses, which are the subject of this Motion for Partial Summary Judgment.

3. Exhibit 2 is a true and correct copy of pages 1, 5, and 6 of Plaintiff's Interrogatories propounded on Defendants on July 12, 2007. Interrogatory No. 13 states, "For each affirmative defense in City Of San Leandro's Answer To First Amended Complaint For Violation Of Constitutional Rights And The Religious Land Use And Institutionalized Persons Act, filed with the Court on November 15, 2007, state all facts which support said affirmative defenses."

4. Exhibit 3 is a true and correct copy of Pages 1, and 7 through 12 of Defendants' response to Plaintiff's Interrogatories.

5. Exhibit 4 is a true and correct copy of pages 1 and 2 of Plaintiff's Request for Admissions propounded on Defendants on July 12, 2007. Request for Admission 1 states, Please admit that each of the following statements is true: "The

Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S.C. § 2000cc) is constitutional."

6. Exhibit 5 is a true and correct copy of Pages 1 and 2 of Defendants' Response to Plaintiff's Request for Admission. Defendants' response to request for Admission that RLUIPA is Constitutional is: "Deny."

7. Exhibit 6 is a true and correct copy of pages 1, 52 and 72 of the Deposition of Elford H. Clark, General Legal Counsel for ICFG.

8. Exhibit 7 is a true and correct copy of pages 1 and 16 of the Deposition of Debbie Pollart, former Planning Manager of the City of San Leandro.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 25th day of July, 2008, in the County of Alameda, City of San Leandro.

/S/  Kevin Snider
Kevin T. Snider, Declarant