Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Mathew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO,<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.: CO7-03605-PJH-JCS<br><br>**DECLARATION OF DAVE MORTARA IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: September 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon.: Phyllis J. Hamilton |

DECLARATION OF DAVE MORTARA

-1-

I, Dave Mortara, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

2. I am the administrator for Faith Fellowship Church.

3. I have reviewed the item marked Exhibit 11. The exhibit comprises two documents for two loans on the property known as 14600 and 14850 Catalina Street, in San Leandro, CA. The Catalina property is the property that Faith Fellowship desires to use for religious assembly and is the subject of this lawsuit.

4. The first loan has a principal balance of $3,932,172.45, with monthly payments in the amount of $25,430.98. The second loan has a principal balance of $1,295,318.57, with monthly payments in the amount of $8,378.90. In sum, the total monthly mortgage payment for the Catalina property is $33,809.88.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 25th day of July, 2008, in the County of Alameda, City of San Leandro.

```
                                    _____/s/_____
                                    Dave Mortara, Declarant
```

**<u>Attorney Attestation re Signature</u>**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

        _/S/_ Kevin Snider_____
        Kevin T. Snider
        Mathew B. McReynolds
        Peter D. MacDonald
        Attorneys for Plaintiff and
        Real Party in Interest