# Exhibit 2

Exhibit 2
Page 0

1  Kevin T. Snider, State Bar No. 170988
   *Counsel of record*
2  Matthew B. McReynolds, State Bar No. 234797
3  PACIFIC JUSTICE INSTITUTE
   P.O. Box 276600
4  Sacramento, CA 95827
   Tel. (916) 857-6900
5  Fax (916) 857-6902
6  Email: kevinsnider@pacificjustice.org
7          mattmcreynolds@pacificjustice.org

8  Peter D. MacDonald, State Bar No. 69789
9  LAW OFFICE OF PETER MACDONALD
   400 Main Street, Suite 210
10 Pleasanton, CA 94566-7371
   Tel. (925) 462-0191
11 Fax. (925) 462-0404
12 Email: pmacdonald@macdonaldlaw.net

13 *Attorneys for Plaintiff and Real Party in Interest*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation, DOES 1-50, Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH, Real Party in Interest. | Case No.: C07-03605<br>Honorable Phyllis J. Hamilton<br><br>**PLAINTIFF'S INTERROGATORIES, SET ONE (1) TO DEFENDANT CITY OF SAN LEANDRO**<br><br>Complaint Filed: July 12, 2007 |

PLAINTIFF'S INTERROGATORIES, SET ONE
-1-

Exhibit 2
Page 1

**INTERROGATORY NO. 9:**

Identify every compelling interest for the City to deny religious assembly at the CATALINA property.

**INTERROGATORY NO. 10:**

Identify every reason for the City to deny religious assembly at the CATALINA property.

**INTERROGATORY NO. 11:**

List and identify each and every application by a religious organization for a conditional use permit for an assembly use that has been approved within the jurisdiction of the City of San Leandro.

**INTERROGATORY NO. 12:**

For each response to request for admission served with these interrogatories that is not an unqualified admission, state the number of the request, state all facts upon which you base your response, list the names, addresses, and telephone numbers of all persons who have knowledge of those facts, and identify all documents and other tangible things that support your response.

**INTERROGATORY NO. 13:**

For each affirmative defense in CITY OF SAN LEANDRO'S ANSWER TO FIRST AMENDED COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS AND THE RELIGIOUS LAND USE AND INSTITUTIONALIZED



1  PERSONS ACT, filed with the Court on November 15, 2007, state all facts which
2  support said affirmative defenses.
3  
4  Dated: January 28, 2008                Pacific Justice Institute

                                          _____
                                          Matthew B. McReynolds
                                          Kevin T. Snider
                                          Peter D. MacDonald
                                          Attorneys for Plaintiffs
                                          INTERNATIONAL CHURCH OF THE
                                          FOURSQUARE GOSPEL

PLAINTIFF'S INTERROGATORIES, SET ONE
-6-

Exhibit 2
Page 3