# Exhibit 4

Exhibit 4
Page 0

Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

*Attorneys for Plaintiff and Real Party in Interest*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, a municipal corporation, DOES 1-50, <br><br> Defendant. <br><br> ———————————— <br><br> FAITH FELLOWSHIP FOURSQUARE CHURCH, <br> Real Party in Interest. | Case No.: C07-03605 <br> Honorable Phyllis J. Hamilton <br><br> **PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET ONE (1) TO DEFENDANT CITY OF SAN LEANDRO** <br><br> Complaint Filed: July 12, 2007 |

PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET ONE

-1-

Exhibit 4
Page 1

PROPOUNDING PARTY:     Plaintiff, INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL

RESPONDING PARTY:      Defendant, CITY OF SAN LEANDRO

SET NUMBER:            One

Plaintiff International Church of the Foursquare Gospel, pursuant to Federal Rules of Civil procedure Rule 36, requests Defendant City of San Leandro, within 30 days after service of this request, to make the following admissions for the purposes of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial:

Please admit that each of the following statements is true:

**REQUEST FOR ADMISSION NO. 1:**

The Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S.C. § 2000cc) is constitutional.

**REQUEST FOR ADMISSION NO. 2:**

The document attached hereto identified as **EXHIBIT 1** is a true and correct copy.

**REQUEST FOR ADMISSION NO. 3:**

The documents attached hereto identified as **EXHIBIT 2** are true and correct copies.

PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET ONE

-2-

Exhibit 4
Page 2