# Exhibit 5

Case 3:07-cv-03605-PJH     Document 112     Filed 07/28/2008     Page 1 of 3

Exhibit 5
Page 0

```
1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour (SBN: 116606)
   pseymour@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108
7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No. C 07-03605 PJH<br><br>**DEFENDANT CITY OF SAN LEANDRO'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)**<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

| | | |
|---|---|---|
| 1 | **PROPOUNDING PARTY:** | Plaintiff, INTERNATIONAL CHURCH OF THE |
| 2 | | FOURSQUARE GOSPEL |
| 3 | **RESPONDING PARTY:** | Defendant, CITY OF SAN LEANDRO |
| 4 | **SET NUMBER:** | One |

Defendant CITY OF SAN LEANDRO ("the City") responds to the first set of request for admissions propounded by plaintiff pursuant to Federal Rules of Civil Procedure, Rule 36.

**REQUEST FOR ADMISSION NO. 1:**

The Religious Land Use and Institutionalized Persons Act of 2000 (42 U.S.C. § 2000cc) is constitutional.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Deny.

**REQUEST FOR ADMISSION NO. 2:**

The document attached hereto identified as EXHIBIT 1 is a true and correct copy.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admit.

**REQUEST FOR ADMISSION NO. 3:**

The documents attached hereto identified as EXHIBIT 2 are true and correct copies.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admit.

**REQUEST FOR ADMISSION NO. 4:**

The City of San Leandro allows assembly uses within a distance equal to or less than a quarter (0.25) of a mile of properties which have filed hazardous materials business plans.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admit. The eight prong criteria for including sites within the Assembly Use Overlay Zone does not include a specific distance limitation as to adjacent properties which have a hazardous materials business plan on file.

///
///