# Exhibit 6

Exhibit 6
Page 0

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
    INTERNATIONAL CHURCH OF       )
 4  THE FOURSQUARE GOSPEL,        )
                                  )
 5           Plaintiff,           )
                                  )
 6                                )  Case No.
         vs.                      )  C 07-03605 PJH
 7                                )
    CITY OF SAN LEANDRO, TONY     )
 8  SANTOS (in his official       )
    capacity), SURLENE G.         )
 9  GRANT (in her official        )
    capacity), DIANA M. SOUZA     )
10  (in her official              )
    capacity), JOYCE R.           )
11  STAROSCIAK (in her            )
    official capacity), BILL      )
12  STEPHENS (in his official     )
    capacity), JIM PROLA (in      )
13  his official capacity),       )
    JOHN JERMANIS (in his         )
14  official and individual       )
    capacities), DEBBIE           )
15  POLLART (in her official      )
    and individual                )
16  capacities), DOES 1-50,       )
                                  )
17                                )
            Defendants.           )
18  _____)
    FAITH FELLOWSHIP FOURSQUARE   )
19  CHURCH,                       )
                                  )
20       Real Party in Interest   )
    _____)
21
22
23          DEPOSITION OF ELFORD HENRY CLARK
24              Wednesday, May 14, 2008
25


         KASMAR, ZANGLIS & ASSOCIATES   (818) 956-1272
```

Exhibit 6
Page 1

```
 1        Q    When you say "senior pastor," is that a
 2   full-time position?
 3        A    Obviously not.  I'm sitting here.
 4        Q    Fair enough.  Can you describe it -- is it
 5   part time?
 6        A    Seems like it is all the time sometimes.  It
 7   pretty well occupies my weekends and usually several
 8   evenings per week.
 9        Q    What is the name of the church in Altadena?
10        A    It's the Altadena Foursquare Church, and it
11   has a slogan name, New Heart Foursquare Church.
12        Q    You just need to keep your voice up a little
13   bit so the court reporter can hear and I can hear as
14   well.
15        A    Okay.
16        Q    Is it church No. 1?  Church No. 2?  Church
17   No. 56?
18        A    I don't recall that it has a number behind
19   it.  So we may be the only Foursquare Church in
20   Altadena.  No, that can't be right.  I believe there
21   is -- well, in fact, I know there is a Hispanic
22   Foursquare Church in Altadena also, but it may be
23   known as Altadena Hispanic, which would be another way
24   sometimes they are denominated.
25        Q    If it is denominated as Altadena Hispanic,
```

```
 1   is that still under the umbrella of the greater church
 2   of ICFG?
 3        A    Yes.  ICFG is a hierarchal church.  There is
 4   only one entity.
 5        Q    Did you say that you had to walk through a
 6   transaction when you were pastor at Altadena?
 7        A    I did.
 8        Q    What sort of transaction was that?
 9        A    Actually, let me correct that.  I was not
10   then the pastor.  I was assisting the pastor, but we
11   did purchase a building.
12        Q    When did you make that purchase?
13        A    Approximately six years ago.
14        Q    Is that where the church is currently housed
15   and carrying on its religious facilities, services?
16        A    It is.  380 Woodbury Road.
17        Q    In connection with that transaction, did you
18   have to make an application for approval of the
19   purchase of the property to the ICFG?
20        A    Yes.
21        Q    And at that point in time were you also
22   serving as legal counsel to ICFG?
23        A    Yes.
24        Q    Do you recall whether or not that
25   transaction went to executive committee or went to the
```