# Exhibit 7

Case 3:07-cv-03605-PJH   Document 114   Filed 07/28/2008   Page 1 of 3

Exhibit 7
Page 0

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL,

    Plaintiff,

vs.                    No. C07-03605

CITY OF SAN LEANDRO, a municipal
corporation, DOES 1-50,

    Defendants.

/

DEPOSITION OF DEBBIE POLLART

Taken before LORI A. YOCK, CSR, RPR

Certified Shorthand Reporter No. 5801

Registered Professional Reporter No. 018667

State of California

Tuesday, March 25, 2008

EMERICK & FINCH (925) 831-9029

Exhibit 7
Page 1

16

```
 1      Q.  What was the direction given by the city staff?
 2      A.  For the particular property at Catalina, we
 3  advised them that the property was not zoned to allow
 4  for assembly uses, and we cautioned them about entering
 5  into any sort of purchasing of the property given that
 6  it was not zoned for assembly uses.
 7          We then talked about options --
 8      Q.  Hold on a second.  At that moment, was there any
 9  commercial or industrial property zoned to allow assembly
10  uses?
11          MS. FOX:  Counsel, can I understand when you
12  say "assembly uses," you mean that term as defined under
13  the San Leandro Municipal Code?
14          MR. MACDONALD:  Let me be more precise in my
15  definition, or, actually, let me refer this question to
16  Ms. Pollart.
17          Under the San Leandro code as it existed in May
18  of 2006, what were the provisions relating to religious
19  uses, how were they described and what were the --
20      A.  Assembly uses were conditionally permitted in
21  residential zones only.
22      Q.  So there was no commercial or industrial property
23  where a church could be permitted?
24      A.  Under the zoning code at that time, that is
25  correct.
```

EMERICK & FINCH (925) 831-9029

Exhibit 7
Page 2