# Exhibit 8

Exhibit 8
Page 0

### DECLARATION OF FAITH

*Compiled by*

*Aimee Semple McPherson*

### I. THE HOLY SCRIPTURES

We believe that the Holy Bible is the Word of the living God; true, [1]immutable, steadfast, unchangeable, as its author, the Lord Jehovah; that it was written by holy men of old as they were moved upon and [2]inspired by the Holy Spirit; that it is a [3]lighted lamp to guide the feet of a lost world from the depths of sin and sorrow to the heights of righteousness and glory; an unclouded mirror that reveals the face of a crucified Savior; a plumb line to make straight the life of each individual and community; a sharp two-edged sword to convict of sin and evil doing; a strong cord of love and tenderness to draw the penitent to Christ Jesus; a balm of Gilead, [4]inbreathed by the Holy Spirit, that can heal and quicken each drooping heart; the only true ground of Christian fellowship and unity; the [5]loving call of an infinitely loving God; the solemn warning, the distant thunder of the storm of wrath and retribution that shall overtake the unheeding; a sign post that points to Heaven; a danger signal that warns from Hell; [6]the divine, supreme and eternal tribunal by whose standards all men, nations, creeds, and motives shall be tried.

### Scripture References

1. *"Heaven and earth will pass away, but My words will by no means pass away." (Mt. 24:35) "Forever, O LORD, Your word is settled in heaven." (Ps. 119:89)*

2. *"All Scripture is given by inspiration of God, and is profitable for doctrine, for reproof, for correction, for instruction in righteousness, that the man of God may be complete, thoroughly equipped for every good work." (2 Tim. 3:16,17)*

3. *"Your word is a lamp to my feet and a light to my path." (Ps. 119:105)*

4. *"And so we have the prophetic word confirmed, which you do well to heed as a light that shines in a dark place, until the day dawns and the morning star rises in your hearts; knowing this first, that no prophecy of Scripture is of any private interpre-tation, for prophecy never came by the will of man, but holy men of God spoke as they were moved by the Holy Spirit." (2 Peter 1:19-21)*

5. *"You search the Scriptures, for in them you think you have eternal life; and these are they which testify of Me." (Jn.5:39)*

6. *"Be diligent to present yourself approved to God, a worker who does not need to be ashamed, rightly dividing the word of truth." (2 Tim. 2:15) "...let us walk by the same rule, let us be of the same mind." (Phil. 3:16) (Also, 1 Jn.4:1; Is.8:20; 1 Thess. 5:21; Acts 17:11; 1 Jn.4:6; Jude 3; Eph. 6:17; Ps. 119:59,60; Phil. 1:9-11).*

Exhibit 8
Page 1

We believe that hell is a place of outer darkness and deepest sorrow, where the worm dieth not and the fire is not quenched; a place prepared for the devil and his angels, where there shall be weeping and [1]wailing and gnashing of teeth, a place of grief and eternal regret on the part of them who have rejected the mercy, love and tenderness of the crucified Savior, choosing death rather than life; and that there into a [2]lake that burns with fire and brimstone shall be cast the [3]unbelieving, the abominable, the murderers, sorcerers, idolaters, all liars, and they who [4]have rejected and spurned the love and sacrifice of a bleeding Redeemer, — passing the cross to their doom, [5]in spite of every entreaty and warning of the Holy Spirit.

### Scripture References

1.  *"The Son of Man will send out His angels, and they will gather out of His kingdom all things that offend, and those who practice lawlessness, and will cast them into the furnace of fire. There will be wailing and gnashing of teeth." (Mt. 13:41,42)*

2.  *"The devil, who deceived them, was cast into the lake of fire and brimstone where the beast and the false prophet are. And they will be tormented day and night forever and ever. And anyone not found written in the Book of Life was cast into the lake of fire." (Rev. 20:10,15)*

3.  *"he himself shall also drink of the wine of the wrath of God, which is poured out full strength into the cup of His indignation. He shall be tormented with fire and brimstone in the presence of the holy angels and in the presence of the Lamb. And the smoke of their torment ascends forever and ever..." (Rev. 14:10,11)*

4.  *"Then He will also say to those on the left hand, 'Depart from Me, you cursed, into the everlasting fire prepared for the devil and his angels.'" (Mt. 25:41) "If your hand causes you to sin, cut it off. It is better for you to enter into life maimed, rather than having two hands, to go to hell, into the fire that shall never be quenched– where 'Their worm does not die, And the fire is not quenched.'" (Mk. 9:43,44)*

5.  *"... 'As I live,' says the LORD God, 'I have no pleasure in the death of the wicked, but that the wicked turn from his way and live. Turn, turn from your evil ways! For why should you die, O house of Israel?'" (Ezekiel 33:11)*

## XXI. EVANGELISM

We believe that seeing then that all these things shall be dissolved, and that the end of all things is at hand, the redeemed children of the Lord Jehovah [1]should rise and shine forth as a light that cannot be hid, a city set upon a hill, [2]speeding forth the gospel to the ends of the earth, girding the globe with the message of salvation, declaring with burning zeal and earnestness the whole counsel of God that when the Lord of Glory shall appear, they shall be found standing, with their loins girded about with truth, their activities and ministry laden down with the wealth of jewels they have won and guarded for Him, the precious [3]souls, whom, by their faithful testimony they have been instrumental in leading from [4]darkness into light; that soul winning is [5]the one big business of the Church upon earth; and that therefore every

Exhibit 8
Page 2

weight and hindrance which would tend to quench the flame or hamper the efficiency of [6]world-wide evangelism should be cut off and cast away as unworthy of the Church, [7]detrimental to the most sacred cause of Christ and contrary to [8]the great commission by our Lord.

### Scripture References

1.  *"I charge you therefore before God and the Lord Jesus Christ, who will judge the living and the dead at His appearing and His kingdom: Preach the word! Be ready in season and out of season. Convince, rebuke, exhort, with all longsuffering and teaching."* (2 Tim. 4:1,2)

2.  *"redeeming the time, because the days are evil."* (Eph. 5:16)

3.  *"...And he who wins souls is wise."* (Prov. 11:30)

4.  *"let him know that he who turns a sinner from the error of his way will save a soul from death and cover a multitude of sins."* (James 5:20)

5.  *"Son of man, I have made you a watchman for the house of Israel; therefore hear a word from My mouth, and give them warning from Me: When I say to the wicked, 'You shall surely die,' and you give him no warning, nor speak to warn the wicked from his wicked way, to save his life, that same wicked man shall die in his iniquity; but his blood I will require at your hand."* (Ezekiel 3:17,18)

6.  *"...lift up your eyes and look at the fields, for they are already white for harvest! And he who reaps receives wages, and gathers fruit for eternal life, that both he who sows and he who reaps may rejoice together. For in this the saying is true, 'One sows and another reaps.'"* (Jn. 4:35-37)

7.  *"Therefore pray the Lord of the harvest to send out laborers into His harvest."* (Mt. 9:38)

8.  *"... 'Go into all the world and preach the gospel to every creature.'"* (Mk. 16:15)

### XXII. TITHING AND OFFERINGS

We believe that the method ordained of God to sustain His ministry and the spread of the gospel after His command is "Tithing" and is generally accepted throughout all Foursquare churches, not only as God's method to take care of the material and financial needs of His Church, but to raise the spiritual morale of His people to the extent that God must bless them. We are commanded in Malachi 3:10, *"'Bring all the tithes into the storehouse, That there may be food in My house, And try Me now in this', Says the LORD of hosts, 'If I will not open for you the windows of heaven And pour out for you such blessing That there will not be room enough to receive it.'"* In the matter of "giving" and "free will offerings," they are ordered of the Lord and practiced in all Foursquare churches as part of God's plan for the church's material needs and the spirituality of His people. We are admonished in Luke 6:38,*"Give, and it will be given to you; good measure, pressed down, shaken*

Exhibit 8
Page 3