# Exhibit 9

Exhibit 9
Page 0

# Corporate Bylaws

# of the

# International Church of

# the Foursquare Gospel



2006 Edition

Exhibit 9
Page 1

the pastor, church council, and district supervisor upon request.

B.  Deposit or cause to be deposited all church funds in an account or accounts authorized by the church council.

C.  Issue checks on the church's account(s) only upon prior authorization by the church council in accordance with these Bylaws.

D.  Remit to the proper national or district office the funds specified in these Bylaws.

E.  Make monthly financial reports to the church council and the pastor and, upon request, to the church membership, district supervisor, or general supervisor.

F.  Keep an accurate record of identified contributions and make available to the contributor a receipt at the end of each year.

G.  Submit to the pastor an annual report of all transactions.

H.  Submit to the pastor or the district supervisor special reports when requested by either of them.

I.  In case of incapacity, permanent absence, or refusal of the pastor or treasurer to sign checks for payment of church obligations, the district supervisor shall be empowered to sign such checks as attorney-in-fact, or to designate another to act on his or her behalf.

**ARTICLE XVII**
**Administration of Church Property**

All property and equipment acquired by any Foursquare Gospel church, whether by purchase or gift or otherwise, shall be secured and held in the name of the "International Church of the Foursquare Gospel," except as otherwise expressly authorized by the board, for the use of the Foursquare Gospel church. The form of any deed, conveyance, or declaration of trust shall be subject to prior written approval of the board. All land purchases, plans for construction or reconstruction, and financing shall require the prior written approval of the board. A baptistery shall be included in each church sanctuary.

17.1  **ACQUISITIONS.** Should a church desire to acquire, sell, lease, occupy by

51

Exhibit 9
Page 2

month-to-month rental agreement, or encumber real property by lien, trust deed, or mortgage, or incur any liability or make any contract that might result in a mechanic's or material lien, the pastor and church council shall obtain the prior written consent of the board.

A.  Prior to acquisition of any real property by lease, purchase, or any proposed construction, assurances shall be obtained, in writing if possible, from the applicable city, county, or state agencies to the effect that the real property is or will be zoned to meet the needs of the church operation and its functions.

B.  Plans and specifications for any proposed project shall at all times require that construction comply with all applicable city, county, and state building codes and all safety requirements.

C.  Prior to entering into any lease or month-to-month rental agreement of real property or undertaking any construction or acquisition of real property, a written resolution approving the lease, rental agreement, construction, or acquisition and estimating the costs thereof shall have been passed by a two-thirds majority vote of the church members present at a duly and properly called meeting. Each member of the church council shall certify the vote of the membership by signing the resolution. Whenever construction is required, plans, specifications, cost estimates, and method of financing, together with the resolution and the complete "PT" forms, which are available from the district office, shall be sent to the district supervisor. The district supervisor shall send a written recommendation and copies of the resolutions, together with all documents relating to the proposed transaction, to the general supervisor, who shall present them to the board. The action of the board shall be evidenced by the passage of a specific written resolution authorizing the corporation's president and secretary to sign documents in connection with the transaction. No other person shall sign any document committing the corporation unless specifically authorized by the board. No lease shall be terminated without the prior written approval of the board.

17.2  **LEASES OF PERSONAL PROPERTY.** The corporation will not be responsible for the lease of personal property entered into by an individual or church for the personal benefit of an individual. Leases of personal property for the benefit of a church may be entered into upon approval of the church council. The church council may approve only such leases as are financially feasible from the current income of the church.

52

Exhibit 9
Page 3

17.3   **PROPERTY OF A PIONEER CHURCH.** In the case of a pioneer church, property may be acquired and encumbered by the district supervisor with the prior written authorization of the board. A vote of those attending the pioneer church shall not be required.

17.4   **SALE**

A.   **Active Churches.** In the event an active church desires to sell a church building or other property, the pastor and church council shall follow the procedures described in section 17.1 and shall obtain the prior written consent of the board. The proceeds shall first be used to clear any church indebtedness, and the balance shall be held for the benefit of the church.

B.   **Inactive Churches.** If a church ceases to function and if the district supervisor decides that the church building or other property should be sold, an appraisal shall be secured and presented to the board with the district supervisor's recommendation. The board shall have power to approve the sale of the property. After all indebtedness and costs have been satisfied, the net proceeds of the sale shall be deposited to the credit of the district for further church development, preferably in the same area.

C.   **Liquidation.** To prevent foreclosure on church facilities that could result in a complete loss of the delinquent property, the board, upon giving proper notification to the church, may dispose of the property to pay any and all debts, including any money advanced by the corporation or district. The net proceeds shall be held for further development of the church.

17.5   **MERGER.** No pastor shall take steps toward merging with another Foursquare Gospel church without the prior concurrence of the district supervisor and written approval of the board.

17.6   **INSURANCE.** Each Foursquare Gospel church shall maintain adequate insurance on all church properties and activities. This obligation shall be the joint responsibility of the pastor and the members of the church council. It is recommended that every Foursquare Gospel church insure church properties and activities with the insurance program of the International Church of the Foursquare Gospel, handled through its insurance department. Unless the coverage is written through the International Church of the Foursquare Gospel

53

Exhibit 9
Page 4

insurance program, the following requirements must be satisfied:

A.    Copies of all insurance policies shall be filed with the insurance department.

B.    The International Church of the Foursquare Gospel shall be named as the insured.

C.    All auxiliary activities and endeavors shall be properly covered.

D.    The amounts of coverage shall be comparable to that available through the Foursquare insurance program.

E.    The policies shall be placed preferably with "AAA" or "AA" carriers as listed in Alfred M. Best's insurance guide. Reciprocals or assessable mutual companies are not acceptable.

F.    The coverages listed below shall be secured when applicable. Detailed specifications and assistance are available from the insurance department.

      1.     **CASUALTY**
            Public Liability
            Malpractice
            Errors and Omission
            Defamation
            Medical Payments
            Property Damage
            Hired and Non-Owned Auto
            Personal Injury

      2.     **PROPERTY**
            Course of Construction
            Replacement Cost

      3.     **ACTIVITIES**
            Student Accident
            Sports
            Volunteer Workers

      4.     **WORKERS' COMPENSATION**

54

Exhibit 9
Page 5

5.    **HEALTH AND ACCIDENT**

## ARTICLE XVIII
### Foursquare Churches in
### Other Countries

Inasmuch as local laws permit and to the extent as may be applicable, these Bylaws, as may be translated into the local language shall be considered as the general pattern of organization in a country where the Foursquare Gospel is preached.

The organization of a local church shall follow the general pattern of organization as set forth in article XIII, sections 13.1, 13.2, 13.3, 13.4 A and B, 13.6.1 - 13.6.11 of these Bylaws.

The licensing of national ministers and appointment of pastors shall follow the general pattern as set forth in articles XIV, XV, and XVI of these Bylaws, with the pioneering missionary serving in the capacity of the district supervisor, until such a time as the local churches may be formally organized with their separate registration or incorporation and bylaws.

The separate registration or incorporation and bylaws shall be approved by the board of directors.

Upon the formal and approved registration or incorporation and the establishment of bylaws, the national church shall have the privilege of sending an official delegate to the Foursquare convention.

## ARTICLE XIX
### Amendments

The articles of incorporation of the International Church of the Foursquare Gospel are filed with the secretary of state of the state of California. Any amendments shall be made in a manner acceptable to the state and shall be filed promptly as amendments to the original of these Bylaws. The amendment(s) must first be approved by a two-thirds vote of the members of the corporate board. The board shall then submit the approved amendment to the qualified voting members at either a regular or interim convention or by mail as provided for in these Bylaws. If the amendment to the Articles is for the purpose of complying with state or federal requirements, a simple majority shall be sufficient for passage. If the amendment is for any other purpose, a two-thirds vote shall be required.

Exhibit 9
Page 6