# Exhibit 10

Exhibit 10
Page 0

# ARTICLES OF INCORPORATION
# OF THE
# INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL
### A Religious Corporation

(Article originally adopted December 28, 1927, amended in toto February 14, 1963, Article IV amended 1968, and Articles II and IV amended May 1977.)

## ARTICLE I

The name of this corporation is INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL.

## ARTICLE II

A. The specific and primary purposes for which this corporation is formed are to maintain and operate a religious corporation and to propagate and disseminate the religious principles embraced in the Foursquare Gospel.

B. The general objects and purposes for which this corporation is formed are to operate exclusively for charitable, religious or educational purposes, to include, but not limited to the following:

   1. To establish, maintain and conduct a suitable organization to supervise the affairs of this corporation.

   2. To license and/or ordain ministers of the Gospel and missionaries for the furtherance of the work of this corporation in the United States and all foreign countries in accordance with such regulations for ordination as shall be promulgated by the Board of Directors.

   3. To assist in the establishment of, and/or to grant charters to churches and religious organizations for the dissemination and propagation of the Foursquare Gospel in the United States and all foreign countries; such churches and religious organizations shall be subject to the Articles and Bylaws of this corporation.

   4. To establish, own and operate schools of collegiate grade and of less than collegiate grade.

   5. To establish, maintain, and conduct missionary endeavors for the furtherance of the Gospel in the United States and all foreign countries, according to the regulations promulgated by the Board of Directors.

Exhibit 10
Page 1

6. To do any and all acts or things necessary, suitable or convenient for accomplishment of any purposes, or for attainment of any one or more objects herein specified, or which shall at any time appear conducive thereto, or expedient therefor, if not inconsistent with provisions of any laws which might apply to accomplishment of such purposes or attainment of objects.

C. It is intended that the foregoing objects and purposes of this Article shall not, unless otherwise specified herein, be in any way limited or restricted by reference to or inference from the terms of any other clause of this or any other Article in these Articles of Incorporation, but that the objects and purposes specified in these Articles shall be regarded as a statement of general objects and purposes and not intended to limit the activities of this corporation as a charitable, religious and educational organization.

## ARTICLE III
### Powers

This corporation shall have and exercise all rights and powers conferred on corporations under the laws of the State of California, provided, however, that this corporation is not empowered to engage in any activity which in itself is not in furtherance of its objects and purposes as set forth in ARTICLE II.

## ARTICLE IV
### No Pecuniary Gains or Profits

This corporation is not organized, nor shall it be operated, for pecuniary gain or profit, and it does not contemplate the distribution of gains, profits or dividends to the members thereof and is organized solely for nonprofit purposes. The property, assets, profits and net income of this corporation are irrevocably dedicated to religious, scientific or charitable purposes, and no profits or net income of this corporation shall ever inure to the benefit of any director, officer, or member thereof or to the benefit of any private shareholder or individual. Upon the dissolution or winding up of this corporation, its assets remaining after payment of, or provision for payment of, all debts and liabilities of this corporation, shall be distributed to a non-profit fund, foundation, or corporation, which is organized and operated exclusively for religious, scientific and/or charitable purposes, and which has established its tax exempt status under Section 23701 (d) of the California Revenue and Taxation Code and/or Section 501 (c)(3) of the Internal Revenue Code. If this corporation holds any assets in trust, such assets shall be disposed of in such a manner as may be directed by decree of the Superior Court of the County of which this corporation's principal office is located, upon petition therefor by the Attorney General or by any person concerned in the liquidation.

## ARTICLE V
## Limitation of Activities

This corporation shall not, as a substantial part of its activities, carry on propaganda, or otherwise attempt to influence legislation. This corporation shall not participate in, or intervene in (including publishing or distributing statements), any political campaign on behalf of any candidate for public office.

## ARTICLE VI

This corporation is organized pursuant to the General Nonprofit Corporation Law of the State of California.

## ARTICLE VII

The county in the State of California where the principal office for the transaction of the business of this corporation is to be located is the County of Los Angeles.

## ARTICLE VIII

A. The powers of this corporation shall be exercised and its affairs conducted by a board to be known as the Board of Directors. The number of Directors of this corporation shall be seven. The number of directors herein provided for may be changed by Bylaw duly adopted by the members entitled to vote.

B. The names and addresses of the persons who are appointed to act as the first directors are:

AIMEE SEMPLE McPHERSON
    1100 Glendale Blvd., Los Angeles, California
REV. JOHN GOBEN
    1126 Lemoyne St., Los Angeles, California
MAE WALDRON EMMEL
    1100 Glendale Blvd., Los Angeles, California
HARRIET A. JORDAN
    1120 N. Coronada Terrace, Los Angeles, California
HERMAN REITZ
    1660 Elevado St., Los Angeles, California
T.A. OVERGARD
    312 N. Irving Blvd., Los Angeles, California
JAMES M. ABBETT
    1705 Diamond Ave., So. Pasadena, California