# Exhibit 11

Exhibit 11
Page 0


```
Billing Date:      03-07-2007

Account Number:        7025035
Due Date:           03-01-2007
Amount Past Due:         $0.00
Other Amounts Due:  $25,430.98

MINIMUM PAYMENT DUE:  $25,430.98
```

SAN LEANDRO #2 FOURSQUARE CHURCH
577 MANOR BOULEVARD
SAN LEANDRO  CA  94579

AMOUNT ENCLOSED: _____

Principal and/or Interest Due Notice

Commercial Loan/Outside Loans - Fixed

Account Number:    7025035

**Current Loan Information**

| | | | |
|---|---|---|---|
| Principal Balance | 3,932,172.45 | YTD Interest | 45,534.41 |
| Escrow Balance | 0.00 | Prior YTD Interest | 0.00 |
| Interest Rate | 6.700% | | |

**Payment(s) Due**

| Payment Due Date | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|
| 3-01-2007 | 0.00 | 0.00 | 0.00 | 0.00 | 25,430.98 | 25,430.98 |

**PAST DUE**

International Foursquare Loan Fund
1910 W. Sunset Blvd, Suite 200
Los Angeles  CA  90026-0176

Call us toll-free @  (888) 635-4234 Extn. 4431

Exhibit 11
Page 1



Billing Date:    03-07-2007

Account Number:       7025043
Due Date:             03-01-2007
Amount Past Due:          $0.00
Other Amounts Due:    $8,378.90

MINIMUM PAYMENT DUE:  $8,378.90

AMOUNT ENCLOSED:      _____

SAN LEANDRO #2 FOURSQUARE CHURCH
577 MANOR BOULEVARD
SAN LEANDRO  CA  94579

Principal and/or Interest Due Notice

Commercial Loan/Outside Loans - Fixed

Account Number:    7025043

**Current Loan Information**

| Principal Balance | 1,295,318.57 | YTD Interest       | 14,764.37 |
| Escrow Balance    | 0.00         | Prior YTD Interest | 0.00      |
| Interest Rate     | 6.700%       |                    |           |

**Payment(s) Due**

| Payment Due Date | Principal | Interest | Escrow | Late Charge | Other    | Total    |
|------------------|-----------|----------|--------|-------------|----------|----------|
| 03-01-2007       | 0.00      | 0.00     | 0.00   | 0.00        | 8,378.90 | 8,378.90 |

**PAST DUE**

International Foursquare Loan Fund
910 W.Sunset Blvd, Suite 200
Los Angeles  CA  90026-0176

Call us toll-free @ (888) 635-4234 Extn. 4431

Exhibit 11
Page 2