UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL,

    Plaintiff(s),

    v.

CITY OF SAN LEANDRO,

    Defendant(s).

No. C 07-3605 PJH

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that Plaintiff's Motion for Partial Summary Judgment on Defendant's Affirmative Defenses will be heard on **October 1, 2008** at **9:00 a.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE PHYLLIS J. HAMILTON, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: July 29, 2008