UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL,

       Plaintiff,

       v.

CITY OF SAN LEANDRO, et al.,

       Defendants.

_____/

No. 07-3605 PJH

**CLERK'S NOTICE**

       The court is in receipt of chambers copies of the memorandum in support of plaintiff's motion for partial summary judgment; three declarations in support of the motion; eleven loose exhibits; and a proposed order – all filed by plaintiff on July 28, 2008.  Some of the chambers copies are not in usable format.  Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

       A document that is in "usable format" is one that is usable by the court for its intended purpose.  For example, a thick stack of loose paper wrapped with a rubber band, or fastened with a paper clip or a binder clip, is not in usable format.

       For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner.  For a document that is too thick to be stapled securely, "usable format" means that the document

is two-hole punched at the top, and is fastened with a prong-type fastener.  In addition, **any exhibits to a declaration or a request for judicial notice must fastened to the authenticating declaration or to the request for judicial notice, and must be tabbed.**

      The court will consider the contents of the chambers copy only if it is submitted in usable format no later than one court day after the date of this notice.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  July 30, 2008