| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, | ) Case No.: CO7-03605-PJH-JCS |
| | ) |
| | ) **EXHIBIT 1 OF DECLARATION OF** |
| Plaintiff, | ) **DAVID MORTARA IN SUPPORT** |
| | ) **OF MOTION FOR SUMMARY** |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| CITY OF SAN LEANDRO, et. al. | ) |
| | ) |
| Defendants. | ) Date:   October 1, 2008 |
| | ) Time:  9:00 a.m. |
| | ) Courtroom:  3 |
| FAITH FELLOWSHIP FOURSQUARE | ) Hon.:  Phyllis J. Hamilton |
| CHURCH, | ) |
| | ) |
| Real Party in Interest. | ) |

Exhibit 1(Pltf)
Decl of D. Mortara
Page 0



Billing Date:     03-07-2007

Account Number:      7025035
Due Date:            03-01-2007
Amount Past Due:         $0.00
Other Amounts Due:   $25,430.98

MINIMUM PAYMENT DUE:   $25,430.98

SAN LEANDRO #2 FOURSQUARE CHURCH
577 MANOR BOULEVARD               AMOUNT ENCLOSED:    _____
SAN LEANDRO  CA  94579


Principal and/or Interest Due Notice


Commercial Loan/Outside Loans - Fixed

Account Number:       7025035

### Current Loan Information

Principal Balance    3,932,172.45    YTD Interest              45,534.41
Escrow Balance              0.00     Prior YTD Interest             0.00
Interest Rate          6.700%

### Payment(s) Due

| Payment Due Date | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|
| 3-01-2007 | 0.00 | 0.00 | 0.00 | 0.00 | 25,430.98 | 25,430.98 |

**PAST DUE**

International Foursquare Loan Fund
1910 W.Sunset Blvd, Suite 200
Los Angeles  CA  90026-0176

Call us toll-free @  (888) 635-4234 Extn. 4431

Exhibit 1(Pltf)
Decl of D. Mortara
Page 1



Billing Date:    03-07-2007

Account Number:       7025043
Due Date:             03-01-2007
Amount Past Due:          $0.00
Other Amounts Due:    $8,378.90

MINIMUM PAYMENT DUE:    $8,378.90

AMOUNT ENCLOSED: _____

SAN LEANDRO #2 FOURSQUARE CHURCH
577 MANOR BOULEVARD
SAN LEANDRO  CA  94579

Principal and/or Interest Due Notice

Commercial Loan/Outside Loans - Fixed

Account Number:       7025043

### Current Loan Information

| | | | |
|---|---|---|---|
| Principal Balance | 1,295,318.57 | YTD Interest | 14,764.37 |
| Escrow Balance | 0.00 | Prior YTD Interest | 0.00 |
| Interest Rate | 6.700% | | |

### Payment(s) Due

| Payment Due Date | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|
| 03-01-2007 | 0.00 | 0.00 | 0.00 | 0.00 | 8,378.90 | 8,378.90 |

PAST DUE

International Foursquare Loan Fund
910 W.Sunset Blvd, Suite 200
Los Angeles  CA  90026-0176

Call us toll-free @  (888) 635-4234 Extn. 4431

Exhibit 1(Pltf)
Decl of D. Mortara
Page 2