Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
      mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et. al.<br><br>Defendants.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.: CO7-03605-PJH-JCS<br><br>**NOTICE OF MANUAL FILING**<br><br>Date:   October 1, 2008<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Hon.:  Phyllis J. Hamilton |

NOTICE OF MANUAL FILING

-1-

To the Court and the Parties of Record:

Please take notice that the DECLARATION OF KEVIN SNIDER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT and EXHIBITS 1-9 attached thereto will be filed manually in that it exceeds 5MB.

Please take further notice that the DECLARATION OF GARY MORTARA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT and EXHIBIT 1 attached thereto will be filed manually in that it exceeds 5MB.

Dated:  August 26, 2008

                                            /S/  Kevin Snider_____
                                            Kevin T. Snider, Declarant