1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant. | Case No. C07-03605-PJH<br><br>DECLARATION OF DEBORAH J. FOX IN SUPPORT OF CITY OF SAN LEANDRO'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF CLAIMS<br><br>Hearing:<br>Date:        October 1, 2008<br>Time:        9:00 a.m.<br>Courtroom:   3<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |
| FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | |

I, Deborah J. Fox, hereby declare as follows:

1. I am a principal in the law firm of Meyers, Nave, Riback, Silver & Wilson, which firm serves as special counsel to defendant City of San Leandro ("the City"). I am admitted to practice in both the state and federal courts, and am the lead attorney responsible for handling the above-captioned case on behalf of the City.

2. I make this declaration in support of the City's motion for summary judgment and if called upon to testify, I could and would competently testify to the same.

3. Submitted concurrently as Exhibit 28 is a true and correct copy of excerpts of the Deposition of John Jermanis, taken on May 19, 2008.

4. Submitted concurrently as Exhibit 29 is a true and correct copy of excerpts of the Deposition of Luke Sims, taken on May 19, 2008.

5. Submitted concurrently as Exhibit 30 is a true and correct copy of excerpts of the Deposition of Gary Mortara, taken on May 20, 2008 and June 6, 2008.

6. Submitted concurrently as Exhibit 36 is a true and correct copy of Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 24, 2006. Said document was identified at the deposition of Gary Mortara taken on May 20, 2008.

7. Submitted concurrently as Exhibit 37 is a true and correct copy of Addendum to Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 28, 2006. Said document was identified at the deposition of Gary Mortara taken on June 6, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and is of my own personal knowledge, that if called to testify I could and would competently testify to the same, and that this declaration was executed this 27th day of August 2008, at Los Angeles, California.

_____
DEBORAH J. FOX

1138689.1
136.5016

1

DECLARATION OF D. FOX IN SUPPORT OF DEFENDANT'S MSJ                    [C07-03605-PJH]