Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No. C07-03605-PJH<br><br>DECLARATION OF LLOYD B. ZOLA IN SUPPORT OF DEFENDANT CITY OF SAN LEANDRO'S MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:<br>Date:        October 1, 2008<br>Time:        9:00 a.m.<br>Courtroom:   3<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

I, Lloyd B. Zola, hereby declare as follows:

1. I am currently a Vice President with HDR, Inc. I am over the age of eighteen and a citizen of California and the United States of America. If called upon to testify, I could and would competently testify as to the following.

2. As a professional planner, I provide consulting services and expertise in resolution of complex planning and development issues; development feasibility analyses; zoning, general plans and public policy formulation; public participation programs; environmental research and documentation; and the coordination of environmental, project design, and policy tasks. I obtained a B.A. in Urban Studies from California State University, Los Angeles in 1974 and have participated in Graduate Studies in Public Administration at California State University, Fullerton. A true and correct copy of my resume and summary of professional qualifications is submitted concurrently as Exhibit 34, p. 584.

3. I have been engaged as an expert witness for the City of San Leandro in the above entitled litigation. Exhibit 34 submitted concurrently is a true and correct copy of the report I prepared entitled "Expert Opinions of Lloyd Zola: International Church of the Foursquare Gospel v. City of San Leandro" setting forth my opinion and conclusions on four major issues addressed in the report.

4. The opinions and conclusions expressed in the report are derived from my personal review of relevant planning documents of the City of San Leandro, including the General Plan and zoning codes; review of maps, documents, planning records, staff reports, minutes and documents in City files pertaining to the adoption of the Assembly Use Overlay Zoning regulations and the rejection of applications for a zoning amendment and conditional use permit by the Faith Fellowship Church, an affiliate of the International Church of the Foursquare Gospel; consultation with representatives of the City Attorney's office and City planning personal; personal site visits to the proposed church site at 14600 and 14860 Catalina Street and all properties subject to the Assembly Use Overlay zoning designation in the City; and my 33 years of background experience and knowledge of

common planning and zoning practices in California and in the United States, and related requirements of California planning and zoning law.

    5.    The factual conclusions expressed in the report are true based on the information I have reviewed. As to those matters stated as matters of professional opinion or belief, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and is of my own personal knowledge, that if called to testify I could and would competently testify to the same, and that this declaration was executed this 25th day of August 2008, at San Diego, California.

_____
LLOYD B. ZOLA

1138690.2
136.5016

---

2

DECLARATION OF L. ZOLA IN SUPPORT OF MSJ      [C07-03605-PJH]