| | |
|---|---|
| 1 | Jayne W. Williams, Esq. (SBN:63203) |
| | jwilliams@meyersnave.com |
| 2 | Deborah J. Fox, Esq. (SBN: 110929) |
| | dfox@meyersnave.com |
| 3 | Philip A. Seymour (SBN: 116606) |
| | pseymour@meyersnave.com |
| 4 | Kimberly M. Drake, Esq. (SBN: 209090) |
| | kdrake@meyersnave.com |
| 5 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 6 | Oakland, California  94607 |
| | Telephone: (510) 808-2000 |
| 7 | Facsimile: (510) 444-1108 |
| 8 | Attorneys for Defendant |
| | CITY OF SAN LEANDRO |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, | Case No.  C07-03605-PJH |
| 15 | Plaintiff, | DEFENDANT CITY OF SAN LEANDRO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF CLAIMS |
| 16 | v. | |
| 18 | CITY OF SAN LEANDRO, a municipal corporation, | |
| 20 | Defendant. | Hearing: |
| | | Date:          October 1, 2008 |
| | | Time:          9:00 a.m. |
| | | Courtroom:    3 |
| 23 | FAITH FELLOWSHIP FOURSQUARE CHURCH, | Honorable Phyllis Hamilton |
| | | Complaint Filed:  7/12/07 |
| 25 | Real Party in Interest. | |

Defendant City of San Leandro ("the City") requests that this Court take judicial notice of certain exhibits submitted concurrently, pursuant to Federal Rules of Evidence, Rule 201. This request for judicial notice and the exhibits are submitted in support of the City's motion for summary judgment or in the alternative summary adjudication of claims.

Judicial notice is requested of the following:

| | |
|---|---|
| Exhibit 1 | Zoning Code, Article 1, Title, Components, and Purposes |
| Exhibit 2 | Zoning Code, Article 3, Definitions (excerpts) |
| Exhibit 3 | Zoning Code, Article 5, Residential Districts (excerpts) |
| Exhibit 4 | Zoning Code, Article 7, Industrial Districts |
| Exhibit 6 | Zoning Code, Article 22, Use Permits, Variances and Parking Exceptions |
| Exhibit 7 | General Plan and Land Use Element (excerpts) |
| Exhibit 19 | Ordinance No. 2007-005 An Ordinance Of The City of San Leandro Amending San Leandro Zoning Code: Part I, Article 3, Deleting Definitions For 'Clubs & Lodges' And 'Religious Assembly' And Adding A New Definition For 'Assembly Uses'; Part II, Article 5, Amending Sections 2-504, 2-506, 2-508 and 2-510 For Consistency With New Definitions; Part III, Amending Article 13; and Part IV, Article 17, Amending Section 4-1704, dated April 2, 2007 |
| Exhibit 20 | Ordinance No. 2007-006 An Ordinance Of The City Of San Leandro Zoning Certain Properties Herein Described As To Zoning With An Assembly Use Overlay District And Amending Zoning Map For 196 Identified Properties, dated April 2, 2007 |
| Exhibit 32 | Webster's New Universal Unabridged Dictionary (1992), definition of "assembly" |
| Exhibit 33 | Webster's New Universal Unabridged Dictionary (1992), definition of "institution" |
| Exhibit 35 | Transcript, City Council meeting, May 7, 2007 |

      Exhibits 1-4, 6, 7, 19, 20 and 35 are official public records, consisting of the City's Zoning Code, General Plan and City Ordinances. These referenced exhibits are within the scope of judicially noticeable materials pursuant to Federal Rules of Evidence, Rule 201, providing that a Court may take judicial notice of undisputed matters of public record including records and reports of administrative bodies; or legislative history of laws, rules or ordinances. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) citing *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1283 (9th Cir. 1986); and *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025, n.2 [judicial notice properly taken of city ordinances].

      Exhibits 32 and 33 are within the scope of judicially noticeable materials pursuant to the Federal Rules of Evidence, Rule 201, providing that a Court may take judicial notice of the meaning of words or phrases (*Wilshire Westwood Assocs. v. Atlantic Richfield Corp.*, 881 F.2d 801, 803 (9th Cir. 1988)) and courts have recognized that standard dictionaries are the usual source of reference for the meaning of English words. *Comerica Bank v. Lexington Ins. Co.*, 3 F.3d 939, 944 (6th Cir. 1993).

      In accordance with the cited statutory and case law, the City respectfully requests that the Court take judicial notice of Exhibits 1, 2, 3, 4, 6, 7, 19, 20, 32, 33 and 35, true and correct copies of which are submitted concurrently.

Dated: August 27, 2008        MEYERS, NAVE, RIBACK, SILVER & WILSON

By_____/s/_____
DEBORAH J. FOX
Attorneys for Defendant
CITY OF SAN LEANDRO

1139815.1
136.5016