```
 1  Jayne W. Williams, Esq. (SBN:63203)
    jwilliams@meyersnave.com
 2  Deborah J. Fox, Esq. (SBN: 110929)
    dfox@meyersnave.com
 3  Philip A. Seymour (SBN: 116606)
    pseymour@meyersnave.com
 4  Kimberly M. Drake, Esq. (SBN: 209090)
    kdrake@meyersnave.com
 5  MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
 6  Oakland, California  94607
    Telephone: (510) 808-2000
 7  Facsimile: (510) 444-1108

 8  Attorneys for Defendant
    CITY OF SAN LEANDRO
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.  C07-03605-PJH<br><br>DEFENDANT CITY OF SAN LEANDRO'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS<br><br>Hearing:<br>Date:         October 1, 2008<br>Time:        9:00 a.m.<br>Courtroom:   3<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on October 1, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, Courtroom 3, San Francisco, California, Defendant City of San Leandro ("the City") will and hereby does move the Court for an order granting its Motion for Summary Judgment or in the Alternative for Summary Adjudication of Claims as to each cause of action (First through Ninth) stated in First Amended Complaint for Violation of Constitutional Rights and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 1983; 42 U.S.C. § 2000cc.

This motion for summary judgment or in the alternative summary adjudication is made on the grounds that there are no genuine issues as to any material fact and that the moving party is entitled to judgment as a matter of the law because:

1. The actions of defendant City have not imposed any substantial burden on plaintiff's exercise of religion within the meaning of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). Further, the City's actions challenged by plaintiff were the least restrictive means available for achieving a compelling government interest, specifically preservation of land for industrial and commercial development necessary to provide jobs and sustain the local economy.

2. The regulations and actions of defendant City challenged in this lawsuit did not and do not violate the "Equal Terms" provisions of RLUIPA (42 U.S.C. § 2000cc(b)(1)). The City regulations do not, and the City has not, treated plaintiff or churches generally differently than other similarly situated assembly or institutional use within the meaning of RLUIPA.

3. The City has not totally excluded nor unreasonably restricted religious assemblies and institutions within its boundaries in violation of 42 U.S.C. § 2000cc(b)(3). The City's regulations provide ample opportunities for the location of churches and other religious assemblies and institutions within the City.

4. The City has not interfered with plaintiff's exercise of religion in violation of the Free Exercise clause of the First Amendment of the United States Constitution.

5. The City has not interfered with plaintiff's freedom of speech in violation of the Free Speech clause of the First Amendment of the United States Constitution.

6. The City has not interfered with plaintiff's freedom of assembly in violation of the First Amendment of the United States Constitution.

7. The City has not interfered with plaintiff's freedom of association in violation of the First Amendment of the United States Constitution'

8. The City has not denied plaintiff equal protection of the law in violation of the Equal Protection clause of the Fourteenth Amendment of the United States Constitution.

9. The City has not denied plaintiff due process of law in violation of the Due Process clause of the Fourteenth Amendment of the United States Constitution.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities; Request for Judicial; the declarations of Debbie Pollart, Lloyd Zola, Deborah J. Fox, and accompanying exhibits; all pleadings and papers on file in this action and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 27, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

By____/s/_____
DEBORAH J. FOX
Attorneys for Defendant
CITY OF SAN LEANDRO

1140098.2
136.5016