Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No. C07-03605-PJH<br><br>DEFENDANT CITY OF SAN LEANDRO'S TABLE OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:<br>Date:        October 1, 2008<br>Time:       9:00 a.m.<br>Courtroom: 3<br><br>Honorable Phyllis J. Hamilton<br><br>Complaint Filed 7/12/07 |

## TABLE OF EXHIBITS

| Exhibit | Description | Bates No. |
|---|---|---|
| Exhibit 1 | Zoning Code, Article 1, Title, Components, and Purposes | 004 |
| Exhibit 2 | Zoning Code, Article 3, Definitions (excerpts) | 006 |
| Exhibit 3 | Zoning Code, Article 5, Residential Districts (excerpts) | 011 |
| Exhibit 4 | Zoning Code, Article 7, Industrial Districts | 020 |
| Exhibit 5 | Intentionally omitted | |
| Exhibit 6 | Zoning Code, Article 22, Use Permits, Variances and Parking Exceptions | 040 |
| Exhibit 7 | General Plan and Land Use Element (excerpts) | 049 |
| Exhibit 8 | Zoning Map [manually filed] | 182 |
| Exhibit 9 | Assembly Use Criteria Study Map [manually filed] | 185 |
| Exhibit 10 | List of parcels in Assembly Use Overlay Zone | 188 |
| Exhibit 11 | Staff Report to Business Development Sub-Committee re Assembly Uses in the Industrial Limited Zone, October 12, 2006 | 193 |
| Exhibit 12 | Minutes, Business Development Sub-Committee, October 12, 2006 | 198 |
| Exhibit 13 | Staff Report, Joint Workshop, October 19, 2006 | 200 |
| Exhibit 14 | Minutes, Joint Workshop, October 19, 2006 | 210 |
| Exhibit 15 | Staff Report to Planning Commission, February 22, 2007 | 223 |
| Exhibit 16 | Minutes, Planning Commission, February 22, 2007 | 275 |
| Exhibit 17 | Staff Report, City Council, March 19, 2007 | 295 |
| Exhibit 18 | Minutes, City Council, March 19, 2007 | 368 |

///
///
///
///

| | Exhibit | Description | Bates No. |
|---|---|---|---|
| | Exhibit 19 | Ordinance No. 2007-005 An Ordinance Of The City of San Leandro Amending San Leandro Zoning Code: Part I, Article 3, Deleting Definitions For 'Clubs & Lodges' And 'Religious Assembly' And Adding A New Definition For 'Assembly Uses'; Part II, Article 5, Amending Sections 2-504, 2-506, 2-508 and 2-510 For Consistency With New Definitions; Part III, Amending Article 13; and Part IV, Article 17, Amending Section 4-1704, dated April 2, 2007 | 382 |
| | Exhibit 20 | Ordinance No. 2007-006 An Ordinance Of The City Of San Leandro Zoning Certain Properties Herein Described As To Zoning With An Assembly Use Overlay District And Amending Zoning Map For 196 Identified Properties, dated April 2, 2007 | 389 |
| | Exhibit 21 | Staff Report to Planning Commission, April 12, 2007 | 399 |
| | Exhibit 22 | Minutes, Planning Commission, April 12, 2007 | 417 |
| | Exhibit 23 | Staff Report to City Council, May 7, 2007 | 440 |
| | Exhibit 24 | Minutes, City Council, May 7, 2007 | 492 |
| | Exhibit 25 | Letter to Jim Lee, Faith Fellowship Church from Debbie Pollart, June 29, 2006 | 511 |
| | Exhibit 26 | Assembly Use Overlay Application, received by City, May 19, 2006 | 513 |
| | Exhibit 27 | Letter to Jim Lee, Faith Fellowship Church from Debbie Pollart, April 25, 2007 | 514 |
| | Exhibit 28 | Excerpts, Deposition of John Jermanis, May 19, 2008 | 516 |
| | Exhibit 29 | Excerpts, Deposition of Luke Sims, May 19, 2008 | 524 |
| | /// | | |

| Exhibit | Description | Bates No. |
|---|---|---|
| Exhibit 30 | Excerpts, Deposition of Gary Mortara, May 20, 2008 and June 6, 2008 | 533 |
| Exhibit 31 | Intentionally omitted | |
| Exhibit 32 | Webster's New Universal Unabridged Dictionary (1992), definition of "assembly" | 550 |
| Exhibit 33 | Webster's New Universal Unabridged Dictionary (1992), definition of "institution" | 554 |
| Exhibit 34 | Expert Report of Lloyd Zola: International Church of the Foursquare Gospel v. City of San Leandro, June 30, 2008 | 558 |
| Exhibit 35 | Transcript, City Council meeting, May 7, 2007 | 628 |
| Exhibit 36 | Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 24, 2006 | 638 |
| Exhibit 37 | Addendum to Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 28, 2006 | |

Dated: August 27, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON

By   /s/
DEBORAH J. FOX
Attorneys for Defendant
CITY OF SAN LEANDRO

1140334.1
136.5016