**EXHIBIT 7 - Part 1**

# THE CITY OF SAN LEANDRO
# General Plan

 2015





EXHIBIT 7      049

# ACKNOWLEDGMENTS

**CITY COUNCIL**

Shelia Young, *Mayor*
Bob Glaze, *Vice Mayor*
Orval Badger
Surlene Grant
Gary Loeffler
Glenda Nardine
Anthony Santos

*Former Council Member:* Joanne Lothrop
*Former Council Member:* Gordon Galvan

i

# GENERAL PLAN ADVISORY COMMITTEE (GPAC)

**CHAIR:** BILL STEPHENS
**VICE-CHAIR:** DALE REED

## RESIDENTIAL NEIGHBORHOODS

Bill Stephens, *Chair*
Morgan Rice, *Vice Chair*
Audrey Albers
Ingrid Christiansen
Cynthia Eliason
Robert Leigh
Mike Mahoney
Lindsey Noss
Fred Reicker
Florence Ruha
Chuck Serrano
Melody Tannam
Barbara Tierney
Martin Tuttle
Rick Williams

## COMMUNITY SERVICES AND FACILITIES

Barbara Sidari, *Chair*
Dean Koenig, *Vice Chair*
Lisa Allphin
Sandra Benz
Liisa Burns
Sherry Hitchcock
Barbara Jue
Kati Knox
Patrick Larsen
Geraldine Mellen
Kim Miller
Kent Myers
Rose Padilla-Johnson
Ken Pon

## BUSINESS AND INDUSTRY

Dale Reed, *Chair*
Bob Berger, *Vice Chair*
Bernard Ashcraft
Richard Benson
Rick Collins
Jennifer Diaz
Chris Ehrenberg
Marilyn Fels
Heidi Finberg
Tom Guarino
Marcene Nardine
Roger Ravenstad
Susan Riskin-Poulsen
John Sullivan

## TRANSPORTATION

William Fong, *Chair*
Claire Koenig, *Vice Chair*
Aidan Barry
Patricia Bowens
Fred Bystedt
Carlos Cardoza
Alice Chin
Jeff Houston
Harry Lema
Victor Madrigal
Tony Santos
Linda Skaar

## HISTORIC PRESERVATION AND COMMUNITY DESIGN

Alice Chin, *Chair*
Christopher Dorn, *Vice Chair*
Chris Ehrenberg
Marilyn Fels
Lucille Kline
Claire Koenig
Victor Madrigal
Geraldine Mellen
Al Padro
Fred Reicker
Linda Skaar
Bill Stephens
Melody Tannam

## SAFETY AND NOISE

Jennifer Diaz, *Chair*
Lucy Corzantes, *Vice Chair*
Wafaa Aborashed
Sandra Benz
Patricia Bowens
Carlos Cardoza
Rick Collins
William Fong
Pete DiGregorio
Paul Nahm
Julian Polvorosa
Ken Pon
Dale Reed
Barbara Sidari

ii

051

**OPEN SPACE, CONSERVATION, AND PARKS**

Heidi Finberg, *Chair*
Dean Koenig, *Vice Chair*
Audrey Albers
Lisa Allphin
Aidan Barry
Julie Cuellas
Cynthia Eliason
Jeff Houston
Barbara Jue
Patrick Larsen
Robert Leigh
Mike Mahoney
Chuck Serrano
John Sullivan

**PLANNING COMMISSION**

Alice Chin
Joe Collier
Esther Holcomb
Mike Mahoney
Adrian McCall
Al Padro
Dale Reed

*Former Commissioners ('99-'00):*
Thomas Burpee
Raffi Demirjian
Roger Ravenstad

**BOARD OF ZONING ADJUSTMENTS**

Cynthia Eliason
Amanda Goldt
Bob Grazzini
Melody Marr
Darryl Shields
Frank Sidari

*Former BZA Members ('99-'00):*
Orval Badger
Jeff McGallian
Al Padro

**STAFF**

*City Manager:* John Jermanis

**GENERAL PLAN TEAM**
*Community Development Director:* Hanson Hom
*Planner III/Project Manager:* Matt Tomas
*Planner II:* Beth Greene
*Planner III:* Debbie Pollart
*Planning Interns:* Oliver Jerschow and Scott Gilliland
*Former Planning Staff:* Kathleen Livermore
*Former Transportation Manager:* Ray Davis
*Economic Development Manager:* Luke Sims
*Economic Development Specialist:* Seth Hudson
*Administrative Staff:* Nina Hinton, Sarina Martinez
*City Attorney:* Liane Randolph
*Assistant City Attorney:* Jeff Goldfien
*City Attorney Emeritus:* Steve Meyers
*Recreation and Human Services Manager:* Micki Cronin

**CONSULTANTS**

*Project Manager:* Barry Miller, AICP

**ASSOCIATED SUBCONSULTANTS**

*Public Participation:* Moore Iacofano Goltsman
*Traffic Analysis:* Fehr & Peers Associates, Inc.
*Noise Analysis:* Illingworth and Rodkin
*Hazardous Materials:* Orion Environmental
*Real Estate and Fiscal Issues:* Strategic Economics

*Design:* Alan Davenport Design Associates

# TABLE OF CONTENTS

| | |
|---|---|
| Acknowledgments | i |
| Table of Contents | v |
| Figures, Charts, and Tables | x |
| | |
| VISION STATEMENT | xii |

### 1 INTRODUCTION

| | |
|---|---|
| A Introducing the San Leandro General Plan | 1-1 |
| B Context for the General Plan | 1-2 |
| *Text Box: Relationship of the General Plan to Other Plans and Programs* | 1-3 |
| C How to Use the General Plan | 1-4 |
| D The General Plan Update Process | 1-7 |
| E Organization of the Plan | 1-8 |
| F Implementing and Amending the Plan | 1-11 |

### 2 SAN LEANDRO IN PERSPECTIVE

| | |
|---|---|
| A Our Role in the Region | 2-1 |
| B History | 2-2 |
| C Population | 2-5 |
| D Economy | 2-9 |
| E Land Use | 2-10 |
| F Transportation System | 2-12 |
| G Environment | 2-12 |
| H Development Potential | 2-13 |

### 3 LAND USE

| | |
|---|---|
| **FRAMEWORK** | 3-2 |
| A Overview | 3-2 |
| B Major Planning Concepts | 3-3 |
| What "Smart Growth" Means for San Leandro | 3-3 |
| Building A More Sustainable City | 3-4 |
| Creating a "There" | 3-5 |
| C City Structure | 3-6 |
| Downtown | 3-6 |
| Residential Neighborhoods | 3-6 |
| Business Districts and Corridors | 3-9 |
| Parks and Open Space | 3-9 |
| D Land Use Diagram and Definition of Categories | 3-10 |
| Land Use Diagram | 3-10 |
| Land Use Categories | 3-11 |
| *Text Box: Calculating Density and Intensity* | 3-15 |
| Related Issues | 3-16 |
| **RESIDENTIAL NEIGHBORHOODS** | 3-17 |
| A Overview | 3-17 |
| B San Leandro's Neighborhoods | 3-18 |
| Northeast | 3-18 |
| North | 3-21 |
| Central | 3-21 |
| Davis Corridor | 3-22 |
| Halcyon-Foothill | 3-22 |
| Floresta/Springlake | 3-23 |
| Washington Manor/Bonaire | 3-24 |
| West of Wicks | 3-25 |
| Marina | 3-25 |
| Bay-O-Vista | 3-26 |

<6803bbe27d>
</6803bbe27d>
<6803bbe27d/>

| | |
|---|---|
| **C Planning Issues** | 3-27 |
|    Community Standards | 3-27 |
|    Neighborhood Character | 3-27 |
|    New Housing Opportunities | 3-28 |
|    Mitigation of Public Facility Impacts | 3-28 |
|    Citizen Participation | 3-28 |
| **D Goals, Policies, and Actions** | 3-29 |
|    Goal 1: Community Standards | 3-29 |
|    Goal 2: Neighborhood Character | 3-33 |
|    Goal 3: New Housing Opportunities | 3-36 |
|    Goal 4: Mitigation of Public Facility Impacts | 3-39 |
|    Goal 5: Citizen Participation | 3-41 |
| **BUSINESS AND INDUSTRY** | 3-43 |
| **A Overview** | 3-43 |
| **B Employment Districts** | 3-44 |
|    Downtown | 3-44 |
|    Industrial Districts | 3-44 |
|    Office Districts | 3-46 |
|    Retail, Service, and Entertainment Districts | 3-46 |
|    San Leandro Marina | 3-51 |
| **C Planning Issues** | 3-51 |
|    Land Use Compatibility | 3-51 |
|    Business Image | 3-53 |
|       *In a Nutshell: San Leandro Economic Development Strategy and Work Program* | 3-53 |
|    Jobs-Housing Balance | 3-54 |
| **D Goals, Policies, and Actions** | 3-55 |
|    Goal 6: Downtown Revitalization | 3-55 |
|    Goal 7: Industrial and Office Districts | 3-59 |
|    Goal 8: Retail and Service Districts | 3-66 |
|    Goal 9: Marina and Shoreline | 3-71 |
|    Goal 10: Land Use Compatibility | 3-73 |
|    Goal 11: Business Image | 3-76 |
|    Goal 12: Jobs-Housing Balance | 3-79 |
| **FOCUS AREAS** | 3-80 |
| **A Downtown** | 3-80 |
|    *In a Nutshell: The Downtown Plan and Urban Design Guidelines* | 3-83 |
| **B East 14th Corridor** | 3-84 |
|    *In a Nutshell: The North Area Plan and Revitalization Manual* | 3-86 |
| **C Bayfair** | 3-88 |
| **D Downtown BART Station Area** | 3-89 |
|    *In a Nutshell: The Central San Leandro/BART Area Revitalization Study* | 3-90 |
| **E San Leandro Boulevard Corridor** | 3-91 |
| **F Marina Boulevard and South-of-Marina** | 3-94 |
| **G West San Leandro Business District** | 3-96 |
|    *In a Nutshell: The Report and Recommendations of the West San Leandro Advisory Committee* | 3-96 |
| **H San Leandro Marina** | 3-98 |
| **I MacArthur Corridor** | 3-100 |
| **J Mid-Washington Corridor** | 3-101 |
| **BEYOND THE CITY LIMITS: SAN LEANDRO'S PLANNING AREA** | 3-103 |
| **A Overview** | 3-103 |
| **B Ashland** | 3-105 |
|    *In a Nutshell: The Unincorporated San Leandro Planning Area* | 3-106 |
| **C Hillcrest Knolls/Fairmont Ridge** | 3-112 |
| **D Western Castro Valley** | 3-113 |
| **E Former San Leandro Rock Quarry** | 3-113 |
| **❹ TRANSPORTATION** | |
| **A Overview** | 4-1 |
| **B Transportation and Land Use** | 4-2 |
|    *Text Box: Integrating Land Use and Transportation Planning* | 4-3 |
| **C Travel Modes** | 4-4 |
|    Bicycling and Walking | 4-4 |
|    Public Transit | 4-7 |
|    Shuttles, Carpools, and Vanpools | 4-10 |
|    Automobiles | 4-11 |
|    Trucks | 4-15 |
|    Railroads | 4-15 |
|    Airports | 4-16 |
|    Water Transportation | 4-16 |
| **D Traffic Forecasts and Planned Improvements** | 4-19 |
|    Level of Service | 4-19 |
|    Planned Improvements | 4-22 |
| **E Transportation and the Urban Environment** | 4-25 |
|    Neighborhood Traffic Management | 4-25 |
|    Traffic Safety | 4-27 |
|    Pedestrian-Oriented Streetscape | 4-28 |
| **F Interagency Coordination** | 4-28 |

| | |
|---|---|
| **G Goals, Policies, and Actions** | 4-30 |
| Goal 13: Coordinating Land Use and Transportation | 4-30 |
| Goal 14: Bicycle and Pedestrian Circulation | 4-33 |
| Goal 15: Public Transportation | 4-35 |
| Goal 16: Streets and Highways | 4-39 |
| Goal 17: Neighborhood Traffic Management | 4-41 |
| Goal 18: Traffic Safety | 4-43 |
| Goal 19: Pedestrian-Oriented Streetscape | 4-45 |
| Goal 20: Interagency Coordination | 4-47 |

**❺ OPEN SPACE, PARKS, AND CONSERVATION**

| | |
|---|---|
| **A Overview** | 5-1 |
| **B Open Space** | 5-2 |
| **C Parks** | 5-3 |
| City Parks | 5-3 |
| Text Box: San Leandro's Parks | 5-3 |
| Regional Parks and Trails | 5-9 |
| Joint Use Agreements | 5-10 |
| **D Natural Resources** | 5-11 |
| San Leandro Creek | 5-11 |
| Plant and Animal Resources | 5-15 |
| In a Nutshell: San Leandro Habitat | 5-16 |
| Other Resource Issues | 5-20 |
| **E Conservation** | 5-22 |
| Water | 5-22 |
| Solid Waste and Recycling | 5-22 |
| Text Box: "What's a Green Building?" | 5-23 |
| Energy | 5-24 |
| **F Goals, Policies, and Actions** | 5-26 |
| Goal 21: Rehabilitation of Existing Parks | 5-26 |
| Goal 22: Development of New Parks | 5-30 |
| Goal 23: Regional Parks | 5-33 |
| Goal 24: Joint Use | 5-35 |
| Goal 25: San Leandro Creek | 5-38 |
| Goal 26: Plant and Animal Communities | 5-40 |
| Goal 27: Resource Conservation | 5-42 |
| Goal 28: Energy | 5-44 |

**❻ ENVIRONMENTAL HAZARDS**

| | |
|---|---|
| **A Overview** | 6-1 |
| **B Natural Hazards** | 6-2 |
| Earthquakes | 6-2 |
| Landslides and Erosion | 6-3 |
| Wildfire | 6-4 |
| Flooding | 6-7 |
| **C Man-Made Hazards** | 6-8 |
| Air Pollution | 6-8 |
| In a Nutshell: An Air Pollution Primer | 6-9 |
| Water Pollution | 6-10 |
| Hazardous Substances | 6-11 |
| Aviation Hazards | 6-13 |
| **D Emergency Preparedness** | 6-14 |
| **E Noise** | 6-16 |
| Existing and Projected Noise Environment | 6-16 |
| In a Nutshell: How Noise is Measured | 6-19 |
| Noise Compatibility | 6-20 |
| Stationary Noise | 6-20 |
| Transportation Noise | 6-24 |
| Airport Noise | 6-25 |
| **F Goals, Policies and Actions** | 6-28 |
| Goal 29: Mitigation of Natural Hazards | 6-28 |
| Goal 30: Wildfire Hazards | 6-31 |
| Goal 31: Air Quality | 6-32 |
| Goal 32: Water Quality | 6-34 |
| Goal 33: Hazardous Materials | 6-37 |
| Goal 34: Emergency Preparedness | 6-40 |
| Goal 35: Noise Compatibility | 6-43 |
| Goal 36: Transportation Noise | 6-46 |
| Goal 37: Airport Impacts | 6-48 |

**❼ HISTORIC PRESERVATION AND COMMUNITY DESIGN**

| | |
|---|---|
| **A Overview** | 7-1 |
| **B Historic Preservation** | 7-2 |
| Historic and Archaeological Resources | 7-2 |
| Developing a More Effective Preservation Program | 7-4 |
| Text Box: Historic Preservation Mission Statement | 7-7 |
| Defining the City's Role | 7-10 |
| Public Awareness of Local History | 7-11 |
| The Economics of Preservation | 7-12 |
| **C Community Design** | 7-12 |
| Overview | 7-12 |
| Building a Sense of Place | 7-14 |
| Quality Construction and Design | 7-18 |
| Toward a More Visually Attractive City | 7-19 |

**D Goals, Policies, and Actions**    7-22
    Goal 38: Historic Preservation
        Program    7-22
    Goal 39: Defining the City's Role    7-27
    Goal 40: Public Awareness of
        Local History    7-30
    Goal 41: The Economics of
        Preservation    7-33
    Goal 42: Sense of Place    7-35
    Goal 43: Quality Construction
        and Design    7-38
    Goal 44: A More Visually
        Attractive City    7-41

**⑧ COMMUNITY SERVICES AND FACILITIES**

**A Overview**    8-1
**B Public Safety**    8-2
    Law Enforcement    8-2
    Fire Protection    8-3
**C Education and Information Services**    8-4
    Schools    8-4
    Library and Information Services    8-8
**D Social Services**    8-10
    Child Care    8-10
    Youth    8-11
    Seniors    8-12
    Cultural Arts    8-12
    Responding to Diversity    8-13
    Other Special Needs Populations    8-13
**E Infrastructure**    8-14
    Water    8-14
    Wastewater    8-14
    Drainage    8-16
**F Goals, Policies, and Actions**    8-17
    Goal 45: Police and Fire    8-17
    Goal 46: Schools    8-20
    Goal 47: Library and
        Information Services    8-22
    Goal 48: Child Care    8-24
    Goal 49: Youth Services    8-27
    Goal 50: Senior Services    8-30
    Goal 51: Responding to Diversity    8-32
    Goal 52: Infrastructure    8-34

**⑨ HOUSING**

(to be adopted separately through a
General Plan Amendment)    9-1

viii

056

## ⑩ AGENDA FOR ACTION

| | | |
|---|---|---|
| **A** | **Overview** | 10-1 |
| **B** | **Focus Area Priorities** | 10-2 |
| **C** | **Major Initiatives** | 10-3 |
| | Zoning Code Changes and Map Revisions | 10-3 |
| | Capital Improvements | 10-3 |
| | Design Review and Guidelines | 10-7 |
| | Business Development Programs | 10-8 |
| | Annual Budgeting and City Operating Procedures | 10-9 |
| | Emergency Preparedness Program | 10-9 |
| | Follow-Up Plans and Studies | 10-10 |
| | Historic Preservation Program | 10-10 |
| | Intergovernmental Coordination | 10-11 |
| | Ordinances | 10-14 |
| | Public Education and Outreach | 10-14 |
| **D** | **General Plan Annual Report and 5-Year Evaluation** | 10-15 |
| **E** | **Epilogue** | 10-15 |

Glossary — A-1
Index — B-1

# FIGURES, CHARTS, AND TABLES

## LIST OF FIGURES

| | | |
|---|---|---|
| 1-1 | San Leandro Planning Area | 1-5 |
| 2-1 | Regional Location | 2-3 |
| 2-2 | Evolution of the City, 1872-2000 | 2-7 |
| 3-1 | City Structure | 3-7 |
| 3-2 | Land Use Map (reduced) | 3-13 |
| 3-3 | Residential Neighborhoods | 3-19 |
| 3-4 | Retail/Service Districts | 3-49 |
| 3-5 | Focus Areas | 3-81 |
| 3-6 | Unincorporated San Leandro Planning Area | 3-107 |
| 3-7 | Unincorporated Area Land Use Diagram | |
| 4-1 | Bikeway Plan | 4-5 |
| 4-2 | Master Roadway Plan | 4-13 |
| 4-3 | Truck Routes and Railroads | 4-17 |
| 5-1 | San Leandro Park System | 5-5 |
| 5-2 | Creeks, Drainage Ways, and Watersheds | 5-13 |
| 5-3 | Natural Resources | 5-17 |
| 6-1 | Earthquake Hazards | 6-5 |
| 6-2 | 2000 Noise Contours | 6-17 |
| 6-3 | 2015 Noise Contours | 6-21 |
| 7-1 | Historic Resources | 7-5 |
| 7-2 | Community Design Features | 7-15 |
| 8-1 | Community Facilities | 8-5 |

## LIST OF CHARTS

| | | |
|---|---|---|
| 1-1 | Correspondence Between State-Mandated General Plan Elements and San Leandro General Plan Elements | 1-9 |
| 2-1 | San Leandro Population, 1900-2000 | 2-5 |
| 2-2 | Year of Construction of San Leandro's Housing Stock | 2-6 |
| 2-3 | Composition of San Leandro's Housing Stock | 2-6 |
| 2-4 | Jobs/Housing Ratios in Selected Alameda County Communities | 2-10 |
| 2-5 | Existing Land Uses in San Leandro, 2000 | 2-11 |
| 3-1 | Survey Findings: Commercial Development | 3-47 |
| 3-2 | Characteristics of San Leandro's Major Retail Centers | 3-48 |
| 4-1 | Survey Findings: Traffic Calming | 4-26 |
| 4-2 | Top Accident Locations in San Leandro, 1994-1998 | 4-27 |
| 5-1 | Survey Findings-Recreational Needs | 5-7 |
| 6-1 | Survey Findings-Emergency Preparedness | 6-15 |
| 6-2 | Survey Findings—Noise | 6-16 |
| 6-3 | Typical Sound Levels in the Built Environment | 6-20 |
| 7-1 | Survey Findings—City Beautification | 7-12 |
| 8-1 | San Leandro and San Lorenzo USD Historic Enrollment | 8-4 |
| 8-2 | Demographic (Age) Shifts, 1990-2000 | 8-11 |

## LIST OF TABLES

| | | |
|---|---|---|
| 2-1 | Development Forecasts for San Leandro, 2000-2015 | 2-14 |
| 3-1 | Acreages in Each Land Use Type | 3-12 |
| 3-2 | Correspondence Between Land Use Diagram Designations and Zoning Designations | 3-16 |
| 4-1 | Average Daily Traffic Volumes (ADT) on San Leandro Streets | 4-12 |
| 4-2 | Level of Service Interpretation | 4-20 |
| 4-3 | Levels of Service at Major San Leandro Intersections, 2000 and 2015 | 4-21 |
| 4-4 | Planned Street Improvements in San Leandro, 2000-2015 | 4-22 |
| 5-1 | Park and Recreational Facilities in San Leandro | 5-4 |
| 6-1 | Noise Compatibility Standards for San Leandro Land Uses | 6-23 |
| 7-1 | Documented Historic Structures in San Leandro, 2001 | 7-8, 7-9 |
| 10-1 | Zoning Code Revisions to be Made or Considered Following General Plan Adoption | 10-4 |
| 10-2 | Highest Priority Capital Improvement Projects Identified by the General Plan | 10-5, 10-6 |
| 10-3 | San Leandro Planning Initiatives Requiring Coordination With Other Agencies | 10-12, 10-13 |

xi

**059**