# EXHIBIT 7 - Part 2









# OUR VISION

San Leandro enters the new millenium with a deep appreciation of its past, a clear understanding of its present, and this shared vision of its future. Through the Year 2015 and beyond, San Leandro will be:

- A safe, attractive place to live, known throughout the Bay Area for its distinct neighborhoods, vibrant Downtown, central location and convenient access, excellent City services and schools, and superb recreational and shopping areas.

- An energetic City that provides a healthy setting for existing businesses while actively facilitating the establishment of new businesses, particularly those which reflect community aspirations.

- A City that values its heritage and preserves its historic buildings, creating the amenities of a big city without losing the spirit of a small town.

- A community renowned for its commitment to excellence in education and its partnerships between the City, business community, and school districts, and further known for its outstanding libraries, exceptional parks and first-class waterfront, and high-quality civic facilities.

- A place where people from all backgrounds and physical capabilities can live together in a healthy, family-oriented environment, and where persons of all faiths and cultures are welcomed.



xii



- A City that balances the needs of neighborhoods and businesses, striving to protect and enhance the integrity of its neighborhoods while retaining the qualities which make it an attractive choice for business and industry.

- A City that is meeting the transportation challenges of the future, where people can travel safely and conveniently on foot or by car, bicycle, transit, or new transportation modes, where neighborhood streets are free of hazards and pedestrians are welcomed, and where business can easily and efficiently access the regional circulation system.





- A City that thoughtfully conserves its shoreline, creeks, hills, and wetlands, and continues to ensure that future development makes a positive contribution to the environment.

- A place which invites its residents to put down roots and stay awhile, where traditions old and new are celebrated through special events and festivals, where a sense of "community" is alive and everpresent—a place to call home.



The City will achieve its vision through bold civic leadership and responsive, accountable government. It will promote communication, partnerships, public education, and access to information in all forms. It will keep pace with advances in technology and respond to the changing needs of its citizens and businesses. San Leandro will be a progressive City that will provide for the needs of, and capitalize upon the benefits of, an increasingly diverse population.







**CHAPTER**

**1**

# INTRODUCTION

## A. INTRODUCING THE SAN LEANDRO GENERAL PLAN

The General Plan for San Leandro presents a vision for the City's future and a strategy to make that vision a reality. The Plan is the result of hundreds of hours of public meetings and the collective efforts of individuals from throughout the community who have articulated their hopes and expectations for the City's future.

The Plan comes at a unique time in San Leandro's history. In barely a century, we have evolved from a small town with deep agricultural roots to a dynamic, diverse community of almost 80,000 residents and 54,000 jobs. Today, social and economic changes are reshaping the way our City looks, feels, and functions. We are maturing as a community—reinvesting in our homes, businesses, and infrastructure, while reinventing our role within the San Francisco Bay Area.

Our location at the geographic center of one of the world's great metropolitan areas presents both opportunities and challenges. We are blessed with beautiful scenery and mild weather, an excellent transportation system, a variety of housing choices, and a strong local and regional economy. We have a rich sense of local history, true cultural diversity, and a populace that is committed to keeping San Leandro a great place to live. We are a city that works.

But we also find ourselves confronting the same issues faced by cities throughout the Bay Area. Traffic is getting worse, affordable housing is scarce, community service needs are growing, and our natural environment remains fragile. We cannot capitalize on opportunities for greater prosperity without first addressing these challenges.

The General Plan addresses the issues that must be resolved as San Leandro faces the future. It is comprehensive—providing a framework for the City's physical, economic, social, and environmental development and addressing all geographic areas in the City. It is long-range—looking ahead to 2015, while at the same time presenting policies to guide day-to-day decisions. It is general enough to respond to new trends and unexpected changes, but specific enough to inform residents, businesses, staff, and city leaders on how individual properties should be used and managed.

Above all, the Plan is realistic. It recognizes that San Leandro is a built-out city, with a limited amount of vacant land. Change will be incremental rather than monumental and will require collaborative efforts on the part of local government, property owners, and residents. The Plan recognizes that local government revenues are limited, making it imperative to clarify priorities and invest strategically. Future development must occur in a way that makes the most of our transportation facilities, minimizes impacts to our established neighborhoods, restores and revitalizes our business districts, protects our natural environment and open spaces, and enables us to provide greater educational, recreational, and cultural opportunities to all San Leandro residents.



## B. CONTEXT FOR THE GENERAL PLAN

This General Plan has been prepared to comply with the requirements of California Government Code Sections 65302 and 65303. The Government Code mandates that each California city and county have a comprehensive, long-range, internally consistent plan for its future development. The plan must address seven topics, usually referred to as elements. The required elements are land use, circulation, housing, open space, conservation, safety, and noise. Local governments are given a great deal of flexibility in the organization of these elements and may address other topics of local importance.

San Leandro's first General Plan was prepared in 1958. It consisted of a simple poster, with a map on one side and a narrative description of how the City would grow on the other. A technical report, consisting mostly of population, traffic, and economic projections, accompanied that Plan. The 1958 General Plan envisioned that San Leandro would annex large sections of unincorporated Alameda County, and would grow from a

population of about 65,000 to almost 150,000 by the 1970s. While such forecasts never came to pass, many of the concepts in the 1958 Plan shaped the City's growth during the 1960s and 70s. Among the legacies of the 1958 Plan are the San Leandro shoreline park and marina, and much of the current roadway network.

The City's last General Plan Update took place in the late 1980s, with the Plan adopted in March 1989. The 1989 Plan looked ahead to the year 2000. The future, as envisioned by that Plan, is already history. Nonetheless, the 1989 Plan served the City well during the 1990s. It provided guidance on the development and conservation of the Roberts Landing area, the Fairway overcrossing and Alvarado Street extension, the preservation of Fairmont Ridge as open space, and the re-use of several former school and industrial sites.

The State General Plan Guidelines recommend that general plans be updated every five to ten years to ensure that they remain relevant. This is important not only to reflect local physical and demographic

063

changes, but also broader changes in culture and technology. Accordingly, this update was initiated ten years after the 1989 Plan was adopted. Once this Plan is adopted, it will supersede all aspects of the 1989 Plan and provide a new blueprint for the City's future.

California law also requires that other local government programs are consistent with the general plan. The City's zoning and subdivision regulations, its capital improvement program, its redevelopment programs, its specific plans, its development agreements, its community standards and housing programs, and even its economic development activities, should further the achievement of general plan goals. Thus, this Plan provides guidance on how other City programs and activities should be changed or strengthened to best implement local policies. It also identifies new ordinances and programs to be developed.

This General Plan differs from the previous Plan in several ways. It includes a traditional Land Use Diagram showing the types of uses envisioned in each part of the City. It is organized differently than the 1989 Plan, with a hierarchy of goals, policies, and actions in each element. The Plan also responds to the specific issues that were raised by the San Leandro residents and business people who participated in the update process. These issues have changed since the late 1980s, when the last Plan was prepared.



Finally, the Government Code states that the general plan must cover the entire area within the City limits and any land outside its boundaries which "bears relation to its planning." This provides cities with an opportunity

## Relationship of the General Plan to Other Plans and Programs

The General Plan incorporates a number of existing plans that have recently been completed or that are now being implemented in San Leandro. Some of these plans address specific geographic areas such as Downtown and Bayfair Mall. Others address specific topics such as economic development or bicycle transportation.

Shaded text boxes in the General Plan provide "nutshell" summaries of some of these plans and programs. Although the documents themselves are not officially part of the General Plan, they remain an important part of the City's long-range planning program and should be consulted for more detailed information and guidance. By providing overarching policies and a vision for the City as a whole, the General Plan provides an internally consistent framework for each area plan.

The major area/topic plans are listed below, along with an indication of where they are referenced in the General Plan:

- Bayfair Mall Conceptual Development Plan (p. 3-88)
- Bikeway Plan (p. 4-4)
- Central San Leandro/BART Area Revitalization Study (p. 3-90)
- Downtown Plan and Urban Design Guidelines (p. 3-83)
- Economic Development Strategy (p. 3-53)
- MacArthur Boulevard Streetscape Plan (p. 3-100)
- Marina Boulevard "S" Overlay Plan (p. 3-94)
- West San Leandro Plan (p. 3-96)
- North Area Plan (p. 3-86)
- San Leandro Creek Watershed Management Plan (p. 5-12)

to indicate their concerns for nearby unincorporated areas, particularly areas that may someday be annexed. In San Leandro, the General Plan covers all 15 square miles within the City limits (including two square miles of water) and provides guidance to Alameda County within the San Leandro "sphere of influence." The sphere is a three square-mile area including the unincorporated communities of Ashland, Hillcrest Knolls, and parts of Castro Valley, as well as the open lands east of the City.

The boundaries of the City, the sphere of influence, and the City's Planning Area are shown in Figure 1-1.

## C. HOW TO USE THE GENERAL PLAN

The San Leandro General Plan is intended for use by all members of the community.

*If you are a San Leandro resident,* the Plan indicates the general types of uses that are permitted around your home, the long-range plans and changes that may affect your neighborhood, and the policies the City will use to evaluate development applications that might affect you and your neighbors. The Plan identifies the actions the City will take to ensure that your neighborhood remains a great place to live.

*If you are a San Leandro business,* the Plan outlines the measures the City will take to protect your investment and encourage your future success. Expectations for the City's business districts are spelled out, while policies ensure that business operations will be compatible with other businesses and nearby residential areas.

*If you are interested in moving your home or business to San Leandro* or developing land within the City, the General Plan will introduce you to our community. The Plan contains extensive background information about San Leandro, including long-range population and economic forecasts. The City Structure Diagram and the Land Use Diagram (Figures 3-1 and 3-2) are useful starting points. However, it is important to review maps and policies throughout this document and

the San Leandro Zoning Code to get a complete perspective on how and where development may take place.

The General Plan is also a tool to help City staff, City Boards and Commissions, and the City Council make land use and public investment decisions. It provides the framework for the City's Zoning Code. It identifies the transportation improvements, community service and facility needs, and environmental programs needed to sustain and improve the quality of life in the City. Future development decisions must be consistent with the Plan. Finally, the Plan is intended to help other public agencies, from Caltrans to our local school districts, as they contemplate future actions in San Leandro.

While the Plan's narrative text and maps frame the key issues and proposals, the essence of the Plan lies in its goals, policies, and actions. These are declarative statements which set forth the City's approach to various issues. Goals, policies, and actions are described below:

- **Goals** describe ideal future conditions for a particular topic, such as traffic congestion or affordable housing. Goals tend to be very general and broad.

- **Policies** provide guidance to assist the City as it makes decisions relating to each goal. Some policies include standards or guidelines against which decisions can be evaluated. Policies are carried out through **Implementation Strategies** such as code enforcement and development review. Implementation strategies are referenced for each policy. These strategies are further outlined in Chapter 10.

- **Actions** identify specific steps to be taken by the City to implement the policies. They include new ordinances, capital improvements, programs, plans and studies, and other measures which should be assigned to different City departments after the General Plan is adopted.

The Plan is a legal document and much of its content is dictated by legal requirements relating to background data, analysis, maps, and exhibits. The legal adequacy of the General Plan is critical, since many City actions and programs are subject to legal challenge if the Plan is found to be deficient.

1-4



LEGEND

••••••••  City Limits

▪▪▪▪▪▪▪  Existing (2001) Sphere of Influence Boundary

▫▫▫▫▫▫▫  Proposed Change to Sphere of Influence

━━━━━━  Planning Area Boundary

SAN LEANDRO
PLANNING AREA

FIGURE (1-1)

San Leandro General Plan Update, 2002

1-5

## D. THE GENERAL PLAN UPDATE PROCESS

This update of the San Leandro General Plan was initiated with a City Council work session in November 1998. There was strong interest in providing an inclusive process in which as many residents as possible could participate. In January 1999, about 125 San Leandro residents gathered at the Marina Community Center for a "Town Meeting" addressing a variety of issues and goals. At the same time, a citywide survey was conducted to determine local attitudes on land use and transportation matters. Nearly 600 surveys were returned, allowing a reliable analysis of local preferences and priorities.

In March 1999, the City Council appointed 59 San Leandro residents and business representatives to a General Plan Advisory Committee (or GPAC). The Committee included at least six members from each City Council district. GPAC members represented a diverse spectrum of ages, ethnic groups, interests, and perspectives.

The GPAC's charge was to develop a vision for San Leandro's future, and craft the goals, policies, and actions that would form the heart of the new Plan. A two-phase process was established, with land use, transportation, and community service issues addressed in Phase One and noise, safety, open space, conservation, community design, and historic preservation issues addressed in Phase Two.

Shortly after forming, the GPAC divided into four subcommittees, corresponding to the following Plan components:
■ Residential Neighborhoods
■ Business and Industry
■ Transportation
■ Community Services and Facilities

The Subcommittees met more than 50 times between May 1999 and July 2000. Concurrently, the full 59-member GPAC was convened 10 times to develop a vision statement, construct the Land Use Diagram, and address issues relating to particular parts of the City where changes were anticipated. The full GPAC became a sounding board for issues requiring broader community input and a forum for reviewing subcommittee policies and proposals. In November 1999, the City sponsored a General Plan Fair, inviting the public to comment on GPAC proposals, vote on various policy issues, and participate in small discussion groups. More than 250 persons attended.

While the GPAC's work progressed, the technical information necessary to support the General Plan was compiled and analyzed. A citywide land use inventory was prepared, updated traffic counts were assembled, a real estate market analysis was performed, and noise levels in different neighborhoods were monitored. Reports documenting local demographics, visual conditions, safety hazards, and natural resources were drafted. Several interim work products, including an "Existing Conditions Report" and an "Options for the Future" workbook were prepared. A quarterly newsletter and periodic press releases provided status reports on the Plan as work progressed.



1-7

Phase Two of the General Plan was initiated in November 2000 and continued until June 2001. The GPAC divided into three subcommittees, corresponding to Plan elements as follows:
* Open Space, Parks, and Conservation
* Safety and Noise (Environmental Hazards)
* Historic Preservation and Community Design

More than 20 subcommittee meetings took place during Phase Two, along with four more meetings of the full GPAC.

Shortly after Phase Two was initiated, a poster summarizing the GPAC's recommendations was mailed to every household and business in the City. A reply card asked for community feedback on the proposals. More than 1,400 responses were received by the City. In January 2001, three community meetings were held to review GPAC work and obtain input on the issues being addressed by the new subcommittees.

An administrative draft of the General Plan, accompanied by the General Plan Environmental Impact Report (EIR), was completed in August 2001. Following review by City staff and GPAC members, the Plan was released for public review in November 2001. City Boards and Commissions were briefed on the document and presentations were made to groups throughout the community. Six public hearings on the Plan were held before the Planning Commission and City Council between November 2001 and May 2002. The City Council certified the Final EIR and adopted the Plan on May 6, 2002.

## E. ORGANIZATION OF THE PLAN

This General Plan is organized into ten chapters. The first two chapters provide the context for the rest of the document. The next seven chapters constitute the Plan's "elements." Each element contains goals, policies, and actions corresponding to the GPAC Subcommittees of the same name. The final chapter addresses Plan implementation. An overview of the chapters is provided below. Chart 1-1 indicates how each chapter corresponds to the state-mandated general plan elements.

- **Introduction (Chapter 1)** describes the General Plan process and introduces the reader to the document.

- **San Leandro in Perspective (Chapter 2)** includes background data on San Leandro. This chapter describes San Leandro's history and development, its role within the region, and the trends shaping its future.

- **The Land Use Element (Chapter 3)** is comprised of the following "sub-elements":
  - An overall framework for the City's development, including the General Plan Map.
  - Residential Neighborhoods, profiling the City's neighborhoods, major issues, and goals for the future.
  - Business and Industry, profiling the City's commercial and industrial areas, major issues, and goals for the future.
  - Strategies for ten "focus areas," which are parts of the City where the most substantial changes are anticipated during the next 15 years.
  - An overview of land use designations and policies for the unincorporated San Leandro Planning Area.

- **The Transportation Element (Chapter 4)** addresses the movement of people and goods in and around San Leandro. It is organized by topical headings corresponding to different modes of travel (e.g., bicycles, transit, autos, etc.) and transportation issues (e.g., traffic safety, parking, etc.). The Element chronicles existing conditions and describes anticipated conditions in 2015. Maps identifying the City's future circulation system are included.

1-8



● **The Open Space, Parks, and Conservation, Element (Chapter 5)** addresses the management of open space and the conservation of natural resources such as soil, water, plants and animals, air, and energy. The Element establishes guidelines for the management and maintenance of parks, priorities for park improvement, and strategies to increase the amount of parkland in the City.

● **The Environmental Hazards Element (Chapter 6)** describes natural and man-made hazards in San Leandro. The Element describes current hazards, anticipates future hazards, and presents policies and programs to minimize future loss of life and property. The first part of the Element addresses earthquakes, landslides, flooding, wildfire, air and water quality, hazardous materials, and

emergency preparedness. The second part of the Element—Noise—describes the existing noise environment, projected noise conditions, and policies and programs to mitigate noise conflicts in the community.

**CHART 1-1** Correspondence Between State-Mandated General Plan Elements and San Leandro General Plan Elements

| State-Mandated Element | Corresponding San Leandro General Plan Element |
|---|---|
| Land Use | Land Use |
| Circulation | Transportation |
| Housing | Housing |
| Open Space | Open Space, Parks, and Conservation |
| Conservation | |
| Safety | Environmental Hazards |
| Noise | |
| | Historic Preservation and Community Design |
| | Community Services and Facilities |

1-9

**069**

- **The Historic Preservation and Community Design Element (Chapter 7)** addresses the character of the City and establishes priorities for the preservation of historic structures and sites. Its policies and programs strive to ensure that new development makes a positive aesthetic contribution to the community, protects historic landmarks, and builds a stronger sense of local identity.

- **The Community Services and Facilities Element (Chapter 8)** addresses the provision of police, fire, school, library, child care, youth, senior, water, sewer, and drainage services to San Leandro residents and businesses. It is organized under topical headings corresponding to major service categories. Where appropriate, the Element includes projections for future service demand and identifies the capital improvements that may be needed to meet these demands.

- **The Housing Element (Chapter 9)** identifies the steps the City will take to create opportunities for new affordable housing, conserve existing housing, and meet the needs of the elderly, disabled, and other groups with special housing needs.

- **Agenda for Action (Chapter 10)** summarizes the activities and programs the City will undertake to implement the General Plan. These programs include zoning and development review, environmental review, design review, code enforcement, and capital improvements programming, among others.

The General Plan also includes a **glossary** which defines many of the terms used in the document, and an **index** which allows the reader to more easily identify where particular topics or geographic areas are discussed. In addition to the index, cross-referencing has been used to identify topics that are addressed in multiple places.

Finally, as required by the California Environmental Quality Act (CEQA), an **Environmental Impact Report (EIR)** has been prepared for the General Plan. The EIR is a separate document which describes environmental conditions in the City and assesses the possible effects that General Plan adoption will have on these conditions. The document is considered a "program-level" EIR, meaning that it examines the general nature of impacts at a citywide scale. The findings of the EIR help determine the appropriate level of environmental review that should be performed when subsequent projects consistent with the Plan are proposed. Although the EIR will be certified by the City Council, it is not adopted as a policy document.

## F. IMPLEMENTING AND AMENDING THE PLAN

After the General Plan is adopted, it will be implemented through a variety of ordinances, programs, and activities. Each element of the Plan identifies specific action steps and Chapter 10 summarizes the steps to be taken to put the Plan to work. It will be especially important to review local land use regulations and procedures to ensure that they are consistent with the General Plan. The zoning map should be consistent with the General Plan Land Use Diagram, and the Zoning Code should be consistent with the land use classification system and development policies contained in the Plan.

The General Plan is intended to be a dynamic document and must be periodically updated to respond to changing community needs. An annual review of the Plan is required to ensure that it remains relevant. Moreover, the Plan may be amended up to four times a year. Requests for amendments may be submitted by individuals or may be initiated by the City itself. Most amendments propose a change in the land use designation for a particular property. Policy and text amendments also may occur. Any proposed amendment will be reviewed to ensure that the change is in the public interest and would not be detrimental to public health, safety, and welfare. Environmental review is required for all General Plan amendments.



**CHAPTER**

**3**

# LAND USE

**FRAMEWORK**
**RESIDENTIAL NEIGHBORHOODS**
**BUSINESS AND INDUSTRY**
**FOCUS AREAS**
**BEYOND THE CITY LIMITS**

The Land Use Element is the centerpiece of the General Plan. It contains the maps and strategies that will shape the physical form of San Leandro over the next 15 years. The Chapter identifies those areas of the City where change will be encouraged and those areas where the existing land use pattern will be maintained and enhanced. Perhaps more than any other part of the General Plan, this Chapter reflects the substantial input provided by the General Plan Advisory Committee, the City Council, and the community at large in the General Plan Update process.



This Element contains five sections, or *sub-elements*:

- "Framework" describes the major themes of the General Plan and presents the City's Land Use Map.
- "Residential Neighborhoods" contains goals, policies and actions for the City's residential areas.
- "Business and Industry" contains goals, policies, and actions for the City's commercial and industrial areas.
- "Focus Areas" contains strategies for specific areas of the City where change is likely during the next 15 years.
- "Beyond the City Limits" provides general direction for San Leandro's Planning Area and Sphere of Influence. These are unincorporated areas with issues that could affect San Leandro's future.

3-1

# FRAMEWORK



## A. OVERVIEW

Although San Leandro was virtually "built out" by the early 1960s, the City continues to change and evolve. Obsolete uses are constantly being replaced by more profitable uses. New businesses replace old businesses, and homes are expanded and remodeled every day. The City is dynamic—its look and feel are constantly being reshaped.

The potential for change may increase in the future as the Bay Area rethinks its historic growth patterns. Today, concerns about congestion and urban sprawl are creating more pressure on older cities and suburbs to make more efficient use of land. There is a growing push to reinvest in the region's established communities. This trend will potentially have a major impact on San Leandro during the next two decades.

As a mature community, it is critical that San Leandro thinks strategically about how and where reinvestment takes place. The overarching goal is to conserve those parts of the City that are successful and to direct redevelopment to areas where land may be underutilized. These areas are described in the General Plan as **"Focus Areas"**, recognizing that they may require more attention and direction than other parts of the City. The strategies in this Plan ensure that the future development of the Focus Areas addresses local concerns and reinforces the things that are best about San Leandro.

3-2

## B. MAJOR PLANNING CONCEPTS

### What "Smart Growth" Means for San Leandro

During the past decade, there has been growing interest in the concept of "smart growth." Although the term means different things to different people, the common thread is that it promotes more efficient use of land within existing urban centers before building on farmland and open space.

Although smart growth is a regional goal, its achievement begins at the local level. In San Leandro, this means taking advantage of the opportunities presented by the BART stations, the AC transit bus corridors, and the supply of vacant and underutilized commercial and industrial land. Reinvesting in these areas not only makes sense for our region, it offers the potential to boost our local economy and tax base, provide new housing opportunities for San Leandro residents, and bring new jobs and services to the City. Moreover, reinvestment can create a new image for parts of the City that currently lack a strong identity or present a negative impression to residents and visitors.

Smart growth does not mean building big apartment complexes in our single family neighborhoods or putting high rise buildings in Downtown San Leandro. In fact, one of the major premises of the General Plan is that the character of our neighborhoods should be preserved. Applying smart growth principles in our neighborhoods means making them safer places for pedestrians and bicyclists, more convenient places for local shopping and recreation, and more attractive alternatives for young families who might otherwise relocate to new subdivisions in the Central Valley. Smart growth also capitalizes on transit opportunities, reducing the need to drive and thereby enhancing environmental quality.

The idea is not to bring the "big city" to San Leandro, but rather to reintroduce village scale development to a few carefully selected locations within our community. Before World War II, most of San Leandro was built at the village scale. Residents walked to the Bancroft Avenue streetcar, shopped at the corner store, and perhaps lived in an apartment over their place of work. This General Plan anticipates a return to this pattern around the Downtown BART station, and along parts of the East 14th Street, MacArthur Boulevard, Washington Avenue, and San Leandro Boulevard corridors. In these areas, new development may include medium and higher density housing, pedestrian-oriented commercial buildings and mixed use projects combining housing and commercial uses in a single structure.

The San Leandro General Plan aspires to reshape the industrial areas of West and Central San Leandro to meet the demands of the new economy. Although San Leandro does not have abandoned "brownfields" or a large inventory of empty industrial buildings, it still presents opportunities for more productive economic use of land, buildings, and infrastructure. Smart growth means encouraging more efficient use of this industrial land as property is sold or redeveloped.

In commercial areas, including Downtown, the General Plan encourages urban design changes and mixed use infill development. These changes may range from simple tree planting programs to complex schemes for the redesign of shopping centers and arterials. In either case, the idea is to make shopping in San Leandro more convenient,



3-3

more attractive, and more enjoyable. Residents should not feel compelled to drive to other communities for basic goods and services.

The General Plan recognizes that smart growth strategies will not succeed unless other quality of life factors are addressed at the same time. Reinvigorating our neighborhoods and shopping centers cannot take place unless we also provide quality schools and education, invest in parks and other community facilities, address concerns about crime and safety, and provide a clean, healthful environment. This Plan places particular emphasis on collaboration with the San Leandro and San Lorenzo Unified School Districts to sustain and enhance our public schools. It also seeks creative solutions to provide more parkland, address neighborhood crime and security issues, and resolve noise and other environmental challenges.

## Building A More Sustainable City

The San Leandro General Plan embraces the concept of sustainability. Like smart growth, sustainability is an evolving concept that can be interpreted in many ways. The basic idea is to accommodate current needs without jeopardizing the resources of future generations. Sustainable development strives for equilibrium between economic goals and environmental goals. It seeks to make the most of existing resources, promote conservation in all forms, and encourage the participation of every citizen in shaping the future of the City.

In San Leandro, several fundamental choices have been made within this context.

First, the City is making a conscious decision to grow at a "human scale," placing the needs of pedestrians above those of cars. Although the importance of a convenient roadway network is fully acknowledged, the General Plan favors transportation modes and development patterns that conserve energy and reduce the need for an automobile. Mixed use development plays a major role in this philosophy, by decreasing the distance between the workplace and residential areas. During the next 15 years, most new housing in San Leandro will be located within a quarter mile of the Downtown BART station and along major transit

corridors such as East 14th Street. Many of the General Plan's transportation policies, from the promotion of employee BART shuttles to the provision of bike lanes on area streets, are influenced by the principle that travel without a car should be more convenient and affordable.

Second, the City is making a commitment to protect the natural environment and tackle environmental problems. The wetlands, the shoreline, the hills, and San Leandro Creek are resources to be protected and cared for. Tree planting will be promoted, with the goal of enhancing our urban forest and making our city a greener, more beautiful place. The City will continue to work with others in the region to strive for cleaner air and water. A continued effort will be made to reduce the negative impacts of industrial uses, from cleaning up hazardous sites to limiting truck traffic in residential neighborhoods.

Third, economic development programs will emphasize clean, emerging technologies. A greater emphasis will be placed on renewable and reliable sources of energy. The City will strive to make the best use of local resources and assets. Where feasible, existing buildings and building materials will be "recycled" instead of discarded. New industrial development should provide the City with the capacity to be more self-sufficient and should help San Leandro restore its infrastructure and sustain or improve local services. Economic growth should capitalize on San Leandro's strengths, while providing a unique, marketable identity for the City.

A final choice associated with a more sustainable future is to bring the concept of social equity into land use planning. Preparation of the General Plan itself embraced this principle, with hundreds of voices heard in the identification of the City's needs and issues. The concept also suggests that the City plan for a variety of housing types, matching the needs of diverse groups, and for social services which respond to the City's changing demographics. If all San Leandro residents are to benefit from this Plan, then access to cultural, community, and recreational facilities must be improved. All cultures must be respected, and all must be encouraged to participate fully in community life. Our notions of "community" must be updated as times change and new residents arrive.

3-4



The policies in this Plan are guided by the social, economic, and environmental challenges associated with modern-day life in the Bay Area. Although these challenges go well beyond urban planning, they define our responsibilities as we think about how the City will grow.

## Creating A "There"

San Leandro is a city of high-quality neighborhoods and diverse business districts. Yet, there is a sense that the sum of these areas is less than it might be—that if gaps were filled, edges improved, and stronger linkages made between different parts of the community, the City could be more vital than it is today. One of the pervasive messages conveyed at General Plan workshops and in General Plan surveys was that San Leandro must be more than just a "pass through" city for travelers on their way to somewhere else. This General Plan endeavors to create a more distinct and positive image of San Leandro; to create a "there" there.

The projected addition of almost 1,500 new homes and over 9,000 new jobs during the next 15 years provides San Leandro with an opportunity to reinforce and strengthen its civic identity. By strategically directing new development, the City has an opportunity to create attractive new gathering places and focal points. Although the most obvious opportunities for such development are at places like Bayfair Mall and the Downtown BART Station, there are many places in the City where a reinvigorated San Leandro can shine.

Neighborhood beautification and commercial revitalization programs can create a stronger and more positive identity for areas that are already well established. General Plan policies call for gateway improvements along major thoroughfares, undergrounding of utilities, planting of street trees and landscaping, and an overall "greening" of the City. The idea is to strengthen the identity of the City as a whole by weaving together neighborhoods, creating more distinct activity centers, establishing more easily-recognized gateways, and addressing physical barriers within the City such as freeways and railroads. The architectural qualities that define and distinguish San Leandro's neighborhoods should be maintained and