**EXHIBIT 7 – Part 3**

celebrated. Within each neighborhood, schools, parks, and shopping areas should engender a strong sense of pride and identity.

Perhaps the greatest opportunities to create a stronger sense of place within the City are on East 14th Street. General Plan surveys identified the East 14th corridor as the City's highest priority for civic improvement. The Plan envisions reshaping this thoroughfare from a three-mile commercial strip into a series of "districts" each with a unique form and function. The focal elements are already there—San Leandro Hospital, the Bal Theater, the Downtown Plaza, Bayfair Mall, and so on—but they have yet to be clearly defined or differentiated from one another.

Over the next 15 years, a combination of streetscape improvements, rehabilitation, and infill development should change the face of this corridor. East 14th Street should be the gateway to the neighborhoods it adjoins instead of their back door. The changes will not happen overnight, but they cannot begin until a vision has been set forth.

## C. CITY STRUCTURE

With the preceding principles in mind, Figure 3-1 illustrates the "City Structure" for San Leandro. The City Structure Map augments the Land Use Diagram (which is described later in this chapter) by providing a broader overview of San Leandro's physical form. The Map offers a citywide perspective on how the various parts of San Leandro fit together to create a cohesive community. The basic elements shown on the Diagram are described below.

## Downtown

Downtown is San Leandro's central business district and civic heart. The General Plan envisions a pedestrian-oriented district with office, retail, and housing development, public gathering places, a blending of historic buildings and compatible new buildings, and easy access to public transit. The Downtown Core and the Downtown BART Station areas have both been identified as Focus Areas and are addressed later in the Land Use Element.

## Residential Neighborhoods

San Leandro's residential neighborhoods are large and diverse. An entire section of this Element is dedicated to their conservation and enhancement. Neighborhoods contain housing, parks, schools, local shopping areas, and other features which give them definition and character.

Residential neighborhoods form a crescent around Downtown San Leandro and extend east into the hills, south to Ashland and San Lorenzo, and west to the San Leandro Marina. The neighborhoods to the north and east of Downtown contain most of San Leandro's pre-1940s housing stock and are built on a traditional grid pattern. To the south and west of Downtown, most of the neighborhoods date from the 1940s and 50s. On the western edge of the City, the Marina-Mulford Gardens area contains a mix of older country-style homes and more conventional subdivisions, townhomes and apartments. On the eastern edge, the Bay-O-Vista area is characterized by view-oriented single family homes on large lots.

The existing land use pattern in San Leandro's residential neighborhoods is well established. The General Plan policy emphasis is to enhance the quality of these areas. This will be done by upholding community aesthetic standards, protecting neighborhood character, beautifying City streets, and enhancing local parks, schools, and shopping areas. For those neighborhoods with distinct or historic architectural character, special care will be taken to preserve their scale and form. In all neighborhoods, an effort will be made to improve neighborhood edges, especially where they abut commercial and industrial areas.



077

LEGEND

- Residential Neighborhood
- Employment District
- Mixed Use Corridor
- Downtown Core
- Downtown Perimeter
- Open Space/Recreation
- Neighborhood/Community Commercial Center
- Regional Commercial Center
- Neighborhood Park
- Public School

**CITY STRUCTURE**

FIGURE 3-1

San Leandro General Plan Update, 2002

3-7



## Business Districts and Corridors

San Leandro has a diverse array of business districts, ranging from heavy industrial areas to office parks and regional malls. Some of the business districts are expansive and far removed from the residential areas; others are very much a part of the fabric of surrounding neighborhoods.

In terms of acreage, the largest business districts are the West San Leandro, South-of-Marina, and Mid-Washington Avenue Districts (e.g., Washington between the railroad underpass and Halcyon-Floresta). Each of these areas consists of industrial parks, free-standing industrial uses, off-price retailers, and heavy commercial uses (e.g., construction supplies, lumberyards, etc.). Recognizing the potential for change in these areas, the General Plan designates each one as a Focus Area. More detailed recommendations for their future are provided later in this chapter.

The guiding objectives in the City's large business districts are to promote business retention and diversification, maintain mobility and ease of circulation, and promote aesthetic improvements which enhance the City's image and appearance. The General Plan aspires to locate the most intensive industrial uses in the areas that are furthest away from residential neighborhoods, generally located in the northwest corner of the City. Where industrial and residential areas meet, buffer uses such as low-rise offices, live-work units, high-tech industry, and open space are envisioned to minimize the potential for conflicts.

Transportation corridors are another key part of the development framework. Commercial corridors link San Leandro neighborhoods and business districts, and connect the north, south, east, and west sides of town. These corridors present significant opportunities for new transit-oriented housing and shopping, as well as potential focal points for nearby neighborhoods.

## Parks and Open Space

The Structure Diagram indicates that San Leandro will continue to be framed by open space on the east and west. On the east, East Bay Regional Park District and East Bay Municipal Utility District landholdings provide a permanent greenbelt, with thousands of acres available for recreation and conservation. On the west, the San Leandro shoreline provides four miles of almost continuous parkland, including a world class golf course, a large marina, a shoreline trail, and one of the East Bay's largest wetland preserves.

The General Plan supports the San Leandro Marina's continued role as a community showcase, with additional public improvements and a limited amount of hotel/commercial development (see Focus Area Discussion). The Plan promotes recreational improvements to the Oyster Bay Regional Shoreline and continued management of the Shoreline Marshlands as a unique natural area.

Elsewhere in San Leandro, smaller parks provide pockets of greenery and areas for recreation. These parks are generally integrated into the fabric of residential neighborhoods, often in association with schools and school athletic fields. San Leandro Creek provides a ribbon of greenery through the northern part of the City, connecting the hills to the bay and defining neighborhood edges along the way.

## D. LAND USE DIAGRAM AND DEFINITION OF CATEGORIES

### Land Use Diagram

State law requires that every General Plan include a map of the community identifying the "general distribution and intensity of uses of land for housing, business, industry, open space, education, public buildings, and other categories of public and private uses" *(1998 California General Plan Guidelines)*. This map is usually referred to as a General Plan Map or Land Use Diagram.

Whereas the City Structure Map (Figure 3-1) is intended to be illustrative, the Land Use Diagram is a policy and regulatory tool. Future land use decisions must be consistent with the designations on the Diagram, as well as the definitions and standards in this section. The City's Zoning Map must also be consistent with the Diagram. However, the Zoning Map is more detailed than the Land Use Diagram, interpreting land use designations at a parcel-specific level and including more precise development standards corresponding to each General Plan category.

State law requires that the categories used on the Land Use Diagram be accompanied by definitions. These definitions must establish the density or intensity of development permitted within each category. In residential areas, density is usually expressed as the maximum number of dwelling units allowed per acre of land. In commercial and industrial areas, intensity is usually expressed using floor area ratios (the ratio of building area to lot area). The text box on page 41 provides additional direction on how to calculate density and floor area ratio.

A reduced version of the Land Use Diagram for San Leandro is shown on Figure 3-2. A larger version is included as a foldout poster in the back pocket of the Plan.

A total of 15 land use categories appear on the Diagram, including five residential categories, five predominantly commercial categories, two industrial categories, and three public/open space categories. Table 3-1 indicates the land area in each category.

There may be multiple zoning districts within each of these categories, particularly among the commercial uses. This will allow finer distinctions to be made between the specific land uses to be allowed and the development standards to be applied within each area of the City. The General Plan categories are correlated with the City's zoning districts in Table 3-2. The Table indicates which zones are compatible and conditionally compatible with each General Plan category. The use of a zone noted as "conditionally compatible" would only be acceptable if the types of development allowed by that zone are consistent with General Plan goals and policies.

3-10

# Land Use Categories

## Residential Categories

*Garden Residential.* This designation is intended for detached single family homes in a country or semi-rural environment. Small-scale commercial gardens and animal husbandry, consistent with the residential character of the area, is permitted. Lots typically exceed 8,000 square feet and overall densities range from 1-4 units per gross acre (up to 5.4 units per net acre). In some cases, additional dwellings on a single lot may result in densities that are higher than this range.

*Low Density Residential.* This designation is intended for detached single family homes and is characterized by lots of 5,000 to 10,000 square feet. This is the predominant residential development type in San Leandro and includes most of the neighborhoods developed between 1925 and 1990. Overall densities range from 3-6 units per gross acre (up to 8.7 units per net acre).

*Low-Medium Density Residential.* This designation is intended for detached single family houses on small lots and also includes zero lot line and patio home developments. Typical lots range from 3,500 square feet to 5,000 square feet and densities typically range from 7 to 11 units per gross acre (up to 12.4 units per net acre). Although more dense than the "Low Density Residential" category, these areas retain the basic amenities and qualities of a single family neighborhood, including front and rear yards, driveways, and garages.

*Medium Density Residential.* This designation is intended for attached housing types, such as townhomes and duplexes. Individual homes on smaller (less than 3,500 SF) lots and other clustered or planned unit developments may also occur in areas with this designation. These areas may include common open space and private recreational facilities. Mobile home parks also typically fall within this category. Overall densities range from 12-18 units per gross acre (up to 21.7 units per net acre).

*High Density Residential.* This designation is characterized by multi-family residential development, such as garden apartments and condominiums. On larger parcels with this designation, common open space areas, landscaping, and other site amenities are typically provided. Overall densities range from 19-25 units per gross acre (up to 29 units per net acre). Pursuant to General Plan policy, densities above this range may be allowed in the vicinity of the BART Stations and along transit corridors, and for projects incorporating affordable housing or serving senior or disabled households.

## Commercial Categories

*Neighborhood Commercial.* This designation is characterized by small shopping centers or clusters of streetfront buildings with local-serving businesses and services. Typical uses include groceries, video stores, pharmacies, laundromats, dry cleaners, restaurants, and other businesses that serve the daily needs of nearby residential areas. Floor Area Ratios (FAR) are typically in the range of 0.3 to 0.5, but may be slightly higher on existing pedestrian-oriented shopping streets.

*General Commercial.* This designation is characterized by larger shopping centers, shopping districts, and commercial uses providing a broader range of goods and services and serving a broader market than the neighborhood commercial areas. Typical uses include supermarkets, department stores, apparel stores, theaters, and non-retail services such as offices and banks. These areas also contain primarily auto-oriented uses such as hotels and motels, car dealerships, auto service and repair businesses, and construction suppliers. The uses are generally designed for the convenience of persons arriving by car. Floor area ratios are typically limited to 0.5, but may be as high as 1.0 within older development areas.

*Office.* This designation includes general business offices, banks, finance, insurance, and real estate offices, medical offices, and similar and compatible uses. The intent of this designation is to establish quality professional office districts that are attractively landscaped and compatible with surrounding areas. Retail uses are strictly limited. Typical floor area ratios range from 0.2 to 0.7,

**Table 3-1**  Acreages in Each Land Use Type*

| Land Use Category | Acreage | Percent of Citywide Total |
|---|---|---|
| **RESIDENTIAL** | **4,430** | **52.1** |
| Garden Residential | 156 | 1.8 |
| Low Density Residential | 3,269 | 38.5 |
| Low-Medium Density Residential | 199 | 2.3 |
| Medium Density Residential | 447 | 5.3 |
| High Density Residential | 359 | 4.2 |
| **COMMERCIAL/MIXED USE** | **907** | **10.7** |
| Neighborhood Commercial | 52 | 0.6 |
| General Commercial | 495 | 5.9 |
| Office | 78 | 0.9 |
| Downtown Mixed Use | 55 | 0.6 |
| Corridor Mixed Use | 227 | 2.7 |
| **INDUSTRIAL** | **1,800** | **21.1** |
| Light Industrial | 693 | 8.1 |
| General Industrial | 1,107 | 13.0 |
| **PUBLIC/OPEN SPACE** | **1,367** | **16.1** |
| Public/Institutional | 410 | 4.9 |
| Parks and Recreation | 301 | 3.5 |
| Resource Conservation | 656 | 7.7 |
| **TOTAL** | **8,504** | **100.0** |

Source: City of San Leandro, 2001

* The acreages shown here include the streets, railroads, freeways, and utility rights-of-way that pass through each area. For this reason, the proportions may be different than those shown in Chart 2-5.

although higher intensities can be achieved if structured or underground parking is provided. Higher FARs may also be found in already developed areas.

***Downtown Mixed Use.*** This designation includes a range of uses which together create a pedestrian-oriented street environment. It is intended for retail shops, services, offices, cultural activities, public and civic buildings, and similar and compatible uses, including upper-story residential uses. These activities may be located within the same building, or within separate buildings on the same site or nearby sites. More specific guidance on the mix and design of uses is specified in General Plan policies for the Downtown area. Typical FARs range from 0.2 to 1.0. FARs above 1.0 may be permitted on small parcels or on sites where upper-story housing, off-

site or structured parking, and/or pedestrian amenities are provided.

***Corridor Mixed Use.*** This designation includes a mix of commercial and residential uses oriented in a linear development pattern along major transit-served arterials such as East 14th Street. A range of commercial and office uses is permitted, primarily serving neighborhood and community needs. Residential uses may be either free-standing or integrated into the upper floors of mixed use projects. Development should be designed to encourage walking and bicycle use, and should be sufficiently dense to support increased transit services along the corridors. FARs range from 0.2 to 1.0, although higher FARs may be permitted where upper story housing, off-site or structured parking, and/or pedestrian amenities are provided.

## Industrial Categories

***Light Industrial.*** Light industrial areas are characterized by wholesale activities, distribution facilities, research and development or e-commerce uses, business services, and manufacturing operations which produce minimal off-site impacts. The designation also includes campus-style industrial parks. Uses in areas with this designation should be capable of locating adjacent to residential areas without creating adverse effects. Allowances for retail stores within these areas is guided by General Plan policy. Floor area ratios may be as high as 1.0 on smaller parcels, but are generally in the range of 0.4 to 0.8.

***General Industrial.*** General industrial areas are characterized by a wide range of manufacturing, transportation, warehousing, vehicle storage, and distribution uses. Such uses may be subject to performance standards to avoid adverse off-site effects. Allowances for retail stores and requirements for buffering where General Industry abuts residential areas are specified by General Plan policy. Floor area ratios may be as high as 1.0 on smaller parcels, but are generally in the range of 0.4 to 0.6.



## LEGEND

**Residential Categories**
- Garden Density
- Low Density
- Low-Medium Density
- Medium Density
- High Density

**Commercial Categories**
- Neighborhood Commercial
- General Commercial
- Office
- Downtown Mixed Use
- Corridor Mixed Use

**Industrial Categories**
- Light Industrial
- General Industrial

**Public/Open Space Categories**
- Public/Institutional
- Parks and Recreation
- Resource Conservation

Sites noted with two colored diagonal stripes
may be developed with either use, subject

## LAND USE MAP

FIGURE 3-2

San Leandro General Plan Update, 2002

3-13

**083**

## Calculating Density and Intensity

A maximum development density or intensity has been identified for each of the categories shown on the Land Use Diagram. Residential densities are expressed in terms of the number of units allowed per gross acre (called "gross density") or net acre (called "net density"). Gross density includes the area given over to streets, easements, utilities, flood control ditches and other areas which are publicly owned or owned in common. It is most often used to describe density in a subdivision or in a residential neighborhood. Net density excludes public or commonly-owned areas and is typically used to calculate the number of units per acre on an individual parcel of land. In single family areas, net density limits may provide the basis for the minimum lot size or square footage of land per unit standards established by the zoning ordinance.

Residential density also may be expressed in terms of the number of people per acre. To calculate persons per acre, the number of units should be multiplied by 2.57, which is the average number of persons per household in San Leandro.

Floor area ratio (FAR) is a measurement of the amount of floor space that can be developed on a particular parcel of land. If a 10,000 square foot parcel has an FAR limit of 0.5, then the floor area on the parcel may not exceed 5,000 square feet. As defined here, floor area excludes unfinished basements, carports, structured parking, mechanical rooms, and other non-habitable spaces. FAR does not dictate the height or shape of a building, or its location on a site. These characteristics are usually defined through the zoning ordinance. FAR also does not address architectural features or materials; these aspects are usually covered by design guidelines.

The description of land use categories on Pages 37 through 42 indicate the net density and FAR associated with each land use category. Development which exceeds these levels may only be allowed where certain conditions (specified in the San Leandro Zoning Code) exist. For example, the City is required by State law to offer a 25 percent "density bonus" for projects with affordable housing or senior housing. Thus, if a qualifying housing project is proposed on a one-acre parcel with a High Density Residential designation, the "bonus" would allow 36 units instead of 29 units. Additional bonuses may be allowed for development adjacent to the BART station or for projects which provide significant public amenities such as parks or plazas.



**Table 3-2**  Correspondence Between Land Use Diagram Designations and Zoning Designations

| Land Use Category | Corresponding Zoning Designations | Conditionally Compatible Zoning Designations |
|---|---|---|
| Garden Residential | RO | RS, PS |
| Low Density Residential | RS, RS-40, RS (VP) | RS (PD), RD, PS |
| Low-Medium Density Residential | RS (PD) | RD, RS, PS |
| Medium Density Residential | RD, RM-3500, RM-2500, RM-2000 | RS (PD), RD, PS |
| High Density Residential | RM-1800 | RM-2000, RM-2500, RM-3500, PS |
| Neighborhood Commercial | CN | CC, CR, P, PS |
| General Commercial | CC, CS, CR, CR-M | CN, P, PS |
| Office | P, PHD | CN, PS, CC, IP |
| Downtown Mixed Use | CD | RM-1800, RM-2000, RM-2500, CN, CC, P, PHD, PS |
| Corridor Mixed Use | NA-1, NA-2 (*) | RM-1800, RM-2000, RM-2500, RM-3000, CN, CC, P, PHD, PS |
| Light Industrial | IL, IP | IG, CC, CS, P, PS |
| General Industrial | IG, IL, IP | CC, CS, P, PS |
| Public/Semi-Public | PS | Depends on specific type of public use |
| Parks and Recreation | OS | PS, CR |
| Resource Conservation | OS | PS |

*Source: City of San Leandro, 2001*

* a new zoning designation may be developed to correspond to this Land Use Category.

## Public and Open Space Categories

**Resource Conservation.** This designation denotes land which is to remain undeveloped due to high environmental sensitivity, or land to be used primarily for passive recreation (such as walking trails). It also includes land within and immediately along the banks of San Leandro Creek. Development is generally not permitted in Resource Conservation areas; the land is to be managed to enhance and restore its natural features.

**Parks and Recreation.** This designation denotes land which is used for active recreational purposes, including neighborhood, community, and regional parks, golf courses, and the recreational amenities at the San Leandro Marina. Permitted uses include athletic fields and sports facilities, civic buildings with a primarily recreational or social function, and leisure-oriented uses such as picnic areas, boat slips, and tot lots. Coverage by structures should generally not exceed 10 percent of the area within any given park.

**Public/Institutional.** This designation is used to denote public schools, libraries, post offices, churches, and other public or institutional buildings, and also to denote major public utility properties or facilities, including the BART Stations. Floor area ratios of up to 1.0 are permitted.

## Related Issues

State law (Government Code Section 65302a) requires the Land Use Element of the General Plan to identify future solid and liquid waste disposal sites, the locations of educational facilities, areas subject to flooding, and the locations of mineral resources. No new solid or liquid waste disposal sites are planned in San Leandro at this time. Solid waste disposal issues are addressed in Chapter 5 and liquid waste disposal issues are addressed in Chapters 5, 6 and 8. The location of future educational facilities is addressed in Chapter 8. Areas prone to flooding are identified in Chapter 6. Mineral resources are addressed in Chapter 5.

3-16

# RESIDENTIAL NEIGHBORHOODS



## A. OVERVIEW

Residential uses comprise about half of San Leandro's land area. In 2001, the City's 4,400 acres of residential land contained over 31,000 dwelling units, housing almost 80,000 people. But living in San Leandro is much more than simply occupying a dwelling unit—it is the experience of being part of a neighborhood. It is getting to know the local shops and hangouts, the neighborhood schools and parks, and the people who live nearby. Neighborhoods are an important part of what creates a feeling of "community" in San Leandro. Dynamic homeowners associations have contributed to a strong sense of neighborhood identity in the City and have created an opportunity for residents to have a say in the City's future.

Although most San Leandro neighborhoods are not likely to change significantly during the next ten to fifteen years, they will not remain entirely static either. Additions and alterations will be made to homes; renovations will take place, and infill development will occur on vacant lots. Reinvestment in streets and public facilities will take place, and shopping areas will be updated. Neighborhoods may also be affected by demographic shifts and changes in technology. Policies in the General Plan, and ultimately regulations in the Zoning Code, strive to maintain a quality environment as these changes take place.

3-17

## B. SAN LEANDRO'S NEIGHBORHOODS

The following section of the General Plan profiles San Leandro's major residential areas. The location of these areas is shown in Figure 3-3. Each of the ten areas described consists of multiple neighborhoods. The neighborhoods have been grouped for discussion purposes based on their location and physical boundaries.



### Northeast

| Northeast San Leandro At A Glance | |
|---|---|
| 1990 Population: | 9,190 |
| 2000 Population: | 9,950 |
| 2015 Projected Population: | 10,530 |
| Major Neighborhoods: Bancroft, Broadmoor, Hollywood, Creekside, Estudillo Estates | |

This area encompasses the neighborhoods lying east and northeast of Downtown, extending between East 14th Street to I-580 and from Oakland on the north to Sybil Avenue on the south. More than anywhere else in San Leandro, homes in this area provide a living reminder of the architectural styles, building materials, scale, and street patterns that were typical in California between 1910 and 1940. The neighborhoods follow a traditional pattern of development with a grid of streets, abundant tree cover, curbside parking, and generous front and back yards. The area contains numerous Craftsman and Mediterranean-style homes, many with distinctive architectural features. Several commercial districts serve the neighborhood, including the MacArthur corridor and the Bancroft/Dutton shopping area. The area also contains concentrations of multi-family housing along Bancroft and close to East 14th Street.

The land use pattern in this area is well established and there are few opportunities for infill development. However, there is tremendous interest in remodeling, updating, and expanding older homes, creating the potential for changes in neighborhood character. Given the area's unique ambiance, it is important that alterations and additions are sympathetic to the prevailing scale and form of existing development. Demolition of older homes to make way for larger more modern homes is strongly discouraged.

The General Plan envisions opportunities for new mixed use development along East 14th Street and MacArthur Boulevard on the west and east edges of this area. Such development should provide additional neighborhood shopping and services, as well as new multi-family housing. Future projects on these corridors should be designed to respect the architectural styles of the nearby neighborhoods, so that the areas enhance and complement one another.



3-18



LEGEND

Residential Neighborhoods

**RESIDENTIAL NEIGHBORHOODS**

FIGURE 3-3

San Leandro General Plan Update, 2002

3-19



## North

| North Area At A Glance | |
|---|---|
| 1990 Population: | 2,740 |
| 2000 Population: | 3,280 |
| 2015 Projected Population: | 3,525 |
| Major Neighborhoods: Best Manor, Farrelly Pond | |

This area encompasses the neighborhoods lying between San Leandro Boulevard and East 14th Street from Downtown north to the Oakland border. Most of the homes are single-story stucco bungalows dating from the 1920s and 1930s. The area also contains a number of small 1930s-era apartment buildings and several blocks of duplexes.

As in the Northeast area, the key objective is to maintain and enhance neighborhood character. Care should be taken to ensure that additions and alterations respect the scale of existing development. Particular emphasis should be placed on revitalizing the commercial areas located on the western and eastern fringes of this neighborhood. On the west, a transition from light industrial to mixed use development is envisioned along San Leandro Boulevard and around Siempre Verde Park. On the east, the City will continue to implement the North Area Plan, which envisions pedestrian-scale mixed use development along East 14th Street.







## Central

| Central Area At A Glance | |
|---|---|
| 1990 Population: | 5,010 |
| 2000 Population: | 6,400 |
| 2015 Projected Population: | 7,305 |
| Major neighborhoods: Downtown, Peralta | |

The Central area includes the residential areas surrounding Downtown San Leandro. Just a century ago, all of San Leandro was contained within this area. The area contains a diverse and eclectic mix of housing, including the City's largest concentration of pre-1910 homes. Unfortunately, much of the development that took place during the 1950s, 60s, and 70s was not sympathetic to the area's historic context. Thus, Central San Leandro is not really identified as a neighborhood per se, but rather a patchwork of older single family homes, newer apartment and condominium complexes, and commercial uses.

Opportunities for new residential development in this area are concentrated around the BART Station, along East 14th Street, and along Washington Avenue. Some of this development may consist of mixed use projects with ground floor retail or office uses and upper story housing. Redevelopment should provide opportunities to make the Central residential area more cohesive and distinct. As San

3-21

Leandro's most "urban" neighborhood, opportunities to enhance the streetscape, encourage pedestrian traffic, and create a variety of housing types should be pursued. At the same time, opportunities to enhance the area's historic ambiance and conserve its older housing stock should be encouraged. Infill housing should create an urban living environment while respecting and preserving historic resources.



## Davis Corridor

| Davis Corridor At A Glance | |
| --- | --- |
| 1990 Population: | 8,670 |
| 2000 Population: | 10,240 |
| 2015 Projected Population: | 11,640 |
| Major neighborhoods: Cherrywood, Davis West, Eastshore, Timothy Drive | |

The Davis corridor includes the large residential subdivisions extending along both sides of Davis Street from Downtown San Leandro west about a mile to the West San Leandro industrial area. Most of this area was subdivided and developed with ranch-style tract homes during the 1940s and early 1950s. There are notable exceptions, including the "Kanaka Row" cottages along Orchard Avenue which date to the late 1800s and recently completed subdivisions such as Magnolia Lane and Camelia Court. The area also includes large apartment complexes such as the 238-unit Gateway complex, as well as smaller 1960s-era apartment blocks along Pacific Avenue.

Once the 354-home Cherrywood project is completed, there will be limited opportunities for



additional housing in the Davis corridor. The largest remaining vacant site in the area—approximately 8 acres at the north end of Preda Street—has already been approved for 69 new single family homes. Only a handful of vacant lots remain within the neighborhoods.

The Davis corridor would benefit from neighborhood enhancement programs, particularly gateway improvements and tree planting. As most of the development is now more than 50 years old, a continued effort to maintain and improve the housing stock should be made. On the western edge of the area, in the Davis West and Timothy Drive neighborhoods, continued efforts should be made to reduce the land use conflicts created by the proximity of these areas to nearby industry and shopping centers, as well as Oakland Airport's North Field. Additional opportunities for neighborhood-serving commercial uses, services, parks, and other amenities should be pursued in this area.



## Halcyon-Foothill

| Halcyon-Foothill At A Glance | |
| --- | --- |
| 1990 Population: | 10,650 |
| 2000 Population: | 12,060 |
| 2015 Projected Population: | 13,340 |
| Major neighborhoods: Bal, Foothill, Halcyon, Portofino, Sandpiper | |

Halcyon-Foothill is one of the largest and most diverse residential areas in San Leandro, extending almost three miles south and southeast from Downtown to the Bayfair area. Most of the area is characterized by residential subdivisions developed in the late 1940s and early 1950s; however, the area includes older homes developed when the area was still unincorporated along with newer subdivisions from the 1970s and 80s. The housing stock is also diverse. Although the area contains thousands of post-war ranch homes, it also contains Victorian-era

3-22



cottages, art deco homes, trailer parks, and some of San Leandro's largest apartment, townhome, and condominium complexes.

As in the Davis Street neighborhoods, the emphasis in Halcyon-Foothill will be neighborhood beautification, conservation and improvement. A continued effort should be made to buffer homes from nearby industrial and commercial uses and to ensure compatible infill development. Particular emphasis will be placed on enhancing East 14th Street as the area's commercial and mixed use center (see Page 3-78). A stronger sense of neighborhood identity can also be created in this part of San Leandro by capitalizing on the area's schools as community open spaces. The area includes San Leandro High School and Jefferson School, as well as Toyon Park and Halcyon Park.

## Floresta/Springlake

| Floresta/Springlake At A Glance | |
|---|---|
| 1990 Population: | 7,690 |
| 2000 Population: | 8,700 |
| 2015 Projected Population: | 9,095 |
| Major neighborhoods: Floresta, Floresta Gardens, Huntington Park, Lakeside Village, Washington Square | |

The Floresta/Springlake neighborhoods extend east from I-880 to Hesperian Boulevard in the southern part of San Leandro. Like Halcyon-Foothill, this is a large area consisting mostly of 1950s-era ranch-style housing tracts but also including multi-family developments and newer subdivisions. The area includes San Leandro's largest apartment complex—the 840-unit Lakeside Village—as well as Floresta Gardens Townhomes, Washington Commons Townhomes, Eden Lodge, and several smaller multi-family complexes. Washington Avenue is the neighborhood's major commercial corridor, with a cluster of shopping centers at Washington and Floresta Boulevard. The only sizeable open space in the neighborhood is Floresta Park, which adjoins Monroe Elementary School.



Opportunities for new residential development in the Floresta/Springlake area are limited to a handful of properties along Halcyon Drive, Hesperian Boulevard, and Washington Avenue. The density

and scale of development here should be compatible with the adjacent single family neighborhoods. Elsewhere, the major objectives are conserving the housing stock, maintaining neighborhood aesthetic standards, ensuring the compatibility of additions and remodels, and improving edge conditions where residential uses abut industrial or commercial uses. Aesthetic improvements to the Washington Avenue commercial strip, such as undergrounding of utilities, street tree planting, and upgrading of the shopping centers at Floresta and Washington, should be pursued.

## Washington Manor/ Bonaire

| Washington Manor/Bonaire At A Glance | |
|---|---|
| 1990 Population: | 15,220 |
| 2000 Population: | 16,620 |
| 2015 Projected Population: | 16,980 |
| Major neighborhoods: Bonaire, Washington Manor | |

Washington Manor ("the Manor") and Bonaire are well-established neighborhoods in southwest San Leandro. Both neighborhoods exemplify the type of development that took place across the United States in the decade following World War II, with thousands of similarly designed homes on a curving grid of streets. At the time it was built, Washington

Manor was one of the largest housing tracts in the Bay Area. Three generations of homeowners have made extensive changes to the housing stock, and today the Manor and adjacent Bonaire have evolved into a mature community of comfortable ranch-style homes. Densities average about five units per acre and multi-family housing is generally limited to the southeastern edge of the neighborhood.

Today, about one in every six San Leandro residents lives in this area. There is a strong sense of neighborhood identity and pride, created in part by active homeowners associations but also by clear neighborhood boundaries and centrally located services. Manor-Bonaire includes a number of neighborhood shopping centers, several school campuses, a large community park and a number of smaller neighborhood parks. These features, coupled with well-defined edges like San Lorenzo Creek and the Nimitz Freeway, effectively make the Manor-Bonaire area a self-contained community within San Leandro.

The Manor and Bonaire neighborhoods are essentially built out. No significant land use changes are anticipated during the next 15 years. The emphasis will be on maintaining and enhancing homes and yards, enforcing codes and addressing nuisance complaints, beautifying the neighborhoods, and revitalizing local commercial areas. Although residential alterations and additions are encouraged, care should be taken to respect the spacious, low-density character of the neighborhoods. Expanded efforts should be made to update the commercial centers at Manor and Farnsworth, Manor and Zelma, and Lewelling and Wicks. The Manor Shopping Center (at Manor and Farnsworth) in particular, has the potential to be a more vibrant neighborhood center and community focal point.







## Marina

| Marina At A Glance | |
|---|---|
| 1990 Population: | 6,160 |
| 2000 Population: | 6,690 |
| 2015 Projected Population: | 6,850 |
| Major neighborhoods: Little Alaska, Marina Faire, Mulford Gardens, Seagate | |

The Marina area encompasses the neighborhoods at the west end of Marina Boulevard, including Mulford Gardens, Marina Faire, Little Alaska, and the Seagate and Marina Gardens condominium developments. Although each of these neighborhoods is separate and distinct, they form a well-defined community with shared concerns and issues. Mulford Gardens was originally laid out in the 1920s as a rural subdivision in unincorporated Alameda County. Although it was annexed to San Leandro in 1957, the 160-acre neighborhood still retains a semi-rural quality. Its dense tree canopy, large lots, remnant farms, and eclectic mix of old and new homes set it apart from other San Leandro neighborhoods. Little Alaska was developed around 1950 and is so named for the Alaskan cities that are the namesake of its streets. Marina Faire includes about 475 homes developed in the early 1960s. The Seagate and Marina Gardens complexes are more recent.



## West of Wicks

| West of Wicks At A Glance | |
|---|---|
| 1990 Population: | 600 |
| 2000 Population: | 3,170 |
| 2015 Projected Population: | 3,235 |
| Major neighborhoods: Heron Bay, Marina Vista, Mission Bay | |

This area contains three separate but adjoining residential developments located on the west side of Wicks Boulevard in the southwest corner of San Leandro. Two of these developments—Marina Vista and Heron Bay—have been built during the last five years, adding about 850 residences to the City. The third—Mission Bay—is a 40-acre master-planned mobile home community. This area is the gateway to the San Leandro Shoreline Marshlands. No land use changes are anticipated during the coming years. Ongoing code enforcement and compliance programs will ensure that these neighborhoods remain attractive places to live.





3-25

The Marina/Mulford area is built out and there are only a few opportunities for infill housing. However, current zoning in Mulford Gardens allows more than one home per lot on parcels exceeding 12,000 square feet, creating the potential for additional dwellings on many of the lots. The Marina/Mulford area is also sensitive to the impacts of development on its perimeter, particularly at the San Leandro Marina and in the West San Leandro industrial district. The area has historically been impacted by nearby industry and experiences considerable through-traffic to and from the Marina itself. Future commercial and industrial development decisions must address the potential for increased auto and truck traffic, noise, and other adverse effects within the Marina/Mulford neighborhoods.



As in other San Leandro neighborhoods, the City's focus in Marina/Mulford during the coming years will be housing conservation, enforcement of community standards, neighborhood gateway and streetscape improvements, and improved buffering to nearby industrial uses. Ongoing efforts will address airport noise and truck traffic issues, revitalization of the Marina Faire Shopping Center, and implementation of the West San Leandro Plan (see P. 122).

topography and panoramic views. The neighborhood is characterized by single-story ranch homes on relatively large lots. Densities average about three units per acre. A majority of the Bay-O-Vista area was developed during the 1960s, although some homes date back to the 1940s. Many of the homes have been designed to maximize westerly views toward San Francisco Bay.

Although most of Bay-O-Vista is built out, there are a few parcels that are vacant or large enough to be subdivided. Most of these parcels are quite steep and several have access constraints. Any future development on these sites must mitigate the potential for erosion and landsliding, both on-site and on adjacent properties. Recent zoning changes for this area strongly discourage tall or bulky homes and require development to respect the area's characteristically low rooflines. Similarly, additions to existing homes in Bay-O-Vista are required to minimize the disruption of views and maintain the overall low profile of housing in the area.



## Bay-O-Vista

| Bay-O-Vista At A Glance | |
|---|---|
| 1990 Population: | 2,270 |
| 2000 Population: | 2,330 |
| 2015 Projected Population: | 2,455 |
| Major neighborhoods: Bay-O-Vista, Chabot Park | |

Bay-O-Vista encompasses the portion of San Leandro located east of I-580. It is unique among San Leandro neighborhoods because of its hilly

## C. PLANNING ISSUES

The following section of the Residential Neighborhoods Sub-Element profiles the major neighborhood planning issues in San Leandro. This section is followed by goals, policies, and actions which correspond to each issue. The focus of this Sub-Element is neighborhood conservation and improvement. A separate part of the General Plan (the Housing Element) focuses on housing affordability. The two chapters complement and support one another, presenting a consistent strategy for meeting future housing needs and enhancing the quality of life in the City.

### Community Standards

Residents have always taken pride in the fact that San Leandro neighborhoods are well maintained and cared for. The City has set high standards for the appearance of housing, yards, streets, and public properties. Given the size of the City, however, instances of neglected yards, unpermitted construction, code violations, and non-sanctioned activities inevitably occur. The City has developed effective programs to respond to these cases and promote neighborhood preservation.

The City maintains a number of Ordinances, such as the Community Preservation Ordinance and the Weed Abatement Ordinance, which ensure that neighborhoods are maintained in excellent physical condition. The Community Preservation Ordinance is administered by the San Leandro Police Department, with assistance from other City departments. Various sections of the Zoning Code and Municipal Code regulate activities in residential areas, such as home businesses, garage sales, in-house day care, and home auto repair. The Municipal Code also addresses the storage of campers and boats, the location of parked vehicles, graffiti, fence height, and other attributes which can potentially affect neighborhood aesthetics. Covenants, conditions, and restrictions (CC&Rs) within individual developments may set additional requirements to uphold community standards. CC&Rs are generally enforced by homeowners associations.

A key issue related to community standards concerns the effects of business and industrial uses on residential neighborhoods. Although homes and businesses may be compatible in some settings, some of the City's neighborhoods abut manufacturing facilities generating a large amount of truck traffic and noise. The issue of compatibility between residential and non-residential uses is addressed in the Business and Industry Sub-Element of this Chapter. Policies and actions under Goal 10 provide guidance to reduce land use conflicts.

### Neighborhood Character

Some San Leandro neighborhoods have clear boundaries, consistent architectural styles, centrally located parks or shopping centers, and other characteristics that distinguish them from nearby areas. The strong sense of neighborhood identity in these areas has many benefits, from pride of ownership to a commitment to work together during times of crisis.

Other San Leandro neighborhoods may be less well organized. Perhaps they lack a homeowners association or a strong sense of where the neighborhood begins and ends. Perhaps their neighborhood lacks a clear center or gathering place. In some cases, a large number of residents may be new and do not yet feel they are a part of the community. San Leandro is committed to fostering a stronger sense of community in these areas, both through changes to the physical environment and by providing residents with opportunities to become organized and involved at the neighborhood level.

Building more cohesive neighborhoods also means ensuring that infill development is compatible with its surroundings. The first step toward achieving this objective is to have a General Plan Land Use Map (and a Zoning Map) which maintains the density and land use pattern in established residential areas. Although this General Plan encourages higher densities in some parts of the City, higher density housing should not be sited within predominantly single family neighborhoods. Where higher densities are permitted, care should be taken to ensure high quality design, smooth transitions to any lower density housing that may be nearby, and a commitment to ongoing property maintenance.