EXHIBIT 7 –  Part 5



**CHART 3-1** Survey Findings–Commercial Developement

Q. How much do you think the following types of development are needed in San Leandro? (440 Responses)

Source: General Plan Citywide Survey, 1999

## Regional Centers

Regional shopping areas in San Leandro include Bayfair, Marina Boulevard, Westgate, and Greenhouse. Each of these centers draws patrons from throughout the East Bay. Bayfair includes an enclosed mall of about 750,000 square feet as well as smaller shopping plazas and commercial uses on its perimeter. Marina Boulevard includes the Marina Square shopping center and the Auto Mall to its north and east. The Westgate area includes "big box" stores on former industrial sites, including Walmart, Home Depot, and Costco. Greenhouse includes the Greenhouse Marketplace Shopping Center, as well as adjacent commercial uses along Washington Avenue, Lewelling Boulevard, and Hesperian Boulevard.

Policies in the General Plan support expanded regional retail activity in each of these locations. Marina Square, Westgate, and Greenhouse provide maximum exposure to the large volume of traffic on I-880. Their location at the freeway interchanges minimizes the need for out-of-town shoppers to travel on neighborhood streets and thoroughfares. Bayfair Mall, meanwhile, is undergoing major changes to better establish its market niche and recover from the loss of several major tenants during the 1990s.



**CHART 3-2** Characteristics of San Leandro's Major Retail Centers

BAYFAIR
GREENHOUSE
MARINA SQUARE
WESTGATE/COSTCO

SQUARE FEET
SALES TAX

## Community and Neighborhood Centers

Community and neighborhood shopping centers are distinguished from regional centers by their size and market draw. The **community centers** typically draw patrons from throughout San Leandro. These centers include conventional shopping plazas such as the K-Mart on Floresta Boulevard, and service businesses such as lumberyards and building supply stores. The **neighborhood centers** primarily serve the surrounding residential areas, usually within a radius of a mile or two. They typically include small-scale food stores, video rental stores, dry cleaners, and other convenience services. Neighborhood centers include auto-oriented plazas, such as Windsor Square and Marina Faire, and pedestrian-oriented districts such as Bancroft/Dutton.

The quality of the community and neighborhood shopping centers can have a significant effect on the perception of nearby residential areas and the City as a whole. Shopping centers that are attractive and busy can be a valuable amenity for the neighborhoods in which they are located. Conversely, shopping centers that have high vacancy rates or that look dated or neglected can contribute to blight. Zoning and business development programs should emphasize the updating of the neighborhood centers and accommodate businesses which respond to local needs.

The neighborhood shopping centers provide an opportunity to cultivate specialty businesses and nurture local entrepreneurial talent. These centers can provide affordable starting places for small businesses, cafes and restaurants, and even shops serving San Leandro's growing market for multi-cultural goods and services. Such independent businesses can contribute to the overall sense of identity in the neighborhood centers and help contribute to economic diversity and self-sufficiency. Small neighborhood businesses have always been valued in San Leandro and will continue to be valued in the future.

Although none of the neighborhood shopping centers are anticipated to close at this time, it is possible that market conditions may prompt their replacement with new uses during the life of this General Plan. It is also possible that these centers may be redesigned, or may be complemented by new uses such as housing. Such changes should be encouraged where they would be compatible with and enhance the surrounding neighborhood.

## Corridors

San Leandro has several major thoroughfares which have historically been zoned for commercial uses. These include East 14th Street, MacArthur Boulevard, Hesperian Boulevard, and several blocks of Davis Street, Washington Avenue, and Marina and Lewelling Boulevards. Over the past 50 years, strip commercial corridors have evolved along these thoroughfares, with retail and service businesses, shopping centers, gas stations, restaurants, car dealerships, auto body shops, and other auto-oriented commercial uses.

The commercial corridors present some of San Leandro's biggest land use challenges. The strategy for the East 14th and MacArthur corridors is to more clearly define "districts," creating a greater sense of identity and making the streetscape more attractive. Other corridors may continue to be auto-oriented in the future. Many of the services provided on the corridors, such as car dealerships and equipment rental do not lend themselves as well to pedestrian-oriented districts. These services are also important to the community and the economy, however, and should be retained.

3-48



**RETAIL/SERVICE DISTRICTS**

FIGURE 3-4

San Leandro General Plan Update, 2002

LEGEND

Areas of concentrated commercial uses

*Note: Map shows concentrations of commercial uses only and does not show every commercial parcel in the City. Although some office parcels are mapped, most areas above contain retail uses.*

3-49



## San Leandro Marina

Like Downtown, the Marina is one of the places that distinguishes San Leandro from other cities in the East Bay. It is a community focal point and gathering place, offering a unique combination of recreation and visitor amenities. The policies in this Element encourage the City to take advantage of the area's setting and location by accommodating additional hotels, restaurants, and conference facilities. These additions should be made with care so that the Marina's essential function for recreation and open space is not compromised.

Additional detail on the Marina's future is contained later in this chapter.

## C. PLANNING ISSUES

Although many issues were raised during the discussions of the GPAC's Business and Industry Subcommittee, several issues stood out as being particularly important. These issues are addressed in the section below, and are specifically covered by goals, policies, and actions in the General Plan.

## Land Use Compatibility

### Buffering and Design

One of San Leandro's top land use priorities is improving the interface between business districts and adjacent residential neighborhoods. In some parts of the City, the lack of separation between homes and industry has resulted in conflicts associated with noise, odors, and other off-site impacts. Aesthetics also may be an issue in these areas, for example, where outdoor storage or bulky warehouses abut single family backyards. The need for better buffering was a recurring theme when the West San Leandro Plan was prepared in 1999 and remained a major issue during the update of the

General Plan. General Plan workshops indicated overwhelming support for the creation of buffer zones along the edges of the industrial districts.

Business and Industry policies ensure that San Leandro businesses are good neighbors to the residential areas they adjoin. Strategies for improving land use compatibility include special zoning standards to address off-site impacts and establishing conditions of approval when new business projects are approved. Other strategies include landscaping and fencing requirements, and special parking and access provisions. As older properties and obsolete buildings along the residential-industrial interface are vacated or sold, the City will encourage their reuse with activities that can co-exist with either industry or housing. Such uses might include offices, light industry, open space, and live-work space. Many of the existing uses along the edges of the industrial district already fit this description. These activities, which include landscaped light industrial and parcel-processing buildings, should be sustained and supported in the long-run.

The Land Use Diagram (Figure 3-2) establishes a light industrial buffer zone along the perimeter of the West San Leandro industrial district. It also designates most of the area south of Marina and east of I-880 for light industry. Zoning within this area should encourage businesses with minimal off-site impacts. Standards for new developments should require more extensive screening and should establish appropriate limits on operations where there might otherwise be impacts to nearby homes.



In some locations, large manufacturing plants may remain near residential areas for many years to come. While the continued success of these industries is supported, long-term strategies to mitigate potential impacts on nearby homes should be developed. These strategies might include additional insulation for mechanical equipment, lights directed away from residential backyards, and landscaping or sound walls along property lines.

Land use compatibility issues also exist where commercial uses abut housing, particularly along corridor streets such as MacArthur Boulevard and East 14th Street. Overflow parking, noise from bars and restaurants, and other impacts may disturb nearby neighbors. Zoning regulations and conditional use permit procedures should ensure that new commercial activities can be appropriately integrated into their surroundings. Special care should be taken in the development of new projects which combine housing and retail uses. The commercial activities in such projects will need to be carefully selected to ensure that they can peacefully co-exist with residential uses.

While the predominant buffering issues have been directed at industry, there are also concerns about the potential impacts of new housing on established industrial and commercial uses. When new housing is proposed near industrial areas, the task of buffering and noise attenuation should fall on the residential developer rather than the adjacent industries. Disclosure notices should inform prospective homebuyers of the presence of established industries. Ordinances should be considered to ensure that industry retains the right to operate after nearby housing is developed.

## Encroachment of Non-Industrial Uses in Industrial Areas

Non-industrial uses have already made inroads into some of San Leandro's traditional manufacturing areas. As heavy industry declined during the 1970s and 1980s, several manufacturing plants and warehouses were converted to big box shopping centers, furniture stores, and offices. A number of older industrial sites were cleared and redeveloped with housing. The outcome of these changes has generally been positive, resulting in more productive use of the land, reinvestment in the community, and new jobs and tax revenues for the City. However, unbridled conversion of industrial uses could eventually erode San Leandro's manufacturing base and make it more difficult for industry to operate. Such industrial "gentrification" may be logical in some locations, but should be strongly discouraged in others.

The areas most suitable for conversion to non-industrial uses are those located adjacent to existing housing, or in areas which lack the amenities to meet the needs of modern industry. Such areas exist along San Leandro Boulevard, Alvarado Street, and Marina Boulevard. In the case of the discount furniture stores along Alvarado Street, the market has changed to the point where some may be converted back to industry; this time, for technology uses or office-flex space rather than warehouses.

This General Plan confirms a commitment to maintain some parts of the City, particularly the General Industrial areas shown on Figure 3-2, as industry-only zones. In such areas, commercial uses should be limited to those that are linked to manufacturing or which provide services to businesses and the local workforce. "Class A" type office buildings like those envisioned around the BART Station should be discouraged in these areas. Retail uses that appear to attract customers from outside the area likewise should be discouraged. This will benefit San Leandro's commercial districts, by concentrating future retail and service growth within established shopping districts.

## In a Nutshell...
## The San Leandro Economic Development Strategy and Work Program

The City of San Leandro adopted an Economic Development Strategy and Work Program in 1997. The Program was the culmination of a two-year analysis of San Leandro's economy and an evaluation of the City's strengths and weaknesses in the regional and national marketplaces. The analysis reached four basic conclusions:

- San Leandro has a strong and diverse economy that is well positioned to sustain continued job growth.
- The City can best accommodate this growth through efficient reuse of existing commercial and industrial areas.
- The local sales tax revenues which are crucial to funding local public services were declining due to losses in non-retail sales transactions (recent evidence shows that this is no longer the case).
- San Leandro needs to continue focusing on improving the local quality of life so that the City remains an attractive place to live and do business.

With these conclusions in mind, the City developed a vision for future economic growth, emphasizing a sustainable community, a diversified economy, vibrant local serving commercial areas, and a strong educational system. At the heart of the Economic Development Strategy is a work program to achieve this vision.

One of the strongest recommendations of the Strategy is to promote business to business relationships in San Leandro and to build links between the City and existing or prospective businesses. The Strategy also includes actions for reinvesting in vacant and underutilized commercial and industrial real estate. It identifies specific programs to enhance the local tax base, particularly through retail recruitment. Finally, the Strategy includes actions to improve community life by bolstering Downtown and by maintaining a highly respected school system.

Major recommendations of the Strategy have been fully integrated into the General Plan and appear throughout the document, particularly in the Business and Industry policies and actions.



### Business Image

Over the years, San Leandro has developed a reputation as a "can do" city, dedicated to promoting local reinvestment and job growth. The City's business development efforts have been highly successful, helping San Leandro retain some of its major retailers, attract a 16-screen multi-plex to Bayfair, and bring several high-profile manufacturing firms to the community. It is important that San Leandro's reputation as a smart location for business be sustained in the long run through strong leadership—not only by City officials, but also by School Boards, City staff, and local business and civic organizations.

The City is working to establish a positive civic image through marketing and special events. Business outreach materials, such as media advertisements, direct marketing, factory tours, and trade fair displays, are part of this effort. A "Made in San Leandro" marketing program has also been launched. The City has a number of special events such as the Cherry Festival which provide opportunities for positive media coverage and visibility.

Another aspect of business image addresses quality of life. Although many factors come into play, the two that stand out most in defining the perception of San Leandro as a good place to do business are education and public safety. Continued reinvestment in San Leandro's schools and a commitment to educational quality are essential to retain a healthy business climate. These themes run throughout the General Plan. Partnerships between the City, the School Districts, and the private sector should be encouraged to maximize the resources available to the education system. Continued public information and on-going efforts to deter crime are needed to dispel negative perceptions regarding safety and build San Leandro's image as a safe place to live, shop and work. A proactive approach which incorporates input from the business community as well as residents is essential to these efforts.

## Jobs-Housing Balance

San Leandro has a favorable balance between jobs and housing and has done a good job maintaining equilibrium between employment growth and household growth during the past 40 years. With the recent surge in housing costs, the City now faces the challenge of promoting a better match between the types of housing available and the types of jobs the community offers.

Historically, San Leandro had a large number of mid-level manufacturing jobs requiring relatively high skills and offering reasonable pay. Today, a growing share of jobs are in the retail and service sectors, which offer wages that are not adequate to obtain housing in the City. In the future, the City will endeavor to provide additional housing that is more affordable to working families in the retail and service industries. The City will also strive to attract higher paying jobs that are suitable for local residents.

3-54

## D. GOALS, POLICIES, AND ACTIONS

## Goal: Downtown Revitalization



**6**

Foster the development of Downtown San Leandro as the geographic and social heart of the City.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |

**6.01    DOWNTOWN PLAN**

In accordance with the adopted Downtown Plan and Urban Design Guidelines, ensure that new Downtown development is attractive and creates an image conducive to economic revitalization.

- Development Review
- Downtown Plan and Urban Design Guidelines

*Action 6.01-A: Downtown Plan Implementation*
*Implement the policies contained in the Downtown Plan and follow the priorities and strategies established in that document. On a continuing basis, require that development proposals are consistent with the Downtown Plan and Urban Design Guidelines. Review and update the Plan on a periodic basis to reflect future conditions and opportunities.*

*Action 6.01-B: Downtown Zoning Changes*
*Update the Zoning Code to incorporate the recommendations of the Downtown Plan and Urban Design Study and to ensure that the goals and policies in the General Plan can be successfully implemented.*



**POLICIES AND ACTIONS** *(Downtown Revitalization continued)*          IMPLEMENTATION STRATEGIES

*Action 6.01-C: Downtown Capital Projects*
*Include public projects as defined by the Downtown Plan*
*and Urban Design Guidelines and the Central BART*
*Area Revitalization Plan in the City's annual Capital*
*Improvement Program. These projects include restoring*
*and maintaining the traditional street grid, re-establish-*
*ing the historic plaza at Washington Avenue and East*
*14th Street, and establishing a pedestrian network*
*throughout the Downtown and between Downtown and*
*BART. Recommended projects should maintain strong*
*forward momentum to facilitate Downtown's restoration*
*as the commercial and social center of San Leandro.*

**6.02**      **RETAIL-SERVICE IMPROVEMENTS**
Develop and implement business development
strategies that improve the mix of retail and service
businesses Downtown, with an emphasis on higher-end
retail shops, sit-down restaurants, and entertainment
uses.

- Development Review
- Business Development Programs
- Zoning Code

**6.03**      **FINANCE AND BANKING**
Support the Downtown area as San Leandro's financial
and banking center, working with the banks to identify
creative re-use options for vacant bank buildings.

- Business Development Programs
- Public/Private Partnerships

**6.04**      **BART ACCESSIBILITY**
Maintain and strengthen pedestrian and transit connec-
tions between the BART Station, Downtown, and nearby
neighborhoods.

- BART Area Plan
- Capital Improvement Program
- Intergovernmental Coordination

*Action 6.04-A: BART Area Streetscape*
*Improvements*
*Pursue streetscape improvements in the BART Station*
*area which promote pedestrian circulation and enhance*
*the connections between the BART Station, Downtown*
*San Leandro, and the South-of-Marina area. These*
*improvements should include the upgrading of West*
*Juana and Estudillo Avenues.*

*Action 6.04-B: San Leandro Boulevard Changes*
*Implement a comprehensive redesign of San Leandro*
*Boulevard along the east side of the BART Station to add*
*a landscaped median, widen the sidewalks, provide an*
*easier pedestrian crossing, and improve the visual*
*quality of the BART-to-Downtown gateway. A traffic*
*impact study should be required before implementing*
*any change which reduces the capacity of the street.*

3-56

**POLICIES AND ACTIONS**  *(Downtown Revitalization continued)*          **IMPLEMENTATION STRATEGIES**

**6.05**  **PEDESTRIAN-FRIENDLY ENVIRONMENT**
Provide public and private improvements that
create a safe, friendly, and pleasurable environment for
pedestrians in Downtown.

- Capital Improvement Program
- Development Review
- Downtown Plan and Urban
  Design Guidelines
- Zoning Code

**6.06**  **URBAN DESIGN**
Promote quality Downtown architecture that is well
articulated, enhances the pedestrian setting, preserves
the City's architectural heritage, and fits in with the scale
and texture of existing historic structures. Discourage
"franchise architecture" that will distract from creating a
unique and distinctive Downtown setting.

- Development Review
- Downtown Plan and Urban
  Design Guidelines

**6.07**  **PARKING**
Ensure that parking for Downtown businesses remains
convenient, but take steps which de-emphasize surface
parking lots as a dominant feature of the Downtown
landscape. Establish satellite parking areas, including
attractively designed parking structures, accessed by
well-defined and inviting pedestrian passageways.

- Capital Improvement Program
- Development Review
- Redevelopment Project Funding

*Action 6.07-A: Downtown Parking Structure*
*Study the feasibility of developing an attractively de-*
*signed Downtown parking structure or expanding and*
*redesigning the existing city-owned Downtown parking*
*garage.*

**6.08**  **COORDINATION**
Fully involve and coordinate with local business
owners, property owners, adjacent residents, and
business organizations such as the Chamber of Com-
merce and Downtown Association in all planning and
development activities within the Downtown area.

- City Operating Procedures
- Business Development
  Programs
- Public/Private Partnerships

**6.09**  **BUSINESS PARTNERSHIPS**
Support public and private efforts to enhance and
market Downtown San Leandro. Encourage partnerships
between the City, Redevelopment Agency, the Chamber
of Commerce, the Downtown Association, and
private entities (such as property owners, tenants,
developers, etc.).

- Public/Private Partnerships

3-57

**POLICIES AND ACTIONS** *(Downtown Revitalization continued)*          **IMPLEMENTATION STRATEGIES**

> ### Action 6.09-A: Downtown Business Improvement District
> *Support the Downtown Business Improvement District (BID) and review the goals and programs of the District annually.*

**6.10**   **BART STATION AREA REVITALIZATION**
Foster the development of the BART Station area as a mixed use "transit village," with a full complement of office, medium and high-density residential, and office-serving retail uses, along with pedestrian plazas, open space, BART parking, and other transit facilities (possibly including a Capitol Corridor rail station).

- Grants
- Intergovernmental Coordination
- Redevelopment Project Funding

> ### Action 6.10-A: Downtown BART Parking Lot
> *Pursue the relocation of the BART parking lot on the east side of San Leandro Boulevard to a new parking garage on the west side of the station with a greater number of spaces. Work with BART to facilitate the redevelopment of the vacated parking lot site with quality high-density housing or mixed use development. A minimum density of 24 units per acre should apply to the housing site, and provisions for ample open space and landscaping should be included in the project's design.*

> ### Action 6.10-B: Redevelopment West of BART Station
> *Promote the development of vacant sites west of the BART station with office uses and accompanying public plazas and open space. Development on these sites should be designed and oriented to encourage transit use, promote pedestrian activity, respect the scale of nearby neighborhoods, and create a safe, attractive street environment.*

3-58

# Goal  **Industrial and Office Districts**

**Continue to develop a strong and healthy industrial and office employment base in the community.**

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|

**7.01**    **INDUSTRIAL ASSETS**
Build on the strengths of the City's existing industrial base, transportation infrastructure, and proximity to Oakland International Airport in the City's business development efforts.

- Business Development Programs
- Zoning Code

*Action 7.01-A: Communication and Networking*
*Promote communication and networking among local businesses organizations through focus groups, roundtables, special events, newsletters, and other methods of sharing information and discussing business needs and priorities.*

*Action 7.01-B: Hotels in Industrial Zones*
*Amend the zoning code to allow hotels as a conditional use within appropriate General Industrial areas, including the Oakland International Airport gateway area along Doolittle Drive. Ensure that hotels are only permitted where they would not adversely impact adjacent active industrial uses.*

**7.02**    **ECONOMIC DIVERSITY**
Promote economic diversity and the growth of new and emerging industries. Target businesses that will provide higher-paying jobs for San Leandro residents.

- Business Development Programs

*Action 7.02-A: Economic Data Collection*
*Maintain and regularly update data on local economic activities, sales and property tax trends, the characteristics of the local business community, and development opportunity sites.*



| POLICIES AND ACTIONS *(Industrial and Office Districts continued)* | IMPLEMENTATION STRATEGIES |

**Action 7.02-B: Economic Development Strategy Updates**
*Periodically update and revise the City's Economic Development strategies in response to changing market conditions and economic trends.*

**7.03**   **SUSTAINABLE MANUFACTURING**
Promote environmentally sustainable manufacturing practices by San Leandro businesses and focus business attraction efforts on clean, environmentally-friendly businesses.

- Business Development Programs

**7.04**   **TECH-SECTOR RECRUITMENT**
Attract and retain technology ("high tech") companies by improving technology infrastructure, targeting such companies through marketing, supporting incubator and start up firms, and maintaining development regulations which facilitate the adaptive reuse of older industrial buildings.

- Building Code
- Capital Improvement Program
- Business Development Programs
- Zoning Code

**Action 7.04-A: Technology and Industry Roundtable**
*Support the efforts of a technology and industry roundtable to foster a dialogue on the needs of technology companies and to promote the expansion of this sector in San Leandro.*

**Action 7.04-B: Technology Incubator**
*Support the establishment of a high-quality private or non-profit technology incubator to attract start-up companies to the City.*

**7.05**   **REDEVELOPMENT**
Use the financing and incentive mechanisms available through the Redevelopment Agency to achieve business development goals, including better transitions between industrial and residential uses.

- Redevelopment Project Funding
- Specific Plans

**Action 7.05-A: Business Assistance**
*Provide City Staff assistance and outreach to existing businesses, potential new businesses, real estate brokers, and business organizations in the City.*

3-60

**POLICIES AND ACTIONS**  *(Industrial and Office Districts continued)*          **IMPLEMENTATION STRATEGIES**

**7.06**   **ADAPTIVE REUSE**
Encourage private reinvestment in vacant or underutilized industrial and commercial real estate to adapt such property to changing economic needs, including the creation of flex/office space.

- Building Code
- Business Development Programs
- Zoning Code

*Action 7.06-A: Renovation Assistance*
*Develop new programs and continue existing programs that assist local businesses in upgrading or renovating industrial and commercial buildings.*

*Action 7.06-B: Market-Oriented Zoning Review*
*Regularly review the Zoning Code to respond to real estate market and development trends, as well as changes in technology.*

**7.07**   **TAX BASE ENHANCEMENT**
Encourage business development that improves the City's ability to provide the public with high-quality services and which minimizes increases in the tax burden for existing businesses and residents.

- Business Development Programs
- Fiscal Impact Studies

*Action 7.07-A: Business-to-Business Relationships*
*Develop mechanisms to encourage the formation of business relationships between San Leandro companies.*

**7.08**   **TELECOMMUNICATION INFRASTRUCTURE**
Coordinate with the School Districts, the private sector, and local business organizations to upgrade and expand telecommuncations infrastructure in San Leandro, including fiber optics, cable, DSL, and other emerging forms of information technology.

- Capital Improvement Program
- Intergovernmental Coordination
- Public/Private Partnerships

*Action 7.08-A: Fiber Optics*
*Complete the City fiber optics network now under construction in San Leandro and develop strategies for the use of surplus capacity, including assessments of future market demand. Ensure that fiber optics is used effectively as a business development tool and information resource for San Leandro businesses and an educational resource for its schools.*

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*    **IMPLEMENTATION STRATEGIES**

7.09    **WEST SAN LEANDRO BUSINESS DISTRICT**

Build upon the locational strengths and transportation features of West San Leandro to support the area's continued development as a major industrial, technology, and office employment center. In accordance with the West San Leandro Plan, limit the encroachment of incompatible residential and retail uses into the area, and promote additional development and redevelopment with manufacturing, technology, warehouse and distribution, office/flex, and similar uses.

- Capital Improvement Program
- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

*Action 7.09-A: Doolittle Gateway*
*Pursue streetscape improvements along Doolittle Drive between the Oakland city limits and Marina Boulevard that upgrade the appearance of this important gateway from Oakland International Airport. Improvements should include landscaping of the public right-of-way, higher design standards for properties along the corridor, and re-use of vacant or underutilized properties with higher quality uses. Where consistent with Airport Land Use Compatibility restrictions, these uses could include hotels, offices, and other activities that capitalize on the street's proximity to Oakland Airport.*

*Action 7.09-B: West Davis/Eden Road*
*Continue to allow general industrial uses along the west end of Davis Street (west of Doolittle Drive), but establish development standards and use regulations that improve the appearance of the area from adjacent streets. Encourage a long-term transition to higher value industrial uses in this area.*

*Action 7.09-C: Hobener Property*
*Support the reuse of the Hobener property with an industrial or office/flex use that enhances the economic base of the City, creates quality jobs, minimizes impacts on nearby neighborhoods, and is compatible with the uses on adjacent properties.*

3-62

**129**

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*        **IMPLEMENTATION STRATEGIES**

***Action 7.09-D: Timothy Drive Neighborhood Improvements***
*Implement measures to address airport and freeway noise, access and circulation constraints, and conflicts between industrial, commercial, and residential uses within the Timothy Drive neighborhood. These measures should include landscaping and buffering, and could also include additional sound insulation for homes, and redirecting business traffic to non-residential streets. The proposed Westgate Parkway extension should be designed to mitigate truck traffic and noise impacts on the Timothy neighborhood. Extensive participation by area residents should be actively encouraged for any strategy impacting this area.*

*(See also Policy 10.03 and Action 10.03-A on buffering between industrial, residential, and commercial uses throughout San Leandro)*

**7.10       SOUTH OF MARINA BUSINESS DISTRICT**
Facilitate the gradual transition of the South-of-Marina (SOMAR) area into a cohesive light industrial district characterized by light manufacturing, office/flex, research and development, bio-medical, e-commerce, and similar uses, along with complementary business services and employee amenities.

- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code

***Action 7.10-A: SOMAR Area Plan***
*Prepare an Area Plan for the SOMAR area, including land use and development standards, design themes and guidelines, and an implementation program. The Plan should include measures to limit the displacement of, or creation of hardships for, the existing general industrial uses within this area. It should also identify the land-scaping, streetscape, transportation, and infrastructure improvements necessary to promote SOMAR's transfor-mation into a high-quality business park environment.*



POLICIES AND ACTIONS *(Industrial and Office Districts continued)*       IMPLEMENTATION STRATEGIES

*Action 7.10-B: Burrell Field*
*Explore a range of options for the Burrell Field athletic*
*complex. One option would be to enter into a partnership*
*agreement with the San Leandro Unified School District*
*and the private sector to upgrade the field and develop*
*additional facilities on-site. Another would be to*
*maintain the Field as is and develop additional facilities*
*elsewhere in the City. In the event that relocation of the*
*field is considered as an option, sale of the existing site*
*shall not proceed until a suitable replacement site has*
*been secured and a firm, contractual commitment to*
*improve the replacement site with athletic facilities has*
*been made. Regardless of which option is selected, the*
*Field should remain operational and should receive a*
*high level of maintenance.*

**7.11**      **MID-WASHINGTON BUSINESS DISTRICT**
Promote a combination of public and private improve-
ments to the Washington Avenue corridor between San
Leandro Boulevard and Halcyon-Floresta which improve
the aesthetic quality of the street and provide a more
unified design identity. As property in this corridor
becomes available for reuse, pursue additional light
industrial, office, or commercial service (e.g., lumber-
yards, building materials, etc.) development on vacated
sites or in vacated buildings. Such development should
adhere to high standards of landscaping and screening.
Zoning and design standards should be consistent with
the long-term vision of this corridor as a more attractive
gateway to Central San Leandro.

- Development Review
- Business Development
  Programs
- Redevelopment Project Funding
- Zoning Code

*Action 7.11-A: Rezoning Mid-Washington Avenue to*
*Light Industrial*
*Following adoption of the General Plan, rezone the*
*mid-Washington Avenue corridor (San Leandro*
*Boulevard to Halcyon-Floresta) from Community*
*Commercial (CC) to Light Industrial (IL).*

**7.12**      **SAN LEANDRO BLVD CORRIDOR**
           **BUSINESS DISTRICT**
Promote the continued transition of the San Leandro
Boulevard Corridor from older industrial and heavy
commercial uses to attractively designed, pedestrian-
oriented mixed use and light industrial development.

- Development Review
- Business Development
  Programs
- Redevelopment Project Funding
- Zoning Code

*Action 7.12-A: Alvarado at San Leandro Creek*
*Encourage the development of vacant and underutilized*
*land along Alvarado Street just south of San Leandro*
*Creek with high-quality office development. Provisions*

3-64

**POLICIES AND ACTIONS** *(Industrial and Office Districts continued)*      IMPLEMENTATION STRATEGIES

for creekside park and open space, including a proposed
Environmental Education Center, should be made in
future development plans. High-density residential uses
may also be considered acceptable in this area, with
similar provisions for on-site parks and open space.

### Action 7.12-B: Park Street Island

Encourage the gradual transition of the 8-acre "island"
between Park Street and San Leandro Blvd to mixed use
development. Future residential uses in this area should
be oriented along Park Street, while the San Leandro
Boulevard frontage should be used for non-retail
commercial uses. Streetscape improvements, including
undergrounding of utilities, should be pursued to
beautify San Leandro Boulevard as a City gateway in
this area. Siempre Verde Park should be maintained and
enhanced as a neighborhood open space.

### Action 7.12-C: Alvarado Commons

Pursue the gradual transition of the area roughly
bounded by Orchard, Thornton, Marina, and San
Leandro Boulevard into a neighborhood of light indus-
trial and incubator businesses, live-work space, small
professional offices and artist/craftsman studios, and
compatible uses.

### Action 7.12-D: Hudson Lumber Site

Support the reuse of the Hudson Lumber site with a wide
variety of uses consistent with a "Light Industrial"
General Plan designation. These uses could include a
full complement of telecommunications, research and
development, office, work-live space, and similar uses.
Opportunities for park and recreational uses should also
be pursued on the site if public funding can be secured.

### Action 7.12-E: Estabrook Parcel Assembly

Encourage the assembly of parcels along Estabrook
Street to create through-lots to Marina Boulevard.
In the event that such parcels are created, re-use with
commercial development fronting on Marina (rather
than light industrial uses fronting on Estabrook) should
be promoted.

### Action 7.12-F: San Leandro Boulevard Corridor Park and Public Facility Sites

Seek opportunities within this area for new parks or other
public facilities, including a linear park along San
Leandro Creek and new neighborhood or community
parks within future development areas.

# Goal: Retail and Service Districts



**8**

Establish excellent community and neighborhood-serving retail and entertainment uses.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|

**8.01**  **RETAIL HIERARCHY**

Maintain a range of retail uses in the City, consisting of:
- Regional shopping concentrated around the existing centers at Bayfair, Marina Square, and Westgate;
- Community retail uses centered in Downtown San Leandro, reinforcing the area's image as the City center; and
- Neighborhood shopping districts located within subareas of the City, providing basic goods and services within easy access of neighborhood residents.

- Business Development Programs
- Zoning Code

**8.02**  **RETAIL DIVERSITY**

Encourage a diverse range of commercial uses in the City, offering goods and services that fully meet the needs of San Leandro residents and businesses. The City should recruit new businesses that: (a) fill gaps in the range of goods and services currently available; and (b) act as catalysts for attracting other retailers to the City.

- Business Development Programs

*Action 8.02-A: Retail Prospectus*
*Continue retail recruitment efforts through the City's Business Development Department, including preparation of a retail real estate prospectus and updated demographic and market information.*



POLICIES AND ACTIONS  *(Retail and Service Districts continued)*                    IMPLEMENTATION STRATEGIES

**8.03**    **AESTHETICS**
Upgrade the City's commercial corridors by building
upon their existing strengths and improving their
aesthetic qualities. The City should implement programs
to underground utilities, abate weeds and graffiti,
eliminate litter, improve buffers to adjacent residential
uses, control excessive signage, and provide streetscape
amenities and landscaping along the corridors.

- Annual Budget
- Code Enforcement
- Redevelopment Project Funding

**8.04**    **MIXED USE COMMERCIAL**
Pursue the following land use and development
principles in those areas designated "Corridor Mixed
Use" on the General Plan Map:[1]
- An emphasis on pedestrian- and transit-oriented site
  design, rather than auto-oriented or "drive-through"
  design.
- An emphasis on mixed use infill projects which
  incorporate upper story office or residential uses and
  ground floor retail uses (the General Plan should be
  consulted for further description of the balance
  between residential and non-residential uses within
  each mixed use area).
- A shift toward higher value neighborhood-serving
  retail uses and higher-density housing.

- Design Guidelines
- Development Review
- Redevelopment Project Funding
- Zoning Code

*Action 8.04-A: Mixed Use Zoning*
*Revise the San Leandro Zoning Code to create two*
*Corridor Mixed Use zoning districts—one emphasizing a*
*mix of commercial uses and the other emphasizing*
*upper floor residential and ground floor retail uses.*
*The Districts could be patterned after the existing NA-1*
*and NA-2 districts and would replace these districts upon*
*adoption. Development standards for the Districts should*
*minimize the possibility for conflicts within projects that*
*contain both residential and commercial uses.*

**8.05**    **NEIGHBORHOOD SHOPPING CENTERS**
Promote reinvestment in the City's viable neighborhood
shopping centers, with an emphasis on new retail uses
that serve the adjacent neighborhoods and contribute to
the overall vitality of the centers.

- Business Development
  Programs
- Redevelopment Project Funding

*Action 8.05-A: Neighborhood Shopping Center*
*Revitalization*
*Undertake a neighborhood shopping center enhance-*
*ment and conversion strategy in which selected neigh-*
*borhood shopping centers are targeted for improvements,*
*while marginal or obsolete centers are targeted for*
*redevelopment with non-retail uses.*

1 The Corridor Mixed Use areas are: East 14th Street, MacArthur Boulevard, Washington Avenue (north of
San Leandro Boulevard), and San Leandro Boulevard (from Davis Street to the Oakland city limits).

**POLICIES AND ACTIONS** *(Retail and Service Districts continued)*          **IMPLEMENTATION STRATEGIES**

| | |
|---|---|
| **8.06** | **COMMERCIAL USES WITH AN INDUSTRIAL CHARACTER** |

8.06    **COMMERCIAL USES WITH AN INDUSTRIAL CHARACTER**
Maintain areas in the City that are appropriate for lumberyards, construction suppliers, automotive repair shops, and other commercial uses that are industrial in character or that typically locate in industrial areas. While development standards in these areas should respect the operational characteristics of these uses, they should still promote aesthetic improvements, adequate buffering for nearby uses, traffic safety, and a more positive visual image.

- Design Guidelines
- Zoning Code

8.07    **CULTURAL ARTS AND ENTERTAINMENT**
Provide additional opportunities for cultural, recreational, and entertainment uses in the City, including cinemas, theaters, live-performance venues, sports facilities, and art galleries.

- Business Development Programs
- Zoning Code

8.08    **VISITOR SERVICES**
Aggressively pursue the development of additional hotels, lodging, and conference facilities in the City.

- Business Development Programs

8.09    **EAST 14th STREET**
Facilitate the transformation of East 14th Street from an unbroken commercial "strip" into a series of distinct mixed use neighborhood centers, each with a unique design identity and mix of uses. The land use pattern should emphasize a more attractive and human scale of development throughout the corridor, with pedestrian-oriented buildings, streetscape and transit improve-ments, and a lively mix of higher density residential, commercial, and civic uses.

- Development Review
- Business Development Programs
- Redevelopment Project Funding
- Zoning Code
- Follow-Up Plans/Studies

*Action 8.09-A: North Area Plan Implementation*
*Continue implementation of the North Area Plan along East 14th Street, with the intent of eliminating blight, providing new housing and retail opportunities, and bringing the quality of this area up to par with the high quality of adjacent residential neighborhoods. Pedestrian-oriented retail activities along East 14th in the North Area should be clustered near Broadmoor Boulevard and in the area from Dutton Avenue south to City Hall.*

*Action 8.09-B: South East 14th Area Activity Centers*
*Pursue the development of a series of activity centers or "districts" along East 14th Street between Downtown and Bayfair Mall. These centers should include a*

3-68

**POLICIES AND ACTIONS**  *(Retail and Service Districts continued)*          **IMPLEMENTATION STRATEGIES**

*predominantly residential area between McKinley School and 136th Avenue, a "Health and Wellness Center" between 136th and 139th Avenues, an "International Marketplace" between 141st and 145th Avenues, and a "Cultural Arts Center" around the Bal Theater. Zoning regulations and local business development programs should support the types of uses envisioned in each area. Catalyst projects, such as re-use of the Bal Theater and redevelopment of the Islander Motel, should be pursued to spark private reinvestment and begin the transition to new uses.*

### Action 8.09-C: East 14th Street Zoning Changes
*Pursue zoning code changes along East 14th Street which enable the desired development pattern to be gradually achieved. Zoning for the East 14th corridor should provide incentives for mixed use development, such as density bonuses and allowances for shared parking.*

### Action 8.09-D: East 14th Streetscape Plan
*Prepare and implement an urban design and streetscape plan for East 14th Street. The plan should address both the public right-of-way and development on adjacent private parcels and should cover the entire corridor from the Oakland city limits to Bayfair Mall.*

**8.10**    **BAYFAIR MALL**

Promote the revitalization of Bayfair Mall and its environs by introducing new and compatible uses, including new shops, services, community facilities, restaurants, entertainment venues, and offices.

- Development Review
- Business Development Programs
- Public/Private Partnerships
- Zoning Code

### Action 8.10-A: Bayfair Area Urban Design Improvements
*Pursue improvements to East 14th Street in the Bayfair area to make the area more attractive, distinctive, and friendly to pedestrians, bicyclists, and transit users.*

### Action 8.10-B: Bayfair BART Connections
*Improve the pedestrian and bicycle connection between the Bayfair BART Station, adjacent transit waiting areas, and Bayfair Mall.*

**POLICIES AND ACTIONS** *(Retail and Service Districts continued)*   IMPLEMENTATION STRATEGIES

8.11   **MACARTHUR CORRIDOR**
Encourage mixed use development along the MacArthur
Corridor, with an emphasis on:
- local serving commercial uses between Durant and
  Broadmoor, Victoria and Superior, and Dutton and
  Estudillo.
- Residential and office uses between Broadmoor and
  Victoria.
- Civic, office and non-retail commercial uses between
  Superior and Dutton.

Zoning for the corridor should be flexible enough to
allow a full spectrum of residential and commercial uses
in all areas, with the conditional use permit process and
other regulatory tools used to promote the desired mix,
provide incentives for mixed use development, and
buffer adjacent residential areas.

- Development Review
- Business Development
  Programs
- Redevelopment Project Funding
- Zoning Code

*Action 8.11-A: MacArthur Boulevard*
*Streetscape Plan*
*Implement the MacArthur Boulevard Streetscape Plan,*
*providing improvements which create a more appealing*
*environment for pedestrians and mitigate the negative*
*effects of the I-580 Freeway.*

*Action 8.11-B: MacArthur Community Planning*
*Process*
*Undertake a community planning process for the*
*MacArthur Corridor, with the objective of developing*
*more specific standards and guidelines for the mix of*
*uses along various segments of the corridor.*

*Action 8.11-C: Rezoning of MacArthur Corridor*
*Pursue zoning changes along MacArthur Boulevard*
*which promote mixed use development. The zoning*
*designations should reflect the desired mix of uses*
*described in Policy 8.11 for different segments of the*
*corridor.*

8.12   **MARINA BOULEVARD**
Encourage the continued improvement of Marina
Boulevard between I-880 and San Leandro Boulevard as
a major City gateway, shopping area, and regional auto
mall. Additional shopping opportunities for San Leandro
residents should be encouraged here, with a focus on
high-quality retail uses and higher-end auto dealerships.
Particular care should be taken in this area to relate
development approvals to road capacity and to mini-
mize further congestion as development takes place.

- Development Review
- Business Development
  Programs
- Redevelopment Project Funding
- Zoning Code