**EXHIBIT 8**

1   Jayne W. Williams, Esq. (SBN: 63203)
    jwilliams@meyersnave.com
2   Deborah J. Fox, Esq. (SBN: 110929)
    dfox@meyersnave.com
3   Philip A. Seymour (SBN: 116606)
    pseymour@meyersnave.com
4   Kimberly M. Drake, Esq. (SBN: 209090)
    kdrake@meyersnave.com
5   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
6   Oakland, California  94607
    Telephone: (510) 808-2000
7   Facsimile: (510) 444-1108

8   Attorneys for Defendant
    CITY OF SAN LEANDRO
9

10

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13  INTERNATIONAL CHURCH OF THE          Case No.  C07-03605-PJH
    FOURSQUARE GOSPEL,
14
                                         DEFENDANT'S NOTICE OF
15            Plaintiff,                  MANUAL FILING OF EXHIBITS 8
                                          AND 9 TO DEFENDANT'S MOTION
16  v.                                    FOR SUMMARY JUDGMENT
17
18  CITY OF SAN LEANDRO, a municipal
    corporation,
19                                        Hearing:
                                          Date:        October 1, 2008
20            Defendant.                  Time:        9:00 a.m.
                                          Courtroom:   3
21  _____
    FAITH FELLOWSHIP FOURSQUARE
22  CHURCH,

23            Real Party in Interest.

24

25

26

27

28

---

DEF'S NOTICE OF MANUAL FILING OF EXHIBITS 8 AND 9 TO MSJ          C07-03605-PJH

EXHIBIT 8

1       Exhibits 8 (Zoning Map) and Exhibit 9 (Assembly Use Criteria Study Map), which

2 are attachments to the City of San Leandro's Motion for Summary Judgment, are in paper

3 form only and are being maintained in the case file in the Clerk's office.

4       If you are a participant on this case, this filing will be served in hard-copy shortly.

5       For information on retrieving this filing directly from the court, please see the court's

6 main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7       The reason for manual filing is that both exhibits are oversized color maps.

8

9 Dated: August 27, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11

12                By____/S/_____

13                    DEBORAH J. FOX
                   Attorneys for Defendant

14 1140315.1               CITY OF SAN LEANDRO

15 136.5016

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DEF'S NOTICE OF MANUAL FILING OF EXHIBITS 8 AND 9 TO MSJ      C07-03605-PJH

1    **PROOF OF SERVICE**

2        I am employed in the County of Los Angeles, State of California. I am over the age
3    of 18 years and not a party to the within action. My business address is Meyers, Nave,
     Riback, Silver & Wilson, 333 South Grand Avenue, Suite 1670, Los Angeles, California
4    90071.

5        On August 27, 2008, I caused to be served the within document(s) DEFENDANT'S
6    NOTICE OF MANUAL FILING OF EXHIBITS 8 AND 9 TO DEFENDANT'S MOTION
     FOR SUMMARY JUDGMENT on the parties in this action by placing a true copy thereof in
7    a sealed envelope, each envelope addressed as follows:

8
     Kevin T. Snider, Esq.                        Attorneys for Plaintiff and Real Party in
9    Mathew B. McReynolds, Esq.                   Interest
10   Pacific Justice Institute
     P.O. Box 276600
11   Sacramento, CA 95827                         Fax:   (916) 857-6902
                                                  Email: kevinsnider@pacificjustice.org
12                                                       mattmcreynolds@pacificjustice.org

13   Peter MacDonald, Esq.                        Attorneys for Plaintiff and Real Party in
14   Law Office of Peter MacDonald               Interest
     400 Main Street
15   Suite 210                                    Fax:   (925) 462-0404
16   Pleasanton, California 94566-7371            Email: pmacdonald@macdonaldlaw.net

17   **(X)    (VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY)** I caused each envelope,
18   with delivery fees provided for, to be deposited in a box regularly maintained by Federal
     Express. I am readily familiar with my firm's practice for collection and processing of
19   correspondence for overnight delivery and know that in the ordinary course the document(s)
20   described above will be deposited in a box or other facility regularly maintained by Federal
     Express, or delivered to an authorized courier or driver authorized by Federal Express to
21   receive documents on the same date that it is placed at Meyers Nave Riback Silver & Wilson
22   for collection.

23   **(X)    (Federal)**    I declare that I am employed in the office of a member of the bar of this
24   Court at whose direction the service was made.

25   Executed on August 27, 2008, at Los Angeles, California.

26

27                                       Kathleen Rodell

28

                                        1
                              PROOF OF SERVICE                              C07-03605-PJH

**EXHIBIT 9**

1  Jayne W. Williams, Esq. (SBN: 63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California  94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO
9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  INTERNATIONAL CHURCH OF THE          Case No.  C07-03605-PJH
    FOURSQUARE GOSPEL,
14
                                         DEFENDANT'S NOTICE OF
15          Plaintiff,                    MANUAL FILING OF EXHIBITS 8
                                         AND 9 TO DEFENDANT'S MOTION
16  v.                                   FOR SUMMARY JUDGMENT

17
    CITY OF SAN LEANDRO, a municipal
18  corporation,
                                         Hearing:
19          Defendant.                    Date:       October 1, 2008
                                         Time:       9:00 a.m.
20                                       Courtroom:   3
21  FAITH FELLOWSHIP FOURSQUARE
    CHURCH,
22
23          Real Party in Interest.
24

25

26

27

28

---

DEF'S NOTICE OF MANUAL FILING OF EXHIBITS 8 AND 9 TO MSJ          C07-03605-PJH

EXHIBIT 9                                                       185

1    Exhibits 8 (Zoning Map) and Exhibit 9 (Assembly Use Criteria Study Map), which

2 are attachments to the City of San Leandro's Motion for Summary Judgment, are in paper

3 form only and are being maintained in the case file in the Clerk's office.

4    If you are a participant on this case, this filing will be served in hard-copy shortly.

5    For information on retrieving this filing directly from the court, please see the court's

6 main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7    The reason for manual filing is that both exhibits are oversized color maps.

8

9 Dated: August 27, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11

12                          By____/S/_____

13                              DEBORAH J. FOX
                               Attorneys for Defendant
14                              CITY OF SAN LEANDRO
   1140315.1

15 136.5016

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 333 South Grand Avenue, Suite 1670, Los Angeles, California 90071.

On August 27, 2008, I caused to be served the within document(s) DEFENDANT'S NOTICE OF MANUAL FILING OF EXHIBITS 8 AND 9 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT on the parties in this action by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

| | |
|---|---|
| Kevin T. Snider, Esq. | Attorneys for Plaintiff and Real Party in |
| Mathew B. McReynolds, Esq. | Interest |
| Pacific Justice Institute | |
| P.O. Box 276600 | Fax:   (916) 857-6902 |
| Sacramento, CA 95827 | Email: kevinsnider@pacificjustice.org |
| | mattmcreynolds@pacificjustice.org |

| | |
|---|---|
| Peter MacDonald, Esq. | Attorneys for Plaintiff and Real Party in |
| Law Office of Peter MacDonald | Interest |
| 400 Main Street | |
| Suite 210 | Fax:   (925) 462-0404 |
| Pleasanton, California 94566-7371 | Email: pmacdonald@macdonaldlaw.net |

**(X)    (VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with my firm's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Meyers Nave Riback Silver & Wilson for collection.

**(X)    (Federal)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2008, at Los Angeles, California.

Kathleen Rodell

---

1

**EXHIBIT 10**

| APNGIS | ADDRESS | ZONING | Area (sq ft) | Area (acres) |
|--------|---------|--------|--------------|--------------|
| 075  0045 002 00 | 795 Williams St | IL | 7809.99 | 0.18 |
| 075  0045 003 00 | 775 Williams St | IL | 6123.16 | 0.14 |
| 075  0045 004 00 | 753 Williams St | IL | 9759.47 | 0.22 |
| 075  0045 005 00 | 735 Williams St | IL | 7547.41 | 0.17 |
| 075  0045 006 00 | 719 Williams St | IL | 6868.42 | 0.16 |
| 075  0045 007 00 | 705 Williams St | IL | 7969.16 | 0.18 |
| 075  0045 009 01 | 712 Castro St | IL | 12873.52 | 0.30 |
| 075  0045 010 00 | 736 Castro St | IL | 6299.91 | 0.14 |
| 075  0045 011 00 | 748 Castro St | IL | 7141.25 | 0.16 |
| 075  0045 012 00 | 754 Castro St | IL | 4925.01 | 0.11 |
| 075  0045 013 00 | 766 Castro St | IL | 6250.04 | 0.14 |
| 075  0045 014 00 | 1860 Alvarado St | IL | 13876.66 | 0.32 |
| 075  0065 001 02 | 839 Thornton St | IP | 10673.66 | 0.25 |
| 075  0065 001 03 | 845 Thornton St | IP | 5227.07 | 0.12 |
| 075  0065 001 04 | 857 Thornton St | IP | 10168.29 | 0.23 |
| 075  0065 002 00 | 823 Thornton St | IP | 6405.27 | 0.15 |
| 075  0065 003 00 | 815 Thornton St | IP | 6406.43 | 0.15 |
| 075  0065 004 00 | 807 Thornton St | IP | 7226.90 | 0.17 |
| 075  0065 005 00 | 804 Williams St | IP | 6758.30 | 0.16 |
| 075  0065 006 00 | 824 Williams St | IP | 6297.23 | 0.14 |
| 075  0065 007 02 | 830 Williams St | IP | 5792.39 | 0.13 |
| 075  0065 008 00 | 840 Williams St | IP | 6297.08 | 0.14 |
| 075  0065 009 02 | 854 Williams St | IP | 6087.70 | 0.14 |
| 075  0065 010 00 | 886 Williams St | IP | 6298.75 | 0.14 |
| 075  0065 011 00 | 896 Williams St | IP | 7199.51 | 0.17 |
| 075  0066 003 00 | 869 Williams St | IL | 3500.18 | 0.08 |
| 075  0066 004 00 | 855 Williams St | IL | 4271.57 | 0.10 |
| 075  0066 005 00 | 1823 Alvarado St | IL | 7949.94 | 0.18 |
| 075  0066 006 00 | 1835 Alvarado St | IL | 7050.20 | 0.16 |
| 075  0066 007 05 | 1849 Alvarado St | IL | 12268.89 | 0.28 |
| 075  0066 007 07 | Castro St | IL | 7500.14 | 0.17 |
| 075  0066 007 08 | 810 Castro St | IL | 15835.71 | 0.36 |
| 075  0066 007 09 | 830 Castro St | IL | 24327.41 | 0.56 |
| 075  0066 019 01 | 903 Williams St | IL | 15188.71 | 0.35 |
| 075  0077 015 00 | 527 Harlan St | IL | 10551.78 | 0.24 |
| 075  0078 001 07 | Estabrook St | IL | 37951.52 | 0.87 |
| 075  0078 002 00 | 572 Estabrook St | IL | 6682.46 | 0.15 |
| 075  0078 003 02 | 596 Estabrook St | IL | 10241.31 | 0.24 |
| 075  0078 005 03 | 563 Harlan St | IL | 18343.13 | 0.42 |
| 075  0078 006 02 | 555 Harlan St | IL | 5000.14 | 0.11 |
| 075  0078 007 03 | 549 Harlan St | IL | 5766.25 | 0.13 |
| 075  0078 007 04 | 545 Harlan St | IL | 5756.08 | 0.13 |
| 075  0084 014 05 | 2481 San Leandro Blvd | IP | 59408.06 | 1.36 |
| 075  0084 015 02 | 2485 Washington Ave | IP | 80251.64 | 1.84 |
| 075  0087 001 02 | 400 Hudson Ln | IG | 53320.60 | 1.22 |
| 075  0087 008 00 | 400 Hudson Ln | IG | 600254.86 | 13.78 |
| 075  0103 004 03 | 2023 Alvarado St | IL | 14126.65 | 0.32 |
| 075  0103 005 00 | 2077 Alvarado St | IL | 5308.53 | 0.12 |

EXHIBIT 10

| | | | | |
|---|---|---|---|---|
| 075 0103 006 00 | 2091 Alvarado St | IL | 5303.63 | 0.12 |
| 075 0103 007 00 | 864 Estabrook St | IL | 22062.21 | 0.51 |
| 075 0103 008 00 | 870 Estabrook St | IL | 14648.26 | 0.34 |
| 075 0103 009 00 | 940 Estabrook St | IL | 25623.71 | 0.59 |
| 075 0103 010 00 | 2090 Orchard Ave | IL | 10917.37 | 0.25 |
| 075 0103 011 00 | 2050 Orchard Ave | IL | 8226.44 | 0.19 |
| 075 0105 001 00 | 795 Castro St | IL | 6083.56 | 0.14 |
| 075 0105 002 00 | 783 Castro St | IL | 6085.15 | 0.14 |
| 075 0105 003 00 | 771 Castro St | IL | 6085.15 | 0.14 |
| 075 0105 004 00 | 763 Castro St | IL | 6085.13 | 0.14 |
| 075 0105 005 00 | 755 Castro St | IL | 6051.40 | 0.14 |
| 075 0105 006 00 | 743 Castro St | IL | 4451.37 | 0.10 |
| 075 0105 007 00 | 727 Castro St | IL | 5524.67 | 0.13 |
| 075 0105 008 00 | 703 Castro St | IL | 33937.52 | 0.78 |
| 075 0105 009 00 | 2009 Martinez St | IL | 22719.93 | 0.52 |
| 075 0105 010 01 | 2035 Martinez St | IL | 107999.17 | 2.48 |
| 075 0105 022 02 | 2102 Alvarado St | IL | 9088.05 | 0.21 |
| 075 0105 023 00 | 2098 Alvarado St | IL | 8875.77 | 0.20 |
| 075 0105 025 01 | 2070 Alvarado St | IL | 18176.33 | 0.42 |
| 075 0105 026 00 | 2056 Alvarado St | IL | 9088.28 | 0.21 |
| 075 0105 027 00 | 2042 Alvarado St | IL | 9088.14 | 0.21 |
| 075 0105 028 00 | 2028 Alvarado St | IL | 9088.02 | 0.21 |
| 075 0105 029 00 | 2014 Alvarado St | IL | 8875.96 | 0.20 |
| 075 0105 030 02 | 2000 Alvarado St | IL | 8875.39 | 0.20 |
| 075 0105 031 02 | 1996 Alvarado St | IL | 9047.36 | 0.21 |
| 075 0105 032 00 | 1982 Alvarado St | IL | 9053.11 | 0.21 |
| 075 0105 033 00 | 1968 Alvarado St | IL | 9059.14 | 0.21 |
| 075 0105 034 00 | 1954 Alvarado St | IL | 9065.25 | 0.21 |
| 075 0224 001 00 | 250 San Leandro Blvd | IL | 21229.80 | 0.49 |
| 075 0224 002 03 | 300 San Leandro Blvd | IL | 28245.54 | 0.65 |
| 075 0224 004 02 | 420 San Leandro Blvd | IL | 2027.84 | 0.05 |
| 075 0224 004 06 | 350 San Leandro Blvd | IL | 79492.33 | 1.82 |
| 075 0224 004 08 | 299 Park St | IL | 44319.60 | 1.02 |
| 075 0224 006 00 | 415 Park St | IL | 62356.57 | 1.43 |
| 075 0224 007 00 | 435 San Leandro Blvd | IL | 22540.51 | 0.52 |
| 075 0224 010 00 | 265 Park St | IL | 8322.28 | 0.19 |
| 075 0224 011 00 | 289 Park St | IL | 8156.31 | 0.19 |
| 075 0224 012 00 | 295 Park St | IL | 6658.07 | 0.15 |
| 076 0350 003 00 | Macarthur Blvd | CC | 3949.68 | 0.09 |
| 076 0350 004 01 | 1029 Macarthur Blvd | CC | 12073.12 | 0.28 |
| 076 0350 005 01 | 1037 Macarthur Blvd | CC | 3809.35 | 0.09 |
| 076 0350 007 01 | 1041 Macarthur Blvd | CC | 8594.71 | 0.20 |
| 076 0350 008 00 | 1051 Macarthur Blvd | CC | 11090.47 | 0.25 |
| 076 0350 010 00 | 1079 Macarthur Blvd | CC | 46984.52 | 1.08 |
| 076 0446 012 00 | 1057 Macarthur Blvd | CC | 11182.75 | 0.26 |
| 077 0556 001 00 | 193 Estabrook St | CC | 4591.52 | 0.11 |
| 077 0556 062 00 | 2274 Washington Ave | CC | 18508.52 | 0.42 |
| 077 0556 063 00 | 2260 Washington Ave | CC | 9741.74 | 0.22 |
| 077 0556 064 02 | 2242 Washington Ave | CC | 13153.22 | 0.30 |

189

| | | | | |
|---|---|---|---|---|
| 077  0556 065 01 | 2240 Washington Ave | CC | 9665.07 | 0.22 |
| 077  0556 067 00 | 2166 Washington Ave | CC | 16327.10 | 0.37 |
| 077  0556 068 01 | Washington Ave | CC | 6372.76 | 0.15 |
| 077  0556 069 03 | 2150 Washington Ave | CC | 15832.61 | 0.36 |
| 077A 0639 002 00 | 904 Williams St | IP | 8134.59 | 0.19 |
| 077A 0639 003 00 | 912 Williams St | IP | 4336.56 | 0.10 |
| 077A 0639 004 00 | 916 Williams St | IP | 4200.05 | 0.10 |
| 077A 0639 005 00 | 932 Williams St | IP | 4269.01 | 0.10 |
| 077A 0639 006 00 | 940 Williams St | IP | 8536.70 | 0.20 |
| 077A 0639 007 00 | 964 Williams St | IP | 4267.42 | 0.10 |
| 077A 0639 008 00 | 972 Williams St | CN | 5611.46 | 0.13 |
| 077A 0639 009 00 | 1776 Orchard Ave | CN | 5612.08 | 0.13 |
| 077B 1125 004 04 | 14805 Washington Ave | CC | 92729.43 | 2.13 |
| 077B 1139 002 04 | 14595 Washington Ave | CC | 8156.78 | 0.19 |
| 077B 1139 002 06 | 14601 Washington Ave | CC | 9533.56 | 0.22 |
| 077B 1139 006 02 | 250 Floresta Blvd | CC | 359188.84 | 8.25 |
| 077B 1139 007 00 | 300 Floresta Blvd | CC | 138597.50 | 3.18 |
| 077B 1139 008 00 | 256 Floresta Blvd | CC | 24652.10 | 0.57 |
| 077B 1163 008 10 | 555 Floresta Blvd | CC | 386535.55 | 8.87 |
| 077B 1163 011 02 | 555 Floresta Blvd | CC | 114986.76 | 2.64 |
| 077B 1163 016 03 | 14391 Washington Ave | CC | 6513.13 | 0.15 |
| 077B 1222 001 05 | 344 139th Ave | CC | 33316.23 | 0.76 |
| 077B 1222 002 02 | 14111 Washington Ave | CC | 16936.45 | 0.39 |
| 077B 1222 003 03 | 14143 Washington Ave | CC | 22647.21 | 0.52 |
| 077B 1222 003 04 | 14127 Washington Ave | CC | 50292.37 | 1.15 |
| 077B 1222 004 03 | 14173 Washington Ave | CC | 10054.38 | 0.23 |
| 077B 1222 005 03 | 14193 Washington Ave | CC | 15253.81 | 0.35 |
| 077B 1222 006 15 | 14251 Washington Ave | CC | 9511.77 | 0.22 |
| 077B 1222 006 17 | Washington Ave | CC | 607.48 | 0.01 |
| 077B 1222 006 18 | 14231 Washington Ave | CC | 58184.23 | 1.34 |
| 077B 1222 006 19 | 14205 Washington Ave | CC | 35192.44 | 0.81 |
| 077B 1222 007 10 | 14349 Washington Ave | CC | 7133.96 | 0.16 |
| 077B 1222 007 14 | 14315 Washington Ave | CC | 24156.28 | 0.55 |
| 077B 1222 007 17 | 14305 Washington Ave | CC | 36103.49 | 0.83 |
| 077B 1222 007 18 | 14281 Washington Ave | CC | 33130.15 | 0.76 |
| 077B 1222 007 19 | 14327 Washington Ave | CC | 20047.66 | 0.46 |
| 077B 1222 007 20 | 14335 Washington Ave | CC | 15361.39 | 0.35 |
| 077B 1225 002 04 | 13951 Washington Ave | IP | 369761.82 | 8.49 |
| 077B 1225 003 04 | 295 139th Ave | IP | 22229.47 | 0.51 |
| 077B 1225 005 05 | 295 139th Ave | CC | 32900.56 | 0.76 |
| 077C 1228 001 02 | 13940 Washington Ave | CC | 15651.30 | 0.36 |
| 077C 1228 002 02 | 14000 Washington Ave | CC | 42634.03 | 0.98 |
| 077C 1230 001 03 | 14074 Washington Ave | CC | 42540.56 | 0.98 |
| 077C 1230 004 04 | 14160 Washington Ave | CC | 62803.59 | 1.44 |
| 077C 1230 004 06 | 14110 Washington Ave | CC | 53893.54 | 1.24 |
| 077C 1230 005 02 | 14200 Washington Ave | CC | 109146.12 | 2.51 |
| 077C 1232 001 04 | 635 143rd Ave | IG | 35535.10 | 0.82 |
| 077C 1232 005 02 | 601 143rd Ave | IG | 19651.78 | 0.45 |
| 077C 1232 006 07 | 501 143rd Ave | CC | 70321.15 | 1.61 |

| | | | | |
|---|---|---|---|---|
| 077C 1235 001 02 | 640 143rd Ave | IP | 115727.50 | 2.66 |
| 077C 1235 002 14 | 14320 Washington Ave | CC | 17195.87 | 0.39 |
| 077C 1235 002 16 | 14336 Washington Ave | CC | 10228.21 | 0.23 |
| 077C 1235 002 18 | 14330 Washington Ave | CC | 9538.57 | 0.22 |
| 077C 1235 002 20 | 14332 Washington Ave | CC | 9380.25 | 0.22 |
| 077C 1235 002 22 | 14340 Washington Ave | CC | 141594.57 | 3.25 |
| 077C 1235 002 24 | 534 143rd Ave | IP | 33750.62 | 0.77 |
| 077C 1235 002 28 | 143rd Ave | IP | 3861.30 | 0.09 |
| 077C 1235 003 03 | 14388 Washington Ave | IG | 272808.48 | 6.26 |
| 077C 1240 001 06 | 100 Halcyon Dr | IG | 1182495.85 | 27.15 |
| 077C 1240 002 00 | 2780 Halcyon Dr | IP | 43363.32 | 1.00 |
| 077C 1280 004 00 | 15285 Hesperian Blvd | CS | 73708.87 | 1.69 |
| 077C 1280 005 01 | 15299 Hesperian Blvd | CN | 18113.33 | 0.42 |
| 077C 1280 006 03 | 15311 Hesperian Blvd | CS | 110112.76 | 2.53 |
| 077C 1280 007 00 | Hesperian Blvd | CS | 182813.13 | 4.20 |
| 077C 1310 001 16 | Washington Ave | CC | 5418.66 | 0.12 |
| 077C 1310 001 17 | Washington Ave | CC | 25829.76 | 0.59 |
| 077C 1310 002 06 | 14610 Washington Ave | CC | 19492.33 | 0.45 |
| 077C 1310 003 01 | 14664 Washington Ave | CC | 33931.00 | 0.78 |
| 077C 1310 003 04 | 14662 Washington Ave | CC | 23152.43 | 0.53 |
| 077C 1310 004 04 | 14680 Washington Ave | CC | 84571.01 | 1.94 |
| 077C 1310 008 04 | 14400 Washington Ave | CC | 44218.61 | 1.02 |
| 077C 1310 009 01 | 14602 Washington Ave | CC | 29817.01 | 0.68 |
| 077D 1410 025 00 | 2436 Washington Ave | P | 124168.61 | 2.85 |
| 077D 1424 005 08 | 777 139th Ave | IG | 58785.26 | 1.35 |
| 077D 1424 006 07 | 1111 139th Ave | IG | 518912.53 | 11.91 |
| 077D 1437 013 04 | 1090 139th Ave | IG | 9528.81 | 0.22 |
| 077D 1437 014 03 | 139th Ave | IG | 13225.08 | 0.30 |
| 077D 1437 015 01 | 1124 139th Ave | IG | 7237.34 | 0.17 |
| 077D 1440 001 18 | 760 139th Ave | IG | 32516.92 | 0.75 |
| 077D 1440 001 21 | 143rd Ave | IG | 9314.04 | 0.21 |
| 077D 1440 001 23 | 750 139th Ave | IG | 160729.41 | 3.69 |
| 077D 1440 002 00 | 790 139th Ave | IP | 72572.36 | 1.67 |
| 077D 1443 002 02 | 833 143rd Ave | IL | 19336.00 | 0.44 |
| 080D 0559 003 04 | 15420 Hesperian Blvd | CC | 13877.14 | 0.32 |
| 080D 0559 005 03 | 15444 Hesperian Blvd | CC | 75702.43 | 1.74 |
| 080G 0910 016 00 | 2561 Grant Ave | IG | 183500.60 | 4.21 |
| 080G 0910 017 00 | 2505 Grant Ave | IG | 17536.42 | 0.40 |
| 080G 1099 001 00 | 1960 Lewelling Blvd | CN | 133197.93 | 3.06 |
| 080G 1178 007 02 | 2505 Grant Ave | IG | 497086.94 | 11.41 |
| 412 0006 003 00 | 698 Lewelling Blvd | CC | 14057.64 | 0.32 |
| 412 0006 010 00 | 674 Lewelling Blvd | CC | 111433.33 | 2.56 |
| 412 0006 011 00 | Washington Ave | CC | 25391.30 | 0.58 |
| 412 0009 005 04 | 552 Lewelling Blvd | CC | 563.96 | 0.01 |
| 412 0009 005 07 | Lewelling Blvd | CC | 164906.86 | 3.79 |
| 412 0009 006 02 | 534 Lewelling Blvd | CC | 14345.74 | 0.33 |
| 412 0009 006 03 | 534 Lewelling Blvd | CC | 25398.69 | 0.58 |
| 412 0009 006 05 | 534 Lewelling Blvd | CC | 27133.30 | 0.62 |
| 412 0011 004 00 | Lewelling Blvd | CC | 181902.96 | 4.18 |

| 412 0011 005 00 | Lewelling Blvd | CC | 92989.49 | 2.13 |
|---|---|---|---|---|
| | | | | |

# EXHIBIT 11

# MEMORANDUM

**TO:**      Business Development Sub-Committee

**FROM:**    Hanson Hom, Community Development Director

**BY:**      Debbie Pollart, Planning Manager

**DATE:**    October 12, 2006

**RE:**      Agenda Item Discussion of Assembly Uses in the Industrial Limited (IL) Zoning District

---

On May 18, 2006, staff received an application from Faith Fellowship Church (FFC) requesting a Zoning Code amendment to conditionally permit Assembly uses in Industrial Limited (IL) zones. FFC is interested in purchasing the property at 14600 Catalina (formerly occupied by MDL). This property is zoned Industrial Professional (IP). Although not currently codified in Article 3 – Definitions of the Zoning Code, assembly uses include the following two uses that are defined: Clubs and Lodges; Religious Assembly.

Currently, the Zoning Code conditionally permits Religious Assembly uses in R districts, and Faith Fellowship's current location at 577 Manor is zoned RS (PD), Residential Single Family, Planned Development Overlay District.

In light of the application by FFC to locate in a non-residential district, staff analyzed the possibility of allowing assembly uses on appropriate non-residential sites, and expanding the land use options for such uses.

Staff notes that analyzing this matter raises larger General Plan policy issues. Staff looked at the following overriding General Plan Policies for guidance:

▸  "The areas most suitable for conversion to non-industrial uses are those located adjacent to existing housing, or in areas which lack the amenities to meet the needs of modern industry. Such areas exist along San Leandro Boulevard, Alvarado Street, and Marina Boulevard" (Page 3-52 of the General Plan).

▸  General Plan Policy 7.06 *Adaptive Reuse*; Policy 7.07 *Tax Base Enhancement*; Policy 10.04 *Industrial Sanctuary*; and Policy 33.04 *Separation from Sensitive Uses*;

Based on the above policies, the following criteria are suggested for evaluating appropriate locations for large assembly uses:

▸  Properties not located along major commercial corridors (E. 14th Street and Auto Mall area of Marina Boulevard) – *to preserve the commercial character of these corridors*;

▸  Properties not designated IG or IP – *to comply with General Policies*;

EXHIBIT 11                                      193

▶ However, if property is in an Industrial District, it be located near the periphery – *to comply with General Plan policies for preservation and enhancement of the City's industrial base*;

▶ Minimum 2-acre area – *to accommodate large assembly uses*;

▶ Abuts or is within ¼ mile of an arterial street – *to ensure adequacy of the street system to accommodate the traffic from such uses*;

▶ Vacant/underutilized property – *that may be available in the future for assembly uses.*

After inputting these criteria, 13 potential areas were derived, with the applicable assumptions indicated for each of the areas.

Based upon the analysis performed, staff is recommending two options for consideration by the Business Development Sub-Committee. This matter will also be discussed next week at a Joint Board of Zoning Adjustments/Planning Commission work session.

*Option 1 – Amend Zoning Code to allow Assembly uses in IL Zoning District.* Under Option 1, Assembly uses could be added as a 'conditionally permitted' use in all IL zones, with use permit review and approval under the Board of Zoning Adjustments. Alternatively, base development standards (such as have been developed for residential uses) could be developed for Assembly uses, such that applications meeting such standards could be reviewed and approved administratively by the Zoning Enforcement Official (ZEO) through a Site Plan Review application. For applications that don't meet the standards, these could be reviewed by the ZEO at a public hearing, or be referred to the Board of Zoning Adjustments. With this option, a total of approximately 94 acres currently zoned IL would be affected (this includes some areas of railroad right-of-way).

*Option 2 – Apply 'Assembly' Overlay District to Identified Areas.* Under Option 2, the green areas identified on the draft map would have an Assembly Overlay District applied to them. This would be accomplished via a Zoning Code amendment to define the Assembly Overlay District (new Article), and then rezoning all of the designated areas with the new Assembly Overlay District. Under this option, the underlying zoning designations for each of the individual properties would not change, similar to how the S and PD Overlay Districts are utilized. With this option, a total of approximately 218 acres would be affected (this includes some areas of railroad right-of-way).

Staff notes that under either option, Religious Assembly uses would continue to remain conditionally permitted in R Districts.

Finally, when staff brings the matter back through the public hearing process, a definition for Assembly uses will be recommended as part of the proposed Zoning Code amendments. A codified definition would preclude future confusion that may occur for assessing Clubs and Lodges and Religious Assembly uses.

Attachment #3B



CITY OF SAN LEANDRO
**Potential Assembly Use Areas**

Attachment #4

MAIN LEVEL



AERIAL VIEW    TOWNHOUSE DEVELOPMENT
15101 Washington Avenue
San Leandro, CA

**EXHIBIT 12**

CITY OF SAN LEANDRO

CITY COUNCIL BUSINESS DEVELOPMENT COMMITTEE

October 12, 2006
4:00 p.m. – 5:30 p.m.

San Leandro City Hall
835 East 14th Street
San Leandro, California
Sister Cities Gallery Room

HIGHLIGHTS

Committee Members: Mayor Young, Councilmember Badger, Councilmember Stephens (Chair)

City staff present: John Jermanis, Steve Hollister, Hanson Hom, Tom Liao, Debbie Pollart, Luke Sims, Stephanie Stuart, Sally Barros, Ryan Evans and Tim Ricard

Public present: Gary Mortara, Jim Lee, Joel Ware and Dan Gregg

The meeting was called to order at 4:05 p.m.

1. **Amendment to OPA with Amin Concord LLC for the Hilton Garden Inn at 524 Lewelling Blvd.**

   Business Development Manager Luke Sims gave an overview of the proposed amendment to the Owner Participation Agreement between the Redevelopment Agency and Amin Concord, LLC, the developer of the Hilton Garden Inn, highlighting the business terms. The amendment has been under discussion over the past year to allow more flexibility in the OPA so that the developer can better compete for long-term contracts with airlines to accommodate flight crews operating out of Oakland International Airport.

   In an effort to maintain the quality of the hotel, two key requirements were placed on the developer in the original agreement: (1) that the property maintain an Auto Club three diamond rating; and (2) that the operator of the hotel be prohibited from offering long-term contract accommodations. This was in response to the situation at The Islander Motel where a portion of the motel converted into what was essentially an apartment building. Sims explained that the experience with the Hilton Garden Inn is not comparable and the because of the restrictions on long-term contracts the hotel was unable to compete with the other hotels in the airport market for airline contracts. The proposed amendment will allow long-term contracts as long as the property maintains the three-diamond rating. A summary of the background and proposed amendment is attached, (Attachment No. 1).

   Mayor Young asked whether there is a downside to the amendment. Sims replied that the airline contracts actually require services beyond the standards of the Automobile Club, such as having three hot meals per day and the result during a recent pilot period had been very successful. In response to a question from Councilmember Stephens, he noted that the long-term contracts are exempt from paying the transient occupancy tax but that arguably the

EXHIBIT 12

198

revenue would not be forthcoming anyway as the airline business would be shifted to one of the other area hotels such as the Marina Inn or an Oakland hotel that did not have the prohibition on long-term contracts. He noted it was a matter of fairness and maintaining a level playing field for all area hotels.

The City Manager stated that the amendment would be finalized and signed by the developer prior to it being brought forward for Agency action in late November.

2.  **Update on Proposed Large Homes Zoning Code Amendment**

Planning Manager Debbie Pollart introduced the item and gave an outline of how other jurisdictions are dealing with the issue. She noted that communities with successful large home ordinances emphasize three key areas: limiting the maximum Floor Area Ratio ("FAR"), including a scaling of FAR for the size of the lot; requiring step-backs for second floors; and increasing the parking requirements for large homes. A staff memorandum and a summary of the findings are attached, (Attachment Nos. 2A and 2B)

Mayor Young initiated a discussion regarding the size of other homes in San Leandro and nearby unincorporated County areas. Councilmember Stephens inquired why the City was concerned about large homes and what staff would like from the Committee. Pollart answered that staff would like direction on the review process for large homes.

The Committee expressed interest in the outcome of the joint Planning Commission and Board of Zoning Adjustments work session on October 19, 2006.

3.  **Zoning Code Amendment Relating to Assembly Uses in Industrial Limited (IL) District**

Planning Manager Debbie Pollart explained that staff had received an application from Faith Fellowship Church requesting a Zoning Code amendment to conditionally allow assembly uses in IL districts. Pollart then outlined the staff analysis of General Plan policies regarding the application and provided the Committee with two options for consideration by the Committee: (1) amending the Zoning Code to allow assembly uses in the IL District through a Conditional Use Permit process; and (2) create an "Assembly" Overlay District in areas which meet certain criteria involving the preservation of commercial corridors, protecting industrial parks and avoiding land use conflicts with heavy industry, parcel size and being is close proximity to major arterials. A summary of the issues and some of the options is included in the attached summary (Attachment Nos. 3A and 3B)

The Committee discussed at length the importance of industrial land to the viability of the City and how industry creates substantial tax revenue for San Leandro. Mayor Young and Councilmember Badger expressed concerns over losing industrial land and how it may affect the future revenues for the City. Mayor Young stated she looked forward to hearing what the Board of Zoning Adjustments and Planning Commission recommend.

Mayor Young asked that staff prepare a map showing the areas within San Leandro where religious assembly and adult entertainment are allowed, in order to better understand how these areas relate to one another. She noted her concern that these uses not be in close proximity to each other. Staff agreed to prepare a map and return to the Committee with the information.

2

**EXHIBIT 13**

**City of San Leandro**
**Community Development Department**
**Planning Services Division**
**Staff Report**

**DATE:**        October 19, 2006

**TO:**          Board of Zoning Adjustments and Planning Commission

**FROM:**        Debbie Pollart, Planning Manager

**SUBJECT:**     Work session to discuss potential Zoning Code amendments related to: standards
                 for development of large homes (including parking standards); the residential
                 condominium conversion process; and the potential for assembly uses to occur in
                 the Industrial Limited (IL) Zoning District.

---

SUMMARY AND RECOMMENDATION

Over the course of the past few months, staff has received direction from the City Council to
analyze potential Zoning Code amendments related to development standards for large homes,
the residential condominium conversion process, and the potential for assembly uses to occur in
certain industrial areas. Each of these topics is discussed separately in this report and should not
necessarily be treated as being inter-related. As a way to facilitate discussion and direction from
the Board of Zoning Adjustments and the Planning Commission in a common setting, all three
topics were chosen to be brought forward at this joint work session. If direction is given to bring
forward potential Zoning Code amendments on any of these topics, staff will prepare additional
analysis and environmental review before bringing the matter back to the Board of Zoning
Adjustments and Planning Commission for recommendation, with final review and action by the
City Council.

DESCRIPTION AND STAFF ANALYSIS

Standards for Development of Large Homes

The current application for a large home on Darius Court and other recent applications has raised
concerns by the public over the standards and review process for large homes and additions.
There is no specific definition in Article 3 of the Zoning Code for 'large' homes; however,
Section 2-584 includes regulations for "new homes or additions to existing homes that would
result in a residence of 4,000 square feet or larger."

At the direction of City Council, in 2001 staff presented Zoning Code amendments that
established a Site Plan Review process for residential and non-residential development. The 2001
amendments defined regulations for Minor and Major Site Plan Review, which are used to
review new single-family homes and additions to existing homes. The table included in Section

EXHIBIT 13

*JJ-1*

2-584 (attached) indicates the review process and decision-making body for each type of single-family construction, which ranges from administrative planning review to a public hearing before the Board of Zoning Adjustments.

Staff performed an informal review (via review of online Municipal Codes) of various jurisdictions, including some that more commonly regulate large homes and/or hillside development. The guideline for comparison was for zoning standards similar to the City's RS Residential Single Family District. Staff notes that this is not an exact 'apple-to-apple' comparison because, for example, some jurisdictions had a different minimum lot size for single-family residential uses.

Applicable General Plan policies related to residential development include the following:

> *Policy 2.05 – Alternations, Additions, and Infill;*
> *Policy 2.08 – Privacy and Views;*
> *Policy 2.09 – Off-Street Parking;*
> *Policy 2.14 – Constrained Sites;*
> *Policy 3.01 – Mix of Unit Types;*
> *Policy 3.02 – Mix of Price Ranges;*
> *Policy 3.04 – Promotion of Infill;*
> *Policy 3.09 – Executive Housing*

In drawing some conclusions from the comparison of data, staff has identified the following issues and recommendations for consideration by the Board of Zoning Adjustments and Planning Commission.

### Issue: Compatibility with the Neighborhood

▶ *Establish a maximum Floor Area Ratio (FAR) to limit size and scale of homes* – This can either be done for the site as a whole, or separately for each story of construction (e.g. as Santa Monica does). In the Solano Beach data, FAR is scaled in relation to the size of the lot, with the allowed FAR decreasing as the size of the lot increases. Slope can also be taken into account to further limit total square footage on hillside lots (e.g. Solano Beach, Los Altos Hills and Pasadena).

Examples of data from recent San Leandro projects will be presented at the work session.

### Issue: Potential Privacy/Shade Impacts on Adjacent Structures

▶ *Codify step-back requirements for second story construction* – Currently setbacks are analyzed with guidelines established by the Zoning Enforcement Official (ZEO). The guidelines are not codified as required standards, but are assessed by the ZEO on a case-by-case basis. Standards could be established, with the caveat that applications not meeting the standards would require a higher level of review. If FAR standards are established for the

second story of construction, then codification of the guidelines may not be necessary, as the second floor FAR standard would serve the same purpose.

## Issue: Parking

▸ *Consider increasing parking standards to alleviate on-street parking impacts* – Although the City's standard of two (2) covered off-street parking spaces/single-family home is in keeping with many of the cities analyzed; one option could include the provision of additional required parking for homes with 5+ bedrooms. This additional parking need not be covered and could include tandem parking.

Residential Condominium Conversion Process

This matter is predicated in part by the increase in the number of condominium applications, mostly in the Residential Outer (RO) District, that the City has received (some conversion applications have also been processed in the Residential Duplex (RD) District). Zoning Code Section 5-2424 stipulates that conversions involving four residential units or less are subject to a use permit, with the Board of Zoning Adjustments as the decision-making body.

Under current zoning regulations, properties in the RO and RD districts may build additional units on a single parcel if minimum standards regarding lot size, lot coverage, parking, and building setbacks can be met. New units require Site Plan Review approval (under Article 25 of the Zoning Code), which involves immediate neighbor notification and administrative action by the Zoning Enforcement Official (ZEO) after a minimum 10-day written notification period. However, Article 25 (Section 5-2506) stipulates that for projects requiring both Site Plan Review and a use permit, the Board of Zoning Adjustments shall be the decision-making body.

Under the regulations of the Subdivision Map Act, residential condominium conversions require processing of a Parcel Map, with the City Council as the only reviewing and decision-making body (e.g., Parcel Maps do not require review or recommendation by either the Board of Zoning Adjustments nor the Planning Commission prior to going to the City Council). For applicants in the RO or RD that wish to do a condominium conversion of their property (whether in combination with Site Plan Review or without, if the units have already been built), they must go to the Board of Zoning Adjustments for use permit approval, then to the City Council for approval of the Parcel Map. Staff believes this creates an onerous process that does not add to the ability for the City to review and apply residential development standards, as the Parcel Map is simply a vehicle for subdivision of property and has no design review function.

The Parcel Map process involves submittal of an application with the Engineering and Transportation Department, with review by various City departments, including the Community Development Department, which once satisfied with the application, prepares a Planners Report that accompanies the application to the City Council. The purpose of the Planners Report is to verify that the proposal is in conformance with: the use permit (and any accompanying conditions of approval); the City's Subdivision Ordinance; the Subdivision Map Act; and policies of the General Plan. If approved by the City Council, the single-lot subdivision allows

the sale of the properties individually, with future maintenance of all properties governed by Covenants, Conditions and Restrictions (CC&Rs) placed on the property.

Associated with the increase in development applications in the RO District has been the concern over off-street parking associated with the proposed additional units. Article 17 of the Zoning Code has more relaxed parking standards for the RO District than for other residential districts. Staff believes that the off-street parking concerns would be adequately addressed if RO standards were the same as for other residential districts.

Staff is recommending the following options for consideration by the Board of Zoning Adjustments and Planning Commission:

▸   Delete Section 5-2514 of the Zoning Code, which currently requires use permit approval for conversions of four lots or less. The application process for the Parcel Map itself would remain unchanged, with internal staff review under the regulations of the Subdivision Map Act and the City's Subdivision Ordinance, with approval by the City Council. The process for Site Plan Review would remain unchanged.

▸   Modify Section 4-1704 (table) as follows (deletions shown in ~~strikeout~~ and additions in *italics*).

| | |
|---|---|
| Residential Single-Family (RS, RD, *RO*, and RM) | 2, non-tandem covered, per unit |
| ~~Single-Family Residential (RO)~~ | ~~2, may be uncovered and in tandem~~ |
| Residential Two-Family (RD, *RO*, and RM) | 2, including 1 covered, per unit |
| ~~Two-Family Dwelling (RO)~~ | ~~3 for each two-family dwelling (two may be tandem and all may be uncovered)~~ |

## Assembly Uses in Industrial Limited (IL) Zoning District

On May 18, 2006, staff received an application from Faith Fellowship Church (FFC) requesting a Zoning Code amendment to conditionally permit Assembly uses in Industrial Limited (IL) zones. FFC is interested in purchasing the property at 14600 Catalina (formerly occupied by MDL). This property is zoned Industrial Professional (IP). Although not currently codified in Article 3 – Definitions of the Zoning Code, assembly uses include the following two uses that are defined: Clubs and Lodges; Religious Assembly.

Currently, the Zoning Code conditionally permits Religious Assembly uses in R districts, and Faith Fellowship's current location at 577 Manor is zoned RS (PD), Residential Single Family, Planned Development Overlay District.

In light of the application by FFC to locate in a non-residential district, staff analyzed the possibility of allowing assembly uses on appropriate non-residential sites, and expanding the land use options for such uses.

Staff notes that analyzing this matter raises larger General Plan policy issues. Staff looked at the following overriding General Plan Policies for guidance:

▶ "The areas most suitable for conversion to non-industrial uses are those located adjacent to existing housing, or in areas which lack the amenities to meet the needs of modern industry. Such areas exist along San Leandro Boulevard, Alvarado Street, and Marina Boulevard" (Page 3-52 of the General Plan).

▶ General Plan Policy 7.06 *Adaptive Reuse*; Policy 7.07 *Tax Base Enhancement*; Policy 10.04 *Industrial Sanctuary*; and Policy 33.04 *Separation from Sensitive Uses*;

Based on the above policies, the following criteria are suggested for evaluating appropriate locations for large assembly uses:

▶ Properties not located along major commercial corridors (E. 14th Street and Auto Mall area of Marina Boulevard) – *to preserve the commercial character of these corridors*;

▶ Properties not designated IG or IP – *to comply with General Policies;*

▶ However, if property is in an Industrial District, it be located near the periphery – *to comply with General Plan policies for preservation and enhancement of the City's industrial base*;

▶ Minimum 2-acre area – *to accommodate large assembly uses*;

▶ Abuts or is within ¼ mile of an arterial street – *to ensure adequacy of the street system to accommodate the traffic from such uses*;

▶ Vacant/underutilized property – *that may be available in the future for assembly uses.*

After inputting these criteria, 13 potential areas were derived, with the applicable assumptions indicated for each of the areas (attached map).

Based upon the analysis performed, staff is recommending two options for consideration by the Board of Zoning Adjustments and Planning Commission.

*Option 1 – Amend Zoning Code to allow Assembly uses in IL Zoning District.* Under Option 1, Assembly uses could be added as a 'conditionally permitted' use in all IL zones, with use permit review and approval under the Board of Zoning Adjustments. Alternatively, base development standards (such as have been developed for residential uses) could be developed for Assembly uses, such that applications meeting such standards could be reviewed and approved

administratively by the Zoning Enforcement Official (ZEO) through a Site Plan Review application. For applications that don't meet the standards, these could be reviewed by the ZEO at a public hearing, or be referred to the Board of Zoning Adjustments. With this option, a total of approximately 94 acres currently zoned IL would be affected (this includes some areas of railroad right-of-way).

*Option 2 – Apply 'Assembly' Overlay District to Identified Areas.* Under Option 2, the green areas identified on the draft map would have an Assembly Overlay District applied to them. This would be accomplished via a Zoning Code amendment to define the Assembly Overlay District (new Article), and then rezoning all of the designated areas with the new Assembly Overlay District. Under this option, the underlying zoning designations for each of the individual properties would not change, similar to how the S and PD Overlay Districts are utilized. With this option, a total of approximately 218 acres would be affected (this includes some areas of railroad right-of-way).

Staff notes that under either option, Religious Assembly uses would continue to remain conditionally permitted in R Districts.

Finally, when staff brings the matter back through the public hearing process, a definition for Assembly uses will be recommended as part of the proposed Zoning Code amendments. A codified definition would preclude future confusion that may occur for assessing Clubs and Lodges and Religious Assembly uses.

ENVIRONMENTAL REVIEW

Once specific Zoning Code amendments are proposed, staff will prepare the necessary environmental analysis prior to bringing the matters back for public hearings.

PUBLIC NOTIFICATION

Notification for this work session included a legal advertisement published in the Daily Review and a Courtesy Notice was sent to all of the neighborhood associations listed on the City's official association roster. At the time of writing this report, no comments had been received regarding these items.

RECOMMENDATION

As this is a work session item, no formal action is requested. Comments and direction made by the Board of Zoning Adjustments and Planning Commission will be utilized in formulating proposed changes. Any proposed changes to the Zoning Code will be brought to the Board of Zoning Adjustments and the Planning Commission for a recommendation, with final action taken by the City Council.

ATTACHMENTS

Exhibit A – Zoning Code Section 2-584 Table
Exhibit B - Development Standards Comparison for Single-Family Residential (Table)
Exhibit C – Draft Potential Assembly Use Areas (Large scale, color version will be available at the work session)

EXHIBIT A 

Adopted 7/16/2001 – Effective 8/15/2001
(with amendments as of January 2006)

City of San Leandro Zoning Code, Article 5

## 2-584  RO and RS Districts – Overview of Residential Site Plan Review Requirements

| TYPE OF SINGLE-FAMILY CONSTRUCTION | DISTRICT & TYPE OF REVIEW REQUIRED | |
|---|---|---|
| | **RO, RS, & RS-40**<br>[REFER TO SECTION 2-580] | **RS-VP**<br>[REFER TO SECTION 2-582] |
| **I.  SINGLE STORY CONSTRUCTION** | | |
| **"MINOR ADDITIONS"**<br><br>☐  Additions less than 250 square feet, including additions of accessory buildings or garages. | None required | **MINOR**<br>**View Preservation/ Site Plan Review**<br><br>■  notice to adjacent properties<br>■  no hearing required, action by ZEO |
| **"ADDITIONS and NEW HOMES"**<br>☐  Additions of 250 square feet or larger, and new homes, but not "major additions and new large homes" as outlined below. | None required | **MAJOR**<br>**View Preservation/ Site Plan Review**<br><br>■  notice to properties within 500' radius<br>■  action by ZEO or SDSC at public hearing |
| **"MAJOR ADDITIONS and NEW LARGE HOMES"**<br><br>☐  New homes or additions to existing homes that would result in a residence of 4,000 square feet, or larger; or,<br>☐  An addition that exceeds 100% of the existing residence's floor area | **MAJOR**<br>**Residential Site Plan Review**<br><br>■  notice to adjacent properties<br>■  action by ZEO or SDSC at public hearing | |
| **II.  TWO STORY CONSTRUCTION** | | |
| **"MINOR ADDITIONS," "ADDITIONS and NEW HOMES"**<br><br>☐  All additions and new homes, other than "major additions and new large homes" as outlined below. | **MINOR**<br>**Residential Site Plan Review**<br><br>■  notice to adjacent properties<br>■  no hearing required, action by ZEO | **MAJOR**<br>**View Preservation/ Site Plan Review**<br><br>**&**<br><br>**Exception**<br>**(TO EXCEED SINGLE STORY/ 18-FOOT HEIGHT LIMIT)**<br><br>■  notice to properties within 500' radius<br>■  action by BZA at public hearing |
| **"MAJOR ADDITIONS and NEW LARGE HOMES"**<br><br>☐  New homes or additions to existing homes that would result in a residence of 4,000 square feet, or larger; or,<br>☐  An addition that exceeds 100% of the existing residence's floor area | **MAJOR**<br>**Residential Site Plan Review**<br><br>■  notice to adjacent properties<br>■  action by ZEO or SDSC at public hearing | |
| **II.  THREE STORY CONSTRUCTION** | | |
| (ALL ADDITIONS and NEW HOMES) | **MAJOR**<br>**Residential Site Plan Review**<br><br>SAME AS ABOVE | **MAJOR**<br>**View Preservation/ Site Plan Review & Exception**<br><br>SAME AS ABOVE |

# Development Standards Comparison for Single-Family Residential

| City | Maximum Lot Coverage | Maximum Floor Area | Maximum Height or # Stories | Minimum Required Parking | Step-back Requirement[1] | Discretionary Review |
|---|---|---|---|---|---|---|
| San Leandro | 50%; 33.3% in RO | ND[2] | 30' RS; 18' RS-VP | 2 covered | Guidelines suggest 2nd floor cover 30-50%, but not > 75% of first floor (includes attached garage) | Minor SPR approved administratively by ZEO after neighbor notification; Major SPR approved by ZEO at public hearing; 2-story in RS-VP approved by BZA at public hearing |
| Albany | 50% | 55% | 28'; up to 35' at front setback w/45° daylight plane | 2; 2 add'l required for secondary unit (can be tandem) | ND | Approved by Community Development Director at a public hearing, or by the Planning and Zoning Commission at a public hearing |
| Oakland | 40% or 2,000 sf, whichever is greater | ND | 25-30' | 2 | ND | Approved administratively by City Planning Director; may be referred to Planning Commission |
| Hayward | 40% | ND | 30' | 2 | ND | Approved administratively by Planning Director; may be referred to Planning Commission |
| Los Altos Hills | See Note 3 | See Note 4 | 27-32' | 4 plus 1 add'l for secondary unit | ND | Approved administratively by Planning Director if <3,000 sf; Approved by Planning Director at public hearing if >3,000 sf; primary residence approved at public hearing by Planning Commission |
| Palo Alto | Maximum house size of 6,000 sf (includes attached garage and attached secondary units) | 45% for first 5,000 sf of lot size, then 30% for >5,000 sf of lot | 17' and one story for substandard lot size or < 50 wide; 30' for standard lot; 33' if > 12:12 pitch | 2 (1 covered); plus 2 add'l space for secondary unit | ND | Minor application approved administratively by Planning Director; Major application has recommendation of public hearing by Architectural Review Board, with final decision by Planning Director |
| Arcadia | 45% | 35% for 2-story homes | 25' for lots up to 71' wide; up to 35' for lots 100' or wider | 2 covered | ND | Approved administratively by Planning Director |
| Solana Beach | For slopes >20%, allowed density is ¼ | 50% for lots up to 6,000 sf; 17.5% for lots 6-15,000 sf; 10% for lots 15-20,000 sf; 5% for lots > 20,000 sf | 25'; daylight plane can allow up to 30' with Council approval | 2 | ND | Approved at public hearing by View Assessment Committee; may be referred to City Council |
| Beverly Hills | ND | 1,500 sf + 40% of lot | 28'; 32' if both side yards >10' | 2/4-bedroom; 3/5-bedroom; 4/6+ bedroom | ND | Permitted without design review if development standards are met |
| Pasadena | No limit if lot < 7,200 sf; 35% if > 7,200 sf | 35% of lot area + 500 sf; 25% for hillside lots | 23' at plate; 32' at ridge | 2 covered | ND | Approved administratively by Planning Director; may be referred to Design Commission |
| Santa Monica | 50%; 60% if lot <3,100 sf; 40% if > 5,000 sf | 35% lot coverage for 1st floor; 25% for 2nd floor | 28' | 2 in garage; tandem allowed for lots <30' wide | See Note 5 | Approved administratively by Zoning Administrator; may be referred to Planning Commission |
| Temple City | 50%, plus 20% of lot area required to be permeable | 35% plus 400 sf for 2-car attached; 600 sf for 3-car attached | 26'; max. of 1 story/20' for flag lot | 2; 3/4-bedroom (includes den/library); 2/guesthouse | 2nd floor shall not exceed 75% of total floor area of first floor. Including attached garage: At least 50% of 2nd floor front elevation setback no less than 10' from first story | Approved administratively by Planning Director |
| Sunnyvale | 45% | 45% or 4,050 sf, whichever is less | 2 stories; 30' | 2 covered; plus 2 in driveway | 2nd story shall be set back 25' | May be approved at administrative hearing by Hearing Officer; may be referred to Planning Commission |

Area 1:    Meets criteria A, D, E, F
Area 2:    Meets criteria A, B, C, D, F, F, G
Area 3:    Meets criteria A, B, C, D, E, F, G
Area 4:    Meets criteria A, B, C, D, E, F, G
Area 5:    Meets criteria A, B, C, D, E, F, G
Area 6:    Meets criteria A, B, C, D, E, F, G
Area 7:    Meets criteria A, D, E, F, G
Area 8:    Meets criteria C, D, E, F, G
Area 9:    Meets criteria A, C, D, E, F, G
Area 10:   Meets criteria A, B, C, D, K, F
Area 11:   Meets criteria A, C, D, E, F
Area 12:   Meets criteria A, C, D, E, F, G
Area 13:   Meets criteria A, B, C, F

Criteria Description:
A.  Site not located along a major commercial corridor.
B.  If in Industrial District, is near property.
C.  Minimum 2-acre area.
D.  Abuts or is within 1/4 mile of an arterial street.
E.  Not designated IG.
F.  Not designated IP.
G.  Vacant/underutilized property.

Legend

Church - Existing
IL Zone Parcels
Faith Fellowship Foursquare Church - Existing Location
Faith Fellowship Foursquare Church - Proposed Location
Potential Assembly Use Parcels
Arterial Street
Major Commercial Corridor

# CITY OF SAN LEANDRO
## Potential Assembly Use Areas

N

0.25    0.5        1 Miles

U-10

209