**EXHIBIT 17 – Part 3**

Case 3:07-cv-00605-PJH    Document 132-18    Filed 08/27/2008    Page 2 of 24

their subject property be included in the new Assembly Overlay District to conditionally permit Assembly uses.

**Commissioner Collier** suggested that Option 2 seems to be the most logical and most generous of the two, because large churches would have far less impact on commercial and industrial areas on Sundays than they currently do in residential areas.

**Planning Services Manager Pollart** then emphasized the importance of developing good definitions of Assembly use, because a club or a lodge may have a meeting once a month, whereas a large church may have activities going on every day.

**Commissioner Collier** agreed that churches often do have daily activities, but the need for ample parking on the weekends far exceeds weekday requirements, a condition that is more conducive to Assembly uses in industrial areas, where most of the businesses would be closed on weekends, at least on Sundays.

**Planning Services Manager Pollart** asked how the Commissioners would like the Planning Department to proceed. Mr. Hom asked if there were suggestions for areas to add or delete.

**Commissioner Dlugosh** wondered if the areas listed might be an acceptable starting point, but could be revised later, to which Ms. Pollart replied that the City can initiate a rezone process at any time.

**Chair Raposo** requested information regarding parking at a large church. Suppose, he said, the site has at least two acres. A small church would have plenty of room for parking; a large church might not. Mr. Hom clarified that the two acres is not intended as a minimum, but gave the staff a basis on which to start looking at potential areas. Ms. Pollart added that the current parking standard calls for one parking place for each 100 square feet of main seating area – the church's sanctuary area – and that square footage devoted to classrooms, day care and other such uses does not count in terms of required parking. In the context of other communities, San Leandro's requirement is on the low side, which is another issue that staff is looking at.

**Commissioner Dlugosh** said that he favors Option 2, because it provides a definitive area to start with.

**Commissioner Wohltmann** said that he favors pursuing both options simultaneously, or combining them, because including Option 1 adds more potential sites to the equation.

**Planning Services Manager Pollart** pointed out that the only overlap between Options 1 and 2 is in Areas 2 and 3, but that there is a stretch of IL Zone along Doolittle Drive south of Area 11 that would come in if the two options were combined.

**Community Development Director Hom** noted that the only conflict with combining the two options would be in the 'S' Overlay District along Marina Boulevard. Pollart pointed out that she believes only one overlay district can apply at a time, so Area 3 would exclude the 'S' Overlay District parcels on Marina Boulevard.

**Gary Mortara**, head pastor of Faith Fellowship, said that he has gone to all the surrounding businesses near the former MDL building to determine whether they had any issues with Faith Fellowship coming into the area. He reported having personally received "an agreed-upon thumbs up," and that one of the fire captains deems it a perfect place for a church because of the ample parking and the limited weekend traffic. The church uses its buildings on a large scale on Wednesday nights and Sunday mornings, with small groups (up to 50 people) on some other evenings. Noting that the property has been in escrow since February, with a $50,000 deposit

holding it until October 31, he urged the Boardmembers and Commissioners to help. Pastor Mortara also said the only reason that Faith Fellowship wants to move is because the congregation has outgrown its current site. Going from 65 to more than 1,500 people has created a parking and traffic nightmare. Faith Fellowship, he said, wants to sell its current church to a congregation that is one-ninth the size of theirs.

**Boardmember Chin** asked whether Option 1 might be pursued now, with Option 2 tabled for possible future adoption.

**Community Development Director Hom** indicated hearing three suggestions: Option 1; Option 2; and combined, to an extent, both Options 1 and 2.

**Commissioner Wohltmann** concurred with Boardmember Chin. His point, he reiterated, was to create as large a pool of potential sites as possible. Commissioner Wohltmann also asked how Option 1 helps Faith Fellowship, with its October 31 deadline.

**Planning Services Manager Pollart** replied that neither option is feasible within Faith Fellowship's deadline. Hom indicated that the MDL site does not meet the criteria that staff laid out; specifically, it is not on the edge, but rather entirely surrounded by industrial properties.

**Boardmember Marr** asked whether Faith Fellowship is coming before BZA or the Planning Commission for this. Pollart explained that the church requested modifying the Zoning Code text to conditionally permit assembly uses in the IL Zone, followed by a request for a re-zone from IP to IL. Either way, the City cannot act by the church's October 31 deadline.

**Commissioner Dlugosh** suggested a straw vote to give Staff some direction on the option or options to pursue.

**Chair Raposo** conducted a straw poll.

- Option 1 – 1 Aye
- Option 2 – 7 Ayes
- Combined Options 1 and 2 – 1 Aye

**Planning Services Manager Pollart** said that when the recommendation is formulated for the City Council's Business Development Sub-Committee, the group would be informed about Option 1 but also told that the straw vote favored Option 2.

## Pollart, Debbie

| | |
|---|---|
| **From:** | Diane Bagüés [dbagues@earthlink.net] |
| **Sent:** | Sunday, March 04, 2007 1:45 PM |
| **To:** | Pollart, Debbie |
| **Subject:** | Faith Fellowship Worship Center Rezoning Efforts |

I am writing to oppose the efforts of Faith Fellowship Worship Center to have the property they have purchased on Catalina Street rezoned from Industrial use to enable the church to establish itself at that location.

Zoning plans are the result of thoughtful efforts to make land available for all uses for the benefit of all. I presume the purpose of industrial zoning is to provide areas for such use outside of residential areas where noise and traffic might be issues. Such areas also provide opportunities for jobs and enhance the tax base.

The church should NOT have bought land not zoned for its purposes and then expect the city to change the zoning plan.

I am absolutely opposed to its efforts to have this land rezoned.

Diane Bagues
14965 Swenson St.
San Leandro, California 94579
510.351.8297
dbagues@earthlink.net




*cities in the 10 western states since 1975"*

**RON J. BOEHM**
**Owner**

Overnight Couriers Specializing in:
• Late Night Pickup
• Early Morning Delivery

**Ron J. Boehm**
CEO/Owner

*"The driving force in overnight delivery since 1975."*

March 2, 2007

Hanson Hom
Community Development Director
835 E. 14th St.
San Leandro, CA 94577

Dear Mr. Hom:

TBS Couriers is a courier company covering the 10 Western states, serving 2200 cities. Our Northern California Regional Hub and Operations Center is located at 1132 Beecher Street, San Leandro, CA.

Many of our employees live in the San Leandro area. This letter is in reference to Faith Fellowship who is attempting to do a zone change, moving our church from Manor Blvd. to Catalina St.

We wish to declare our support for this zone change. My wife and I and many of our employees are active in Faith Fellowship on Manor Blvd. We feel Faith Fellowship has a very beneficial influence in the greater San Leandro area.

If you have any questions, please feel free to call me at 510-568-5200.

Sincerely,

Ron J. Boehm
CEO/Owner
TBS Couriers, Inc.

RJB/vlc

Cc:    Pastor Gary Mortara

**COMM. DEVEL. DEPT.**

**MAR 0 6 2007**

**SAN LEANDRO**
**RECEIVED**

Trans-Box Systems, Inc. • 400 Roland Way • Oakland, CA 94621 • 510-568-5200
www.tbscouriers.com

348

IN THE CITY COUNCIL OF THE CITY OF SAN LEANDRO

**ORDINANCE NO. 2007-**

AN ORDINANCE OF THE CITY OF SAN LEANDRO AMENDING SAN LEANDRO
ZONING CODE: PART I, ARTICLE 3, DELETING DEFINITIONS FOR 'CLUBS &
LODGES' AND 'RELIGIOUS ASSEMBLY' AND ADDING A NEW DEFINITION FOR
'ASSEMBLY USES'; PART II, ARTICLE 5, AMENDING SECTIONS 2-504, 2-506, 2-508,
AND 2-510 FOR CONSISTENCY WITH NEW DEFINITIONS; PART III, AMENDING
ARTICLE 13; AND PART IV, ARTICLE 17, AMENDING SECTION 4-1704.

The City Council of the City of San Leandro does ORDAIN as follows:

   **SECTION 1:** Part I, Article 3 of the Zoning Code is hereby amended to read as follows:

**Assembly Uses.** Meeting, recreational, social facilities of a private or non-profit
organization primarily for use by member or guests, or facilities for religious worship and
incidental religious education (but not including schools as defined in this section). This
classification includes union halls, social clubs, fraternal organizations, and youth
centers.

**Assembly Uses, Temporary.** Meeting, recreational, social facilities of a private or non-
profit organization primarily for use by member or guests, or facilities for religious
worship and incidental religious education (but not including schools as defined in this
section) on a site that is not permanently occupied by an assembly use, for a period of
not more than thirty (30) days.

~~**Clubs and Lodges.** Meeting, recreational, or social facilities of a private or non-profit
organization primarily for use by members or guests. This classification includes union
halls, social clubs, fraternal organizations, and youth centers.~~

~~**Religious Assembly.** Facilities for religious worship and incidental religious education,
but not including private schools as defined in this section.~~

~~**Religious Assembly, Temporary.** Religious services conducted on a site that is not
permanently occupied by a religious assembly use, for a period of not more than thirty
(30) days.~~

   **SECTION 2:** Part II, Article 5 of the Zoning Code is hereby amended to read as
follows:

### 2-504  RO District – Use Regulations

B.    RO District – Conditionally Permitted Uses.

The following uses are allowed in the RO District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classifications.)

1.    Accessory uses when in conjunction with a conditionally permitted use.
2.    *Assembly Uses.*
2.    ~~Clubs and Lodges.~~
3.    Day Care, General.
4.    Park and Recreation Facilities, Private Noncommercial.
5.    Public Safety Facilities.
6.    ~~Religious Assembly~~.

C.    RO District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RO District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1.    *Assembly Uses, Temporary.*
2.    Commercial Filming, Limited.
2.    ~~Religious Assembly, Temporary~~.

### 2-506  RS District – Use Regulations

B.    RS District – Conditionally Permitted Uses.

The following uses are allowed in the RS District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1.    Accessory uses when in conjunction with a conditionally permitted use.
2.    *Assembly Uses.*
3.    Day Care, General.
4.    Park and Recreation Facilities, Private Noncommercial.
5.    Public Safety Facilities.
6.    ~~Religious Assembly~~.

-2-

C.    RS District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RS District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1.    *Assembly Uses, Temporary.*
2.    Commercial Filming, Limited.
3.    Religious Assembly, Temporary.

## 2-508    RD District – Use Regulations

B.    RD District – Conditionally Permitted Uses.

The following uses are allowed in the RD District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1.    Accessory uses when in conjunction with a conditionally permitted use.
2.    *Assembly Uses.*
3.    Day Care, General.
4.    Park and Recreation Facilities, Private Noncommercial.
5.    Public Safety Facilities.
6.    Religious Assembly.

C.    RD District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RD District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1.    *Assembly Uses, Temporary.*
2.    Commercial Filming, Limited.
3.    Religious Assembly, Temporary.

## 2-510    RM District – Use Regulations

B.    RM District – Conditionally Permitted Uses.

The following uses are allowed in the RM District, subject to the approval of a conditional use permit. (Certain uses are subject to special requirements and/or limitations, as prescribed following the individual use classification.)

1.    Accessory uses when in conjunction with a conditionally permitted use.
2.    *Assembly Uses.*
3.    Bed and Breakfast Inns.
4.    Clubs and Lodges.

-3-

4. Day Care, General.
5. Group Housing.
6. Manufactured Home Parks.
7. Park and Recreation Facilities, Private Noncommercial.
8. Public Safety Facilities.
9. ~~Religious Assembly.~~

D. RM District – Temporary Uses Requiring Administrative Review.

The following temporary uses are allowed in the RM District, subject to the regulations of Section 5-2222: Temporary Use Permits.

1. *Assembly Uses, Temporary.*
2. Commercial Filming, Limited.
3. ~~Religious Assembly, Temporary.~~

**SECTION 3:** Part III, Article 13 of the Zoning Code is hereby amended to read as follows:

# Article 13  S Special Review *and AU Assembly Uses* Overlay Districts

**Sections:**

### *S Special Review Overlay District*

| | |
|---|---|
| 3-1300 | Specific Purposes and Applicability |
| 3-1302 | Applicability and Zoning Map Designation |
| 3-1304 | Land Use and Property Development Regulations |
| 3-1306 | Use Permit Required |
| 3-1308 | Review Criteria |
| 3-1310 | Conditions of Approval |
| 3-1312 | Procedures |

### *AU Assembly Use Overlay District*

| | |
|---|---|
| *3-1320* | *Specific Purposes and Applicability* |
| *3-1322* | *Applicability and Zoning Map Designation* |
| *3-1324* | *Land Use and Property Development Regulations* |
| *3-1326* | *Use Permit Required* |
| *3-1328* | *Review Criteria and Conditions of Approval* |
| *3-1330* | *Procedures* |

### *S Special Review Overlay District* [No Changes Proposed]

### *AU Assembly Use Overlay District*

-4-

**3-1320      Specific Purposes and Applicability**

*In addition to the general purposes listed in Article 1, the specific purpose of the AU Assembly Use Overlay District is to provide for discretionary review of assembly uses on certain non-residentially zoned properties which may be designated by the City Council, consistent with General Plan policies. This allows Assembly Uses, as defined in Article 3, to be considered on non-residentially zoned properties on a conditional use basis, beyond the residential-zoned properties for which they are already conditionally permitted.*

**3-1322      Applicability and Zoning Map Designation**

*The AU Assembly Use Overlay District may be combined with any zoning district. It may be initiated by the City Council or Planning Commission under the procedures established by Article 27: Amendments. Each AU Overlay District shall be shown on the zoning map by adding an "-AU" to the base district designation. The zoning map also shall include a reference to the adopting ordinance establishing the AU Overlay District.*

**3-1324      Land Use and Property Development Regulations**

*The land use and development regulations applicable in an AU Overlay District shall be those of the base zoning district with which the AU Overlay District is combined unless modified by another overlay district or by the ordinance establishing the AU Overlay District. The requirements of the applicable AU Overlay District shall govern where conflicts arise.*

**3-1326      Use Permit Required**

*A use permit is required for any of the following actions within an AU Overlay District:*

    *A.      Establishment of any new assembly use.*

    *B.      Substantial expansion or alteration of any existing assembly use and/or structure.*

    *C.      In addition to or in lieu of a use permit, the City Council may establish other review procedures or requirements at the time of establishment of an AU Overlay District or necessary to assure conformance of uses and buildings with purposes and objectives of the AU District.*

    *D.      Exceptions. The Zoning Enforcement Official may waive the requirement for a use permit or other specified discretionary approval for the following activities, provided that any such waiver is not inconsistent with any policy directive or review criteria incorporated in the legislation establishing the AU Overlay District. These exceptions include alterations of existing structures that are minor in nature or that do not add more than ten percent (10%) to existing floor area, and maintenance or repair of existing structures.*

**3-1328      Review Criteria and Conditions of Approval**

-5-

353

*The review criteria and conditions of approval shall be as required in Sections 5-2212 and 5-2214.*

### 3-1330     Procedures

*An application for approval of a use permit in an AU Overlay District shall be processed in accord with the procedures established by Sections 5-2206 and 5-2208 and any additional requirements applicable to that AU district.*

   **SECTION 4:** Part IV, Article 17 of the Zoning Code is hereby amended to read as follows:

### 4-1704 Off-Street Parking and Loading Spaces Required

**OFF-STREET PARKING AND LOADING SPACES REQUIRED**

| Use Classification | Off-Street Parking Spaces | Off-Street Loading Spaces Per Group Classification (See Table A, Page 16) |
|---|---|---|
| ***Public and Semipublic*** | | |
| *Assembly Uses* | *1 space per 50 sq. ft. used for assembly uses.* | C |
| ~~Clubs and Lodges~~ | ~~1 space per 50 sq. ft. used for assembly purposes~~ | ~~C~~ |
| ~~Religious Assembly~~ | ~~1 space per 100 sq. ft of main seating area~~ | ~~C~~ |

-6-

**SECTION 5:** If any section, subsection, subdivision, paragraph, sentence, clause or phrase of the Ordinance is for any reason held to be unconstitutional, invalid, or ineffective by any court of competent jurisdiction, such decision shall not affect the validity or effectiveness of the remaining portions of this Ordinance or any part hereof. The City Council hereby declares that it would have passed each section, subsection, subdivision, paragraph, sentence, clause and phrase of the Ordinance irrespective of the fact that one or more of them would be declared unconstitutional or invalid. To this end, the provisions of the Ordinance are declared to be severable.

**SECTION 6:** This Ordinance shall take effect thirty (30) days after adoption. The City Clerk is directed to publish the title once and post a complete copy thereof on the City Council chamber bulletin board for five (5) days prior to adoption.

Introduced by Councilmember                                  on this 19th day of March, 2007, and passed to print by the following vote:

Members of the Council:

AYES:

NOES:

ABSENT:

ABSTAIN:

ATTEST:    _____
                    Marian Handa, City Clerk

Passed and adopted this                  day of April, 2007, after publication on , 2007, by the following vote:

Members of the Council:

AYES:

NOES:

ABSENT:

ATTEST:    _____
                    Marian Handa, City Clerk

-7-

355

IN THE CITY COUNCIL OF THE CITY OF SAN LEANDRO

ORDINANCE NO. 2007 -

**AN ORDINANCE ZONING CERTAIN PROPERTIES HEREIN DESCRIBED
AS TO ZONING WITH AN ASSEMBLY USE OVERLAY DISTRICT AND AMENDING
ZONING MAP FOR 197 IDENTIFIED PROPERTIES**

**Recitals**

The City Council of the City of San Leandro, after public hearings duly and properly held in compliance with the Zoning Code of the City of San Leandro, has determined that the public necessity, convenience and general welfare require the reclassification of the property described below to the district and classification hereinafter set forth.

**NOW, THEREFORE**, the City Council of the City of San Leandro does **ORDAIN** as follows:

Section 1: Those properties with addresses and Assessor's Parcel Numbers as indicated are hereby reclassified with an Assembly Use (-AU) Overlay. Underlying zoning for all properties will remain unchanged.

Section 2: The City of San Leandro Official Zoning Map is hereby amended as shown on Sheets A2, A3, B2, B3, C2 and C3, filed in the office of the City Clerk on March 19, 2007.

Section 3: This ordinance shall take effect thirty (30) days after adoption and the title shall be published once prior to adoption.

Introduced by Council Member                                    on this 19th day of March,

2007, and passed to print by the following called vote:

Members of the Council:

Ayes:

Noes:

Absent:

Attest:_____

      Marian Handa, City Clerk

      Passed and adopted this      day of          , 2007, after publication on

         , 2007, by the following called vote:

Members of the Council:

Ayes:

Noes:

Absent:

Attest:_____

      Marian Handa, City Clerk

| APN | ADDRESS |
| --- | --- |
| 075 0065 009 02 | 854 Williams St |
| 075 0045 004 00 | 753 Williams St |
| 075 0045 011 00 | 748 Castro St |
| 075 0105 028 00 | 2028 Alvarado St |
| 075 0105 027 00 | 2042 Alvarado St |
| 077A 0639 004 00 | 916 Williams St |
| 075 0045 010 00 | 736 Castro St |
| 077A 0639 005 00 | 932 Williams St |
| 075 0066 005 00 | 1823 Alvarado St |
| 077A 0639 006 00 | 940 Williams St |
| 075 0065 010 00 | 886 Williams St |
| 075 0065 001 03 | 845 Thornton St |
| 075 0065 001 04 | 857 Thornton St |
| 075 0105 008 00 | 703 Castro St |
| 075 0066 007 08 | 810 Castro St |
| 077A 0639 008 00 | 972 Williams St |
| 075 0078 007 03 | 549 Harlan St |
| 075 0105 002 00 | 783 Castro St |
| 075 0078 006 02 | 555 Harlan St |
| 075 0105 001 00 | 795 Castro St |
| 075 0078 005 03 | 563 Harlan St |
| 076 0350 008 00 | 1051 Macarthur Blvd |
| 075 0078 007 04 | 545 Harlan St |
| 075 0105 003 00 | 771 Castro St |
| 075 0103 011 00 | 2050 Orchard Ave |
| 075 0103 010 00 | 2090 Orchard Ave |
| 075 0105 025 01 | 2070 Alvarado St |
| 075 0105 006 00 | 743 Castro St |
| 075 0105 005 00 | 755 Castro St |
| 075 0066 007 07 | Castro St |
| 075 0077 015 00 | 527 Harlan St |
| 075 0105 004 00 | 763 Castro St |
| 075 0224 002 03 | 300 San Leandro Blvd |
| 075 0105 030 02 | 2000 Alvarado St |
| 075 0105 022 02 | 2102 Alvarado St |
| 075 0103 009 00 | 940 Estabrook St |
| 075 0045 003 00 | 775 Williams St |
| 075 0103 005 00 | 2077 Alvarado St |
| 075 0103 007 00 | 864 Estabrook St |
| 075 0103 008 00 | 870 Estabrook St |
| 075 0103 006 00 | 2091 Alvarado St |
| 075 0105 034 00 | 1954 Alvarado St |
| 075 0105 033 00 | 1968 Alvarado St |
| 075 0065 004 00 | 807 Thornton St |
| 075 0065 011 00 | 896 Williams St |
| 075 0065 003 00 | 815 Thornton St |
| 075 0065 002 00 | 823 Thornton St |
| 075 0065 001 02 | 839 Thornton St |
| 075 0065 005 00 | 804 Williams St |
| 075 0065 006 00 | 824 Williams St |
| 075 0045 007 00 | 705 Williams St |
| 075 0065 007 02 | 830 Williams St |
| 075 0045 006 00 | 719 Williams St |
| 075 0065 008 00 | 840 Williams St |
| 075 0066 007 09 | 830 Castro St |
| 075 0045 005 00 | 735 Williams St |
| 075 0045 002 00 | 795 Williams St |
| 077A 0639 002 00 | 904 Williams St |
| 075 0045 009 01 | 712 Castro St |
| 077A 0639 003 00 | 912 Williams St |
| 075 0105 007 00 | 727 Castro St |
| 075 0045 013 00 | 766 Castro St |
| 075 0045 012 00 | 754 Castro St |
| 075 0105 032 00 | 1982 Alvarado St |
| 075 0078 002 00 | 572 Estabrook St |
| 075 0078 003 02 | 596 Estabrook St |
| 075 0045 014 00 | 1860 Alvarado St |
| 077A 0639 007 00 | 964 Williams St |
| 075 0066 006 00 | 1835 Alvarado St |
| 075 0066 004 00 | 855 Williams St |
| 075 0066 003 00 | 869 Williams St |
| 075 0066 007 05 | 1849 Alvarado St |
| 077A 0639 009 00 | 1776 Orchard Ave |
| 075 0105 031 02 | 1996 Alvarado St |
| 075 0066 019 01 | 903 Williams St |
| 075 0105 010 01 | 2035 Martinez St |
| 075 0105 009 00 | 2009 Martinez St |
| 075 0105 029 00 | 2014 Alvarado St |
| 075 0105 026 00 | 2056 Alvarado St |
| 075 0103 004 03 | 2023 Alvarado St |
| 075 0105 023 00 | 2098 Alvarado St |
| 076 0350 003 00 | Macarthur Blvd |
| 076 0350 007 01 | 1041 Macarthur Blvd |
| 076 0350 004 01 | 1029 Macarthur Blvd |
| 076 0350 005 01 | 1037 Macarthur Blvd |
| 075 0224 010 00 | 265 Park St |
| 077 0556 062 00 | 2274 Washington Ave |
| 075 0224 004 08 | 299 Park St |
| 076 0350 010 00 | 1079 Macarthur Blvd |
| 075 0224 001 00 | 250 San Leandro Blvd |

| | | | |
|---|---|---|---|
| 077 0556 064 02 | 2242 Washington Ave | 077C 1228 002 02 | 14000 Washington Ave |
| 075 0224 004 06 | 350 San Leandro Blvd | 075 0087 001 02 | 400 Hudson Ln |
| 075 0224 006 00 | 415 Park St | 075 0084 015 02 | 2485 Washington Ave |
| 075 0224 007 00 | 435 San Leandro Blvd | 075 0087 008 00 | 400 Hudson Ln |
| 075 0224 004 02 | 420 San Leandro Blvd | 075 0084 014 05 | 2481 San Leandro Blvd |
| 075 0224 012 00 | 295 Park St | 077D 1424 006 07 | 1111 139th Ave |
| 075 0224 011 00 | 289 Park St | 077D 1437 013 04 | 1090 139th Ave |
| 077 0556 069 03 | 2150 Washington Ave | 077D 1437 015 01 | 1124 139th Ave |
| 076 0446 012 00 | 1057 Macarthur Blvd | 077D 1437 014 03 | 139th Ave |
| 077 0556 068 01 | Washington Ave | 077C 1230 001 03 | 14074 Washington Ave |
| 077 0556 001 00 | 193 Estabrook St | 077B 1222 001 05 | 344 139th Ave |
| 077 0556 067 00 | 2166 Washington Ave | 077D 1440 001 21 | 143rd Ave |
| 412 0006 011 00 | Washington Ave | 077D 1443 002 02 | 833 143rd Ave |
| 077 0556 065 01 | 2240 Washington Ave | 077B 1225 003 04 | 295 139th Ave |
| 077 0556 063 00 | 2260 Washington Ave | 077B 1222 004 03 | 14173 Washington Ave |
| 077D 1410 025 00 | 2436 Washington Ave | 077C 1232 006 07 | 501 143rd Ave |
| 412 0006 003 00 | 698 Lewelling Blvd | 077C 1235 001 02 | 640 143rd Ave |
| 412 0006 010 00 | 674 Lewelling Blvd | 077B 1222 005 03 | 14193 Washington Ave |
| 412 0009 005 07 | Lewelling Blvd | 077B 1222 006 17 | Washington Ave |
| 412 0009 006 03 | 534 Lewelling Blvd | 077B 1222 006 15 | 14251 Washington Ave |
| 412 0009 006 02 | 534 Lewelling Blvd | 077C 1235 002 28 | 143rd Ave |
| 077C 1280 004 00 | 15285 Hesperian Blvd | 077C 1235 002 18 | 14330 Washington Ave |
| 077B 1139 006 02 | 250 Floresta Blvd | 077C 1235 002 24 | 534 143rd Ave |
| 077C 1310 008 04 | 14400 Washington Ave | 077B 1222 006 18 | 14231 Washington Ave |
| 077B 1139 008 00 | 256 Floresta Blvd | 077B 1222 007 17 | 14305 Washington Ave |
| 077B 1222 007 10 | 14349 Washington Ave | 077C 1235 002 20 | 14332 Washington Ave |
| 412 0009 006 05 | 534 Lewelling Blvd | 077C 1230 004 06 | 14110 Washington Ave |
| 412 0011 004 00 | Lewelling Blvd | 077B 1225 005 05 | 295 139th Ave |
| 080G 1099 001 00 | 1960 Lewelling Blvd | 077C 1230 004 04 | 14160 Washington Ave |
| 077C 1240 002 00 | 2780 Halcyon Dr | 077C 1232 001 04 | 635 143rd Ave |
| 077D 1424 005 08 | 777 139th Ave | 077B 1222 003 04 | 14127 Washington Ave |
| 077C 1228 001 02 | 13940 Washington Ave | 077B 1222 003 03 | 14143 Washington Ave |
| 077B 1225 002 04 | 13951 Washington Ave | 077C 1232 005 02 | 601 143rd Ave |
| 077D 1440 002 00 | 790 139th Ave | 077C 1235 002 16 | 14336 Washington Ave |
| 077D 1440 001 18 | 760 139th Ave | 077C 1240 001 06 | 100 Halcyon Dr |
| 077B 1222 002 02 | 14111 Washington Ave | 077B 1222 007 14 | 14315 Washington Ave |
| 077C 1230 005 02 | 14200 Washington Ave | 077B 1222 007 19 | 14327 Washington Ave |
| 077B 1222 006 19 | 14205 Washington Ave | 077B 1222 007 20 | 14335 Washington Ave |
| 077B 1222 007 18 | 14281 Washington Ave | 077B 1163 011 02 | 555 Floresta Blvd |
| 077C 1235 002 22 | 14340 Washington Ave | 077B 1163 016 03 | 14391 Washington Ave |
| 077C 1235 003 03 | 14388 Washington Ave | 077B 1163 008 10 | 555 Floresta Blvd |
| 077C 1235 002 14 | 14320 Washington Ave | 077C 1310 001 16 | Washington Ave |
| 080G 1178 007 02 | 2505 Grant Ave | 077B 1139 007 00 | 300 Floresta Blvd |
| 080G 0910 016 00 | 2561 Grant Ave | 412 0009 005 04 | 552 Lewelling Blvd |
| 080G 0910 017 00 | 2505 Grant Ave | 412 0011 005 00 | Lewelling Blvd |
| 077D 1440 001 23 | 750 139th Ave | 080D 0559 003 04 | 15420 Hesperian Blvd |

| | |
|---|---|
| 080D 0559 005 03 | 15444 Hesperian Blvd |
| 077C 1310 001 17 | Washington Ave |
| 077B 1139 002 04 | 14595 Washington Ave |
| 077C 1310 009 01 | 14602 Washington Ave |
| 077C 1310 002 06 | 14610 Washington Ave |
| 077C 1310 003 01 | 14664 Washington Ave |
| 077B 1139 002 06 | 14601 Washington Ave |
| 077C 1310 004 04 | 14680 Washington Ave |
| 077C 1310 003 04 | 14662 Washington Ave |
| 077C 1280 006 03 | 15311 Hesperian Blvd |
| 077C 1280 007 00 | Hesperian Blvd |
| 412  0001 007 01 | Greenhouse Mall |
| 077B 1125 004 04 | 14805 Washington Ave |
| 077C 1280 005 01 | 15299 Hesperian Blvd |
| 075  0078 001 07 | Estabrook St |

**Non-electronic Attachment**

**Zoning Map copies of the
197 properties
Traced/highlighted
by Debbie Pollart**



CITY OF SAN LEAND
OFFICIAL ZONING
Effective: November 06, 2003



**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003

0    435    870    1,740    2,610    3,480
Feet



**B2**

0    415    830        1,660        2,490        3,320
Feet

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003

(-AU)

(-AU)

(-AU)

(-AU)

B3

(-AU)

(-AU)

(-AU)

0   400   800        1,600        2,400        3,200
                                              Feet

**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003



**CITY OF SAN LEANDRO**
**OFFICIAL ZONING MAP**
Effective: November 06, 2003



C3

CITY OF SAN LEANDRO
OFFICIAL ZONING MAP
Effective: November 06, 2003