1  Jayne W. Williams, Esq. (SBN:63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour (SBN: 116606)
   pseymour@meyersnave.com
4  Kimberly M. Drake, Esq. (SBN: 209090)
   kdrake@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF SAN LEANDRO
9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br>14<br>15           Plaintiff,<br>16  v.<br>17<br>18  CITY OF SAN LEANDRO, a municipal corporation,<br>19           Defendant.<br>20<br>21  FAITH FELLOWSHIP FOURSQUARE CHURCH,<br>22<br>23           Real Party in Interest.<br>24 | Case No. C07-03605-PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SAN LEANDRO'S MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:<br>Date:      October 1, 2008<br>Time:      9:00 a.m.<br>Courtroom: 3<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

This action came on for hearing on October 1, 2008, before the Honorable Phyllis J. Hamilton on Defendant City of San Leandro's motion for summary judgment or in the alternative summary adjudication. After considering the moving and opposition papers, arguments of counsel and all other matters submitted to the Court:

IT IS HEREBY ORDERED that Defendant City of San Leandro's Motion for Summary Judgment is granted.

Dated: _____, 2008

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

1139856.1
136.5016

1