Jayne W. Williams, Esq. (SBN:63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour (SBN: 116606)
pseymour@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br>_____<br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No.  C07-03605-PJH<br><br>ERRATA TO DEFENDANT CITY OF SAN LEANDRO'S TABLE OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:<br>Date:          October 1, 2008<br>Time:          9:00 a.m.<br>Courtroom:    3<br>Honorable Phyllis J. Hamilton<br><br>Complaint Filed 7/12/07 |

1    PLEASE TAKE NOTICE that Exhibit 7-Part 6 attached to Defendant City of San

2  Leandro's Table of Exhibits in Support of Its Motion For Summary Judgment filed with

3  the Court on August 27, 2008, inadvertently included incorrect pages.

4    The corrected Exhibit 7-Part 6 is attached, containing pages Bate numbered 138-

5  152.

6  Dated: August 27, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

7

8

9                                        By____/s/_____

10                                            DEBORAH J. FOX
                                            Attorneys for Defendant
11  1142092.1                                CITY OF SAN LEANDRO
    136.5016
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28