**EXHIBIT 7 – Part 6**

## Goal: Marina and Shoreline



Recognize and take advantage of the unique business amenities offered by the San Leandro Marina area.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|
| **9.01 NEIGHBORHOOD IMPACTS**<br>Maintain an ongoing dialogue with residents of neighborhoods adjacent to the Marina to address traffic, noise, and other issues associated with Marina operations and future development. Early and frequent opportunities for neighborhood input should be provided in Marina development decisions. | • City Operating Procedure<br>• Follow-Up Plans/Studies |
| **9.02 GENERAL ENHANCEMENT**<br>Enhance the San Leandro Marina area as a distinguished recreational shoreline, with complementary activities that boost its appeal as a destination for San Leandro residents and visitors.<br><br>*Action 9.02-A: Marina Development Opportunities*<br>*Pursue the development of a new hotel at the Marina, along with complementary uses such as restaurants and ancillary retail, office, and conference facilities. These uses should be limited to the area designated as "Commercial" on the General Plan map and should be developed in a manner which mitigates impacts on traffic and community services, and minimizes impacts on the surrounding neighborhoods and park areas.*<br><br>*Action 9.02-B: Long-Range Planning for the Marina Area*<br>*Prepare long-range plans for the Marina area, including the park, lagoon, golf course, and surrounding shoreline neighborhoods and open spaces. Plans for the Park area should consider new recreational uses that complement existing uses, such as windsurfing, a swimming beach and paddle boat rental.* | • Annual Budget<br>• Capital Improvement Program<br>• Business Development Programs |
| **9.03 WATER-ORIENTED DEVELOPMENT**<br>Capitalize upon the Marina's potential to attract and support water-oriented development. Future projects should be compatible with the area's scenic and recreational qualities. | • Design Guidelines<br>• Design Review |

| POLICIES AND ACTIONS *(Marina and Shoreline continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **9.04 REVENUE GENERATION**<br>Encourage future uses and activities at the Marina which provide the revenue necessary to enable continued operation and maintenance of the boat berthing, basin, channel, landside, and other related facilities. These activities could include ferry service between San Leandro and other cities around the Bay.<br><br>*Action 9.04-A: Marina Revenue Sources*<br>*Pursue a variety of sources to augment the Marina Enterprise Fund and secure additional funds for dredging. These sources could include additional development and leases, berthing fees, and state and federal grants. The feasibility of a dual fee schedule for berthing space at the Marina (with a higher fee charged to non-San Leandro residents) should be studied.* | • Business Development Programs<br>• Grants<br>• Zoning Code |
| **9.05 MARKETING AND PUBLIC RELATIONS**<br>Promote the scenic, recreational, and locational assets of the Marina and surrounding parklands in City marketing and business development strategies. | • Business Development Programs |
| **9.06 GATEWAY IMPROVEMENTS**<br>Encourage "gateway" improvements which enhance the approach routes to the Marina while minimizing the impacts of increased traffic on area neighborhoods. Improvements could include new signage, streetscape enhancement along Marina Boulevard and Fairway Drive, entry monuments and landscaping at the Marina itself, and longer-term circulation changes.<br><br>*Action 9.06-A: Marina Area Roadway and Transit Improvements*<br>*Pursue roadway, transit, intersection, and signage improvements which beautify the entry to the Marina, make it easier to travel to the Marina without a car, and more evenly distribute Marina-bound trips between Marina Boulevard and Fairway Drive.* | • Capital Improvement Program<br>• Grants |
| **9.07 URBAN DESIGN**<br>Encourage cohesive urban design and high-quality architecture at the Marina. Buildings should be oriented to maximize water views and shoreline access. Architecture, signage, lighting, street furniture, landscaping, and other amenities, should be coordinated to achieve an integrated design theme. | • Design Guidelines<br>• Development Review |

| POLICIES AND ACTIONS *(Marina and Shoreline continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **9.08 PEDESTRIAN AND BICYCLE CIRCULATION**<br>Promote improvements at the Marina which enhance pedestrian and bicycle circulation through the area, including public shoreline walkways and trail connections to adjacent regional parklands and neighborhoods. | • Capital Improvement Program<br>• Grants<br>• Intergovernmental Coordination |
| **9.09 SPECIAL EVENTS**<br>Promote special activities, such as golf tournaments, farmers markets, and community events, in the Marina area as a means of drawing residents to the shoreline and increasing awareness and appreciation of the Marina as a community resource. | • City Operating Procedures<br>• Program Development |

## Goal:  Land Use Compatibility

**10** Ensure that commercial and industrial projects are attractively designed and are sensitive to surrounding areas.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|
| **10.01 REUSE OF OLDER BUILDINGS**<br>Support the reuse of underused, vacant, or obsolete industrial buildings with higher value uses that are consistent with the goals and policies of the General Plan.<br><br>*Action 10.01-A: Adaptive Reuse*<br>*Continue to implement zoning procedures for the re-use of older industrial buildings that specifically address parking requirements, traffic, seismic retrofitting, landscaping and building design standards, and other aspects of site development.*<br><br>*Action 10.01-B: Design Guidelines*<br>*Develop design guidelines for new development in commercial and industrial areas to promote aesthetic improvements in these areas.* | • Building Code<br>• Development Review<br>• Zoning Code |
| **10.02 OFF-SITE IMPACTS**<br>Consider the setting and context of each site when evaluating proposals for development in industrial areas. The potential for impacts on adjacent uses, including the potential for land use conflicts and increased parking demand and truck traffic, should be a key consideration. | • CEQA<br>• Development Review |

3-73

| POLICIES AND ACTIONS *(Land Use Compatibility continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **10.03**    **BUFFERING** <br> When new development takes place in the transitional areas between industry and housing, use a variety of buffering measures including land use restrictions, landscaping and screening, sound walls and insulation, and limits on hours of operations and activities to promote land use compatibility. The City's zoning regulations should continue to contain development and design standards that minimize the potential for conflicts between industrial and residential uses, and between commercial and residential uses. <br><br> *Action 10.03-A: Industrial-Residential Buffering Standards* <br> *Continue to implement zoning provisions for buffering along industrial/residential interface areas. These provisions—which include performance standards and lower thresholds for site plan review—should continue to ensure that land use changes are adequately reviewed and that appropriate steps are taken to avoid land use conflicts when new projects are proposed. They are not intended to apply retroactively to existing industrial uses.* | • Development Review <br> • Zoning Code |
| **10.04**    **INDUSTRIAL SANCTUARY** <br> Protect the City's major industrial areas from encroachment by uses that are potentially incompatible with existing viable industrial activities, or which may inhibit the ability of industry to operate effectively. | • Development Review <br> • Zoning Code |
| **10.05**    **RETAIL ENCROACHMENT** <br> To protect the City's industrial land supply, limit the further expansion of "big box" retail and other large footprint retail uses in the City's industrial areas. Conversion of industrial land for big box uses should only be permitted in the vicinity of the existing concentrations of such uses at I-880/Davis Street and along Marina Boulevard. <br><br> *Action 10.05-A: Retail Uses in Industrial Zones* <br> *Consider zoning code amendments that limit the encroachment of incompatible uses into industrial areas. Such amendments could require that new retail uses in industrial areas primarily serve local businesses or meet the needs of area employees.* | • Development Review <br> • Zoning Code |

3-74

| POLICIES AND ACTIONS *(Land Use Compatibility continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **10.06  LIGHT INDUSTRIAL BUFFERS**<br>Use the "Light Industrial" General Plan designation to create buffers between industrial and residential areas, and to facilitate the transformation of specific heavy commercial and general industrial areas to more attractive uses such as business parks.<br><br>*Action 10.06-A: Conditions of Approval*<br>*On an ongoing basis, establish conditions of approval for new commercial and industrial development located adjacent to residential areas, and for new residential areas located adjacent to commercial and industrial areas, which ensure that the potential for future conflict is minimized.* | • Development Review<br>• Redevelopment Project Funding<br>• Zoning Code |
| **10.07  RELOCATION**<br>Where land use conflicts cannot be reasonably mitigated, consider the relocation of isolated residences surrounded by industrial uses. | • Redevelopment Project Funding |



3-75

## Goal: Business Image



Preserve and enhance the qualities that make San Leandro a desirable place in which to do business, while promoting a positive image of the City to the region and the world.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|
| **11.01 BUSINESS ASSISTANCE**<br>Promote San Leandro's image as a business-friendly community. Maintain programs that expedite permitting, create incentives for renovating and improving buildings, and provide a supportive environment for local businesses.<br><br>*Action 11.01-A: Favorable Business Climate*<br>*Provide an array of programs that create a favorable environment for businesses in the City, including loans, land assembly, site location assistance, one-stop permitting, and other financial instruments and business development incentives.*<br><br>*Action 11.01-B: Internet Links*<br>*Establish additional links between the City of San Leandro's website and the sites of businesses and service providers located within the City.* | • Development Review<br>• Business Development Programs<br>• Redevelopment Project Funding |
| **11.02 BUSINESS TARGETS**<br>Implement economic development and marketing programs that attract new businesses to the City, with particular emphasis on companies which enhance business-to-business sales, and which complement and support established businesses in the community.<br><br>*Action 11.02-A: Business Directory*<br>*Work with the Chamber of Commerce and Industrial Roundtable to prepare a directory of San Leandro firms and the products or services they provide. The directory should be used as a tool to promote business-to-business sales, and should ultimately be placed on the internet and linked to company websites.* | • Business Development Programs<br>• Public/Private Partnerships |
| **11.03 TECHNOLOGY/TELECOMMUNICATION RECRUITMENT**<br>Implement programs to attract businesses in economic sectors that are emerging or underrepresented in San Leandro. This should include the development of infrastructure to facilitate the growth of technology and telecommunication firms within the City. | • Business Development Programs |

3-76

| POLICIES AND ACTIONS *(Business Image continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **11.04 PUBLIC SERVICES**<br>Support local business development efforts by maintaining the City's high quality public services, and by working with local businesses, residents, the Chamber of Commerce, and the school districts to improve the quality and image of San Leandro's schools.<br><br>*Action 11.04-A: Educational Partnerships*<br>*Promote mentorships, internships, job training programs, and other partnerships between the City, school districts, and business community to enhance and complement local educational resources.* | • Impact/In-Lieu Fees<br>• Intergovernmental Coordination<br>• Public/Private Partnerships |
| **11.05 QUALITY OF LIFE**<br>Promote the amenities needed to attract and retain a healthy business community, including an attractive Downtown, a strong commitment to education and public safety, and improved shopping, recreational, and housing opportunities. | • City Operating Procedures<br>• Business Development Programs<br>• Intergovernmental Coordination<br>• Public/Private Partnerships |
| **11.06 CULTURAL AND HISTORIC RESOURCES**<br>Preserve and enhance the City's cultural and historic resources, and encourage and acknowledge their contribution to the City's economic development. | • Downtown Plan and Urban Design Guidelines<br>• Public Education and Outreach<br>• Historic Preservation Ordinance |



3-77

| POLICIES AND ACTIONS *(Business Image continued)* | IMPLEMENTATION STRATEGIES |
|---|---|
| **11.07 INTERNATIONAL TRADE**<br>Assist San Leandro businesses in expanding their international trade activities. The City should create an environment that is favorable for companies seeking to establish or expand international trade operations, taking particular advantage of the proximity to the Port of Oakland.<br><br>*Action 11.07-A: Foreign Trade Zone*<br>*Evaluate the feasibility of creating a foreign trade zone in the City, or pursuing partnerships with other jurisdictions to improve the viability of foreign trade in San Leandro.* | • Business Development Programs |
| **11.08 PUBLIC RELATIONS**<br>Establish and maintain an aggressive public relations program in coordination with the Chamber of Commerce and the Industrial and Technology Roundtable. A variety of media, including the internet, should be used to publicize San Leandro's excellent climate, the quality of its neighborhoods, and its unique business assets and advantages.<br><br>*Action 11.08-A: Cable Television*<br>*Expand the use of local access cable television broadcasting in San Leandro, including coverage of public meetings and other city events.*<br><br>*Action 11.08-B: Made In San Leandro*<br>*Initiate a "Made in San Leandro" product labeling, marketing, and publicity campaign.* | • City Operating Procedures<br>• Program Development |
| **11.09 MEDIA MANAGEMENT**<br>Promote positive media coverage, image-building and marketing campaigns, and special events that build civic pride and create a favorable City image. | • City Operating Procedures<br>• Program Development |

3-78

145

# Goal: Jobs-Housing Balance



Maintain a balance between jobs and housing in San Leandro.

| POLICIES AND ACTIONS | IMPLEMENTATION STRATEGIES |
|---|---|
| **12.01 LAND SUPPLY**<br>Ensure that land in San Leandro is zoned to accommodate a diverse mix of industrial, commercial, and residential development. | • Zoning Code (Map) |
| **12.02 REGIONAL COORDINATION**<br>Advocate for regional solutions to address the imbalance between jobs and housing in the San Francisco Bay Area. Work with other communities to achieve greater equity in the provision of affordable housing.<br><br>*Action 12.02-A: Regional Coordination*<br>*Participate in regional forums and discussions addressing the need to improve the jobs-housing balance in the San Francisco Bay Area.* | • Intergovernmental Coordination |
| **12.03 JOB OPPORTUNITIES FOR RESIDENTS**<br>Promote opportunities for San Leandro residents to find suitable employment within the community. Explore ways to better match new job opportunities with the skills and needs of San Leandro residents.<br><br>*Action 12.03-A: Local Hiring and Job Training*<br>*Support programs that encourage San Leandro employers to hire local residents and provide job training and recruitment programs aimed at San Leandro residents.* | • Business Development Programs |
| **12.04 LONG-TERM APPROACH**<br>Approach the balance between jobs and housing as a cumulative, long-term goal rather than something to be achieved through project-by-project review. | • City Operating Procedures |

3-79

# FOCUS AREAS



This section of the General Plan provides direction for 10 "Focus Areas" within San Leandro (see Figure 3-5). Each Focus Area has unique issues that require more detailed discussion than is provided in the rest of the General Plan. Some of the Focus Areas have been targeted for immediate land use changes or gradual transition during the next two decades; others have special challenges related to land use, resource conservation, transportation, urban design, and other planning issues.

The Focus Area discussion includes a description of the area and relevant issues, keyed to specific General Plan policies and action programs addressing each area. In some instances, preparation of more detailed plans has been recommended to provide further direction for the Focus Areas.

## A. DOWNTOWN

Downtown is the heart of San Leandro and has been a hub of commerce and employment for more than 140 years. It includes the City's largest concentration of historic structures, its tallest buildings, its densest housing, and its most pedestrian-oriented street environments. Yet, while Downtown is San Leandro's most "urban" area, its role as the city center has diminished during modern times. Much of the development that took place during the 1960s, 70s, and 80s sought to reshape Downtown San Leandro based on suburban development principles. This approach had mixed results. Although a number of attractive and highly functional buildings were added, many of the qualities that made Downtown San Leandro unique were lost.

3-80



**FOCUS AREAS**

FIGURE 3-5

San Leandro General Plan Update, 2002

**LEGEND**
- (A) Downtown
- (B) East 14th Corridor
- (C) Bayfair
- (D) Downtown BART Area
- (E) San Leandro Blvd Corridor
- (F) Marina Blvd and SOMAR
- (G) West San Leandro
- (H) San Leandro Marina
- (I) MacArthur Corridor
- (J) Washington Corridor

3-81

148

### In a Nutshell...
### The Downtown Plan and Urban Design Guidelines

The Downtown Plan and Urban Design Guidelines, adopted in February 2001, are intended to guide the future growth and development of Downtown San Leandro. The Plan's recommendations focus on the area bounded by East 14th, Davis, Hays, and Thornton Streets. Its aim is to promote economic vitality, improve aesthetics, and provide for Downtown's long-term maintenance. A 20-member Advisory Committee developed the major planning concepts and strategies.

Two major components are included: an Economic and Marketing Strategic Plan and an Urban Design Plan. The economic component defines Downtown's strengths and weaknesses and lists the steps needed to spur revitalization. Downtown is identified as having strong potential for higher-end neighborhood goods and services, eating, drinking and entertainment uses, and special events with citywide appeal.

The urban design component emphasizes a return to traditional development patterns Downtown. This includes partial restoration of the street grid that was disrupted when the Washington Plaza shopping center was developed in the early 1980s. Renovation of the historic plaza at the north end of Washington Avenue is recommended, and ultimately, Washington Avenue may be restored as a traditional street. Various improvements to West Joaquin and Estudillo Avenues, including new street lighting and landscaping, are recommended to improve the connections to BART and re-orient Downtown businesses toward pedestrian-friendly streets rather than large parking lots.

The Urban Design Guidelines call for a heightened sensitivity to the traditional scale and architecture of Downtown. New development will be expected to respect the historic grain of the area's older buildings and avoid the bulky, coarse styles of the past few decades. Rather than presenting large blank walls to the sidewalks, the Plan encourages new facades that create visual interest. The Guidelines also address architectural quality, with specific recommendations on height, width, roof forms, composition, materials, colors, and other aspects of building design.



The Downtown Plan's "vision" includes partial restoration of the original street grid and historic plaza at Estudillo and East 14th Street.

3-83

The new millennium has brought with it a desire to restore the elements that once made Downtown the center of civic life in San Leandro. A new vision is articulated in the *Downtown Plan and Urban Design Guidelines*, a planning document which lays out economic development and urban design principles for the area's revitalization as well as specific projects to be completed during the coming years (see text box). The Downtown Plan seeks to promote economic vitality, improve aesthetics, protect and restore historic resources, and provide for the long-term maintenance of Downtown investment.

Specialty retail shops, restaurants, and other community retail activities are envisioned Downtown, particularly those that would benefit from the unique ambiance offered by a pedestrian-friendly location. Offices, civic uses, and upper story residential uses (above retail space) also are envisioned. Key to the strategy are activities which increase the daytime and evening population of Downtown, creating a more lively street environment and providing a strong market for new businesses. Innovative ideas such as the use of a horse-drawn BART shuttle could be considered, providing practical benefits while honoring the City's historic past.

Beyond the traditional core of Downtown, complementary uses and activities will be encouraged. The area to the immediate west is especially critical, as it provides linkages to the BART Station, contains several historic landmarks, and has the most substantial development opportunities in Central San Leandro (this area is a separate Focus Area and is discussed on Page 115). To the north and south, neighborhoods on the perimeter of Downtown will be maintained and enhanced. As in Downtown, the historic scale and form of these areas should be retained and compatible infill development should be encouraged. Washington Avenue and East 14th Street in particular offer opportunities for beautification and improvement. A combination of public and private investment along these streets would make them more attractive gateways into Downtown while creating a stronger sense of identity for the surrounding neighborhoods.

The area east of Downtown presently contains a concentration of small professional and medical office buildings, including some in converted homes. The area also includes the San Leandro Public Library and several multi-family housing developments. Additional housing, office development, and related office services should be encouraged here, with an emphasis on small scale, local-serving projects. Stronger pedestrian connections between this area and Downtown should also be encouraged.

*(Please consult Goal 6 and related policies and actions for additional guidance on Downtown San Leandro)*

## B. EAST 14TH CORRIDOR

East 14th is San Leandro's "Main Street." It is the City's major commercial spine and has a 150-year history as a transportation route linking the cities of the East Bay. The East 14th Corridor is home to many of the City's retail shops, its largest hospital, its largest shopping center, numerous local service businesses, and even City Hall. At the same time, the Corridor is one of San Leandro's most persistent urban design challenges. Much of the street is visually stark and lacks a strong sense of identity or character. Shallow, narrow parcels and close proximity to residential uses make large-scale redevelopment difficult. During the coming decade, the City will pursue strategies and programs to improve the image and competitiveness of the Corridor so that it becomes a viable destination not only for nearby neighborhoods but for residents from throughout San Leandro.

3-84

Prior to World War II, East 14th was a two-lane highway with an electric streetcar operating down the median. Much of the development in the Downtown area and points north dates from the streetcar era, with pedestrian-oriented shops sited close to the street and little or no parking provided on-site. By contrast, most of the area between Downtown and Bayfair Mall was developed in the post-war era. This section of the street was developed for convenient auto access, with buildings set back a considerable distance from the street, prominent signs, and large parking lots. With little design control or coordination, the area had evolved into a quintessential commercial strip by the late 1950s.

Both the pre-war and post-war sections of East 14th Street entered a period of transition in the 1960s and 70s as competition from larger suburban shopping centers and changes in consumer behavior made retailing more difficult. Some of the buildings deteriorated and some were replaced by newer auto-oriented uses. Although the street continued to function as a viable shopping area, there was a growing emphasis on drive-through type businesses, and automotive service and repair uses. These land uses, coupled with signs of disinvestment and neglect in some areas, have perpetuated a negative image of the street within nearby neighborhoods.

Despite these challenges, East 14th Street is poised for change. As the busiest local transit route in the East Bay, the street provides an opportunity for new housing and pedestrian-oriented retailing. North of Downtown San Leandro, this effectively means going "back to the future" by encouraging the reuse of older structures and infill development that harks to the streetcar era. South of Downtown, this means reshaping the existing pattern by encouraging new mixed use and transit-oriented development and establishing more clearly defined neighborhood centers.

The City has already begun moving in this direction Downtown and in the North Area (the area between Oakland and San Leandro Creek). In 1991, an Area Plan and Revitalization Manual were prepared for the North Area (see text box). This document continues to reflect the City's aspirations for this section of East 14th and its implementation will continue.



Within Downtown San Leandro, the Downtown Plan and Urban Design Guidelines strive to fill vacant storefronts with new shops and restaurants, provide an interesting and inviting street environment, and close the gaps in the street frontage with new development. Streetscape improvements, such as benches, landscaping, fountains, and renovation of the Downtown Plaza, will enhance the area's appeal and restore its image as the city center.

3-85

### In a Nutshell...
### The North Area Plan and Revitalization Manual

The North Area Plan was adopted in 1991 to guide the continued development and revitalization of neighborhoods in northeast San Leandro. The Plan's focus is on the commercial districts along East 14th Street (north of Downtown), Bancroft Avenue, San Leandro Boulevard, and MacArthur Boulevard. City officials, merchants' associations, and area residents collaborated to develop recommendations for these areas.

The Plan's stated objective is to put the high quality of the adjacent residential areas "on display" by improving the visual quality of the commercial corridors. A slightly different approach is taken on each corridor, with goals, objectives, and policies relating specifically to each area.

One of the most important parts of the North Area Plan is a set of standards and guidelines for buildings, sites, and signs. These correspond to "retail and service clusters," "transition districts," "residential enhancement districts," and "residential preservation districts." The Plan identified the Dutton/East 14th intersection as a retail and service cluster and suggested that development of similar scale and quality be extended toward the City Hall area.

Along East 14th Street, two zoning districts have been created to facilitate implementation of the Plan (NA-1 and NA-2). Both explicitly encourage pedestrian-oriented mixed use projects combining residential and commercial uses. The General Plan incorporates the findings of the North Area Plan and promotes continued renovation and infill in the future. The new Carlton Plaza assisted living facility and the refurbished Mission Bell building are indicative of the scale and form of development that is envisioned.

The 1991 North Area Plan envisioned the transformation of East 14th Street into a landscaped boulevard lined with mixed use development.



A VISION FOR THE DISTRICT

3-86

152