Jayne W. Williams, Esq. (SBN: 63203)
jwilliams@meyersnave.com
Deborah J. Fox, Esq. (SBN: 110929)
dfox@meyersnave.com
Philip A. Seymour (SBN: 116606)
pseymour@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Case No. C07-03605-PJH<br><br>ERRATA TO CITY OF SAN LEANDRO'S LIST OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON DEFENDANT'S AFFIRMATIVE DEFENSES<br>(Plaintiff's Motion No. 1)<br><br>Hearing:<br>Date:         October 1, 2008<br>Time:         9:00 a.m.<br>Courtroom:  3<br><br>Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the City of San Leandro's Exhibits in Support of its Opposition to Plaintiff's Motion for Partial Summary Adjudication on Defendant's Affirmative Defenses (Plaintiff's Motion No. 1) inadvertently contained an error. Exhibit 28, excerpts of the Deposition of John Jermanis, beginning on bate page No. 516, was inadvertently referenced as Exhibit 29 in the Table of Exhibits. The following is a corrected Table of Exhibits:

## TABLE OF EXHIBITS

| Exhibit | Description | Bates No. |
|---|---|---|
| Exhibit 28 | Excerpts, Deposition of John Jermanis, May 19, 2008 | 516 |
| Exhibit 30 | Excerpts, Deposition of Gary Mortara, May 20, 2008 and June 6, 2008 | 533 |
| Exhibit 36 | Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 24, 2006 | 628 |
| Exhibit 37 | Addendum to Commercial Property Purchase Agreement and Joint Escrow Instructions (Non-Residential), dated March 28, 2006 | 638 |
| Exhibit 38 | Declaration of Debbie Pollart in Support of City's Motion for Summary Judgment, filed 8/27/08 (Document 128) | 654 |
| Exhibit 39 | Defendant City of San Leandro's Motion for Summary Judgment or in the Alternative Summary Adjudication of Claims, filed 8/27/08 (Document 126) | 673 |
| Exhibit 40 | Declaration of Senior Pastor Gary Mortara in Support of Plaintiff's Motion for Summary Judgment and Exhibit 1, manually filed 8/26/08 (Plaintiff's Motion No. 2) | 704 |

///
///
///

1

| | | |
|---|---|---|
| 1 | Exhibit 41    Plaintiff and Real Party in Interest's Notice of Motion for | 724 |
| 2 | Summary Judgment; Plaintiff and Real Party in Interest's | |
| 3 | Memorandum of Points and Authorities in Support of | |
| 4 | Motion for Summary Judgment, filed 8/26/08 (Plaintiff's | |
| 5 | Motion No. 2, Document 122) | |

Dated: September 10, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON

By_____/s/_____
DEBORAH J. FOX
Attorneys for Defendant
CITY OF SAN LEANDRO

1146538.1\136.5016