1  Jayne W. Williams, Esq. (SBN: 63203)
   jwilliams@meyersnave.com
2  Deborah J. Fox, Esq. (SBN: 110929)
   dfox@meyersnave.com
3  Philip A. Seymour (SBN: 116606)
   pseymour@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendant
   CITY OF SAN LEANDRO
8

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation,<br><br>Defendant. | Case No. C07-03605-PJH<br><br>CITY OF SAN LEANDRO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; EXHIBITS A-B IN SUPPORT THEREOF<br>(Plaintiff's Motion No. 2)<br><br><u>Hearing:</u><br>Date:       October 1, 2008<br>Time:       9:00 a.m.<br>Courtroom:  3 |
| FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | Honorable Phyllis J. Hamilton<br>Complaint Filed: 7/12/07 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant City of San Leandro ("the City") hereby requests that this Court take judicial notice of the matters set forth in Exhibits A-B attached hereto in support of its opposition to plaintiff's motion for summary judgment no. 2.

Pursuant to the Federal Rules of Evidence, Rule 201, a court may take judicial notice of undisputed matters of public record, including records and reports of administrative bodies; legislative history of laws, rules or ordinances. *See Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir. 2001) citing *Mack v. South Bay Beer Distributors, Inc.,* 798 F.2d 1279, 1282 (9th Cir. 1986).

Accordingly, the City requests that this Court take judicial notice of the following legislative history found at:

Exhibit A    Congressional Record – Senate Proceedings and Debates of the 106th Congress, Second Session, July 27, 2000 re Religious Land Use and Institutionalized Persons Act of 2000, 146 Cong. Rec. S7774-01 (2000 WL 1079346)

Exhibit B    Religious Liberty Protection Act of 1999, H.R. Rep. 106-219 (1999 WL 462644)

Dated: September 9, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON


By    /s/
    DEBORAH J. FOX
    Attorneys for Defendant
    CITY OF SAN LEANDRO

1145796.1
136.5016