**EXHIBIT 7 – Part 7**

South of Downtown, the long-range vision is to create a series of "activity" centers between the Pelton Center and Bayfair Mall. These centers are:

- *A higher density residential and mixed use area located in the vicinity of the Islander Motel and Trailer Haven.* Preliminary concepts for this area were developed through a design workshop sponsored by the City in 1996. Two- and three-story residential buildings, some with ground floor retail space, would provide new housing opportunities for seniors, persons with special needs, and working individuals and families. Social services, such as non-profit offices and child care facilities, could complement the uses in this area.

- *A Health and Wellness activity center located in the vicinity of San Leandro Hospital.* The cluster of businesses at this location would capitalize on the established presence of the Hospital. Medical offices, laboratories, health clubs, and similar uses are envisioned, along with restaurants, other businesses serving hospital employees (i.e., dry cleaners, florists, card stores, etc.), and neighborhood-serving retail uses.

- *An International Marketplace activity center located in the vicinity of 143rd Avenue.* This area has already proven itself as a successful location for businesses serving the local Latino and Asian communities. Infill development which carries this theme to new development should be encouraged, along with marketing of this area as a regional center for ethnic foods, restaurants, clothing, and other products.

- *A Cultural activity center located around the Bal Theater at 148th Avenue.* A 1998 design workshop for the Bal looked at a variety of reuse options for the 800-seat theater and its environs. The workshop suggested that the theater be reused as a cultural or performing arts center, surrounded by complementary businesses such as cafes, restaurants, and, galleries. Should the concept of a cultural district prove infeasible, the Bal area remains a logical location for a more concentrated neighborhood-serving retail district. In either case, opportunities to provide off-street parking supporting the area's businesses should be pursued.

- At the southern end of the corridor, close to 150th Avenue, neighborhood-serving commercial uses which capitalize on the area's proximity to Bayfair will be encouraged. Additional residential and mixed use development also will be encouraged in this area.

In between the activity areas identified above, attractive infill projects should create a more cohesive development pattern and coherent design theme. Wherever feasible, parking for such projects should be located to the rear of the property, creating a more suitable environment for pedestrians and providing a better buffer to adjacent neighborhoods. City redevelopment and business development activities should support this goal by assisting in streetscape enhancement, façade and site improvement, and tenant recruitment. Undergrounding of utilities is a key component of this strategy.

One of the key objectives in reshaping East 14th Street is to improve the transition between the "strip" and adjacent residential neighborhoods. As land redevelops, careful attention must be paid to edge conditions. Zoning should allow for close review of noise, odor, glare and other potential nuisances and should establish standards for fences, setbacks, height, landscaping, lighting, and outdoor activities. Measures to mitigate traffic impacts on adjacent neighborhoods should be pursued as projects are approved. In some locations, it may be appropriate to limit uses with high traffic generation to avoid neighborhood impacts.

The overriding emphasis should be on eliminating nuisances, reducing potential land use conflicts, improving visual quality, and providing uses which benefit nearby neighborhoods and the community as a whole. A comprehensive streetscape plan and a cohesive economic development strategy will help achieve these broad objectives, as well as the more specific objectives for the various activity centers along the street.

*Please consult the following policies and actions for additional guidance on the East 14th Street corridor: Policy 8.09 (East 14th Street) and Actions 8.09-A (North Area Plan Implementation), 8.09-B (South East 14th Area Activity Centers), 8.09-C (East 14th Zoning Changes), 8.09-D (East 14th Streetscape Plan), 15.05-A (East 14th Street transit amenities), 19.01-D (East 14th streetscape improvements), and 44.05-D (East 14th utility undergrounding).*

The vision for Bayfair includes reconstruction of the pedestrian bridge between the BART Station and the Mall.



## C. BAYFAIR

Bayfair Mall is the largest shopping center in San Leandro and the hub of a 130-acre retail area which extends along East 14th Street, Hesperian Boulevard, and Fairmont Avenue in the southeast part of the City. The Mall was developed in 1957 on the site of a former racetrack. Its land use and development standards are guided by a 1992 Development Agreement which allows substantial expansion and establishes parking requirements based on various potential uses.

Surrounding properties in the Focus Area include the Fashion Faire and Fairmont Plaza (Albertsons) Shopping Centers and a number of freestanding retail and office uses. The Focus Area also includes the Bayfair BART Station and a linear strip of commercial uses along the east side of East 14th Street opposite the Mall. Although the latter area is thought by many to be part of San Leandro, it is actually unincorporated Alameda County.

Like many of the smaller shopping centers along East 14th Street, Bayfair has faced competition from newer suburban malls and big box retailers. Sales tax revenues at Bayfair actually declined during the 1990s as the tenant mix changed and several major tenants departed. Compounded by limited freeway visibility and changing market demographics, these trends have contributed to a negative local public image. The recent opening of a 16-screen multiplex cinema, as well as emerging plans to comprehensively redesign the Mall, are positive signs that Bayfair will successfully adapt to the East Bay's changing retail market.

Flexibility is the key. The traditional model of the regional mall as a single use, inwardly-focused space has changed and will continue to change. Across the United States, malls like Bayfair are being retooled with new, complementary uses such as restaurants, theaters, and housing. Design changes to such centers often emphasize architectural quality and pedestrian amenities over auto convenience and function. Bayfair's location adjacent to a BART Station, at the intersection of two BART lines, and along AC Transit's busiest north-south bus line, make it ideally positioned for such changes.

3-88

Additional development in and around Bayfair Mall should promote a synergistic mix of uses, such as retail shops, restaurants, entertainment venues, and offices. New buildings along the Mall's East 14th frontage near Fairmont Avenue could reduce the visual image of the Mall as a "fortress" surrounded by parking. Pathways or promenades could create a more inviting environment for pedestrians. Similarly, additional mixed use development should be encouraged along the east side of East 14th Street. A County Specific Plan for the Ashland-Cherryland Business District provides additional direction for uses in that area.

Several capital improvements are planned for the Bayfair area, hopefully providing a catalyst for revitalization. In 2000, Alameda County received a $2.2 million grant to improve the pedestrian and transit connections between Bayfair Mall, the BART Station, East 14th Street, and nearby neighborhoods. The project includes an enhanced pedestrian walkway between the transit station and the Mall, with the existing circuitous pathway replaced by a landscaped promenade and new bridge. Also planned are improved lighting, signage, and bus transit facilities, along with landscape improvements to the Flood Control Channel.

Additional improvements are planned along East 14th Street in an area extending from 150th Avenue south three miles to the Hayward city limits. These improvements, which will be sponsored and paid for by Alameda County through its participation in the Joint City-County Redevelopment Project, include utility undergrounding, street tree planting, new street lights and street furniture, gateway monuments, planted median strips, and wider sidewalks at intersections. A unified identity is called for in the Bayfair area to enhance perceptions of the area. Palm trees, themed signs, and public spaces are proposed along East 14th Street. In addition to improving safety and aesthetics, these changes should stimulate revitalization and improve economic vitality.

Similar improvements could be considered along Hesperian Boulevard and Fairmont Avenue. Stronger pedestrian connections between the Mall and the surrounding shopping centers should be considered, along with improved transitions between the retail areas and the nearby residential neighborhoods.

*Please consult the following policies and actions for additional Guidance on Bayfair: Policy 8.10 (Bayfair Mall), and Actions 8.10-A (Bayfair Area Urban Design Improvements), and 8.10-B (Bayfair BART Connections).*

## D. DOWNTOWN BART STATION AREA

The Downtown BART Area includes the San Leandro BART Station and the surrounding blocks in the Station vicinity. Although the area is relatively compact, it lacks a strong identity. Large surface parking lots, vacant lots, and physical obstacles such as railroad tracks and wide thoroughfares create an environment lacking in character and form. Land use, transportation, and urban design recommendations have emerged from a recent design program seeking to facilitate the area's transformation into a new and attractive gateway to San Leandro (see text box).

Changes in this area should begin with a redesign of the BART Station itself, which has not been significantly updated since its construction in the late 1960s. Although its design and layout are functional, the Station has a utilitarian quality. The Station should be a more attractive public space, integrated into the fabric of the surrounding neighborhoods and linked to the nearby Downtown area. A variety of changes are proposed to the bus loading and unloading areas, the passenger drop off/pick-up areas, and the parking areas. The area facing San Leandro Boulevard will be reconfigured, making it more attractive to pedestrians, arriving and departing bus passengers, and passing motorists.

A key part of the strategy for this area is to strike a better balance between the needs of cars, buses, bicycles, and pedestrians. San Leandro Boulevard currently acts as a barrier between the Station and Downtown San Leandro. A proposal to narrow the street from seven to five lanes, and to add a landscaped median within the "reclaimed" right-of-

3-89

## In A Nutshell...
### The Central San Leandro/BART Area Revitalization Study

In 1998, the City initiated a two-phase process to develop recommendations for the Downtown BART Station area. Phase One explored land use, circulation, and urban design options and established broad guidelines for the area's future development. The City subsequently received a Transportation for Livable Communities (TLC) grant to refine the Phase One recommendations. During Phase Two, completed in February 2001, residents, business owners, and community groups collaborated to develop more detailed plans for the area.

The Phase Two proposals provide a good example of how the principles of smart growth can be applied to establish the BART area as a viable mixed use neighborhood. The major recommendations are described in the narrative text above and are also reflected in policies and actions under Goal 6.

Plans for a "transit village" with up to 200 new housing units, several new office buildings, a new parking structure, and new public plazas and open spaces have been developed. Integral to these plans are changes to the streets and pedestrian amenities on the blocks surrounding the Station. The Study builds on concurrent efforts to revitalize Downtown and create a historic district around the Casa Peralta. It seeks to build a new and distinct identity that attracts new residents and businesses to the area.

Plans for the Downtown BART Station area include construction of a multi-story parking garage and development of housing and offices on nearby sites.



3-90

way, is under consideration. This change would make it safer and easier to cross the street at Juana and Estudillo Avenues. Ornamental street lights, new street trees, and other improvements along West Estudillo and West Juana would make these streets more inviting and would provide pedestrian links to Downtown and greater visibility for historic landmarks like the Casa Peralta and Daniel Best Home.

Land use changes are the most pivotal part of the strategy for the BART station area. The first of these changes is the relocation of a 320-space surface parking lot at Juana and San Leandro Boulevard to a new three- to four-story parking structure with at least as many spaces on the west side of the station. This would alleviate the overflow parking problem in the neighborhood east of the station, and create a transit-served development site on the former parking lot. The vacated site is planned for multi-family housing, developed according to architectural guidelines which ensure that it reflects the historic scale and texture of the surrounding area. Gable roofs, bay windows, and extensive open space areas are called for to give the project a human scale and distinctive quality. Because of the site's proximity to BART, residential densities that substantially exceed the normal limit for higher density projects (e.g. 25 units per gross acre) are appropriate here.

To the west of the station and beyond the proposed parking structure, a vacant 7-acre site is proposed for development. At one time, this site housed the Del Monte Cannery. Today, it provides an ideal location for a high-quality project that takes full advantage of the extensive public transit system at its front door. While offices are the major use envisioned, projects which combine offices and high-density housing also may be considered.

Additional changes are also envisioned to give this area cohesion and enhance access to BART. Bicycle and pedestrian paths are proposed throughout the area, serving not only the new development but also the neighborhoods and employment areas beyond. Open spaces and plazas are strongly encouraged. The feasibility of a commuter rail (Capitol Corridor) platform along the UP Railroad tracks will be explored. Additional office or multi-family development may take place on vacant land at the north end of Alvarado Street and along Davis

Street. The cumulative effect of these changes will be to provide a stronger market for new restaurants, services, and retail stores in the adjoining Downtown retail area.

*Please consult the following policies and actions for additional guidance on the Downtown BART Station Area: Policies 6.04 (BART Accessibility) and 6.10 (BART Station Area Revitalization), and Actions 6.04-A (BART Area Streetscape Improvements), 6.04-B (San Leandro Boulevard Changes), 6.10-A (Downtown BART Parking Lot), 6.10-B (Redevelopment West of BART Station), and 8B.04 (Old San Leandro Historic District).*

### E. SAN LEANDRO BOULEVARD CORRIDOR

The San Leandro Boulevard Corridor Focus Area extends from the San Leandro BART Station to the north and south for approximately one-half mile in each direction. The corridor is in the midst of a large-scale transition. At its northern end, 354 homes are under construction on former industrial, greenhouse, and nursery sites. At its southern end, the former Hudson Lumber and Yokota Nursery sites represent one of the largest development opportunities in San Leandro. Between and alongside these areas is an eclectic mix of small industrial uses, commercial and automotive services, and older single family homes. There is tremendous potential and promise for positive change.

The Corridor has a rich and interesting history, dating back to the late 1800s, when it was the industrial center of San Leandro. Its proximity to the railroads and location on what was then the edge of town made it a logical location for the City's first factories. By 1890, the area was home to harvester and plow manufacturers, grain cleaners, a paint and varnish works, and a foundry. Following San Leandro's explosive growth during the post-war era, the City leaped west of this area and the industrial base shifted to West San Leandro. The construction of BART and restructuring of the Bay Area economy rendered many of the older industrial uses obsolete.

## North of Davis Street

Today, the northern end of the corridor is comprised of a strip of older commercial and industrial uses along San Leandro Boulevard, including mini-warehouses, a nursery, several auto body and tire shops, a restaurant, and Siempre Verde Park. Given the proximity of this corridor to the BART station and Downtown, its position as a City gateway, and market trends in the area, the existing pattern of uses may soon be in transition.

The north end of Alvarado Street presents the most immediate development opportunity. About 10 acres on both sides of the street just south of the Creek are currently vacant or underutilized. An Environmental Education Center and Natural History Museum is planned on a small site beside the creek, but most of the land is available for redevelopment. Low-rise (one to three story) offices are the preferred use, taking advantage of the creekside setting as well as the proximity to the emerging office hub around the BART station. Given the adjacency of this area to Cherrywood and the strong demand for housing near BART, development with high-density housing or live-work units may also be considered. In either case, a substantial area along the creek should be retained as open space, including provisions for trails and other passive recreation amenities.

Along San Leandro Boulevard, the shift to higher value uses is expected to be more long term. A mixed use development pattern is ultimately envisioned, with an emphasis on office, commercial service, and compatible residential uses. North of San Leandro Creek, the Park Street "Island" should transition to uses that provide a more compatible edge to the nearby Farrelly Pond neighborhood. These uses could include residential and live-work uses along Park Street, and low-impact commercial uses (such as medical and professional offices, artists studios, and business services) facing San Leandro Boulevard. General retail uses are not envisioned, although a limited amount of neighborhood shopping serving the adjacent residential areas may be appropriate. South of San

Leandro Creek, shallow parcels limit the feasibility of large offices, so service businesses and other uses which complement the nearby Creekside Office Center should be encouraged. Streetscape improvements should enhance the image of this area as a City gateway.

## South of Williams Street

The landscape south of BART between Alvarado Street and San Leandro Boulevard is also in transition. Some sites, such as the San Leandro Business Park on Alvarado north of Williams, have recently redeveloped with more contemporary uses. Other sites retain pre-war industrial buildings.

The 30-acre area between Williams and Marina contains a jumble of land uses on small parcels, with numerous property owners and a large number of marginal industrial uses. Single family homes sit side by side with automotive repair shops, metal foundries, and similar uses, with little or no buffering between them. Most of the homes in this area date from the early 20th century and are simple wood-frame cottages, many in poor or deteriorating condition. The commercial and industrial uses are generally concrete block buildings or metal barns with few architectural details. Along the railroad, substantial areas are used for the storage of wood palettes, scrap items, and vehicles. Although many of the businesses in the area are viable and offer needed services to the community, the overall image is eclectic at best and conveys a negative visual impression. This has become even more apparent as surrounding areas have been redeveloped.

Future development in this area should phase out the land use conflicts that now exist and improve overall visual quality. Light industrial and live-work uses are called for along both sides of Alvarado Street from Williams to Marina. Existing residential uses in the area should gradually be phased out. To the extent feasible, homes with historic significance could be converted to offices or relocated to more suitable sites. Upgrading of the existing industrial and heavy commercial uses in this area will be encouraged, along with replacement of blighted industrial structures with more attractive and well landscaped buildings. As in the area north of BART, new uses that take advantage of the BART station's proximity, consolidate small parcels, and make better utilization of these key transit-served development sites should be promoted.

3-92

**158**

The northern part of this area is regarded as suitable for live-work development, offices, and office/flex space. This is an ideal location for incubator space and other small-scale employment uses which do not "fit" in the more intensive industrial areas west of I-880. In the southern part of this area, particularly along Estabrook Street, opportunities to assemble parcels to create larger development sites should be explored. New development in this area could capitalize on the proximity to the emerging auto mall on Marina Boulevard and provide a centralized location for auto-related services.

Further south, the recently cleared Hudson Lumber site and the adjacent former Yokota Nursery provide additional opportunities for development. This 23-acre area is designated for light industrial and commercial uses on the General Plan Map. The Hudson site is large enough to establish a campus environment for light industrial, research and development, or corporate office uses. The site could also potentially support an easterly extension of Aladdin and/or Montague Streets, providing a circulation link to the SOMAR Area and alleviating traffic pressure on Marina Boulevard. The Yokota site is planned for additional auto dealerships along Marina Boulevard.

Given the central location of the former Hudson Lumber site and the limited supply of comparable parcels in the City, redevelopment with uses providing broader community benefits also could be considered. Such uses would be contingent on the City's ability to purchase the land, and could include parks, community facilities, child care or senior services, and similar uses. While the City should explore innovative approaches to acquiring parkland in this area, it will not use eminent domain as the implementing tool.[2] Moreover, the City's interest in developing public uses here should not preclude the approval of private development on these sites, in the event that projects consistent with the General Plan are proposed before public funding can be secured.

During the early deliberations of the General Plan Advisory Committee (GPAC), the possibility of a "land swap" between Hudson Lumber and the School District/City athletic complex at Burrell Field was discussed at length. Most GPAC members believed that the Field was well situated for regional commercial uses, while the Hudson Lumber site had several constraints to private development (i.e., rail lines on both sides) and could be considered for a new sports complex. Such a swap would require a coordinated effort by the San Leandro Unified School District, the City, and the private sector. A sports complex on the Hudson site could address the unmet need for recreational facilities in the City and ultimately become a very desirable public amenity. While the General Plan Land Use Map does not explicitly show this land transfer, it would be consistent with the overall vision for this area, and with the other goals and policies in the Plan.

*Please consult the following policies and actions for additional guidance on the San Leandro Boulevard Corridor: Policy 7.12 (San Leandro Boulevard Corridor Business District) and Actions 7.10-B (Burrell Field), 7.12-A (Alvarado at San Leandro Creek), 7.12-B (Park Street Island), 7.12-C (Alvarado Commons), 7.12-D (Hudson Lumber/Yokota Nursery), 7.12-E (Estabrook Parcel Assembly), and 7.12-F (Park and Public Facility Sites).*

---

2 On February 5, 2001, the San Leandro City Council and Redevelopment Agency adopted Resolution 2001-93, stating that the City would refrain from exercising the powers of eminent domain on the Yokota Nursery.

## F. MARINA BOULEVARD AND SOUTH-OF-MARINA ("SOMAR")

This Focus Area includes the Marina Boulevard corridor east of I-880 and a 300-acre area of mostly industrial and warehouse/distribution uses extending from Marina Boulevard south along Alvarado and Teagarden Streets. Located at the geographic center of San Leandro, this area has excellent access to the regional freeway system, Downtown, BART, the Union Pacific Rail lines, and several of the City's major thoroughfares. It is the "crossroads" of San Leandro and a major gateway to the City.

### Marina Boulevard

The City adopted a Special Overlay Zoning District for Marina Boulevard in 1998. The District established design standards and special design review procedures for development fronting Marina and called for streetscape improvements, undergrounding of utilities, and landscaping of the public right-of-way. The public improvements have now been completed, greatly enhancing the appearance of the street and creating an attractive gateway into San Leandro.

One of the key objectives of the Marina Boulevard Overlay District was the redevelopment of marginal industrial sites with more lucrative commercial uses. This trend began with the redevelopment of Pacific High School as Marina Square Shopping Center in the early 1990s and has continued with the development of several new car dealerships during the past five years. The replacement of the vacant Safeway Preserves Plant and General Motors training facility with auto dealerships should establish a stronger identity of this area as a regional auto center. Meanwhile, Marina Square has emerged as a retail powerhouse, drawing shoppers from throughout the East Bay and providing a strong anchor for complementary retail uses along this corridor.

Continued development of the Marina Boulevard frontage with new auto dealerships and regional retail uses is recommended. Uses should capitalize and build on the success of Marina Square and the existing dealerships, particularly along the south side of the street where the parcels are deeper and can accommodate larger footprint buildings. Restaurants and other retail uses which serve the nearby business community and area residents would be desirable here. An emphasis on higher-end establishments, quality design, and landscaping is imperative, as this area provides the first impression of San Leandro for many visitors. Signage, banner, and design standards for auto dealerships must be strictly enforced.

Close attention must be paid to the traffic impacts of any development along Marina Boulevard, given the potential for congestion at the signalized intersections and the I-880 ramps. Widening of the thoroughfare from four to six lanes is recommended from Orchard Avenue east to San Leandro Boulevard, along with improvements to the I-880 on-ramps. Specific mitigation measures such as turning lanes should be incorporated in new projects where appropriate.

East of Alvarado Street, the visual quality of Marina Boulevard declines and the landscape becomes semi-industrial. The uses in this area include open storage yards, mini-warehouses, a nursery, and even an old chicken processing plant. The smaller parcel sizes in this area and its proximity to the railroad create constraints to redevelopment with retail uses. If these constraints can be sufficiently addressed, reuse with additional auto dealerships or higher value commercial uses would be appropriate. This area's location at a City gateway warrants much higher standards of design and landscaping than presently exist.

### South-of-Marina (SOMAR)

The "SOMAR" area is home to some 2,000 jobs in the transportation, distribution, storage, and wholesale sectors, and an additional 2,000 jobs in manufacturing, food-related industry, and high-tech industry. Most of the area was developed between 1940 and 1970; its location on the I-880 corridor between Oakland and San Jose and its easy access to the freeway has made it a desirable location for trucking and warehouse businesses for the past half century.

Despite its locational amenities, the South-of-Marina Area (SOMAR) currently lacks a distinct image. The district has a more transitional quality than the expansive industrial area west of I-880, with



"SOMAR" Area

By the year 2015, SOMAR is envisioned as an energetic and attractive area of high-quality light industrial and research and development (R&D) buildings. A new identity for the area—characterized by attractive low-rise (one to three-story) buildings, campus-style green spaces, and pedestrian walkways—should be promoted as properties are sold or redeveloped. High design standards should apply throughout the area, with landscaping of street frontages and screening of storage areas. Partnerships with developers and local businesses should be pursued to create gateway monuments, entry features, and other aesthetic improvements within the area.

Complementary uses such as business services, restaurants, and open space would be desirable throughout SOMAR. As the District's "front door," Marina Boulevard provides a logical location for these uses. However, further encroachment by off-price retailers along Alvarado, Teagarden, and other SOMAR streets should be curbed so that this area may be preserved for higher-quality jobs. General residential uses are also regarded as inappropriate in this area because of the potential for conflicts with industry. Employer shuttles to BART, bicycle lanes, and other amenities should be promoted, both as a means of stimulating economic development and as a way to reduce the traffic impacts of a more dense employment pattern.

evidence of encroachment by non-industrial uses in several places. Some of the buildings along Alvarado Street have been converted to discount furniture stores, while others possess an industrial-shopping center hybrid design.

There is ongoing pressure in the SOMAR area to adapt older buildings for new uses and to replace obsolete buildings with office/flex space. The entire area is contained within a joint City-County Redevelopment Project Area, providing the foundation for public investment, land assembly, and reuse. Given its proximity to the freeway, BART, and nearby residential neighborhoods, the area presents an opportunity for a long-term transition away from trucking and distribution toward technology-related activities. Preparation of a Specific Plan or Area Plan to guide this transition is recommended.

Many of the strategies for SOMAR are long-range. The area's transition will not happen overnight, and many of the existing uses may remain in place for the foreseeable future. Zoning Code changes should be phased in to encourage gradual land use transitions. Redevelopment should be used as a catalyst to spur private investment in this area, with the City marketing this area and providing outreach to targeted industries.

*Please consult the following policies and actions for additional guidance on the Marina Boulevard and SOMAR areas: Policies 7.10 (South of Marina Business District) and 8.12 (Marina Boulevard), and Actions 7.10-A (SOMAR Area Plan), 7.10-B (Burrell Field), 16.02-B (Aladdin Extension), and 16.02-C (Widening of Marina Boulevard).*



3-95

## G. WEST SAN LEANDRO BUSINESS DISTRICT

The West San Leandro Business District encompasses some 1,500 acres west of I-880. It is a working and dynamic industrial district, containing nearly half of San Leandro's jobs and many of its major employers. The District is home to a diverse array of companies, including Albertsons, American National Can, Case Tractor, Coca Cola, Georgia Pacific, Goodyear Rubber, Maxwell Laboratories, and Otis Spunkmeyer. In 1998, the area provided 19,000 jobs, including 5,000 in manufacturing and 4,000 in wholesaling and distribution industries.

West San Leandro's history as an industrial center dates back to the 1940s and 1950s. The area emerged as a major manufacturing and distribution center during the post-war era, with enclaves of residential development on its perimeter. As the regional economy shifted away from heavy industry

in the 1970s and 80s, some of the large manufacturers in this area closed, providing new development opportunities. Several former industrial sites at Davis Street and I-880 were redeveloped as "big box" retail centers. Today, these centers provide an important source of sales tax revenue for the City as well as shopping opportunities for area residents. Other sites have redeveloped with new industrial uses, including electronics manufacturing and food processing. In other cases, land and buildings have remained underutilized. Some of the existing building stock is not well configured for future needs and will need to be replaced as land redevelops.

In 1999, most of the industrial properties in West San Leandro were designated as a Redevelopment Project Area. The designation enables the City's Redevelopment Agency to acquire property, relocate businesses, and issue bonds for infrastructure and public facilities. The intent of the designation was to eliminate blight in the area through a combination

### In a Nutshell...
### The Report and Recommendations of the West San Leandro Advisory Committee

In 1997, the City Council appointed a diverse committee of 21 residents and businesspersons to develop a strategic plan for West San Leandro. The Committee's recommendations were issued concurrently with the creation of a new Redevelopment Project Area that included most of the West San Leandro industrial district.

The West San Leandro Advisory Committee focused on five key areas: (1) Conflicts between industrial and residential uses; (2) Youth programs and facilities; (3) Noise; (4) Traffic and trucks; and (5) Revitalization of the industrial and business areas. The Committee's Report includes a list of recommendations to direct future City initiatives on each topic.

Actions in the West San Leandro Committee Report were classified as immediate priority, high priority, or moderate priority. The Committee also identified longer-term recommendations for

further study. The immediate priority items included:

● Development of City policies addressing truck traffic issues.
● Improving the access routes to the Marina.
● Extending Airport "gateway" improvements down the length of Doolittle Drive.
● Investigating Zoning Code revisions to address land use conflicts.
● Increasing the number of facilities and activities serving youth.
● Providing sound mitigation in targeted areas.
● Developing a unified strategy to address Oakland Airport impacts.

These recommendations, along with the high and moderate priority recommendations, are reflected in the policies and actions of the General Plan and the Focus Area discussion for West San Leandro. Some of the actions, such as the Zoning Code revisions, have already been initiated.

3-96

of public and private investment. As a precursor to the Redevelopment Project Area's formation, a Redevelopment Advisory Committee (RAC) was created to recommend short-term, mid-term, and long-term strategies for the area (see text box).

West San Leandro presents many opportunities for economic development. The area has the potential for new employment-generating uses, particularly general industrial and business service type uses. Opportunities for signature development exist on the vacant site formerly occupied by the Hohener Meat Company (near the west end of Davis Street), and on several sites along the Doolittle Corridor. Significant opportunities for redevelopment also exist along Eden Road, which is presently home to several auto wrecking and scrap metal companies. The entire area is well positioned for development that takes advantage of its proximity to Oakland Airport, major rail infrastructure, and easy access to the I-880 freeway. Future development could encompass a broad range of uses, from hotels and offices to international trade and shipping enterprises.

A number of measures, some already underway, will facilitate the area's revitalization. These include aesthetic and streetscape improvements along the major transportation corridors, assembly of small parcels to create more viable development sites, clean-up of contaminated soil on several sites, and removal of blighted or dilapidated structures. Zoning and land use regulations should provide the flexibility to respond to market trends while ensuring environmental protection, aesthetic improvements, and protection of nearby neighborhoods.

To preserve an environment suitable for industrial and technology activity, new retail and residential uses in the Focus Area should be strictly limited. While live-work uses may be appropriate on the perimeter as a transitional use to nearby neighborhoods and commercial areas, conventional housing development should not be allowed within the industrial area. Likewise, some expansion of the successful shopping hubs at Davis Street/I-880 and Marina Boulevard/I-880 may be appropriate, but retail development elsewhere in the area should be limited to businesses serving area employees.

As redevelopment occurs in West San Leandro, one of the major planning challenges will be mitigating the conflicts that currently exist between industrial and residential uses in the area. Parts of the industrial area are ringed by single family neighborhoods. General Plan policies support improvements to the interface areas through better buffering along residential edges. Higher standards for fencing, outdoor storage, and mechanical equipment should ensure that new industrial uses are properly screened from nearby homes. As industrial properties along the edge areas become available for sale or re-use, development with light (rather than general) industrial and other compatible uses will be required to create a better transition to nearby neighborhoods. Examples of compatible light industrial development already exist within the area, for example, at the east end of Bigge Street and along McCormick Street.

Another key to the revitalization of West San Leandro is the improvement of the area's circulation system. Physical barriers such as railroad tracks present obstacles to through-traffic, aggravating congestion at intersections. The problems could get worse as employment densities in the area increase. A number of specific improvements are recommended to facilitate circulation and direct truck traffic away from residential streets. Better signing of truck routes and improvement of key intersections to accommodate truck turns are recommended.

Please consult the following policies and actions for additional guidance on the West San Leandro area: Policy 7.09 (West San Leandro Business District) and Actions 7.09-A (Doolittle Gateway), 7.09-B (West Davis/Eden Road), 7.09-C (Hohener Property), 7.09-D (Timothy Drive Neighborhood Improvements), 15.03-A (Public-Private Partnerships for Shuttle Service), 16.08-B (Truck Traffic Improvements), and 17.05-A (West San Leandro Street Improvements).

## H. SAN LEANDRO MARINA

Located at the west end of Marina Boulevard along San Francisco Bay, the San Leandro Marina is the centerpiece of the City's largest recreation area. It contains a mix of active recreational and commercial uses, including a 466-slip public marina, two yacht clubs, a hotel, and two large restaurants. The Marina was constructed in the early 1960s with fill dredged from San Francisco Bay. Its development was part of a larger shoreline improvement project that included the nearby 18-hole Tony Lema Golf Course, the 9-hole Marina Golf Course (together now known as Monarch Bay), and the 30-acre Marina Park.

The Focus Area is limited to the roughly 40-acre area on the west side of Neptune Drive between Marina Boulevard and Fairway Drive. This area consists of two peninsulas encircling the boat basin and includes the existing El Torito and Horatio's Restaurants and the Marina Inn. Three development opportunity sites totaling approximately 10 acres have been identified within this area. Each site

offers unique opportunities for new commercial uses that take advantage of the waterfront location, panoramic views, and proximity to nearby recreational amenities.

As San Leandro's "window" to the Bay, the Marina offers unique opportunities as a community showcase. The City's objective is to attract a mix of water-oriented uses which are compatible with the Marina's recreational character and which enhance its appeal as a destination for East Bay residents and visitors. There is particular interest in new uses which will accommodate airport-related travelers, including hotels, restaurants, and conference/ meeting facilities. Ancillary retail or office uses would also be appropriate. Uses that maximize the City's return on its investment in the Marina and golf courses, provide a funding source for dredging and other Marina operations, and enhance the existing park areas, are strongly encouraged.



3-98

Because the Marina is the "crown jewel" in the City's park system, high design standards will be required as future development takes place. New development should tie together the commercial and recreational uses that are already in place, with clear pedestrian connections provided. Building and landscape design should reinforce the sense of the Marina as a pedestrian-friendly destination. Provisions for public amenities in new projects, such as picnic areas, shoreline walkways, lawns, and entry improvements, should be strongly encouraged.

The City envisions the Marina as a community focal point—a place for family gatherings and celebrations—as well as a haven for business travelers. New activities and special events should be pursued, particularly those with the potential for revenue generation. Farmers markets, golf tournaments, community fairs, and similar events could contribute to the perception of the Marina as San Leandro's playground. Historic markers that recall the area's past as an oyster farming and shipping area should be pursued.

The feasibility of ferry service to San Francisco also should be explored, providing an added draw for visitors and increasing foot traffic through the area. Ferries could serve residents, commuters, and visitors. In the latter case, the ferries could link Marina hotels to recreational destinations such as Pac Bell Park and Fisherman's Wharf, or business destinations such as San Francisco's Financial District. Feasibility studies for ferry service must consider not only the economics of construction and operation, but landside impacts such as parking and traffic.

One of the most important strategies for this Focus Area relates to the access routes between I-880 and the Marina. The area currently suffers from a number of circulation constraints, including poor visibility from the freeway and proximity to residential areas where traffic impacts are a serious concern. Both Marina Boulevard and Fairway Drive traverse industrial areas as they approach the Marina, providing a less than optimal first impression. Streetscape improvements such as street trees and landscaping should create a more attractive entry.

Ultimately, redevelopment along Marina Boulevard should strive for uses with greater "curb appeal." Such changes would provide the added benefit of improving the gateway to the Mulford Gardens and Marina Faire neighborhoods. Future signage changes could also route a larger number of Marina-bound trips to Fairway Drive. More substantial changes could be considered in the long-run, including the redesign of intersections or even a new north-south street to direct Marina traffic to Fairway.

The balance between environment, recreation, commerce, and neighborhoods in and around the San Leandro Marina is a delicate one. Future development must be particularly sensitive to potential impacts on nearby wetlands, parks, and residential areas. A comprehensive perspective, starting with a long-range plan for the entire San Leandro shoreline and adjacent neighborhoods, is recommended.

*Please consult Goal 9 and related policies and actions for additional Guidance on the Marina area.*

**EXHIBIT 7 – Part 8**



## I. ☐ MACARTHUR CORRIDOR

MacArthur Boulevard extends from the Oakland border south for approximately a mile on San Leandro's northeast side. During the first half of the 1900s, MacArthur was the primary highway linking the Central East Bay with the Livermore Valley and points east. Some of the automotive businesses and vacated storefronts along the street are remnants of that era.

Construction of the I-580 Freeway in the 1960s changed the character and function of the street and rendered many uses along MacArthur obsolete. Bypassed by the Freeway, the northern half-mile of the street experienced a period of general decline and disinvestment. The southern half-mile became a freeway frontage road, with commercial uses along the west side and the imposing wall of the freeway on the east. In both areas, the variable condition of the commercial areas stands in contrast with adjacent residential neighborhoods, which have retained their consistently high quality.

The City adopted a Streetscape Plan for MacArthur Boulevard in February 2001 to improve the pedestrian environment, beautify the street, soften the freeway's presence, and stimulate revitalization of the commercial areas. The recommended urban design improvements should be complemented by land use strategies which reflect the different physical environments along the various sections of the street. While mixed use development is called for along the length of MacArthur, physical conditions suggest that residential uses be emphasized in some areas and commercial uses emphasized in others. This approach is supported by the North Area Plan (see text box on Page 112), which encompasses this area.

3-100

Retail and service uses should be clustered in the areas between Durant Avenue and Broadmoor Boulevard, Victoria and Superior Avenues, and along the west side of the boulevard between Dutton and the Estudillo (Rite Aid) Shopping Center. Residential uses should be conditionally acceptable, but should be secondary to the commercial uses (e.g., located above or behind the commercial uses). Conversely, residential and office uses should be emphasized in the area between Broadmoor Boulevard and Victoria Avenue. Between Superior and Dutton, the street grid and freeway ramps make mixed use development problematic. In this area, a range of civic and commercial uses such as small offices and service businesses should be encouraged.

The goal in the Dutton to Estudillo area is to create a "Main Street" environment in which people can comfortably walk to businesses and shops. Locally-oriented businesses should reinforce the role of this area as a neighborhood shopping hub for the Estudillo Estates, Broadmoor, and Bay-O-Vista Districts. New construction should strengthen the character of existing architecture and should be sympathetic to the area's historic form and scale. Architectural design guidelines for the corridor are set forth in the North Area Plan. These guidelines remain appropriate and should be implemented as new development takes place.

*Please consult the following policies and actions for additional guidance on the MacArthur Corridor: Policy 8.11 (MacArthur Corridor) and Actions 8.10-A (North Area Plan), 8.11-A (MacArthur Boulevard Streetscape Plan), 8.11-B (MacArthur Community Planning Process), 8.11-C (Rezoning of MacArthur Corridor).*

## J. MID-WASHINGTON CORRIDOR

Washington Avenue stretches more than three miles from the Downtown San Leandro Plaza south to San Lorenzo Creek. The street was initially developed in the 1850s as a plank road linking San Leandro to a wharf in San Lorenzo. It later became a major thoroughfare between the north and south sides of the City and is now the primary gateway into Downtown from the Floresta and Washington Manor areas. Although the entire length of the street warrants close attention, the Focus Area is limited to the roughly one mile section between San Leandro Boulevard and Halcyon Drive. More than any other part of the street, this section has the greatest potential for change and the most extensive opportunities for improvement.

This section of Washington Avenue is presently characterized by a mix of commercial services, light industrial uses, and two major industrial anchors—Ghirardelli Chocolate on the north and Kraft/General Foods on the south. Existing uses on the corridor include a bakery outlet store, a trucking company, brick and stone sales, a furniture store, mini-warehouses, a lumberyard, and several auto body and paint shops. The corridor also includes a new 165,000 square foot office/warehouse that is home to K/P Printing.

The Mid-Washington Corridor is expected to retain its light industrial quality over the next 15 years. The Corridor provides an appropriate setting for the types of uses that presently exist there, including construction products sales and automotive repair. The key objective is to improve the visual quality of these uses and make Washington Avenue a more attractive gateway into Central San Leandro. Design standards should ensure that new buildings are attractively designed and landscaped, and that outdoor storage areas are well screened. Public improvements, such as tree planting, banners and gateway monuments, billboard removal, landscaping, and the undergrounding of utilities should also be pursued here.



As sites become available for reuse, the opportunity to replace existing uses with higher value uses should be considered. The light industrial designation could accommodate additional uses like K/P Printing, as well as a limited number of manufacturing uses. Given the proximity of this area to residential neighborhoods, uses that generate large volumes of truck traffic should be discouraged. Future uses could take advantage of the established presence of construction suppliers on this corridor, or the presence of the food processing industries. This could enable this area to develop a regional reputation as a center for such products (i.e., "Contractor's Row" or "Food Services Row.") Residential uses are not regarded as appropriate along Mid-Washington Avenue due to the potential for conflicts with industrial uses and the ingress and egress constraints along the street.

*See the following policies and actions for additional Guidance on the Mid-Washington Avenue corridor: Policy 7.11 (Mid-Washington Avenue Business District) and Actions 7.11-A (Rezoning Mid-Washington Avenue to Light Industrial) and 16.06-A (Washington Avenue Underpass).*

3-102

# BEYOND THE CITY LIMITS:
# SAN LEANDRO'S PLANNING AREA



## A. OVERVIEW

Development outside the City limits has the potential to significantly affect San Leandro neighborhoods and business districts. This is especially true in the area sometimes referred to as "unincorporated San Leandro," located east and southeast of the City. Many residents and businesses in this area—which includes Ashland, Hillcrest Knolls, the County Hospital complex, and western Castro Valley—have San Leandro addresses and use San Leandro services and community facilities.

The Alameda County Local Agency Formation Commission (LAFCO)—the County Commission charged with reviewing proposals for annexation—has designated these communities as San Leandro's *sphere of influence*. The sphere is defined by the California Government Code as the "probable ultimate physical boundaries and service area" of a

city. Cities are empowered by the State to consider these areas and other unincorporated areas that bear relation to the city's future in their general plans. In theory, this provides cities with a means of shaping the future of areas they will eventually annex.

The inclusion of Ashland and western Castro Valley in San Leandro's sphere dates back to the early 1960s when the Alameda County LAFCO was first created. At that time, San Leandro was operating under a General Plan that called for the annexation of more than four square miles to the east and southeast of Bayfair Mall. The 1958 General Plan envisioned City limits that would eventually extend south beyond Highway 238 to Hayward, and nearly as far east as the present-day Castro Valley BART Station. More 41,000 residents were ultimately envisioned for this area.

For a variety of reasons, these areas were never annexed and continued to develop under the jurisdiction of Alameda County. Most public services, including planning and building, are still provided by the County today. Special districts provide community services such as wastewater treatment and education. The area has grown steadily over the past 40 years, transforming from a semi-rural area of greenhouses, nurseries, and post-war subdivisions into a more urban and diverse community. In 2000, Ashland had a population of about 19,000, while western Castro Valley's population was about 10,000.

The communities comprising the San Leandro sphere of influence are shown in Figure 3-6. The sphere boundary has not been amended since 1963. Although there are no plans to annex Ashland or western Castro Valley, these areas remain of interest to the City. The City is also interested in expanding the sphere to include the former San Leandro Rock Quarry, located east of the City on Lake Chabot Road.

The following sections of the Plan identify the City's current concerns and strategies for unincorporated San Leandro. Because primary planning authority in these areas rests with the County, the discussion is more generalized than that for land within the City limits. The Alameda County General Plan, along with the County Area Plans and Specific Plans that cover these areas, should be consulted for further information and guidance.

Figure 3-7 presents the Land Use Plan for the San Leandro sphere of influence. The Plan reflects the County designations depicted in the Eden Area Plan (for Ashland and Hillcrest Knolls), the Castro Valley Area Plan, and the Ashland-Cherryland Business District Specific Plan. Most of the General Plan designations for these areas reinforce existing patterns of land use. The emphasis is on infill and redevelopment rather than outward expansion of the urbanized area. No changes to the County's designations have been proposed by the City.

The City has no planning jurisdiction over unincorporated San Lorenzo or the City of Oakland. However, development in these areas may impact San Leandro as much (or even more) than development in the City's sphere of influence. The Cities of San Leandro and Oakland have been working for several years to address issues of mutual concern, strengthen the bonds between the two communities, and jointly plan for areas along their common borders. These collaborations should continue in the future.

3-102

## B. ASHLAND

The unincorporated community of Ashland occupies the triangular-shaped area bounded by Hesperian/Bayfair on the west, San Lorenzo Creek on the south, and I-580 on the east. Ashland was once a major truck farm and greenhouse area, although little of its agricultural past is evident today. The community is mostly residential, with homes ranging from century-old cottages to recent subdivisions. Some of the housing consists of 1950s-era tracts similar to those in San Lorenzo and Washington Manor. However, other parts of the area were developed to County standards, with large lots, narrow streets, and no sidewalks or curbs. The area appears to be a patchwork of older and newer development, sometimes with little continuity from one block to the next. Some of the older housing is in poor condition and is in need of rehabilitation.

Ashland also has several large pockets of higher density housing. Two and three-story apartment blocks, many dating from the 1960s, are located east of East 14th Street between 159th and 165th Avenues. Pockets of higher density housing also exist along Ashland Avenue and San Lorenzo Creek. The quality of this housing is extremely variable. The City of San Leandro is particularly interested in County programs that improve blighted residential properties in Ashland and address the safety and security issues that have arisen at some of these properties.

Commercial uses in Ashland are generally located along East 14th Street and Lewelling Boulevard. The East 14th "strip" includes a large number of car dealerships and auto service uses, while Lewelling contains a mix of retail, service, office, and residential uses. Some of the commercial properties are vacant or underutilized and have been identified by the County as candidates for redevelopment.

The Ashland area includes San Lorenzo High School, a handful of elementary schools, parks and public uses, and a few light industrial uses along the Union Pacific railroad. Ashland also includes the original townsite of San Lorenzo, located to the

northeast of Lewelling and Hesperian Boulevards. Although little remains of the old town, there are a number of homes dating from around 1900 as well as a historic cemetery and church. Preservation of these resources and additional recognition of their historic significance would be desirable and would complement San Leandro's own historic preservation efforts.

Long-range plans for Ashland call for revitalization of the East 14th and Lewelling business districts, rehabilitation of substandard housing, and streetscape improvements along major thoroughfares. Major increases in population are not expected. ABAG projects that Ashland will add about 290 households during the next 20 years (about a four percent increase). Most of this development will occur as infill on underutilized sites. No major changes in land use patterns are expected, although more intensive use of property along East 14th Street may occur.

The County's land use plan designates the two-mile East 14th Corridor southeast of Bayfair as "General Commercial or Medium/High Density Residential." This is the County's equivalent to San Leandro's "Corridor Mixed Use" designation. It allows either residential, commercial, or mixed use development, with densities of up to about 40 units per acre. The Ashland-Cherryland Business District Specific Plan includes further standards for how this corridor should be developed and includes an action plan to finance and build specific public improvements. The Ashland Business District is also contained in a Joint City-County Redevelopment Project area that extends into San Leandro along East 14th Street.

3-105

**171**

**In A Nutshell...**
**The Unincorporated San Leandro Planning Area**

The San Leandro Planning Area includes three-square miles of unincorporated Alameda County located to the east and southeast of the City. Although this area is beyond the City limits, its development has the potential to affect San Leandro neighborhoods and business districts. State law provides the City with the authority to advise the County on its vision for this area through the General Plan. Accordingly, this section of the General Plan establishes the following objectives:

- Work collaboratively with the City of Oakland and Alameda County to address land use, transportation, public safety, and other issues of mutual concern along and beyond the San Leandro City boundaries.
- Actively participate in the review of development and capital improvement proposals for the San Leandro sphere of influence, including Ashland, Hillcrest Knolls, Fairmont Ridge, the County Hospital, and western Castro Valley.
- Pursue the addition of the former rock quarry to the San Leandro Sphere of Influence, to provide the City with greater authority over planning decisions on the site and ensure that the interests of San Leandro residents are represented.
- Support the continued improvement and beautification of the Ashland District, particularly the commercial properties along East 14th Street.

- Maintain Fairmont Ridge as open space, conserving its unique ecological features while minimizing wildfire hazards and supporting passive recreational improvements such as trails.
- Actively participate in long-range planning for the County Hospital properties.
- Conserve the rural-residential character of the Hillcrest Knolls area.
- Promote the preservation of historic resources in the old San Lorenzo Village area (northeast of Lewelling and Hesperian).
- Participate in ongoing discussions regarding the possible incorporation of Castro Valley, and plans for the Western Castro Valley area.

3-106



UNINCORPORATED
SAN LEANDRO
PLANNING AREA

FIGURE 3-6

San Leandro General Plan Update, 2002

LEGEND

— · · —     City Limit
· · · · · · · ·     Sphere Boundary
— · · —     Proposed Sphere Amendment

0'   500'   1000'          2500'



LEGEND

Low Density Residential
Low-Medium Density Residential
Medium Density Residential
High-Medium Density Residential
Neighborhood Commercial
General commercial
General commercial or
High-Medium Density Residential

General Commercial or
Low Density Residential
Industrial
Public
School
Park
Major Open Space
City Limit
Sphere Boundary
Proposed Sphere Amendment
★ Future Study Area

UNINCORPORATED
AREA LAND USE
DIAGRAM

FIGURE 3-7

San Leandro General Plan Update, 2002

3-109

Those parts of Ashland which immediately abut San Leandro or which are gateways into the City are of particular interest to San Leandro residents. The City limits literally run down the center of 150th Avenue, East 14th Street, and parts of Hesperian Boulevard for over a mile, leaving one side of the street under City jurisdiction and the other under County jurisdiction. Even the Bayfair BART Station straddles the City limits, with half of the station's parking lot in San Leandro and the other half in the County. There is little distinction between the "City" and "County" sides of the line; most people perceive both sides as being San Leandro.

Likewise, East 14th Street/Mission Boulevard, Lewelling Boulevard, and Fairmont Drive all traverse unincorporated areas between the freeway exits and the San Leandro City limits. These busy gateway streets present the first impression of San Leandro to tens of thousands of people every day. Fairmont Drive has been attractively landscaped and designed. Other gateways from the unincorporated area would also benefit from improvements that create a more positive impression of San Leandro for visitors and residents alike.

Improvement of East 14th Street in the Bayfair Area is already underway (see Page 114). It is hoped that these changes will spark private reinvestment along the corridor and trigger the redevelopment of marginal commercial uses. As a partner in the Redevelopment Project Area, San Leandro is committed to working closely with the County to make this vision a reality.

Elsewhere in Ashland, the City supports continued implementation of the Alameda County General Plan. The City strongly supports County efforts to upgrade housing, enforce blight ordinances, improve public safety, and promote private and public investment along the area's corridors. Major capital improvement projects within this area include the widening of Highway 238 and the widening of Lewelling Boulevard. Both of these projects may affect traffic circulation within San Leandro and will be closely monitored by the City.

The County presently refers major development proposals or plans for the Ashland area to the City of San Leandro for courtesy review and comment. This practice should continue in the future. San Leandro is particularly interested in the impacts of proposed development on traffic and public services, including schools. Additional long-range planning by and for the Ashland community is strongly encouraged by the City.

The pros and cons of annexing Ashland have been debated in San Leandro for more than 40 years. The benefits would include the City's ability to influence land use decisions in the area and collect tax revenues from development. The key disadvantage is the high cost of providing services to this area, and perhaps more significantly, the cost of bringing parts of the area up to City standards. The dialogue over annexation should continue in the future, with an emphasis on the areas around Bayfair Mall and the Bayfair BART Station. The east side of East 14th between 150th and 159th Avenues is of particular interest, since the area is integral to the future of Bayfair Mall.



## C. HILLCREST KNOLLS/ FAIRMONT RIDGE

Hillcrest Knolls is a residential area of about 300 homes located adjacent to the San Leandro City limits on the east side of I-580. The area is characterized by narrow, winding streets, hilly terrain, and single family homes in a country setting. The area is mostly built out, with some potential for infill housing. The Alameda County General Plan maintains the status quo in Hillcrest Knolls, with a "low density residential" designation applied.

Fairmont Ridge consists of a large open hillside to the east of the Bay-O-Vista neighborhood. The ridge is an important visual resource for San Leandro and provides a picturesque backdrop for much of the City. Most of the land was acquired by the East Bay Regional Park District in the early 1990s. The land is designated as Open Space by the County General Plan and there are no plans for additional development there. Due to the steep slopes and aesthetic and ecological value of the area, the ridge

is envisioned as a conservation area rather than an area for active recreation. The City supports plans for trails and staging areas on the site, and continued management to reduce fire hazards and protect natural resources.

At the south end of Fairmont Ridge, the County Hospital complex includes a campus of public buildings along Fairmont Drive and Foothill Boulevard. These buildings include the County Health Department, juvenile justice facilities, maintenance facilities, traffic hearing offices, and a variety of other County offices and service facilities. The County General Plan designates these areas for Public uses. However, most of the landholdings are undeveloped and some of the facilities face an uncertain future. Communication between the City of San Leandro and Alameda County on these areas is important and should continue in the future.

3-112

## D. WESTERN CASTRO VALLEY

Western Castro Valley includes the area along the east side of Interstate 580 from the County Hospital to Highway 238. The sphere of influence encompasses land west of the crest of the hill, including subdivisions along Foothill Boulevard and Miramar and Somerset Avenues. The area is characterized by single family "view" homes, most built in the 1950s, 60s, and 70s. Closer to I-580, there are several low-rise apartment complexes, motels pre-dating the freeway's construction, and local-serving commercial uses. This area is less integral to San Leandro than other parts of the sphere of influence. Much of the area is perceived as being part of Castro Valley, and would probably be included in Castro Valley if that community were to incorporate.

As in Ashland and the Ridge/Hospital area, the Alameda County General Plan reinforces existing land use patterns. A majority of the area is designated for low or suburban density development. A small area of medium density and commercial development is shown at Miramar Avenue and I-580. County Plan policies anticipate a minimal amount of new homes and jobs in this area and emphasize compatible infill development. The Castro Valley Area Plan is currently being updated and will soon be available for review by the City of San Leandro.

Annexation of western Castro Valley to San Leandro during the next 15 years is unlikely. The City will continue to participate in the review of major development and transportation proposals in this area in the future, along with other changes that could affect services and infrastructure in San Leandro.

## E. FORMER SAN LEANDRO ROCK QUARRY

The former San Leandro Rock Quarry is located immediately east of the City limits on the south side of Lake Chabot Road. The Quarry was established in 1886 and provided high quality rock and construction material to communities throughout the East Bay for 100 years. In 1986, the Quarry was closed; the 58-acre site was graded and terraced, and a series of flat areas, benches, and engineered slopes was created. The portion of the site closest to the City limits was later developed as a golf driving range, while the rest of the site remained undeveloped.

The Quarry is currently outside of San Leandro's sphere of influence and is governed by Alameda County's land use regulations. The County General Plan designates the site for open space uses, with a corresponding Agricultural zoning designation. However, because the site adjoins the City limits and has been an integral part of adjacent San Leandro neighborhoods for many years, it is important to address its future use within the City's General Plan. Any development on the site would require City of San Leandro services and most traffic to and from the site would use San Leandro streets.

Previous General Plans for San Leandro anticipated that this area would eventually be annexed to the City and developed with low-density residential uses. The 1989 Plan envisioned densities of about three units per acre, similar to the nearby Bay-O-Vista neighborhood. Clustering of homes was encouraged so that the steeper portions of the site could be retained as open space. The 1989 Plan noted that the site's environmentally sensitive character required particularly high design standards. The Plan also identified the site as a good candidate to capture some of the demand for higher-end or "executive" housing within San Leandro.

During the 1990s, several development proposals were made for the Quarry site, each combining single family housing and open space. The proposals generally called for single family homes on the flatter portions of the site and open space conservation on the steeper slopes. Extensive geologic investigations were made and several environmental impact reports were prepared. However, neighborhood concerns over the visual impacts of development on nearby parklands and developer concerns over geologic hazards presented obstacles to the Quarry's reuse. Finding the right balance between open space and development on the site remains an issue that will be subject to further discussion in the coming years.

This General Plan does not specify a new land use designation for the Quarry site, but rather identifies it as a "Future Study Area." Following adoption of the General Plan, procedures to bring the site into the City's sphere of influence should be initiated. This will allow greater local control over the site and accommodate its eventual annexation to San Leandro. The flexibility to consider a broad range of proposals for the Quarry should be retained throughout this process and into the future.

3-114

## G. GOALS, POLICIES AND ACTIONS

**Goal:**
**⑬**

### Coordinating Land Use and Transportation
Coordinate land use and transportation planning.

**POLICIES AND ACTIONS**

| | | IMPLEMENTATION STRATEGIES |
|---|---|---|

**13.01** **DECISION-MAKING**
Ensure that future land use and development decisions are in balance with the capacity of the City's transportation system.

- Capital Improvement Program
- Development Review
- Traffic Monitoring

**13.02** **KEEPING PACE WITH GROWTH**
Improve transportation infrastructure at a rate that keeps pace with growth.

- Annual Budget
- Capital Improvement Program
- DFSI Fee

**13.03** **MITIGATION OF DEVELOPMENT IMPACTS**
Require developers to address the impacts that their projects will have on the City's transportation system. A variety of mitigation measures, including impact fees, street improvements, transportation demand management (TDM) measures, and improvement of non-automobile transportation modes, should be considered.

- CEQA
- Development Review
- DFSI Fee

*Action 13.03-A: Impact Fee Review*
*Review City transportation impact fees annually to ensure that they are competitive with the rest of the Bay Area and adequately address local street improvement costs.*

*Action 13.03-B: Traffic Analysis Requirements*
*Require traffic analyses for new development that will generate substantial volumes of traffic. Identify mitigation measures as appropriate to address impacts.*

**13.04** **TRANSIT-ORIENTED DEVELOPMENT**
Ensure that properties adjacent to the City's BART stations and along heavily used public transit routes are developed in a way that maximizes the potential for transit use. Such development should be of particularly high quality, include open space and other amenities, and respect the scale and character of nearby neighborhoods.

- Development Review
- Intergovernmental Coordination
- Zoning Code

4-30

**179**

**POLICIES AND ACTIONS** *(Hazardous Materials continued)*           **IMPLEMENTATION STRATEGIES**

*Action 33.01-C: Review of Groundwater Reports*
*Regularly review monitoring reports and other data*
*published by state, federal, and regional agencies to*
*track the condition of groundwater plumes and*
*environmental cases in the City.*

**33.02**      **CLEAN-UP OF CONTAMINATED SITES**
Ensure that the necessary steps are taken to clean up         • County Hazardous Waste Plan
residual hazardous wastes on any contaminated sites          • Development Review
proposed for redevelopment or reuse. Require soil            • Environmental Services
evaluations as needed to ensure that risks are assessed        Programs
and appropriate remediation is provided.                     • Hazardous Materials
                                                               Remediation Programs

**33.03**      **DESIGN OF STORAGE AND HANDLING AREAS**
Require that all hazardous material storage and handling      • Development Review
areas are designed to minimize the possibility of            • Fire Code
environmental contamination and adverse off-site             • Hazardous Materials Business
impacts. Enforce and implement relevant state and             Plans
federal codes regarding spill containment facilities
around storage tanks.

*Action 33.03-A: Implement Fire Code*
*Administer appropriate sections of the Uniform Fire*
*Code to ensure that buildings comply with hazardous*
*materials policies.*

**33.04**      **SEPARATION FROM SENSITIVE USES**
Provide adequate and safe separation between areas           • Conditional Use Permits
where hazardous materials are present and sensitive          • Development Review
uses such as schools, residences, and public facilities.     • Zoning Ordinance

*Action 33.04-A: Zoning Review*
*Consider zoning standards that ensure that new housing*
*is not developed in areas where relatively large quanti-*
*ties of hazardous materials are handled or stored, and*
*that limit the use of hazardous materials by new*
*businesses located in or near residential areas.*

**33.05**      **INCIDENT RESPONSE**
Maintain the capacity to respond immediately and            • City Operating Procedures
effectively to hazardous materials incidents. Provide       • Emergency Preparedness Plan
ongoing training for hazardous materials enforcement
and response personnel.

6-38

| POLICIES AND ACTIONS *(Noise Compatibility continued)* | IMPLEMENTATION STRATEGIES |
|---|---|

**35.05**  **NOISE-SENSITIVE USES**
Discourage noise-sensitive uses such as hospitals, schools, and rest homes from locating in areas with very high noise levels. Conversely, discourage new uses likely to produce high levels of noise from locating in areas where noise-sensitive uses would be impacted.

- Conditional Use Permits
- Development Review
- Economic Development Programs

*Action 35.05-A: Conditions of Approval*
*When approving development or issuing conditional use permits, establish conditions of approval (including construction hours and operating hours) that minimize the potential for noise impacts on nearby properties.*

**35.06**  **MINIMIZING NOISE IN NEW HOUSING AREAS**
In the event that new housing is constructed in areas that exceed normally acceptable noise levels, require project design and construction measures that minimize noise intrusion.

- CEQA
- Development Review

**35.07**  **NOISE REDUCTION MEASURES**
Encourage local businesses to reduce noise impacts on the community by replacing excessively noisy equipment and machinery, applying noise-reduction technology, and following operating procedures that limit the potential for conflicts.

- Conditional Use Permits
- Noise Ordinance

**35.08**  **RESPONDING TO NOISE PROBLEMS**
Continue to respond promptly and effectively to local noise complaints and noise problems, enforcing City codes and ordinances as necessary to ensure that a peaceful environment is maintained.

- City Operating Procedures
- Noise Ordinance

*Action 35.08-A: Noise Ordinance Update*
*Amend the San Leandro Noise Ordinance with the objective of establishing residential "quiet hours" and identifying the types of noise sources to be restricted during these hours. The ordinance should establish fines and penalties for violations and should deal with specific problem activities such as the use of loud machinery and equipment in and around residential areas.*