Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, et. al. <br><br> Defendants. <br><br> FAITH FELLOWSHIP FOURSQUARE CHURCH, <br><br> Real Party in Interest. | Case No.: CO7-03605-PJH-JCS <br><br> **DECLARATION OF KEVIN T. SNIDER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br><br> Date: October 1, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon.: Phyllis J. Hamilton |

DECLARATION OF KEVIN T. SNIDER

-1-

I, Kevin T. Snider, do hereby declare as follows:

1. That I am an attorney of record in the above-encaptioned case, that if called upon I could and would testify truthfully, as to my own personal knowledge, as follows:

2. Exhibit 1 of this declaration is a true and correct copy of pages 1, 24-25 and 51-52 of the Deposition of John Jermanis, City Manager of the City of San Leandro.

3. Exhibit 2 of this declaration is a true and correct copy of pages 1, 92, 94-95 and 202-204 of the Deposition of Edward Bullok.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 10th day of September, 2008, in the County of Sacramento, City of Sacramento.

/S/ Kevin Snider_____
Kevin T. Snider, Declarant

DECLARATION OF KEVIN T. SNIDER

-2-