Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

Peter D. MacDonald, State Bar No. 69789
LAW OFFICE OF PETER MACDONALD
400 Main Street, Suite 210
Pleasanton, CA 94566-7371
Tel. (925) 462-0191
Fax. (925) 462-0404
Email: pmacdonald@macdonaldlaw.net

Attorneys for Plaintiff and Real Party in Interest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH FOURSQUARE GOSPEL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN LEANDRO, et. al. <br><br> Defendants. <br><br> FAITH FELLOWSHIP FOURSQUARE CHURCH, <br><br> Real Party in Interest. | Case No.: CO7-03605-PJH-JCS <br><br> **PLAINTIFF AND REAL PARTY IN INTEREST'S OBJECTIONS TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF EXHIBITS 32-33** <br><br> Date: October 1, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon.: Phyllis J. Hamilton |

DECLARATION OF KEVIN T. SNIDER

-1-

Plaintiff and Real Party in Interest (hereinafter "Church") offer the following objection to the Request for Judicial Notice of Exhibits 32-33 (Court Document 132-24) offered in support of Defendant's Motion for Summary Judgment.

Exhibit 32 is Webster's New Unabridged Universal Dictionary (1992), definition of "assembly."

Exhibit 33 is Webster's New Unabridged Universal Dictionary (1992), definition of "institution."

Webster's definition of "assembly" is irrelevant. Fed. R. Evid. 401, 402. For purposes of assemblies under RLUIPA, it is the legislative intent that governs the terms of a statute. *In re Co Petro Marketing Group, Inc.*, 680 F.2d 566, 570 (9th Cir. 1982). The congressional record provides examples of assembly use as follows: "banquet halls, clubs, community centers, funeral parlors, fraternal organizations, health clubs, gyms, places of amusement, recreation centers, lodges, libraries, museums, municipal buildings, meeting halls, and theatres," H.R. Rep. No. 106-219, 106th Cong., 1st Sess. 19 (1999); and "recreation centers and health clubs," 146 Cong. Rec. S7774-01 at S7777 (daily ed. July 27, 2000).

Webster's definition of "institution" is irrelevant. Fed. R. Evid. 401, 402. For purposes of assemblies under RLUIPA, it is the legislative intent that governs rather than the terms of a statute. *In re Co Petro Marketing Group, Inc.*, *Id.*.

/S/  Kevin Snider
Kevin T. Snider, Declarant

DECLARATION OF KEVIN T. SNIDER

-2-