United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:   CV-07-3605  PJH

Date Filed:   9-11-08

Document:

____ Reporter's Transcript:

____ Trial Exhibits:

____ Lodged Documents:

____ Sealed Documents

____ Declaration:

__X__ Other: Exhibits

Location:

__X__ Expando (Next to Case File)

____ Overflow Shelf:

___ Vault

____ Other:

## Document Number:   146