SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT E. HENNIGH, SBN 184413
MEREDITH JONES-MCKEOWN, SBN 233301
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: shennigh@sheppardmullin.com

Kevin T. Snider, SBN 170988
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Telephone: 916-857-6900
Facsimile: 916-857-6902
Email: kevinsnider@pacificjustice.org

Attorneys for Plaintiff
INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO,<br><br>Defendant.<br><br>FAITH FELLOWSHIP FOURSQUARE CHURCH,<br><br>Real Party in Interest. | No. 4:07-cv-03605-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3<br><br>Complaint Filed: July 12, 2007 |

WHEREAS, on September 14, 2012, Plaintiff International Church of the Foursquare Gospel and Real Party in Interest Faith Fellowship Foursquare Church (collectively, the "Church") and Defendant City of San Leandro ("City") (collectively, the

"Parties") participated in court ordered mediation at which time they agreed to fully settle the instant action;

WHEREAS, the Parties subsequently entered into a Settlement Agreement and Mutual Release resolving all of the Church's claims against the City, including all claims arising under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), codified at 42 U.S.C. § 2000cc, *et. seq.*, in exchange for valuable consideration;

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above titled-action as to all parties, with each party bearing its own fees and costs, except as provided for in the Settlement Agreement and Mutual Release into between the Parties.

**IT IS SO STIPULATED.**

Dated: 9/26, 2012

MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
DEBORAH J. FOX

Attorneys for Defendant
CITY OF SAN LEANDRO

Dated: 9/26, 2012    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
SCOTT E. HENNIGH
MEREDITH A. JONES-McKEOWN

Attorneys for Plaintiff
INTERNATIONAL CHURCH OF THE
FOURSQUARE GOSPEL

-2-

# [~~PROPOSED~~] ORDER

Having been advised by the Parties that a Settlement Agreement and Mutual Release was entered into, pursuant to which the Church has agreed to release all pending claims against the City, including all claims arising under RLUIPA, in exchange for valuable consideration, the matter of *International Church of the Foursquare Gospel v. City of San Leandro,* United States District Court, Northern District of California, Case No. 4:07-cv-03605-PJH, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: 9/26/12

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton